IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| GALE CARTER, *et al.* | |
| Plaintiff, | No. 5:18-CV-41-TBR |
| v. | |
| PASCHALL TRUCK LINES, INC., *et al.* | |
| Defendants. | |

## AGREED ORDER

Plaintiffs, Gale Carter and Forbes Hayes, and Defendant Paschall Truck Lines, Inc. and Defendant Element Fleet Management Corp. (collectively, "Defendants") hereby agree to extend the deadlines in this Court's July 24, 2018 Scheduling Order as related to Plaintiffs' Rule 23 Motion extend the deadlines pursuant to Federal Rule Civil Procedure 6(b)(1)(A) as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline for Plaintiffs to file a Motion for Class Certification pursuant to Rule 23 | February 28, 2019 | May 29, 2019 |
| Deadline for Defendants to file any opposition | April 29, 2019 | July 29, 2019 |
| Deadline for Plaintiffs to file any reply | May 29, 2019 | August 29, 2019 |

The Telephonic Conference remains as set on May 29, 2019 at 12:00 NOON Central.
Counsel must call 1-877-848-7030 then give the Access Code 2523122 and #, then when prompted press # again to join the calls.

(*Signatures on next page*)

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

February 27, 2019

HAVING SEEN AND AGREED:

*/s/ Manali Arora*  
Manali Arora, Esq.  
**SWARTZ SWIDLER, LLC**  
1101 Kings Highway North, Suite 402  
Cherry Hill, New Jersey 08034  
Telephone: (856) 685-7420  
Facsimile: (856) 685-7417  

*/s/ Richard Etter*  
Richard L. Etter, Esq.  
**FOX ROTHSCHILD, LLP**  
500 Grant Street, Suite 250  
Pittsburgh, PA 15219  
Telephone: (412) 513-4332  

*/s/ E. Ashley Paynter*  
E. Ashley Paynter, Esq.  
Christopher J. Eckhart, Esq.  
James A. Eckhart, Esq.  
**SCOPELITIS, GARVIN, LIGHT HANSON & FEARY, P.C.**  
10 West Market St., Ste 1400  
Indianapolis, IN 46204  
Telephone: (317) 637-1777