IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| GALE CARTER and FORBES HAYS, on behalf of themselves and those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:18-cv-00041-TBR |
| PASCHALL TRUCK LINES, INC., ELEMENT FLEET MANAGEMENT CORP., ECN CAPITAL CORP., ECN FINANCIAL, LLC, 19th CAPITAL GROUP, LLC, and JOHN DOES 1-20, | ) ) ) ) ) ) ) | Judge Thomas B. Russell |
| Defendants. | ) | |

## MOTION TO DISMISS ON BEHALF OF
## DEFENDANTS, ECN CAPITAL CORP. AND ECN FINANCIAL LLC

Defendants, ECN Capital Corp. and ECN Financial LLC, by counsel, move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(2) and all other applicable rules, to dismiss the Plaintiffs' complaint against them for lack of personal jurisdiction. A memorandum in support of this motion is tendered herewith.

Respectfully submitted,

/s/ Matthew P. Cook
Matthew P. Cook
Kerrick Bachert, PSC
1025 State Street
P.O. Box 9547
Bowling Green, KY 42101
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856
mcook@kerricklaw.com

Amy J. Traub  (Pro Hac Vice Motion Forthcoming)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
atraub@bakerlaw.com

John C. McIlwee  (Pro Hac Vice Motion Forthcoming)
Baker & Hostetler LLP
191 N. Wacker Dr., Ste. 3100
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
jmcilwee@bakerlaw.com

*Attorneys for ECN Capital Corp.
and ECN Financial LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of March, 2019, a true and accurate copy of the foregoing was served via the Court's ECF system on the following counsel of record:

| | |
|---|---|
| Manali Arora | marora@swartz-legal.com |
| Joshua S. Boyette | jboyette@swartz-legal.com |
| Adam J. Eakman | aeakman@scopelitis.com |
| Christopher J. Eckhart | ceckhart@scopelitis.com |
| James A. Eckhart | jeckhart@scopelitis.com |
| Richard L. Etter | retter@foxrothschild.com |
| David S. Fryman | fryman@ballardspahr.com |
| Kyle D. Johnson | kjohnson@fbtlaw.com |
| Travis Martindale-Jarvis | tmartindale@swartz-legal.com |
| Elizabeth A. Paynter | apaynter@scopelitis.com |
| Christopher E. Polchin | cpolchin@foxrothschild.com |
| Christopher E. Schaefer | Christopher.schaefer@skofirm.com |
| Van F. Sims | vsims@boswell-law.com |
| Justin L. Swidler | jswidler@swartz-legal.com |

          */s/ Matthew P. Cook*
          Matthew P. Cook
          *Attorney for ECN Capital Corp.*
          *and ECN Financial LLC*