IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| GALE CARTER and FORBES HAYS, on behalf of themselves and those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PASCHALL TRUCK LINES, INC., ELEMENT FLEET MANAGEMENT CORP., ECN CAPITAL CORP., ECN FINANCIAL, LLC, 19th CAPITAL GROUP, LLC, and JOHN DOES 1-20,<br><br>　　　　　Defendants. | Case No. 5:18-cv-00041-TBR<br><br>Judge Thomas B. Russell |

## ORDER GRANTING MOTION TO DISMISS ON BEHALF OF DEFENDANTS, ECN CAPITAL CORP. AND ECN FINANCIAL LLC

This matter is before the Court on the motion of Defendants, ECN Capital Corp. and ECN Financial LLC, to dismiss the Plaintiffs' claims against them herein for lack of personal jurisdiction. All parties having had the opportunity to present arguments and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the motion to dismiss is well taken and it is GRANTED. Accordingly, all claims asserted herein by the Plaintiffs against Defendants, ECN Capital Corp. and ECN Financial LLC, are hereby DISMISSED WITH PREJUDICE for lack of personal jurisdiction. This is a final and appealable order and there is no just cause for delay.

DISTRIBUTION:  All Counsel of Record