# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| GALE CARTER and FORBES HAYES<br><br>Plaintiff,<br><br>v.<br><br>PASCHALL TRUCK LINES, INC., *et al.*<br><br>Defendant. | No. 18-0041 |

## PLAINTIFFS' MOTION FOR RULE 23(B)(3) CLASS CERTIFICATION

Plaintiffs, by and through undersigned counsel, hereby move this Court to certify this matter as a class action pursuant to Rule 23(b)(3). Plaintiffs further request that this Court facilitate notice to the putative opt-in Plaintiffs. In support of this Motion, Plaintiffs rely on the attached Brief and referenced Exhibits already in the Record.

Respectfully submitted,

*/s/ Joshua S. Boyette*
Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Hwy N. Ste, 402
Cherry Hill, NJ 08034
Tel: (856) 685-7420
Fax: (856) 685-7417
jboyette@swartz-legal.com

Dated: August 23, 2019                                   *Attorneys for Plaintiffs*