IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY - PADUCAH DIVISION

GALE CARTER AND FORBES HAYS,
ON BEHALF OF THEMSELVES AND
THOSE SIMILARLY SITUATED,

    PLAINTIFFS,

VS.

PASCHALL TRUCK LINES, INC.; ECN
FINANCIAL LLC; ELEMENT
TRANSPORTATION, LLC; AND JOHN
DOES 1-20,

    DEFENDANTS.

CASE No. 5:18-cv-00041-TBR

DEPOSITION OF
GALE S. CARTER
Memphis, Tennessee
Tuesday, December 4, 2018

Reported By:
Dana M. Webb

NDS Job No. 208911

Gale S. Carter                                                      December 4, 2018

1       IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT of KENTUCKY
2
        _____
3
4  GALE CARTER and FORBES HAYS, on behalf of
   themselves and those similarly situated,
5
6         Plaintiffs,
7  VS.             NO. 5:18-cv-00041-TBR
8
   PASCHALL TRUCK LINES, ECN FINANCIAL LLC;
9  Element Transportation, LLC,; and
   JOHN DOES 1-20,
10
11        Defendants.
        _____
12
13           EXPEDITED DEPOSITION
14                  OF
15             GALE CARTER
16           December 4, 2018
17
18
19
20
21
22
              ALPHA REPORTING CORPORATION
23               236 Adams Avenue
                 Memphis, TN 38103
24                901-523-8974
               www.alphareporting.com
25
                                              Page 1

1       The deposition of GALE CARTER is
2  taken on this, the 4TH day of December, 2018,
3  on behalf of the Defendant, pursuant to notice
4  and consent of counsel, beginning at
5  approximately 9:00 a.m. in the offices of
6  Regus, 5100 Poplar Avenue, Memphis, Tennessee.
7         This deposition is taken pursuant to
8  the terms and provisions of the Federal Rules
9  of Civil Procedure.
10        All forms and formalities, including
11 the signature of the witness, are not waived,
12 and objections alone as to matters of
13 competency, irrelevancy and immateriality of
14 the testimony are reserved to be presented and
15 disposed of at or before the hearing.
16
17
18
19
20
21
22
23
24
25
                                              Page 2

1 A P P E A R A N C E S
2
3
  FOR THE PLAINTIFF:
4
  TRAVIS MARTINDALE-JARVIS, ESQ.
5 SWARTZ SWIDLER, LLC
  1101 Kings Highway North
6 Suite 402
  Cherry Hill, New Jersey 08034
7
8
  FOR THE DEFENDANT:
9
  CHRISTOPHER ECKHART, ESQ.
10 SCOPELITIS GARVIN LIGHT HANSON AND FEARY, P.C.
   10 West Market Street
11 Suite 1400
   Indianapolis, Indiana 46204
12 (317) 637-1777
13 RICHARD L. ETTER, ESQ.
   FOX ROTHSCHILD, LLP
14 500 Grant Street
   Suite 2500
15 Pittsburgh, PA 15219
16
17
18
19
20
21
   COURT REPORTING FIRM:
22
          ALPHA REPORTING CORPORATION
23        DANA MAY WEBB, COURT REPORTER
          236 Adams Avenue
24        Memphis, Tennessee 38103
          (901) 523-8974
25        www.alphareporting.com
                                              Page 3

1          I N D E X
2
3          EXAMINATION INDEX
4
  GALE CARTER
5   DIRECT BY MR. ECKHART        5
    BY MR. ETTER               181
6   BY MR. JARVIS              237
    BY MR. ECKHART             276
7   BY MR. ETTER               279
8
9
10         EXHIBIT INDEX
11                             MAR
   Exhibit
12 1   Application              20
13 2   List                    54
14 3   Agreement               81
15 4   Receipt                105
16 5   Guide book             107
17 6   Agreement              115
18 7   Summary                158
19 8   Communication          218
20 9   Document               250
21
22
23
24
25
                                              Page 4

Gale S. Carter                                                      December 4, 2018

1
2            GALE CARTER,
3  having been first duly sworn, was examined and
4  testified as follows:
5
             DIRECT EXAMINATION
6
7  BY MR. ECKHART:
8    Q.  Good morning, Mr. Carter.
9    A.  Hi, how are you?
10   Q.  Can you state your full name for the
11 record, please?
12   A.  Gale Stancill Carter.
13   Q.  Can we move the telephone closer to
14 Mr. Carter?
15       (WHEREUPON, A BRIEF RECESS WAS TAKEN
16 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
17 BY MR. ECKHART:
18   Q.  And that is Stancill,
19 S-T-A-N-C-I-L-L?
20   A.  Correct.
21   Q.  Mr. Carter, I want to go through some
22 of the rules for taking depositions that we
23 try to go by, just to make sure the transcript
24 is clear.  Obviously, I'm participating in
25 this deposition remotely via video

Page 5

1  question and I may not hear your answer.  So
2  if you can't hear me, just let me know, and if
3  I don't hear you, I'm going to ask you to
4  repeat yourself, okay?
5    A.  Okay.
6    Q.  Now, if you hear my question but you
7  don't understand it, please ask me to clarify
8  it, okay?
9    A.  Okay.
10   Q.  If you don't ask me to clarify it,
11 then I'm going to assume that you understood
12 my question; is that fair?
13   A.  That's fair.
14   Q.  We'll be taking breaks throughout the
15 day.  If you need a break before the attorneys
16 ask for a break, then just let me know or let
17 your attorney know and we can take a break.
18 That won't be a problem, all right?
19   A.  Okay.
20   Q.  The only thing I ask is that if I
21 have asked you a question, I'd like you to
22 answer it before we take a break; is that
23 fair?
24   A.  Okay.
25   Q.  One important rule, especially since

Page 7

1  conferencing.  I'm not there with you in the
2  room.  Your attorney there is with you in the
3  room, and there is also a court reporter
4  there, taking down everything that anyone is
5  going to say today, correct?
6    A.  Correct.
7    Q.  And then Mr. Etter is also on the
8  phone and video conference.  I represent
9  Paschall Truck Lines, and I'm going to start
10 asking you questions first.  Before I do that,
11 I want to make sure that we go through some of
12 the rules so that we're on the same page
13 today, okay?
14   A.  Okay.
15   Q.  The first rule is that you provide
16 oral responses to my questions instead of
17 nodding your head or saying uh-huh or uh-huh.
18 If I ask you a question, please give me an
19 oral response so that the court reporter
20 doesn't have to guess at what you mean, okay?
21   A.  Okay.
22   Q.  If you don't understand a question,
23 please ask me to repeat it.  Sometimes when
24 we're taking depositions remotely, the
25 connection is flawed and you may not hear my

Page 6

1  we're not in the same room, and it may be hard
2  for us to hear each other is that we take
3  turns talking.  And so, please wait until I've
4  asked my entire question before you start
5  answering it.  That way, the court reporter
6  gets down my question and your answer
7  accurately, okay?
8    A.  Okay.  You will have an opportunity
9  to review and sign your transcript from
10 today's deposition.  You'll get a little
11 Booklet that has all of the questions and
12 answers and objections in it from the court
13 reporter.  So you'll have an opportunity to
14 review that for accuracy.  But just know that
15 if you do change your testimony, the attorneys
16 in this case will be able to comment on the
17 fact that you changed your testimony.
18       Does that make sense to you?
19   A.  Yes.
20   Q.  Are you on any drugs or medications
21 right now that would prevent you from
22 providing truthful and accurate testimony?
23   A.  No.
24   Q.  Is there any reason you would be
25 unable to provide truthful and accurate

Page 8

Gale S. Carter                                                      December 4, 2018

1 testimony today?
2    A.  No.
3    Q.  What did you do to prepare for the
4 deposition?
5    A.  I looked over some of my paperwork
6 from PTL.
7    Q.  Did you do anything else?
8        MR. JARVIS:  Objection, to the extent
9 it calls for the revelation of privileged
10 information.  Gale, you can tell them that we
11 spoke.  You can tell them how long we spoke
12 for.  You can tell them many times.  You can
13 tell them when.  Just don't tell them what we
14 said.
15    A.  Yeah.  I spoke to my attorney over
16 the phone earlier today; reviewed my documents
17 from PTL.
18 BY MR. ECKHART:
19    Q.  How long did you speak to your
20 attorney?
21    A.  Maybe 30 minutes today.  Maybe ten to
22 15 minutes over the phone.
23    Q.  So you met in person today?
24    A.  Yes.
25    Q.  And then before today, you spoke with

                                                      Page 9

1 name was.
2    Q.  What about Rodney Price?
3    A.  Name doesn't sound familiar.
4    Q.  What is your current address?
5    A.  3670 Buckingham Cove East, Horn Lake,
6 Mississippi 38639 -- 37.  38637 on the ZIP
7 code.
8    Q.  Have you ever been convicted of a
9 crime?
10    A.  No.
11    Q.  Have you ever served in the military?
12    A.  No.
13    Q.  Where did you attend high school?
14    A.  Kosciusko High School in Kosciusko,
15 Mississippi.
16    Q.  Is that K-O-S-C-I-U-S-K-O?
17    A.  Yes, that's correct.
18    Q.  Did you graduate?
19    A.  No.
20    Q.  What year did you finish?  Well, let
21 me ask it a better way.  Through what grade
22 did you attend that high school?
23    A.  Ninth grade.
24    Q.  Have you attended any colleges or
25 Universities?

                                                      Page 11

1 your attorney for about ten to 15 minutes?
2    A.  Yes.
3    Q.  Over the phone?
4    A.  Yes.
5    Q.  Besides looking at paperwork and
6 meeting with your attorney, did you do
7 anything else to prepare?
8    A.  No.
9    Q.  What documents did you review?
10    A.  My check stubs.  My contracts I
11 signed for the truck for the independent
12 contractor.
13    Q.  Anything else?
14    A.  No.  That was all.
15    Q.  Besides your attorneys, have you
16 spoken to anybody about this case before?
17    A.  No.
18    Q.  Do you know Forbes Hayes?
19    A.  No.
20    Q.  Do you know anybody by the name of
21 Crama, C-R-A-M-A Meeks?
22    A.  Not that I know of, no.
23    Q.  How about Michael Grant?
24    A.  I know a Michael from when I was at
25 orientation, but I don't know what his last

                                                      Page 10

1    A.  I took a few classes in Kaplan
2 University out of Davenport, Iowa.
3    Q.  What is name of the university?
4    A.  Kaplan.
5    Q.  What kind of courses did you take?
6    A.  Business.  Well, I started, but I
7 didn't finish it.
8    Q.  When did you do that?
9    A.  I believe it was this year, 2018, the
10 beginning.  Well, let me change that.  It was,
11 I think it was last year, 2017.
12    Q.  At some point you attended truck
13 driving school, correct?
14    A.  Correct.
15    Q.  Where did you attend truck driving
16 school?
17    A.  Truck Driving Institute in Tupelo,
18 Mississippi.
19    Q.  That's T-U-P-E-L-O?
20    A.  Yes, that's correct.
21    Q.  How long was the truck driving
22 school, from start to finish?
23    A.  It was a little under a month.  It
24 wasn't quite a month.  I forgot what day I
25 started on.  I know I finished on the 26th of

                                                      Page 12

Gale S. Carter                                                                    December 4, 2018

1 May, 2013.  No, the 26th of April, I mean,
2 2013.
3    Q.  Are you familiar with the U.S.
4 Department of Transportation's hours of
5 service regulations?
6    A.  Correct.  I am.
7    Q.  Did you learn about the hours of
8 service rules at truck driving school?
9    A.  I did.
10    Q.  You familiar with any of the safety
11 regulations that the Department of
12 Transportation has?
13    A.  Yes.
14    Q.  Did you learn about those at truck
15 driving school?
16    A.  I did.
17    Q.  Do you know what CSA is?
18    A.  Yes.
19    Q.  What is CSA?
20    A.  That is the score they give you on
21 your safety, accidents, tickets.  They apply
22 to the driver, also to the company.
23    Q.  When you say they, who you referring
24 to?
25    A.  I refer to the score itself.  The

Page 13

1 during truck driving school?
2    A.  Yes.
3    Q.  What did you learn about that?
4    A.  You got to have the proper following
5 distance so you're able to stop; so you have
6 room if you need to change lanes.  Basically,
7 keep a good space all the way around.
8    Q.  Did you learn anything about driver
9 fatigue at truck driving school?
10    A.  Yes.
11    Q.  What did you learn about that?
12    A.  Get the proper rest.  Just get sleep
13 and don't try to, you know, don't sit up waste
14 time when you could be sleeping, knowing that
15 you got to drive.  So.
16    Q.  Did the truck driving school address
17 anything related to drugs and alcohol?
18    A.  They talked about being tested.  If
19 you got illegal drugs in your system, how it
20 could connect with accidents, and that you
21 will be tested.
22    Q.  Did truck driving school have any
23 instruction on whistle blower protection in
24 terms of complaining about safety issues and
25 being protected if you do complain about

Page 15

1 score is tallied up to the driver, what they
2 get for accidents and everything.  And it also
3 reflects onto their company.
4    Q.  And who tallies the score?
5    A.  The DOT; I'm not sure.
6    Q.  Is it your understanding that the CSA
7 program is part of the Department of
8 Transportation?
9    A.  Yes.
10    Q.  During truck driving school, did you
11 learn about how to inspect a truck and a
12 trailer?
13    A.  I did.
14    Q.  And are you familiar with what is
15 known as a pretrip inspection?
16    A.  Yes.
17    Q.  Did you learn how to conduct a
18 pretrip inspection during truck driver school?
19    A.  Yes.
20    Q.  And did you learn how to conduct a
21 posttrip inspection during truck driving
22 school?
23    A.  Yes.
24    Q.  Did you learn anything about
25 maintaining your speed and space management

Page 14

1 safety issues?
2        MR. JARVIS:  Objection, to the extent
3 it calls for a legal conclusion.  You can
4 answer.
5    A.  I believe they talked about it.  But
6 I can't remember exactly what was said.  It's
7 been going on five years now.
8 BY MR. ECKHART:
9    Q.  So you think they talked about it,
10 but you just can't remember the specifics of
11 what they said?
12    A.  Correct.
13    Q.  Did they -- did the truck driving
14 school have any instruction on hazmat
15 regulations and loads?
16    A.  Yes.  We talked about hazmat, the
17 loads and how much you're allowed to carry;
18 what's considered hazmat and what isn't.
19    Q.  Now, at some point during truck
20 driving school, I assumed you learned how to
21 drive the truck; is that right?
22    A.  That's correct.
23    Q.  Was there a road test?
24    A.  Yes.
25    Q.  And what was that road test like?

Page 16

1   A.  I went on the -- on a major highway.
2 I came around, I drove through town, lights,
3 crossing railroad tracks, making turns.  I had
4 to go through all of the maneuvers that I'd
5 have to do on a daily basis in a truck.
6   Q.  Would that include backing the
7 trailer?
8   A.  Yes, that's correct.
9   Q.  Did you have to practice backing a
10 trailer in at an angle?
11   A.  Yes.
12   Q.  Did you receive any instruction at
13 truck driving school about how to log your
14 time?
15   A.  Yes.
16   Q.  Did they have any -- you're familiar
17 with Qualcomm units, correct?
18   A.  I'm familiar with them, but they
19 didn't have them.  They just kind of talked
20 about them.
21   Q.  They talked about Qualcomm units, but
22 they didn't have them on site?
23   A.  They didn't have Qualcomms.  They
24 talked about what was coming, like the EOD's.
25 At the time that I came out, it was no -- the

Page 17

1      MR. ECKHART:  Can the court reporter
2 mark document -- well, it's Bates Number 154
3 to 161?  I'll stop talking so you can locate
4 it, please.
5      (WHEREUPON, THE ABOVE-MENTIONED
6 DOCUMENT WAS MARKED AS EXHIBIT NO. 1 TO THE
7 TESTIMONY OF THE WITNESS, AND IS ATTACHED
8 HERETO.)
9 BY MR. ECKHART:
10   Q.  You've been handed what has been
11 marked as Exhibit 1.  And if you could,
12 confirm that the bottom right hand corner is a
13 number there that says PTL 000154.  And it
14 goes through last page, PTL 000161; is that
15 correct?
16   A.  Yes, that's correct.
17   Q.  Do you recognize this document?
18   A.  Yes.
19   Q.  Is this a copy of the owner-operator
20 application or qualification that you filled
21 out with PTL, Paschall Truck Lines?
22   A.  Yes.
23   Q.  And through today's deposition, I may
24 say PTL or I may say Paschall, you understand
25 that I'm referring to the same company,

Page 19

1 electronic logs hadn't fully came out in all
2 of the trucks.  So we talked about paper logs.
3 We talk about what was coming with electronic
4 logs.
5   Q.  Okay.  When you said EOD, that is
6 referring to electronic logging, correct?
7   A.  Yes, that's correct.
8   Q.  Did they give any instruction on fuel
9 consumption?
10   A.  Not that I can remember.  I mean,
11 that's -- and they said we would learn a lot
12 of stuff out on the road, once we get out with
13 our trainers.
14   Q.  When you say once you got out on the
15 road with the trainers, what are you referring
16 to?  Were there trainers that took you on the
17 road at the truck driving school?
18   A.  No.  No.  Once we finished the
19 course, or if we finished the course, we would
20 go to somewhere.  We still had to go out on
21 the road with a trainer before a company would
22 actually put us in a truck by ourself.  And
23 they would teach us about fueling the truck
24 and just going over, reenforcing everything
25 that we learned.

Page 18

1 correct?
2   A.  Yes, that's correct.
3   Q.  Will you turn to Page PTL 158?
4   A.  Okay.  I have it.
5   Q.  At the bottom of the page, do you see
6 where it says:  I hereby acknowledge?
7   A.  Yes.
8   Q.  It says:  I hereby acknowledge that I
9 have read, understand and agree to the
10 preceding statements.
11      Did I read that correctly?
12   A.  Yes, that's correct.
13   Q.  And after signature of driver, is
14 that your signature?
15   A.  Yes.
16   Q.  And it's got a date of October 14th,
17 2015, correct?
18   A.  Correct.
19   Q.  Is that your understanding of the
20 date that you applied with PTL?
21   A.  Yes.
22   Q.  What I'd like to go through is some
23 of your work history.  I'm not going to ask
24 you about each stop.  What I'd actually like
25 to start with is what you've done after PTL.

Page 20

Gale S. Carter                                                                December 4, 2018

1      Well, let me ask you this first.  If
2  you could look at Page 156 at the bottom.
3  It's got Truck Driving Institute?
4  A.  Yes.
5  Q.  Do you see that?
6  A.  Uh-huh (affirmative response).
7  Q.  And then if you could just review
8  each of the companies that you list, starting
9  at that, moving up on Page 156, and then going
10 to Page 155, up to the top of Page 155.  So
11 read it to yourself, and my question is:  Are
12 there any jobs missing that you worked during
13 that time period that aren't listed?
14 A.  Okay.  Prior, prior to PTL.  That's
15 what you're asking?
16 Q.  Exactly.
17 A.  I believe they're all there.
18 Q.  Now, of all of the jobs that are
19 listed on Exhibit 1, that you just reviewed,
20 were any of those jobs independent contractor
21 jobs?  I mean, jobs in which you were
22 classified an independent contractor?
23     MR. JARVIS:  Objection to the extent
24 it calls for a legal conclusion.  You can
25 respond.

Page 21

1  A.  No.
2  BY MR. ECKHART:
3  Q.  So, you know, obviously, some of them
4  aren't, like the FedEx, was that a driving
5  job?
6  A.  That was a -- just a package sorting
7  job.
8  Q.  For the jobs that were truck driving
9  jobs where you were a truck driver, you were
10 hired as a company driver, an employee company
11 driver by those companies?  Is that your
12 understanding?
13     MR. JARVIS:  Objection to the extent
14 it calls for a legal conclusion.  You can
15 respond.
16 A.  Yes, that's correct.
17 BY MR. ECKHART:
18 Q.  So after Schneider in October of
19 2015, your next position was with PTL,
20 correct?
21 A.  Yes.
22 Q.  Now, after PTL, where have you
23 worked?  Let's start with the first company
24 directly after PTL, and we'll move from there.
25 A.  After PTL, I think I went back to

Page 22

1  Knight Refrigerated.
2  Q.  K-N-I-G-H-T?
3  A.  Yes.  It's actually on there before,
4  on 156, the same company there.  Knight
5  Refrigerated, Olive Branch, Mississippi.
6  Q.  Was that a company job or a --
7  A.  That was a company.
8  Q.  Operator job?
9  A.  Company.
10 Q.  What about after Knight?
11 A.  I believe I worked for Wayne Young,
12 Incorporated, independent contractor for
13 FedEx.
14 Q.  Are those two separate jobs when you
15 said Wayne Young --
16 A.  Yes.
17 Q.  -- Incorporated, independent
18 contractor for FedEx?
19 A.  Yes, he's an independent contractor
20 under FedEx, but I actually worked for Wayne
21 Young, Incorporated, not FedEx.  I'm in their
22 system, but I was actually his employee, not
23 FedEx's.
24 Q.  Were you paid by -- directly by Wayne
25 Young?

Page 23

1  A.  Yes, that's correct.
2  Q.  Were you paid by Wayne Young as a W2
3  or a 1099 worker?
4  A.  I believe I got a W2 from him.
5  Q.  Is that over-the-road work, or is
6  that local delivery?
7  A.  That was -- I did some local, but
8  majority was over the road.
9  Q.  What about after Wayne Young?
10 A.  After Wayne Young, I actually went
11 back to Knight for just a little bit.
12 Q.  As a company driver?
13 A.  Yes, company.
14 Q.  What about after Knight?
15 A.  I came back to Wayne Young for a
16 little while longer.
17 Q.  What about after that?
18 A.  I went to a company called D&S
19 Haulers.  I began as a company driver.  Now I
20 lease a truck from them.  Well, I'm buying it,
21 buying it, lease.
22 Q.  So are you under a contract with D&S
23 Haulers right now?
24 A.  Yes.
25 Q.  When did you start at D&S as a

Page 24

Network Deposition Services, Inc. ● networkdepo.com ● 866-NET-DEPO                    Page 7

Gale S. Carter                                                          December 4, 2018

1  company driver?
2      A.  March, I don't remember the exact
3  date.  I think it was like March 21st, 2017 --
4  no, 2018.
5      Q.  When did you start leasing a truck?
6      A.  I started leasing, I believe it was
7  July of 2017.
8      Q.  So you started --
9      A.  No, no.  I messed that up.  July of
10 2000 -- July of 2018.
11     Q.  Did you say that was a lease
12 purchase?
13     A.  Yes.
14     Q.  Arrangement?
15     A.  Yes.
16     Q.  Where is D&S Haulers located?
17     A.  It's Water Valley, Mississippi.
18     Q.  What about Wayne Young, where is that
19 located?
20     A.  He's located Paris, Mississippi.
21     Q.  Now did you ever work for J.B. Hunt
22 after PTL?
23     A.  I may have did.  I can't remember
24 what year it was because I actually did over
25 the road for them as a company driver.

Page 25

1      Q.  And can you think of any other jobs
2  you've had since PTL?
3      A.  I believe that's it.
4      Q.  Do you have an estimate or do you
5  know about how long you worked at Knight the
6  first time?
7      A.  The first time right after school?
8      Q.  Right after -- the first time right
9  after PTL.
10     A.  You said after PTL?
11        MR. JARVIS:  Chris, it sounds like
12 we've got a fire alarm going off in here.
13        (WHEREUPON, A BRIEF RECESS WAS TAKEN
14 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
15 BY MR. ECKHART:
16     Q.  After PTL, when you worked for Knight
17 the first time, about how long did you work
18 for Knight?
19     A.  Not exactly sure.  About nine to ten
20 months.
21     Q.  And then you went to Wayne Young.
22 How long did you work at Wayne the first time?
23     A.  I worked at Wayne about nine or ten
24 months also.
25     Q.  And then you went back to Knight.

Page 27

1      Q.  On Page PTL 155 on Exhibit 1, you
2  list J.B. Hunt right before Schneider.
3      A.  Yes.  That was actually intermodal.
4  That's why I know it wasn't the same time, and
5  I actually went over the road.  So I did work
6  there at some point after PTL.
7      Q.  Do you remember in the line of jobs
8  you had after PTL you worked at J.B. Hunt?
9      A.  Not without looking into my resume on
10 my phone, I wouldn't.  It may have been
11 somewhere after Knight, or maybe before
12 Knight, somewhere around there.
13     Q.  Do you remember approximately when
14 your contract with PTL ended?
15     A.  I believe, I believe I left around
16 December.
17     Q.  December of '15?
18     A.  Yes, that's correct.
19     Q.  So since about January of 2016 you
20 worked at Knight two different times, Wayne
21 two different times, J.B. Hunt, and then D&S
22 Haulers as a company driver and then a
23 lease-purchase independent contractor,
24 correct?
25     A.  Correct.

Page 26

1  How long were you at Knight when you went back
2  after Wayne Young?
3      A.  Maybe seven months.
4      Q.  And then you went back to Wayne
5  Young.  About how long were you at Wayne
6  Young?
7      A.  About six and a half months.
8      Q.  And then some point in there you were
9  working with J.B. Hunt.  When you were with
10 J.B. Hunt, was that a company driver position
11 or a contract position?
12     A.  It was a company driver.
13     Q.  About how long were you with J.B.
14 Hunt?
15     A.  Three months.
16     Q.  You mentioned a resume before on your
17 phone.  Does that resume have accurate dates
18 of when you worked at each of the truck
19 driving companies you worked for?
20     A.  No.  It doesn't have exact dates.
21 It's around in the area that I stopped or
22 started.  Most of them I just have the month
23 and the year.
24     Q.  Does it list all of the jobs you've
25 had since you went to truck driving school?

Page 28

Gale S. Carter                                                                                    December 4, 2018

1    A.  No.  It doesn't have all of them.  I
2  think I only put three years.
3    Q.  Three years?
4    A.  Yeah, just three years to the current
5  date, from the last time I updated it.
6    Q.  Have you been involved in any other
7  lawsuits?
8    A.  Yes.
9    Q.  What were those lawsuits?
10    A.  U.S. Xpress.  And I had a lawsuit
11  back, 2004 or 2005 from a hand injury.
12    Q.  You mentioned U.S. Xpress.  Do you
13  remember when that lawsuit was?
14    A.  It was in the last couple of years.
15  It just finished up last year.
16    Q.  Do you remember filling out an opt-in
17  consent form that was filed in the U.S.
18  District Court for that case?
19    A.  I believe I do.  Briefly, I remember
20  it.
21    Q.  And do you know if you -- do you know
22  the date that you submitted that?
23    A.  I do not.
24    Q.  Do you know if you spoke with Swartz
25  Swidler before you submitted that opt-in form?

Page 29

1  PTL about -- spoke with Swartz Swidler about
2  PTL?
3    A.  I do not.
4    Q.  Are you able to approximate that time
5  line?
6    A.  I'm not really sure when I --
7  actually, I forgot the question.  Can you
8  repeat that one more time?
9    Q.  Sure.  Do you have -- do you know the
10  first date that you spoke with Swartz Swidler
11  about PTL?
12    A.  No, I don't remember the date.
13    Q.  Do you have records that would show
14  the first date that you spoke with Swartz
15  Swidler about PTL?
16        MR. JARVIS:  Objection, privileged.
17  Attorney work product.  I'm going to instruct
18  you not to answer that.
19  BY MR. ECKHART:
20    Q.  What about that is work product?
21        MR. JARVIS:  To the extent --
22        MR. ECKHART:  Just answer the
23  question yes or no if he has documents.  I'm
24  not asking what the documents are.  I'm just
25  asking if he's got anything he can refer to,

Page 31

1        MR. JARVIS:  Objection to the extent
2  it calls for the revelation of privileged
3  information.  You can tell them whether you
4  know if that happened.   But if you remember
5  speaking about anything specific, don't tell
6  them; it's privileged.  You can answer.
7    A.  I believe I spoke with them.  They
8  let me know it was coming, and I had to review
9  it.
10  BY MR. ECKHART:
11    Q.  Do you recall if Swartz Swidler was
12  your attorney for the U.S. X case at the same
13  time that you were under contract with PTL?
14    A.  Yes, I believe they were.
15    Q.  Do you know on what date you engaged
16  Swartz Swidler to represent you against PTL?
17    A.  I don't remember the exact date.
18    Q.  Was it while you were still under
19  contract with PTL?
20    A.  No.
21    Q.  Did you speak with Swartz Swidler
22  before you filed a lawsuit against PTL?
23    A.  Yes.  I asked them about it.
24    Q.  Do you know how long before the
25  lawsuit was actually filed that you spoke with

Page 30

1  to help refresh his recollection about when he
2  first spoke to Swartz Swidler.
3        MR. JARVIS:  You can answer that.
4    A.  No.  I don't have any documents.
5  BY MR. ECKHART:
6    Q.  Have you ever spoken with your
7  attorneys via e-mail?
8    A.  No.  Well, no.  I haven't spoken with
9  them.  I've received stuff, but not spoken.
10    Q.  Have you ever received anything in
11  the mail from Swartz Swidler?
12    A.  Yes.
13    Q.  The opt-in consent form for you was
14  filed in the District Court on September 10th,
15  20 14.  Is that your recollection?
16    A.  The opt-in for this case, or --
17    Q.  No.  I'm sorry, for the USX case?
18    A.  Yes.
19    Q.  And I believe you testified you had
20  spoken with Swartz Swidler before that opt-in
21  consent was filed, correct?
22    A.  I had spoken with them.  About this
23  case or?
24    Q.  No.  Well, you had spoken with Swartz
25  Swidler about USX before that consent form was

Page 32

Gale S. Carter                                                        December 4, 2018

1 filed, correct?
2    A.  Yes, I actually called to get more
3 information on what it was.
4        MR. JARVIS:  Chris, real quick.
5 Don't mean to interrupt, but who is listening
6 in besides Rick?
7        MR. ECKHART:  There is no one from my
8 end.  There is no one in my office.
9        MR. ETTER:  No one from my end
10 either.
11        MR. JARVIS:  Chris what was the
12 second part of that?
13        MR. ECKHART:  I was going to say, if
14 you're looking at the name Sandra Vance,
15 that's the host from Network Depositions.
16 She's not listening in, but she's hosting the
17 meeting.  If we need her, we can email her.
18        MR. JARVIS:  Okay.
19        MR. ECKHART:  And then -- oh, Dana
20 Webb is the court reporter.
21        MR. JARVIS:  Okay.
22        MR. ECKHART:  There's no one
23 listening.
24 BY MR. ECKHART:
25    Q.  Do you have Exhibit 1 in front of you

                                                        Page 33

1 were under contract?
2    A.  The home phone?
3    Q.  Correct.
4    A.  I don't believe I did.
5    Q.  Do you remember if you sent text
6 messages from your cell phone to anyone from
7 PTL?
8    A.  No.  I don't believe I did.
9    Q.  Do you know if you received any text
10 messages on your cell phone from anyone at
11 PTL?
12    A.  No.  I don't think I did.
13    Q.  Do you have any phone records from
14 your cell phone that you used while you were
15 under contract with PTL?
16    A.  I don't.  I actually don't even have
17 those numbers anymore.
18    Q.  When did you get rid of those
19 numbers?
20    A.  The 5447, probably about six, seven
21 months ago.  The 8293, my wife had for that
22 over a year, and I recently turned it off.
23    Q.  Now, just looking at your work
24 history and the trucking industry since 2013,
25 when you attended truck driving school, it

                                                        Page 35

1 still, Mr. Carter?
2    A.  Yes.
3    Q.  Would you look that first page, PTL
4 154?
5    A.  Yes.
6    Q.  For work phone it says 662-202-5447;
7 is that correct?
8    A.  Yes.
9    Q.  Was that a cell phone?
10    A.  Yes.
11    Q.  Did you use that cell phone while you
12 were under contract with PTL?
13    A.  Yes.
14    Q.  Did you have any other cell phones
15 while you were under contract with PTL?
16    A.  I had the one that I had for my wife
17 prior to that.  But she isn't -- I gave that
18 to her.
19    Q.  Is that the 662-996-8293?
20    A.  Yes.
21    Q.  Then it lists as your home phone,
22 662-548-5767; is that correct?
23    A.  That's correct.
24    Q.  Do you know if you ever used that
25 phone line to communicate with PTL while you

                                                        Page 34

1 jumps out at me, at least, that you were
2 fairly easily able to move from company to
3 company when you want to; is that fair?
4    A.  At times.  I mean, it came -- it just
5 depended on the situation at the current time.
6    Q.  So it's been your experience since
7 2013, that there has been a driver shortage in
8 the trucking industry?
9    A.  It is.
10    Q.  And has it been difficult for you to
11 find work as a truck driver since 2013?
12    A.  I found jobs, but everybody doesn't
13 hire everybody.  So sometime it takes a while
14 longer to find something.  Sometime it just
15 takes a while looking.
16    Q.  Just kind of looking at this here,
17 the dates of your application, it doesn't seem
18 like there has been much of a delay, if any,
19 in between jobs.  Is that a fair statement?
20    A.  Well, the thing is, I may be ready to
21 leave someone, and I might be looking for a
22 job, but I might not actually leave until I
23 find something.  So I may stay longer, until I
24 find something if that company isn't working
25 out.

                                                        Page 36

Gale S. Carter                                                                                    December 4, 2018

1   Q.  Can you think of -- well, on your
2   application it says reason for leaving
3   Schneider right before you contract with PTL,
4   it says:  I wanted to lease.
5       What does that mean?
6   A.  Is that the -- that's when I left to
7   go to PTL.  Schneider wouldn't actually let me
8   lease at the time, because I would have had to
9   stay another month -- for like another five or
10  six months, so I tried the opportunity at PTL.
11  Q.  When you -- what made you want to try
12  to lease a truck and contract with a motor
13  carrier, as opposed to being a company driver?
14  A.  I assumed that I would make more
15  money than I was making as a company driver.
16  Q.  How did you hear about PTL?
17  A.  I got on the Internet and started
18  Googling some companies that did leases.
19  Q.  Earlier we were talking about fuel
20  consumption and whether that was addressed in
21  truck driving school and how the truck driving
22  school said you'd learn from your training and
23  just getting experience in the trucking
24  industry.
25      Do you remember that testimony?

Page 37

1   A.  I believe I only looked at two or
2   three.
3   Q.  Do you remember what companies?
4   A.  I don't remember the exact companies.
5   I just --
6   Q.  One of them was PTL?
7   A.  Yes.  And one of the things that kind
8   of led me to PTL because I had someone else
9   who had drove for them as a company driver,
10  and he said he liked -- they had loads
11  everywhere.  So that was another thing that
12  kind of pointed me towards PTL.
13  Q.  Do you remember that driver's name?
14  A.  His name was Cortez Mayfield.
15  Q.  Have you talked to Mr. Mayfield since
16  that day?
17  A.  Yes.
18  Q.  Have you talked to him about this
19  lawsuit?
20  A.  No.
21  Q.  Did you say no?
22  A.  No.
23  Q.  Well, what steps did you take to
24  reach out to PTL?
25  A.  I believe I called them, and I

Page 39

1   A.  Yes.
2   Q.  But before you contracted with PTL,
3   did you have a good sense of fuel consumption
4   and the miles per gallon that you would
5   average in a heavy duty truck like that?
6   A.  No, I didn't.
7   Q.  Did you have any sense of how much --
8   how many miles a full tank of gas would get
9   you on any particular load?
10  A.  I didn't.
11  Q.  You were working those jobs before
12  PTL.  Did you do trip plain planning, where
13  you would plan out where you would fuel your
14  truck?
15  A.  Most of the time as a company driver,
16  they planned my loads and they scheduled fuel
17  stops.  By doing that fuel stop, I knew where
18  I had to go, and it kind of made a -- drew a
19  line from Point A to B, with the fuel stops in
20  between.  So I didn't really have to plan for
21  fuel.  They told me how much they wanted me to
22  get, and that's where I fueled.
23  Q.  How many -- when you started looking
24  for companies that were leasing, how many
25  companies did you look at?

Page 38

1   actually did an application over the line --
2   online, a quick application.
3   Q.  Did you speak with anyone from PTL?
4   A.  I spoke with someone.  And they
5   actually called me back later.  I can't
6   remember how many days after I did the
7   application, and told me they was interested
8   and gave me more information about the lease
9   program.  Sent me -- they sent me e-mailed me
10  some stuff about -- well, they sent me
11  basically like someone's check, but they just
12  blacked out the name, blacked out the driver
13  codes and all of that personal information,
14  and showed me what I could be making.
15  Q.  Do you remember the name of that
16  person that sent you that information?
17  A.  I do not.
18  Q.  Do you know if it was a recruiter?
19  A.  It was a recruiter.
20  Q.  How many different times did you
21  speak with the recruiter?
22  A.  I think I spoke at least two times to
23  a recruiter.
24  Q.  And if you -- if you filled out your
25  application on October the 15th -- October

Page 40

Gale S. Carter                                                                December 4, 2018

1  14th, excuse me, approximately when did you
2  talk to the recruiter the first time?
3      A.  Maybe the beginning of October.  This
4  is actually the application I did at PTL in
5  Murray, Kentucky.
6      Q.  Exhibit 1?
7      A.  I didn't hear you.
8      Q.  Yeah.  So Exhibit 1 is the
9  application you filled out in Murray,
10  Kentucky?
11     A.  Yes, that's correct.
12     Q.  So you filled out a different
13  application the very first time online; is
14  that correct?
15     A.  Yes.  Yes.  This is, basically they
16  us do a hard version of the application we did
17  online.
18     Q.  And you think you filled out that
19  first online application in early October?
20     A.  Yes.  Maybe at least a week earlier.
21     Q.  Now, explain to me again what the
22  recruiter e-mailed you about another --
23  someone else's check?
24     A.  He sent me like a settlement sheet
25  with all of their personnel information cross

Page 41

1      Q.  What do you remember about the
2  specific things that the recruiter told you
3  about the opportunity at PTL?
4      A.  He explained that you could get an
5  older truck, newer truck.  He explained the
6  payments usually range no more than
7  600-and-something.  Just depended on which
8  truck you decided to go with.  No money down.
9  If -- walk-away lease.
10         And I mean the big thing drew me in
11  was the check stub he showed me.  I looked at
12  that as something I could do better for my
13  family with.
14     Q.  All right.  Just to make sure I
15  understand what you said, he first told you
16  that you would have a choice of what truck to
17  lease, in terms of older trucks and newer
18  trucks, correct?
19     A.  Yeah.  Well, I mean, it didn't come
20  in that order, but that is one of the things
21  he told me about.  I just --
22     Q.  Right.  Not in any particular order,
23  I just want to make sure I have an accurate
24  list of what he said.
25         So another thing he said was that the

Page 43

1  out, and the loads that they did, what the
2  loads paid.  Showing like what they came out
3  with, after paying for the truck and
4  everything, fuel.  Kind of give me a sense of
5  what I would be making.
6      Q.  Did they e-mail it to you?
7      A.  Yes.
8      Q.  Did they -- what was your e-mail back
9  then?
10     A.  GSC276@gmail.com.
11     Q.  Can you say that again, but slower,
12  please?
13     A.  GSC276@gmail.com.
14     Q.  Have you checked your gmail account
15  to see if you still have those e-mails from
16  PTL?
17     A.  I have.  I do not have them anymore.
18     Q.  Do you know when you -- when they
19  were deleted?
20     A.  Probably shortly after I came to PTL.
21     Q.  Do you know why you would have
22  deleted them?
23     A.  It was just information at the
24  company.  Once they decided to hire me, and I
25  was on the bus, I didn't need them anymore.

Page 42

1  lease payment had a range, but it wouldn't be
2  more than 600-and-something dollars?
3      A.  Yes.
4      Q.  That there was no money down to lease
5  the truck, correct?
6      A.  Yes.
7      Q.  That the truck lease would be a walk-
8  away lease?
9      A.  Yes.
10     Q.  And that he showed you the check stub
11  from another driver, showing whatever that
12  driver made on that?
13     A.  Yes, that's correct.
14     Q.  Can you remember anything else that
15  you and the recruiter discussed during any of
16  your phone conversations with him?
17     A.  I can't remember exactly how many
18  miles, but I did ask him about miles, but he
19  said the miles really didn't affect the pay
20  because it was a percentage.  So it just kind
21  of depended on what the load paid.  Said some
22  loads low, some paid more.
23     Q.  So he talked to you about how the pay
24  was, percentage of the revenue of the load?
25     A.  Well, he told me it was 70 percent.

Page 44

Gale S. Carter                                                    December 4, 2018

**Page 45**

1  Q.  When he said walk-away lease, what
2  did that mean to you?
3  A.  That meant, to me, I took it as, if
4  it wasn't going right, I could turn the truck
5  back in and leave.
6  Q.  And is that meaning you could turn it
7  back in without having any further obligation
8  under the lease?
9  A.  Correct.
10  Q.  Do you recall about how long your
11  first conversation with the recruiter was?
12  A.  I don't remember.  I mean, I talked
13  to him a minimum two times.  And, I mean, I
14  think I even talked to him once I got over to
15  PTL, but he told me it was out of his hands
16  then.
17  Q.  What were the circumstances of when
18  you talked to him after you had contracted
19  with PTL?
20  A.  The revenue wasn't as he told me it
21  would be.
22  Q.  How many times did you call to tell
23  him that?
24  A.  I believe just that one time.  He
25  said it was out of his hands, so I figured it

**Page 46**

1  was no point in just keep calling him about
2  it.
3  Q.  Did you talk to anyone else at PTL
4  about how you weren't generating enough
5  revenue?
6  A.  Yes.  I talked to one of the head
7  peoples.  I don't remember her last name.
8  First name was Pamela.  I talked to her many
9  times.  They just kept changing driver
10  managers, but it never really changed.
11  Q.  How many different driver managers
12  did you have while under contract with PTL?
13  A.  I believe at minimum I had four to
14  five.  And that's not counting -- Pamela, she
15  was actually one of my driver managers towards
16  the end.
17  Q.  Did you speak to recruiters from any
18  other companies before you decided to contract
19  with PTL?
20  A.  I don't think I did.  I think I just
21  kind of go with them and looked at the
22  company, looked at the reviews.
23  Q.  At some point did you and the
24  recruiter talk about attending orientation?
25  A.  Yes.

**Page 47**

1  Q.  And how soon after you first spoke
2  with a recruiter were you in orientation?
3  A.  I believe by that weekend.  I applied
4  one week, and by that weekend I think I was on
5  a bus heading to Murray.
6  Q.  So you took a bus to Murray,
7  Kentucky?
8  A.  Yes.
9  Q.  Who paid for the bus ticket?
10  A.  I believe I did, from my check stubs.
11  Q.  So that was deducted from one of your
12  settlements, you think?
13  A.  Yes.
14  Q.  Do you know what day of the week your
15  orientation started?
16  A.  Not exactly sure, but I think I was
17  there on a Monday.
18  Q.  How many days was orientation?
19  A.  I believe it was about four to five
20  days.
21  Q.  Was orientation all in Murray,
22  Kentucky?
23  A.  Yes.
24  Q.  How many PTL representatives were at
25  orientation?

**Page 48**

1  A.  I think at least two people spoke
2  with us in the class.  It could have been
3  three, but I know at least two people came in
4  and spoke with us.
5  Q.  Do you remember any of the names of
6  those people?
7  A.  I do not.  Well, I don't remember if
8  he actually came in the orientation or not.
9  When they was putting the decals on there, I
10  spoke with him; a guy named -- I can't
11  remember if his first name was Russ or his
12  last name was Russ.
13  Q.  When you say he was putting the
14  decals, are you saying the decals that went on
15  your truck?
16  A.  Yes.  He was the person I had to see
17  for that, when I got back with the trunk.
18  Q.  And that person, his name was Russ,
19  either first or last name?
20  A.  Yes.  I can't remember if it was his
21  first or last name.
22  Q.  We'll call him Russ for now, okay?
23  Did Russ, was he involved in the
24  orientation part of the -- well, let me back
25  up.

Gale S. Carter                                                                December 4, 2018

1     Was there a classroom portion of
2 orientation?
3  A.  Yes.
4  **Q.  Was there also a portion of**
5 **orientation that was not in the classroom?**
6  A.  The driving -- driving and backing.
7  **Q.  Was Russ involved in any of the**
8 **classroom portions?**
9  A.  I think he may have came in for a
10 little bit and spoke to us.
11  **Q.  Could you give me an idea of how**
12 **strongly you think that that's accurate?  Do**
13 **you know if he came in and talked to you, or**
14 **what do you base that on?**
15  A.  I believe he came in and spoke with
16 us one morning and stayed maybe an hour or
17 two.  And I think the other person came back
18 in and took back over.
19  **Q.  Do you remember what Russ addressed**
20 **when he was in the room?**
21  A.  I don't remember.
22  **Q.  Do you remember if it was the first**
23 **day or the fourth day, or what day it was?**
24  A.  I believe it may have been the second
25 day or so.

                                                              Page 49

1  **Q.  So it's Russ, and then you said**
2 **there's another instructor?**
3  A.  Yes, it was.
4  **Q.  Another individual that was the real**
5 **instructor?**
6  A.  Yes, the other guy was the main
7 person who gave the orientation.
8  **Q.  And you don't remember his name?**
9  A.  I don't.
10   MR. ECKHART:  Before I go into the
11 details of orientation, I'd rather just -- I'd
12 rather not spend eight minutes doing that and
13 stop.  If you guys want to break now and maybe
14 come back for lunch at quarter till?
15   MR. JARVIS:  That makes sense for me.
16   MR. ETTER:  That works.
17   (WHEREUPON, A BRIEF RECESS WAS TAKEN
18 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
19 BY MR. ECKHART:
20  **Q.  Okay.  Mr. Carter, you realize you're**
21 **still under oath?**
22  A.  I do.
23  **Q.  Before the lunch break, we started to**
24 **talk about orientation.  I have a few more**
25 **questions about that.**

                                                              Page 50

1     You said that orientation was about
2 four or five days; is that correct?
3  A.  Yes.
4  **Q.  Do you remember what you did on each**
5 **day.  Do you remember the schedule of**
6 **orientation and how that worked?**
7  A.  I really don't remember what way it
8 went, what we did on different days.
9  **Q.  Where did you stay while you were**
10 **there in Murray for orientation?**
11  A.  They put us up in a hotel.
12  **Q.  Did PTL pay for the hotel?**
13  A.  Yes.
14  **Q.  Did PTL provide you food while you**
15 **were in orientation?**
16  A.  Yes.  They gave us coupons for that
17 evening.  And if I remember right, they fed us
18 that day while we were there.
19  **Q.  Did you say coupons for the evening?**
20  A.  Yes, it was a restaurant up the road
21 from there.
22  **Q.  Did that get you a free meal or a**
23 **discount?**
24  A.  Free meal.
25  **Q.  Did they provide lunch during the**

                                                              Page 51

1 day, PTL did?
2  A.  Yes, that's correct.
3  **Q.  Did the hotel have breakfast provided**
4 **to you?**
5  A.  Yes, they had the, you know, cereal
6 or whatever.  I forgot what all they provided
7 that morning.
8  **Q.  And how many nights did you stay in**
9 **the hotel?**
10  A.  I'm not exactly sure.  Just based on
11 how many days I was there, the day I arrived,
12 I stayed that night, through to the -- the day
13 that I left.  So the day I left I didn't
14 actually stay.  So it was between three and
15 four.  Depending on however many days it was
16 that orientation was.
17  **Q.  Do you know -- let's see.  Do you**
18 **know which day in orientation you filled out**
19 **Exhibit 1, the application?**
20  A.  I'm not totally for sure.  I believe
21 it would have been that Monday when I arrived.
22  **Q.  And that is day of the week, but do**
23 **you know, was it the first day that you filled**
24 **this out?**
25  A.  Yes, I believe it was the first day.

                                                              Page 52

Gale S. Carter                                                    December 4, 2018

1    Q.  So october 14th, 2015 was a Thursday.
2  Does that sound right?
3    A.  The 15th was a Thursday?
4    Q.  The 15th was a Thursday.  So the
5  14th -- sorry, the 14th when you signed the
6  application would have been a Wednesday.  Does
7  that sound right?
8    A.  I mean, it may be right.  I really
9  can't say for sure.
10   Q.  But you know that you filled out the
11 application while you were in Murray, Kentucky
12 correct?
13   A.  Yes, correct.
14   Q.  And then in terms of what you did on
15 any particular day in orientation, you can't
16 remember the specific order in which you did
17 things?
18   A.  No.
19   Q.  Can the witness have Exhibit 2,
20 please?
21       (WHEREUPON, THE ABOVE-MENTIONED
22 DOCUMENT WAS MARKED AS EXHIBIT NO. 2 TO THE
23 TESTIMONY OF THE WITNESS, AND IS ATTACHED
24 HERETO.)
25 BY MR. ECKHART:

Page 53

1    A.  Yes.
2    Q.  The first check mark says copies made
3  of CDL, SS card and medical card with current.
4       Do you know what that refers to?
5    A.  I know they got a copy of medical
6  card.  I had to bring my Social Security.  And
7  then if I had a current medical card, they got
8  a copy of it.
9    Q.  When you contracted with PTL, did you
10 have a current medical card?
11   A.  I believe I did.  But I can't totally
12 remember for sure, but I believe I should have
13 had one at the time.
14   Q.  And the medical card is required by
15 the DOT rules based on your understanding,
16 correct?
17   A.  Yes.
18   Q.  And to get a medical card, you have
19 to have a DOT certified doctor examine you?
20   A.  Yes.
21   Q.  Do you remember who what day of
22 orientation that happened?
23   A.  What day what happened?
24   Q.  Let me be more clear, sorry.
25       Do you remember if you had a physical

Page 55

1    Q.   You've been handed what has been
2  marked as Exhibit 2.  Should be a document,
3  bottom right-hand corner that has Bates Number
4  PTL 000117; is that correct?
5    A.  Correct.
6    Q.  After driver sign here, is that your
7  signature?
8    A.  Yes.
9    Q.  And it's got a date of October 15th,
10 2015, correct?
11   A.  Yes.
12   Q.  Do you remember seeing and signing
13 this document while you were in orientation?
14   A.  I really don't remember it.  Just the
15 years done went by, so I can't say I remember
16 it.
17   Q.  What I'd like to do is go through
18 this list and see if it jogs your memory about
19 anything you did in orientation.  If it
20 doesn't, that's fine.  But I'd like to ask you
21 first, just to make sure.
22       What I'm trying to get is what do you
23 remember about orientation, so I want to make
24 sure I learn everything today that I can about
25 what you remember in orientation.  Make sense?

Page 54

1  while you were in orientation at PTL?
2    A.  I believe I did, but I don't remember
3  what day.
4    Q.  Now, in terms of making copies of
5  your CDL, Social Security card, and your
6  medical card if you had one, what day of
7  orientation did that happen, if you remember?
8    A.  I don't remember.
9    Q.  The second line, preemployment drug
10 screen, did have you a drug screen taken at
11 orientation?
12   A.  I did.
13   Q.  Do you remember what day that was
14 taken?
15   A.  I do not.
16   Q.  Driver qualification application,
17 qualification paperwork, INS authorization,
18 quote, if needed, end quote.
19       Do you know what any of those things
20 refer to?
21   A.  You said which line now?  Which line?
22   Q.  Third line.  Third line.
23   A.  Qualification interview, if needed.
24 That's the one you --
25   Q.  That's the fourth line.  I'm looking

Page 56

Gale S. Carter                                                                                    December 4, 2018

1  **right above that.**
2     A.   Driver qualification application
3  qualified paperwork.  The application, and
4  just everything that makes me qualified to
5  drive.
6     **Q.   But do you remember filling out any**
7  **qualification paperwork?**
8     A.   Not really, no, I don't.  I mean,
9  it's just -- it's been a long time ago.
10    **Q.   Understood.  Do you know what "INS**
11 **authorization, if needed" refers to?**
12    A.   Insurance.
13    **Q.   What about insurance?**
14    A.   Not totally for sure right now.
15    **Q.   You don't know specifically what it**
16 **refers to, but you think it has something to**
17 **do with insurance?**
18    A.   Yes.
19    **Q.   The next line down, qualification**
20 **interviews as needed; all paperwork collected.**
21       Do you remember having a
22 **qualification interview?**
23    A.   I remember talking to someone.  I
24 don't remember exactly what we talked about.
25    **Q.   And was that the orientation**

1  or receiver.  Then most of the time I just
2  pulled up.  I didn't leave the trailer.
3     **Q.   So most of your loads while at PTL**
4  **were wide load or wide unload?**
5     A.   Well, yeah.  Some of them, I did have
6  some drop-and-hooks.
7     **Q.   Now, for unattended trailers, is that**
8  **referring to where the trailer's actually**
9  **connected to your truck?**
10    A.   Yeah.  Well, it's like if you -- you
11 unhook from the trailer and you leave it and
12 go somewhere else.  You weren't allowed to do
13 that.
14    **Q.   Okay.**
15    A.   Unattended.
16    **Q.   Unattended trailers was --**
17    A.   Yes.
18    **Q.   -- unhooking the trailer --**
19    A.   Yes.
20    **Q.   -- from your truck and leaving?**
21    A.   Yeah, just at a random spot.  You
22 couldn't -- unless you were leaving it at a
23 secured location, one of their yards or
24 somewhere they approved.
25    **Q.   Do you know what -- the driver**

1  **instructor or was it someone else?**
2     A.   I think someone else came in and
3  talked too.
4     **Q.   Was it Russ?**
5     A.   I can't remember.
6     **Q.   Next line says:  Dropped trailer**
7  **policy, unattended trailers, tractor use**
8  **policy, and driver commitment agreement.**
9        Do you know what any of that refers
10 **to?**
11    A.   The drop trailer, I don't think
12 you're allowed to drop the trailer anywhere
13 except a secured location, approved by PTL.
14 And you can't leave it unattended.  And then
15 they got their policy about the tractor, just
16 what you agree to for that commitment.
17    **Q.   What was specifically said about**
18 **unattended trailers?**
19    A.   You couldn't leave them unattended.
20    **Q.   And was that loaded trailer or**
21 **unloaded trailers?**
22    A.   Loaded trailers -- well, I know
23 loaded.  I believe it could have been
24 unattended, but pretty much I -- the only time
25 I unhooked when I had unhooked at a customer

1  **commitment agreement, was that with respect to**
2  **the trailers or was that something different?**
3     A.   I believe the tractor use was the
4  commitment with PTL's loads and their
5  policies, the use of the truck.
6     **Q.   Do you remember anything specifically**
7  **about that?**
8     A.   It pertained to running PTL loads.  I
9  couldn't take it and go elsewhere and use it
10 on other loads.  Pretty much pertained to just
11 strictly use with PTL.
12    **Q.   And was there a document that said**
13 **that, or was that something that the**
14 **orientation instructor said?**
15    A.   He went over the documents, but it's
16 also in my documents too.
17    **Q.   Do you remember anything else about**
18 **any of the information listed in that line**
19 **that starts drop trailer policy?**
20    A.   Well, I kind of took it the same as
21 the unattended.  Just, you're not allowed to
22 just drop it anywhere.  You're not allowed to
23 leave it unattended.  And to me, it kind of
24 all goes together.  You don't leave your
25 trailer just anywhere you pick and choose.

Gale S. Carter                                                    December 4, 2018

1   Q.   Now, the next line says CSA video,
2   CSA quiz, driver legal plant video and
3   application form, if desired.
4        The CSA video, CSA quiz, that refers
5   to -- well, first, do you remember watching a
6   CSA video?
7   A.   I remember we watched one.
8   Q.   And was there a quiz about it?
9   A.   Yes.
10  Q.   And CSA was the same CSA we talked
11  about where you learned about it in truck
12  driving school, correct?
13  A.   Yes, correct.
14  Q.   What's the driver's legal plan video?
15  A.   It's an insurance you can purchase,
16  that they have attorneys that represent you
17  if -- or when you get in an accident, whether
18  it's with a car, motorist, or so on.
19  Q.   Was that optional for you?
20  A.   I believe it was optional.
21  Q.   Do you remember if you elected the
22  driver's legal plan?
23  A.   I did -- I did take it.
24  Q.   And why did you take it?
25  A.   Just to have that little bit of

Page 61

1   safety information pack.
2        Do you know what that refers to?
3   A.   I can't remember on that.
4   Q.   The next line says brake adjustment.
5        Do you know what that refers to?
6   A.   I mean, I can assume, but I don't
7   remember talking about it.  But, I mean, I
8   just can assume that it's about how to --
9   adjusting the brakes or something, just first
10  thought.
11  Q.   The next line -- go ahead.
12  A.   I was just saying that the first
13  thought come to mind when I see it.
14  Q.   The next line says:  Log policy,
15  driver codes, log training, transflow for logs
16  and log training exercises.
17       Let's start with that -- with those.
18       Do you remember those four, three or
19  four or five things I just listed?  Do you
20  remember talking about any of those in
21  orientation?
22  A.   I remember we talked about it.  I
23  think we may have went over it a little bit.
24  I think they were short on devices, but we all
25  kind of took turns going over them.

Page 63

1   security if something happened, I had somebody
2   to represent me.
3   Q.   The next line says driver handbook
4   review?
5   A.   Yes.
6   Q.   Were you provided a copy of the
7   driver handbook at orientation?
8   A.   I believe I was.  I'm pretty sure I
9   was.  I just don't really remember.
10  Q.   You think you might have been?
11  A.   Yes.
12  Q.   But you can't remember if you
13  actually were?
14  A.   Yes.  But I'm -- I'm pretty confident
15  I was, but --
16  Q.   But you can't remember for sure?
17  A.   Yes.
18  Q.   Do you remember whether anything was
19  said about the handbook?
20  A.   I believe we went through it some.  I
21  just really don't remember.
22  Q.   You can't remember anything that was
23  specifically said about the handbook, correct?
24  A.   Correct.
25  Q.   The next line says:  Additional

Page 62

1   Q.   When you say they were short on
2   devices, what are you referring to?
3   A.   I wasn't -- I don't think it was
4   enough for -- if I remember correctly, it
5   wasn't enough for everyone that was in the
6   class.  So some people might have to sit at
7   the same table and do it.  So that way, we
8   both got experience on just going over it.
9   Q.   Are you referring to an actual
10  Qualcomm unit?
11  A.   Yes.  Sort of like a portable one,
12  that we can just sit there and use.  It's not
13  really connected to a truck.  It's just one
14  you can kind of go through the steps.
15  Q.   And Qualcomm is basically a computer
16  unit in the truck, correct?
17  A.   Correct.
18  Q.   And it's used to communicate with
19  your driver manager or someone else from the
20  company, correct?
21  A.   Correct.
22  Q.   And you've used those at other
23  companies too, have you not?
24  A.   Yes.
25  Q.   And it's also the device that you use

Page 64

Gale S. Carter                                                    December 4, 2018

1  to record your hours of service under the
2  hours of service regulations, correct?
3    A.  Yes.
4    Q.  So they have portable Qualcomm unit
5  that they were able to bring in to orientation
6  to teach you how to log your time; is that
7  right?
8    A.  Yes.
9    Q.  Was there a PowerPoint that you
10  recall?
11    A.  I really can't remember if we did a
12  PowerPoint.  Most likely there were; pretty
13  much everything, they had a PowerPoint or
14  something to kind of go through it.
15    Q.  Do you remember there being a
16  Qualcomm handbook?
17    A.  I can't remember.
18    Q.  What about a Qualcomm quiz, do you
19  remember taking a Qualcomm quiz?
20    A.  I believe we did do a quiz
21  afterwards.
22    Q.  Do you remember taking it?
23    A.  Yes.
24    Q.  Next line says -- well, do you
25  remember how long that quiz was, how long it

Page 65

1  form, pretrip walk-around.
2    Do you know what that was?
3    A.  I don't remember what the maintenance
4  handout was -- exactly said.  I don't really
5  remember the vertical alliance pretrip video.
6  The pretrip check-off, that's what we use, we
7  went around and they taught us -- well, they
8  went over their procedure to check out the
9  truck before we begin that morning.
10    It pretty much goes with the pretrip
11  walk-around.  You just use the check-off as
12  you walk around, to make sure you're checking
13  everything on the truck; make sure you're okay
14  to drive it.
15    Q.  Was the portion of orientation about
16  the pretrip inspection that you're describing,
17  similar to the instruction you got at truck
18  driving school?
19    A.  Yes.
20    Q.  The next line says three-point entry
21  and exit.
22    Do you know what that refers to?
23    A.  That's, you always got either two
24  hands or two feet touching something where you
25  enter the truck and exit the truck.  So you

Page 67

1  took?
2    A.  I don't remember.
3    Q.  Hazmat, cargo security quiz, ID
4  badges, is the next line.
5    Do you know what that refers to?
6    A.  If you had hazardous material.  I've
7  never had hazardous material.  The cargo
8  security is about how you fasten it down to
9  make sure it doesn't shift.  The ID badges is
10  just, they took pictures of us with our badges
11  to get in and out of different facilities.
12    Q.  Next one says transflow training from
13  bills of lading.  Expense reimbursement.
14    Do you know what that refers to?
15    A.  The transflows, their process, the
16  way they want us to send the bills in.  So
17  that way they get paid for it.  I get paid.
18    The expense reimbursement is anything
19  I spend my money on, tolls, scales or
20  anything.  The -- and that's pretty much what
21  I pay for, tolls and scales, weigh tickets.
22  And I record it and submit it, and they
23  reimburse me.
24    Q.  Maintenance handout, vertical
25  alliance, pretrip videos, pretrip check-off

Page 66

1  either got two hands holding on with one foot,
2  or either two feet and one hand.
3    Q.  Is that something that is common in
4  the industry?  Is that something you heard
5  before PTL?
6    A.  Yes.
7    Q.  Road test.  I think, did you take a
8  road test during orientation?
9    A.  I did.
10    Q.  Did you deliver any loads during
11  orientation?
12    A.  No.
13    Q.  Was the road test similar to the road
14  test in truck driving school?
15    A.  Well, as far as road test, I did one,
16  but he didn't really push me as hard because I
17  had over two years experience.  I mean, pretty
18  much backing, I turned, I got lined up and
19  straight back.  I didn't do a -- the original
20  when you do the setup and just pull in, he
21  told me just, he just wanted to see I can back
22  it up.  So --
23    Q.  What about orientation logs and log
24  practice quiz?  Do you know what that refers
25  to?

Page 68

Gale S. Carter                                                              December 4, 2018

1    A.   We logged what we was doing in
2   orientation, location.  And if I remember
3   correctly, they put it into our logs that
4   that's what we were doing.
5    Q.   At some point in orientation, did you
6   review the Independent Contractor Service
7   Agreement that you signed with PTL?
8    A.   We went over it.  It was -- the whole
9   orientation was -- went kind of fast because
10   we was kind of limited on time, but we went
11   over it.  And some things they said, well,
12   they wasn't going to go over everything, but
13   we went through it.
14    Q.   Do you remember, was that toward the
15   end of orientation where you reviewed the
16   contract?
17    A.   I'm not sure.
18    Q.   Other than reviewing the contract, is
19   there anything else that you can remember
20   being covered in orientation that is not
21   listed in Exhibit 2?
22    A.   Not that I can remember.  I mean, but
23   like I said, it's been years ago.  So I'm
24   trying to remember everything from years back.
25    Q.   Did you take any notes during

Page 69

1   orientation?
2    A.   Briefly.  I took down a few things,
3   not the whole time.
4    Q.   Did you keep those notes?
5    A.   I did not.
6    Q.   When did you get rid of those notes?
7    A.   I'm not sure.  I've had numerous
8   tablets.  Every company I go to, I might have
9   something that I scribbled down in.  And I
10   don't mix them up, so I don't get confused.
11    Q.   Do you think you would have gotten
12   rid of that tablet before you filed this
13   lawsuit?
14    A.   Yes.  Most likely.  I mean, once I'm
15   not at a company, I don't -- and really, when
16   I take the notes, they're just to get started.
17   As I go, when I figure out what I'm doing, I
18   don't need those notes.  It's pretty much just
19   for like Qualcomms, how they want their logs
20   done; just anything that could affect how I do
21   my job or what they need me to do.  Once I get
22   it down, I don't really need them.  I'll get
23   rid of them.
24    Q.   When you were talking about the
25   recruiter, when you were talking with the

Page 70

1   recruiter and you decided to attend
2   orientation at PTL, was it your understanding
3   that you had to successfully complete
4   orientation before you would be offered the
5   opportunity to contract with PTL?
6        MR. JARVIS:  Objection.  Calls for a
7   legal conclusion.  You can respond.
8    A.   Well, I thought -- I thought once I
9   was coming, they said that, but I thought once
10   I was coming, I knew my drug test would be to
11   come back good.  And I know how to drive, so I
12   assumed that I would be hired.  I figure it
13   would be something like a drug test or
14   something like that would be the only thing
15   that would hold me back from being hired,
16   which I knew wouldn't be a problem.
17   BY MR. ECKHART:
18    Q.   So they told you that you had to
19   successfully complete orientation before you'd
20   be offered the opportunity to contract with
21   PTL, correct?
22    A.   Yes.
23    Q.   And you knew you had to successfully
24   complete orientation before you'd be offered
25   that opportunity, correct?

Page 71

1    A.   Yes.
2    Q.   You just thought that you would be
3   able to pass a drug test and you would be able
4   to demonstrate that you're qualified for the
5   job, so that it shouldn't be a problem?
6    A.   Yes.
7    Q.   Did the recruiter say anything about
8   whether you'd be paid for orientation?
9    A.   I believe he did, but I don't think
10   we were.
11    Q.   You believe he said something about
12   orientation?
13    A.   Yes, but I don't think -- I think in
14   the end, I don't think we did.
15    Q.   What do you remember specifically
16   about what the recruiter said?
17    A.   I mean, I don't remember specifically
18   what he said, but I do think he said something
19   about some kind of pay during orientation.
20   And then during orientation, we wasn't given
21   that.
22    Q.   Every time that you hired on to
23   another carrier, did you talk to a recruiter?
24    A.   Yes.
25    Q.   Did you talk to a recruiter even when

Page 72

Gale S. Carter                                                          December 4, 2018

1  you were going back to a company that you had
2  previously worked for?
3    A.  Sometimes.  And sometimes I actually
4  had somebody out of the office that I still
5  had their contact, and I contacted them and
6  let them know I was interested in coming back.
7    Q.  Given the number of motor carriers
8  that you've worked for, is if fair to say
9  you've probably spoken to ten recruiters
10  during your career?
11    A.  That's possible, yeah.
12    Q.  And based on that, can you be sure
13  that this conversation about being paid for
14  orientation happened with the PTL recruiter
15  and not some other recruiter for some other
16  motor carrier?
17    A.  No.  I remember because -- the reason
18  I remember is because when we got to
19  orientation, a lot of the people were
20  complaining.  Some people was even thinking of
21  leaving.
22    Q.  How many people were in your
23  orientation class?
24    A.  Five to six of them.  I can't
25  remember exactly.  It was five or six.

Page 73

1    A.  Maybe once or twice a week because I
2  was starting out, and they gave me a little
3  advice on how to fuel and everything.
4    Q.  Do you remember anything else you
5  talked about?
6    A.  We talked about loads.  One instance,
7  I wanted to go home.  The other person was
8  trying to go home, and they were actually
9  giving us loads, if we had -- we could have
10  swapped, both of us could have made it home
11  for our home time.  But we couldn't do that.
12  When we asked, they said the loads was gone.
13    Q.  Do you remember anything that you
14  spoke about with these drivers?
15    A.  Well, we wanted to go in different
16  areas.  They kept us primarily in
17  Philadelphia, Virginia, up in Ohio, up in that
18  eastern corner.  And we was trying to go
19  different places so we wasn't burning as much
20  in fuel by going up and down hills.  But they
21  told us it wasn't any loads going out there,
22  or it wasn't worth the time to go out there.
23    Q.  Did you ever talk to them about any
24  of the terms of the contract you signed with
25  PTL?

Page 75

1    Q.  Did all of them successfully complete
2  the orientation?
3    A.  Yes.  I think -- well, I think one
4  person actually left.  But I think the other
5  five or six of us -- well, five or six
6  counting myself.  And I think the one person
7  left.
8    Q.  Why did they leave?
9    A.  I'm not sure.  I really didn't talk
10  to that person that much, so.
11    Q.  Do you to this day -- well, let me
12  start over.
13        After orientation did you speak with
14  any of those five or six people again?
15    A.  Yes.
16    Q.  How frequently have you spoken with
17  them?
18    A.  I'm not in contact with any of them
19  in the last, anywhere from -- one of them I
20  used to talk to every now and then.  But the
21  rest of them, I haven't talked to in a year,
22  year and a half.
23    Q.  Did you talk to them -- how
24  frequently would you talk to them while you
25  were under contract with PTL?

Page 74

1    A.  Well, we talked about the one where
2  if you stay, I think it was five months or
3  something, you could leave and go to one of
4  the other companies under the umbrella.  And
5  pretty much everybody was trying to make it to
6  that point, but we just wasn't making no
7  money.
8    Q.  When you say if you stayed five
9  minutes you could go to another company under
10  the umbrella, are you referring to another PTL
11  company?
12    A.  Yes.  I forget all the names.  I know
13  Celadon was under it.  Super Service was under
14  it.  Greatwide.  It was numerous companies
15  that was under it, that if you made it to that
16  point, you could go without a penalty.  If you
17  left when you got, I think it was three months
18  or something, you could leave if you paid a
19  penalty.
20    Q.  So it's your understanding if you
21  stayed a certain amount of time, you could
22  take your truck and work for a different
23  company?
24    A.  Well, under their umbrella, not
25  anywhere else.  It would have to be in the

Page 76

Gale S. Carter                                                                                    December 4, 2018

1 companies they suggest, the ones that's
2 connected to them.
3    Q.   At some point -- no, we'll go through
4 your contract with PTL in a minute, but I want
5 to clarify this.
6        At some point did you get a truck
7 that you were going to use to haul loads under
8 your contract with PTL?
9    A.   Yes.  They picked out a truck for me
10 and sent me to get it.
11    Q.   When you say they, who you referring
12 to?
13    A.   PTL sent me to Quality.  And Quality
14 had a truck in Indianapolis for me to get.
15    Q.   And do you know whether Quality is a
16 related to company to PTL or not?  Do you have
17 any idea?
18    A.   Well, I don't have the paperwork on
19 it, but from the way it operated, I figured
20 they were connected some kind of way.
21    Q.   Now, when you say that after -- you
22 say five months you can work for another
23 company under the umbrella, are you saying
24 companies that also have a relationship with
25 Quality?

                                                    Page 77

1 you Google their site, all those companies
2 come up that you can lease on to.  It's just,
3 if I started with Greatwide, and I didn't like
4 it after so long, I have the same options.
5    Q.   When you say Google the site, you're
6 talking about Quality's website, correct?
7    A.   Yes.
8    Q.   Not PTL's website?
9    A.   Yes.
10    Q.   Correct?
11    A.   Yes.
12    Q.   So Quality's website has a list of
13 companies that are preapproved to contract
14 with if you're leasing a truck from Quality;
15 is that fair?
16    A.   Yes.  But it also, PTL tells you the
17 same thing.  That didn't come from Quality,
18 that came from someone within PTL.
19    Q.   Someone from PTL told you that there
20 are other companies that Quality has
21 preapproved to use the truck for?
22    A.   Yes.  Those are the only companies
23 that after a certain limited time that you're
24 allowed to take that truck and go to.  I
25 couldn't take that truck and go to somewhere

                                                    Page 79

1    A.   Yes.
2    Q.   So if in fact Paschall and Quality
3 have no, you know, corporate relationship,
4 they're not subsidiaries of the same parent
5 corporation, you wouldn't have any way of
6 disputing that, correct?
7        MR. JARVIS:  Objection.  Calls for a
8 legal conclusion.  Form.  You can answer.
9    A.   Can you repeat that?
10 BY MR. ECKHART:
11    Q.   Well, let me ask it a different way.
12        Do you know in fact know whether --
13 let me start over.
14        You mentioned a few company names,
15 Celadon, Greatwide -- what were the other
16 companies you mentioned?
17    A.   Super Service.
18    Q.   You mentioned those were companies
19 that you could take your truck to and work for
20 those companies, correct?
21    A.   Yes.
22    Q.   And do you know whether those
23 companies in fact are related to Paschall
24 Truck Lines?
25    A.   I don't know for sure.  I mean, when

                                                    Page 78

1 like Landstar because they wasn't under the
2 umbrella.
3    Q.   Sorry.  I thought you were done.
4        And you knew that you couldn't use
5 that truck with other companies before you
6 signed your Independent Contractor Agreement,
7 correct?
8    A.   Yes.
9    Q.   You mentioned you and the other
10 driver talked about being able to take the
11 truck to another company under the umbrella
12 after a certain number of months; you said
13 five months, right?
14    A.   Well, I'm guessing because I really
15 don't remember the exact months.  It could
16 have been five months; it could have been
17 more.
18    Q.   Do you remember talking to them about
19 anything else while you were under contract
20 with PTL?
21    A.   No.  We just pretty much was trying
22 to figure out how to do make better.  We
23 all were struggling.
24        MR. ECKHART:  Will you hand the
25 witness Exhibit 3, please?

                                                    Page 80

Gale S. Carter                                                                    December 4, 2018

1       (WHEREUPON, THE ABOVE-MENTIONED
2  DOCUMENT WAS MARKED AS EXHIBIT NO. 3 TO THE
3  TESTIMONY OF THE WITNESS, AND IS ATTACHED
4  HERETO.)
5  BY MR. ECKHART:
6    Q.  Thank you.  You've been handed what
7  has been marked Exhibit 3.  The first page of
8  Exhibit 3 should be Bates stamped PTL 00089;
9  is that correct?
10   A.  That's correct.
11   Q.  And the document will go from PTL 89,
12 all the way to PTL 000107; is that right?
13   A.  Yes, that's correct.
14   Q.  Is this a copy of the Independent
15 Contractor Service Agreement that you signed
16 with Paschall Truck Lines in 2015?
17   A.  It is.
18   Q.  Now, it says that you signed this
19 date on the first page of Exhibit 3, it says
20 the effective date of the agreement is October
21 15th, 2015; is that correct?
22   A.  Yes.
23   Q.  On the bottom right-hand page of the
24 first page of Exhibit 3, above initials for
25 contractor, are those your initials?

Page 81

1    Q.  In the middle of the page, on the
2  right-hand side, is that your signature under
3  contractor?
4    A.  Yes.
5    Q.  And above the signature line, do you
6  see the all caps bold language that starts:
7  Contractor acknowledges?
8    A.  Yes.
9    Q.  And it says contractor acknowledges
10 and represents that contractor has read and
11 fully understands the provisions of this
12 agreement?
13   A.  Uh-huh (affirmative response).
14   Q.  And has had sufficient time and
15 opportunity to consult with personal financial
16 tax and legal advisors prior to executing this
17 agreement.
18       Do you agree that you had read fully
19 and understood the provisions of the agreement
20 before you signed this?
21   A.  Well, to a certain extent.  I didn't
22 realize I wouldn't get that much revenue.  I
23 thought they would offer me the revenue to be
24 able to pay for the truck, take care of my
25 household and actually build up some for

Page 83

1    A.  Yes.
2    Q.  On the second page of Exhibit 3,
3  under contractor's equipment, it lists 2016,
4  under make and model, INTL.
5       What does that refer to?
6    A.  International.
7    Q.  And then it's got a VIN number that
8  ends in 7986, correct?
9    A.  Yes.
10   Q.  Is that the VIN number of the truck
11 that you leased from Quality in 2015?
12   A.  I believe so.  I'm just -- I don't
13 remember.
14   Q.  Before we review your Quality lease
15 agreement, for the time being, the VIN number
16 listed in your Independent Contractor Service
17 Agreement, Exhibit 3, ends in 7986, right?
18   A.  Yes.
19   Q.  And so if it was a 2016
20 International, is that a brand new truck?
21   A.  Yes.
22   Q.  I didn't hear your answer, sorry.
23   A.  Yes, that's correct.
24   Q.  Will you turn to Page PTL 98?
25   A.  Okay.

Page 82

1  maintenance.
2    Q.  Did you review the contract before
3  you signed it?
4    A.  I did.
5    Q.  Do you remember anything that anyone
6  from PTL said about this contract during
7  orientation?
8    A.  I don't remember.
9    Q.  You don't remember anything -- any of
10 the specific things that were said?
11   A.  No.  Like I said, it was -- the
12 orientation, we rushed.  We tried to get stuff
13 done so we could get out of there and get on
14 the bus to Indianapolis and get the trucks.
15 Then we had to get back to get the decals and
16 everything put on, or else we didn't get to
17 work that week.
18   Q.  Let me -- can you help me understand
19 this a little bit?  Because on the one hand
20 you said orientation was four or five days
21 long.  And on the other hand you said you were
22 rushed for time, so can you explain that?
23   A.  If you look at everything we had to
24 go through, that's a lot of stuff to go over
25 and cover.  To do physicals, to do the medical

Page 84

Gale S. Carter                                                                    December 4, 2018

1 card, the photos ID's. It's a lot of time,
2 and you got different people doing different
3 things. And they don't always have time to be
4 where they need to be at that moment.
5        So we have -- when they have time, we
6 got to there and do it, so we got to stop
7 whatever we're doing and then come back and
8 finish.
9    Q. When you -- so you went to
10 Indianapolis, you got a truck. You then drove
11 it back to Murray; is that correct?
12   A. Yes.
13   Q. And you got decals on your truck?
14   A. Yes.
15   Q. And at some point were you connected
16 with a driver manager?
17   A. Yes.
18   Q. And then you started hauling loads,
19 correct?
20   A. Yes.
21   Q. In your view -- at what point did
22 orientation end?
23   A. I said it ended when they put us on
24 the bus.
25   Q. To go to Indianapolis?

Page 85

1 it was 5,000, to swap to one of the other
2 companies, if you're not doing good.
3    Q. Will you start over? Sorry, I missed
4 the first part of that. We had a connection
5 issue. Can you start over?
6    A. If you leave early, before the time
7 they say you can leave to go to another
8 company under the umbrella, that's what you --
9 you have to pay that 5,000. And I mean, even
10 though we wasn't making money, we couldn't
11 afford to leave and go to another company
12 because we didn't have 5,000.
13       Well, I can't speak for everybody
14 else, but I didn't have 5,000. I only had
15 most time, I didn't have enough. When I did
16 get a nice check, I had to catch up on what I
17 was behind on.
18   Q. Now, do you remember anyone from PTL
19 discussing that requirement during
20 orientation?
21   A. Which requirement?
22   Q. The one you're describing, the $5,000
23 provision.
24   A. Yes. It came up in orientation
25 because they brought up the umbrella, and

Page 87

1    A. Yes.
2    Q. So there are four or five days before
3 you left to go pick out a truck, correct?
4    A. Yes. I mean, in orientation you got
5 other people that got questions. I may have a
6 question. You got five or six people, that is
7 a lot of questions that might come up. And so
8 that's interrupting the person giving all of
9 the information and going over everything with
10 you.
11   Q. Do you remember any of the questions
12 that -- do you remember whether there were any
13 questions asked about the Independent
14 Contractor Service Agreement?
15   A. I really don't remember. I'm pretty
16 sure there were, but I don't remember.
17   Q. Earlier you referred to what you call
18 a penalty, or I think you said three months.
19 Or not staying three months?
20   A. I mean, just whenever that period
21 was.
22   Q. What was your understanding about
23 that penalty?
24   A. If you left earlier than the months
25 they told you, you would have to pay, I think

Page 86

1 after so many months, you can go to another
2 company if you're not liking what you're
3 earning.
4    Q. And so your recollection is that that
5 penalty was tied to using the truck with
6 another company.
7    A. Yes, under the umbrella.
8    Q. Do you remember the name of the PTL
9 person who spoke about that $5,000 fee?
10   A. I do not.
11   Q. Were there any questions asked about
12 the fee, that you can specifically remember?
13   A. I really don't remember what was
14 asked. I mean, it just -- the thought was
15 that everybody was assuming at that time that,
16 well, that's not a bad thing. It's -- we'll
17 be making money, so if we decide to change,
18 we'll have the money to change. But it turned
19 out to be totally different. We didn't have
20 the money to change.
21   Q. So you were aware of that $5,000 fee
22 before you signed the Exhibit 3, the contract,
23 correct?
24   A. Yes, that's correct.
25   Q. And if you look at Page 89, Detail 89

Page 88

Gale S. Carter                                                    December 4, 2018

1  of the agreement, Exhibit 3?
2    A.  You said 89?
3    Q.  Yeah.  First page of Exhibit 3.
4    A.  Yes.
5    Q.  At the very bottom there is a
6  paragraph that starts, contractor
7  acknowledges,
8       Do you see that?
9    A.  Yes.
10   Q.  It says:  Contractor acknowledges
11 that PTL has no obligation to furnish any
12 specific number of loads to contractor on a
13 regular basis during the term of this
14 agreement.  But to the extent that it's
15 reasonably possible for PTL to do so, to
16 utilize contractor services.
17      Did I read that correctly?
18   A.  Yes.
19   Q.  But you knew before you signed this
20 contract that you were not guaranteed a
21 specific number of loads from PTL, correct?
22   A.  I understand that.  But you don't
23 expect that almost every week.  Occasionally,
24 it happens, and I've learned that in the
25 trucking industry, that sometimes the work

Page 89

1  had some low loads that paid 400.  But if I
2  get a good load that pays a thousand or
3  better, then that makes up.
4       But if you keep giving me $400 loads,
5  that doesn't pay me anything, and I only get
6  70 percent of that $400.  And that's one of
7  the things I kept speaking to the dispatcher
8  about.  I told him I can't do $400 loads
9  back-to-back.  If I do a 400, I need a bigger
10 load that makes up for that for $400 load.
11   Q.  And before you signed up with PTL, I
12 believe you just said that you know in this
13 industry that the freight isn't always there,
14 right?
15   A.  Yeah, but it's not always like that.
16   Q.  So you're not going to always have
17 the loads available to you, correct?
18   A.  But the thing is, they kept me in a
19 certain area.  There's no possible way you're
20 going to get better loads if you stay in that
21 same area where the loads aren't paying that
22 good.  It's no way you're going to --
23   Q.  My question is --
24      MR. JARVIS:  Chris, he was still
25 answering the question.  You're interrupting

Page 91

1  slows down.  But you don't expect what they
2  did every week.  You don't expect to make zero
3  dollars.  I mean, who can live on zero
4  dollars, just paying for the truck?
5    Q.  So it's your testimony that you were
6  paid zero dollars every week?
7    A.  Not every week.  Some -- I mean, it's
8  on the check stubs, so you see I have 127.
9  Some weeks I had zero.  Some weeks I had a
10 nice check, 900.  Some weeks I had a $600
11 check, but that's still not even enough to
12 maintain a family.
13   Q.  Now, I believe you said earlier in
14 your deposition that the recruiter told you
15 that some loads pay well, some don't pay well,
16 correct?
17   A.  Yes.  And he also showed me check
18 stubs from like $1,500.  And if you're showing
19 me that, you're giving me a false sense that
20 I'm going to make that kind of money, and I'm
21 not.
22   Q.  But he also told you point blank that
23 some loads don't pay that well, correct?
24   A.  Yes.  Yes, but that check stub
25 suggests otherwise.  I had some low checks.  I

Page 90

1  him at this point.  Let him finish his
2  response.  At this point, you're just cutting
3  him off.  Go ahead, finish.
4    A.  I mean because --
5       MR. ECKHART:  Hold on.  Just one
6  second.  For the record, this is a remote
7  deposition.  It's not always easy to hear when
8  someone is done.  There is nothing going on
9  here, Travis, so just relax.  Go ahead,
10 Mr. Carter.
11   A.  I'm just saying, for instance, like
12 the gentleman I told you I knew who worked for
13 PTL.  He went to Texas sometime.  They told us
14 it was no loads in Texas, but I knew better
15 because I knew somebody who previously worked
16 there.  And he said he went numerous times.
17 Buts when we tried to get them, they said no.
18 It's no loads out there, and they kept us up
19 in Pennsylvania.
20      And being over the road, I've seen
21 PTL out there many times, so I know they're
22 everywhere.  But they didn't allow us
23 owner-operators or IC's to go out there.  They
24 kept us up in the eastern corner.
25 BY MR. ECKHART:

Page 92

Gale S. Carter                                                    December 4, 2018

1    Q.  But based on your experience before
2  PTL, and based on your reviewing the contract,
3  you knew that there were no guarantees of any
4  certain amount of revenues each week, correct?
5    A.  Yes.  I understand what the contract
6  says, yes.  But who assumes that they're
7  really going to do that to you though?
8    Q.  Go ahead.
9    A.  I was just saying, who assumes that
10  they're really going to not let you run.
11  Who's going to assume that you're just going
12  to run $400 loads?  And, I mean, that's why in
13  the end, I left.  I just couldn't feed my
14  family on that.
15       I mean, I ran my credit card up.  I'm
16  still behind on my credit card to this day
17  because of working for PTL.  And I still
18  haven't got it paid down.
19    Q.  Do you have records of what you put
20  on your credit card in October, November and
21  December of 2015?
22    A.  I don't have records because I didn't
23  use it for PTL.  I used it for my home because
24  I couldn't pay any bills because some of my
25  checks were zero.  Some of them was a hundred

Page 93

1  you have to show that?
2    A.  I can probably get it.  I'm pretty
3  sure I can call my bank.  It's my bank, and
4  I'm pretty sure they have records if I needed
5  to.
6    Q.  Would you agree that the termination
7  fee that you described did not prevent you
8  from leaving PTL before eight months, or nine
9  months?
10    A.  The 5,000, is that what you're
11  referring to?
12    Q.  Correct.
13    A.  It didn't make me not leave, but I
14  was trying to do better for my family.  And I
15  kept getting stories that it would get better,
16  and that's why I continued to try.
17    Q.  So basically, you tried for a couple
18  of months, but you made the decision that you
19  weren't going to get more revenue so you left,
20  correct?
21    A.  Correct.
22    Q.  Were you getting assurances from
23  driver managers during that time that the
24  revenue would increase?
25    A.  I was.

Page 95

1  dollars.  So therefore, I had to pay my rent.
2  I had to pay my light bills.  I had to pay all
3  of that kind of stuff that comes with a
4  family.
5       I mean, I explained that to them.  I
6  told them, I said, I'm on the road.  I have a
7  family at home.  I have to make so much for
8  home, just to keep my family afloat.  They
9  told me --
10       MR. ECKHART:  Objection to that.
11    A.  They told me I could take an advance.
12  But I told them, what is that advance going to
13  do for my family?  That feeds me, but that
14  doesn't feed my kids and my wife.
15  BY MR. ECKHART:
16    Q.  Mr. Carter, you're allowed to
17  grandstand.  I asked you one question about
18  whether you had records of what you put on
19  your credit card in three months in 2015.  Yes
20  or no?
21    A.  No, I don't have any records of
22  anything for PTL.
23    Q.  Well, anything.  I mean, you said
24  that you're still paying off your credit card
25  based on your work at PTL.  What records do

Page 94

1    Q.  And is that the reason you continued
2  to haul for PTL?
3    A.  Correct.  And they kept changing my
4  driver managers also.  Basically, I took it as
5  they were making it seem like it's the driver
6  manager, but everybody did the same thing.
7    Q.  So to the reason you continued to
8  work under contract with PTL was because you
9  thought eventually you would generate more
10  revenue, correct?
11    A.  Correct.
12    Q.  And as soon as you made the decision
13  that you weren't going to be able to generate
14  more revenue, you decided to leave PTL,
15  correct?
16    A.  Correct.
17    Q.  Back to Exhibit 3, I need to verify a
18  few signatures real quick.  On Page PTL 98?
19    A.  Okay.
20    Q.  Bottom left-hand side, where it says
21  owner; do you see that?
22    A.  Yes.
23    Q.  Is that your signature?
24    A.  Yes.
25    Q.  On that same page, there is, on the

Page 96

1 middle of the page on the left-hand side,
2 there's a name Russ Usher. Is that the Russ
3 that you were referring to earlier?
4    A.  Yes.
5    Q.  On Page PTL 101?
6    A.  Yes, I got it.
7    Q.  On the right-hand side under
8 contractor, is that your signature?
9    A.  Yes.
10    Q.  And on PTL 4?
11    A.  104?
12    Q.  Yes.
13    A.  Okay, got it.
14    Q.  Right-hand side in the middle of the
15 page, under contractor, is that your
16 signature?
17    A.  Yes.
18    Q.  Page PTL 106?
19    A.  Okay.
20    Q.  Under contractor on the right-hand
21 side, is that your signature?
22    A.  Yes.
23    Q.  Did you have a Federal tax ID number
24 while you were under contract with PTL?
25    A.  For -- on my -- the ID on my truck, I

Page 97

1 paid on loads; is that correct?
2    A.  Yes.
3    Q.  Do you know if you were ever paid any
4 of these items such as loading and unloading,
5 lumbers, detention?
6    A.  I think I got some detention.  The
7 others I really don't remember.  I did get
8 some deadhead.  But the other ones, I really
9 don't remember them.
10    Q.  Do you remember talking about any of
11 these charges during orientation?
12    A.  I remember we went over it.  I don't
13 remember exactly what was said.
14    Q.  Do you know if they talked about how
15 the compensation for these items would be
16 calculated?
17    A.  I don't remember.
18    Q.  When you signed this Independent
19 Contractor Services Agreement, was it your
20 intent that at that time to be an independent
21 contractor with PTL?
22        MR. JARVIS:  Objection.  Calls for a
23 legal conclusion.  You can respond.
24    A.  Yes.
25 BY MR. ECKHART:

Page 99

1 had one, but it's not on there.
2    Q.  On the next page, Page PTL 107?
3    A.  Yes.
4    Q.  Is that your signature by lessor
5 signature?
6    A.  Yes.
7    Q.  On Page PTL 99?
8    A.  Okay.
9    Q.  Section 103?
10    A.  Okay.
11        MR. ECKHART:  One second.  Can we go
12 off the record real quick?
13        MR. JARVIS: Yes, sure.
14        (WHEREUPON, A BRIEF RECESS WAS TAKEN
15 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
16 BY MR. ECKHART:
17    Q.  Section 103 on Page PTL 99.  This
18 talks about, this is part of Appendix A which
19 addresses the compensation you were going to
20 be paid under the contract, correct?
21    A.  Yes. Yes.
22    Q.  And Section 103 talks about
23 advesorial and other charges, slash, credit.
24 And under Section A it says:  List the number
25 of other charges that you could potentially be

Page 98

1    Q.  Now, will you please turn to Page PTL
2 102 of Exhibit 3.
3    A.  Page 102, which section?
4    Q.  So it starts with 102, and if you
5 look at the top of Page 102, it says Appendix
6 B, correct?
7    A.  Yes.
8    Q.  And then it goes from 102 to 103 and
9 then to 104, correct?
10    A.  Correct.
11    Q.  Do you recall filling this Appendix
12 out during orientation?
13    A.  I remember going through it.  I don't
14 remember this exact part, but I remember going
15 through this contract, filling it out.
16    Q.  And in each of these sections, do you
17 see how it has the option of electing the
18 insurance or declining the insurance?
19    A.  Yes.
20    Q.  And do you recall having the option
21 of declining the insurance offered by PTL and
22 getting your own insurance for your truck?
23    A.  They read through it.  I don't
24 remember that being an option, to go out and
25 get insurance elsewhere.  I don't remember

Page 100

Gale S. Carter                                                December 4, 2018

1  nobody saying nothing about that.
2    **Q.  But you reviewed Appendix B, correct?**
3    A.  Well, they reviewed it, and we kind
4  of skimmed through behind them.  That's
5  basically how we did it to hurry up and get
6  all of our paperwork done.
7    **Q.  Did anyone from PTL say that you were**
8  **required to elect the insurance listed on**
9  **Appendix B?**
10   A.  They didn't say that, but if you
11 don't have insurance, you can't drive a truck.
12 That's the same as if I go out and get a car.
13 Ain't nobody going to let me leave without
14 setting up some insurance.
15   **Q.  Did you ever -- and you filled this**
16 **out before you picked out the truck, correct?**
17   A.  Well, before they gave me the truck.
18 I didn't actually pick the truck out.  They
19 gave me the truck.
20   **Q.  You filled this out before you went**
21 **to Indianapolis, correct?**
22   A.  Yes.
23   **Q.  And did you shop around for any**
24 **insurance that was out there on the market at**
25 **that time?**

                                                Page 101

1  **to have insurance for your truck?**
2    A.  Yes.  Yes.
3    **Q.  Right?**
4    A.  Yes.
5    **Q.  But PTL never told you, you had get**
6  **insurance through them, correct?**
7    A.  Correct.
8    **Q.  And you filled out the Appendix B**
9  **that says you can either elect or decline the**
10 **insurance, correct?**
11   A.  Yes.
12   **Q.  And so you had the opportunity, if**
13 **you would have explored it, to at least see if**
14 **there was other insurance available that you**
15 **could have purchased, correct?**
16       **MR. JARVIS:  Objection.**
17 **Mischaracterizes his testimony.  You can**
18 **respond.**
19   A.  Well, they said we had to have
20 insurance.  They said without the insurance, I
21 couldn't go get the truck.
22 BY MR. ECKHART:
23   **Q.  But you could have gotten insurance**
24 **through another company though, correct?**
25   A.  Correct.  If I had been told that I

                                                Page 103

1    A.  No.  Like I explained, they didn't
2  really tell us we had an option to go get
3  insurance on our own.
4    **Q.  But they didn't tell you you had to**
5  **use theirs though, correct?**
6    A.  No.  No.  They didn't tell me either.
7  They didn't say I could go or anything.
8    **Q.  Did you say they didn't tell you**
9  **either way?  They didn't say you could do it,**
10 **they didn't say you could not do it?**
11   A.  No.  They didn't tell me I had an
12 option to go elsewhere.  Basically, you had to
13 have insurance.  The trailer insurance, you
14 got to have all of that.  You can't pull their
15 equipment without insurance.
16   **Q.  I understand.  What I'm trying to**
17 **figure out though is what did someone from PTL**
18 **say to you.**
19       **No one from PTL told you that you had**
20 **to purchase insurance from PTL, correct?**
21   A.  No.  No.
22   **Q.  Not correct?**
23   A.  No.  They did not tell me that, but
24 they said insurance was required.
25   **Q.  All right.  So someone said you had**

                                                Page 102

1  could go elsewhere and get insurance.
2    **Q.  Now, will you, on Page PTL 105 of**
3  **Exhibit 3?**
4    A.  Okay.
5    **Q.  This is, at the top it says**
6  **maintenance reserve account, then the -- is**
7  **this -- is this an optional maintenance**
8  **account?**
9    A.  Is that the escrow, the escrow that I
10 was putting into?  Is that what --
11   **Q.  I'm not sure if it was the escrow or**
12 **not.  That's why --**
13   A.  That's the only thing I put in for,
14 was the escrow.  They took $250 a week.  And
15 that's the only thing I know that they took
16 out.
17   **Q.  But as far as you remember, the only**
18 **thing that you agreed to is an escrow of $25o**
19 **a week?**
20   A.  Correct.
21   **Q.  There is a document that's PTL 121.**
22 **That will be the next exhibit.**
23       **(WHEREUPON, THE ABOVE-MENTIONED**
24 **DOCUMENT WAS MARKED AS EXHIBIT NO. 4 TO THE**
25 **TESTIMONY OF THE WITNESS, AND IS ATTACHED**

                                                Page 104

1 HERETO.):
2   (WHEREUPON, A BRIEF RECESS WAS TAKEN AND
3 THE PROCEEDINGS CONTINUED AS FOLLOWS:)
4 BY MR. ECKHART:
5   Q.  All right, Mr. Carter, you've been
6 handed what has been marked as Exhibit 4.
7 Will you confirm that Exhibit 4 has Bates
8 Number PTL 000121?
9   A.  Yes, that's correct.
10   Q.  On the left-hand side -- well, at the
11 top of the page, if your holding it landscape
12 like this (indicating)?
13   A.  Yes.
14   Q.  Owner-operator receipt for driver
15 handbook, correct?
16   A.  Yes.
17   Q.  On the left-hand side, it says FMCSR
18 Pocketbook.  Do you know -- well, under
19 driver's receipt it says I acknowledge receipt
20 of this Federal Motor Carrier Safety
21 Regulations Pocketbook.
22       Do you remember getting a pocketbook
23 that contains the safety regulations?
24   A.  Yes.
25   Q.  Is that your signature there below

Page 105

1 that receipt?
2   A.  Yes, that's correct.
3   Q.  And do you know who signed on behalf
4 of the company, the company supervisor's
5 signature?
6   A.  I do not.
7   Q.  This was signed by you on October
8 15th, 2015, correct?
9   A.  Correct.
10   Q.  Would this pocketbook have had the
11 hours of service regulations in it?
12   A.  Yes.
13   Q.  And then you mentioned that you
14 didn't have -- you didn't haul any hazmat, but
15 did you have a hazmat endorsement?
16   A.  No.
17   Q.  Third column, emergency guide book.
18 Is that your signature?
19   A.  Yes.
20   Q.  If you look at Exhibit 5?
21     (WHEREUPON, THE ABOVE-MENTIONED
22 DOCUMENT WAS MARKED AS EXHIBIT NO. 5 TO THE
23 TESTIMONY OF THE WITNESS, AND IS ATTACHED
24 HERETO.)
25 BY MR. ECKHART:

Page 106

1   Q.  Exhibit 5 has been handed to you.  At
2 the top of the first page it says:  Individual
3 Program Lease Agreement, correct?
4   A.  Correct.
5   Q.  And Element right above that?
6   A.  Yes.
7   Q.  And the first page, the Bates number
8 on this document is P001466, correct?
9   A.  Correct.
10   Q.  That goes through to the last page,
11 P001478?
12   A.  Correct.
13   Q.  Now, I'll represent to you that this
14 document was produced to us by your attorneys
15 in this case, okay?
16   A.  Okay.
17   Q.  Is this the program lease agreement
18 related to the truck that you leased from
19 Element at Quality in Indianapolis in October
20 of 2015?
21   A.  Yes.
22   Q.  You said you took -- sorry.  Okay.
23 Bates 1476?
24   A.  Okay.
25   Q.  On the left-hand side it says:

Page 107

1 Lessee, Gale S. Carter.  And right below that,
2 there is a signature.  Is that your signature?
3   A.  Correct. It is.
4   Q.  And did you write in the -- above
5 title, owner-operator?
6   A.  Yes.
7   Q.  And on the right-hand side it says:
8 Lessor, Element Financial Corp.
9       Do you know who Robert Davis is?
10   A.  I do not.
11   Q.  On the next page, P1477, at the
12 bottom left-hand side, above signature, is
13 that your signature?
14   A.  Yes.
15   Q.  This says it was dated October 20th,
16 2015; is that correct?
17   A.  Correct.
18   Q.  That was Tuesday.  Is that your
19 recollection of when you signed up with
20 Quality for this truck?
21   A.  I really don't remember what day it
22 was.
23   Q.  Do you know who Jason Donner is?
24   A.  I do not.
25   Q.  On the last page, 1478?

Page 108

Gale S. Carter                                                        December 4, 2018

1    A.  Okay.
2    Q.  Is that your signature on the bottom
3 left-hand side under Gale Carter?
4    A.  It is.
5    Q.  I believe you said at the end of
6 orientation, you got on a bus to go to
7 Indianapolis to go to Quality, correct?
8    A.  Yes.
9    Q.  What time did you arrive in
10 Indianapolis?
11   A.  I'm not sure.  We got on the bus that
12 evening after orientation and drove the bus
13 through the night; made it there sometime that
14 morning.
15   Q.  What happened at Quality?  Kind of
16 walk me through the process when you first
17 showed up.
18   A.  We went through, we did paperwork.
19 And they read over it, and we just kind of
20 schemed through it as they read it.  Went
21 through, we had to sign off on everything
22 here.  I don't remember everything they did.
23 I know they had to check back over our
24 application, made sure we did everything
25 completely.

                                        Page 109

1    Q.  Had you looked at a truck before you
2 signed the agreement?
3    A.  No.
4    Q.  Are you saying that -- well, first,
5 let me -- let's go back to Exhibit 5, Page
6 1477.
7    A.  Okay.
8    Q.  If you look on the Schedule B, there
9 is a make and -- a year, make, and model and
10 VIN of the truck you leased, correct?
11   A.  Yes.
12   Q.  That's the 26 International, correct?
13   A.  Yes.
14   Q.  2016 International with a VN that
15 ends 7986, correct?
16   A.  Correct.
17   Q.  So the same VIN -- the same VIN
18 number that was in the contract you had with
19 PTL, correct?
20   A.  Correct.
21   Q.  Are you saying that you signed this
22 Schedule AB and the Individual Program Lease
23 Agreement before you had even seen the truck?
24   A.  Yes.
25   Q.  And did you have the opportunity to

                                        Page 111

1    I mean, I just don't remember
2 everything we did.  I know at the end, once
3 everything was completed, we went to the
4 dealership.  They took us over to the
5 dealership where the trucks were.  They gave
6 us a number, and we went and found the truck
7 they assigned for us.
8    Q.  Okay.  So you first -- did you show
9 up in the horning sometime at Quality in
10 Indianapolis?
11   A.  Yes.
12   Q.  Did you talk to someone from Quality
13 when you first showed up, or how did you know
14 what to do?
15   A.  Somebody was there.  They was
16 waiting, they was expecting us because it was
17 pretty much everybody almost rode the bus.  So
18 they was expecting us, and we got there.  Once
19 everybody was there, whoever, I forgot who did
20 everything, but they came out, started talking
21 to us, and we went through the paperwork
22 process and everything.
23   Q.  What paperwork are you referring to?
24   A.  The lease contract.  The lease
25 contract, they went over it with us.

                                        Page 110

1 look at used trucks while you were there?
2    A.  I could have, but so far everybody I
3 talked to that was there that got a used,
4 their truck's steady breaking down.
5    Q.  So you wanted a brand new truck?
6    A.  Well, I just wanted a reliable truck
7 and that was the best option for me, to get a
8 new one with a warranty.
9    Q.  Was there freightliners for other --
10 for other makes there, that were available
11 that were new?
12   A.  No.  The other vehicles, the
13 freightliners, the Lonestars, any of the other
14 ones, you had to go to a different place to
15 get them.  And that meant some of them, you
16 even had to wait an extra week or so.
17   Q.  Did you tell someone from PTL that
18 you wanted to lease a new truck?
19   A.  Yes.
20   Q.  When you went to Indianapolis?
21   A.  Yes.
22   Q.  Did you tell them that you wanted to
23 lease a 2016 International?
24   A.  Yes.
25   Q.  When you were at PTL, was there

                                        Page 112

Gale S. Carter                                                December 4, 2018

1 information about what trucks were available
2 in Indianapolis for you to lease?
3   A.  No.
4   Q.  So before you arrived at Quality, you
5 had already told PTL that you wanted to lease
6 a 2016 International, correct?
7   A.  Correct.
8   Q.  So when you arrived at Quality in
9 Indianapolis, somehow they were already aware
10 that you wanted to lease a 2016 International,
11 is that what you're saying?
12   A.  Well, they knew I wanted a new truck,
13 new International, so they picked one out.
14   Q.  Did anyone at Quality talk to you
15 about other trucks that were available in a
16 different make, but at a different location?
17   A.  No.
18   Q.  How did you know that they had other
19 makes available at other locations?
20   A.  Because somebody wanted a Lonestar
21 while we were in orientation and they asked
22 about it.  And he said it was a wait.  He
23 said everyone who wants a Lonestar had to wait
24 anywhere from a week, I mean, it could be
25 longer, you just got to wait.  That's the

Page 113

1 waiting period that they had to get one of
2 those trucks.  He said different models,
3 different makes, might take longer.  The
4 Internationals are available now.
5   Q.  Is that one of the reasons you
6 decided to get an International?
7   A.  I decided on International because I
8 had mostly drove Internationals.
9   Q.  You liked Internationals?
10   A.  I do.
11   Q.  How long was the process from start
12 to finish, as soon as you arrived at Quality?
13 How long did it take before you left
14 Indianapolis with the 2016 International?
15   A.  I'm not totally sure.  I want to say
16 we arrived that morning, and we left somewhere
17 around 2 or 3 in the afternoon.
18   Q.  Did you speak with anybody at Quality
19 there in Indianapolis about the terms of the
20 Individual Program Lease Agreement?
21   A.  They read over it before we signed
22 anything, and just told us to look over it.
23   Q.  And was it your understanding when
24 you signed the Individual Program Lease
25 Agreement that it was a walk-away lease?

Page 114

1   A.  Correct.
2   Q.  Turn your attention to Exhibit 6?
3       (WHEREUPON, THE ABOVE-MENTIONED
4 DOCUMENT WAS MARKED AS EXHIBIT NO. 6 TO THE
5 TESTIMONY OF THE WITNESS, AND IS ATTACHED
6 HERETO.)
7   A.  Okay.
8 BY MR. ECKHART:
9   Q.  The first page of Exhibit 6 at the
10 top should say Element Settlement Deduction
11 Agreement; is that right?
12   A.  Yes.
13   Q.  And that's Bates Number PTL 47?
14   A.  Yes.
15   Q.  Through PTL 51, correct?
16   A.  Correct.
17   Q.  Actually, I'm mistaken.  These were
18 misprinted.  The exhibits only suppose to be
19 PTL 47 through PTL 49.
20       MR. ECKHART:  Can we go off the
21 record, please?
22       (WHEREUPON, A BRIEF RECESS WAS TAKEN
23 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
24 BY MR. ECKHART:
25   Q.  Mr. Carter, off the record we changed

Page 115

1 the exhibit.  Can you confirm now that Exhibit
2 6 has Page PTL 47, PTL 48 and PTL 49?
3   A.  Correct.
4   Q.  Is this a copy of the Settlement
5 Deduction Agreement that you signed with
6 Element Financial?
7   A.  Yes.
8   Q.  And on Page PTL 48, under contractor,
9 is that your signature?
10   A.  Yes.
11   Q.  And a weekly pay amount was $660,
12 correct?
13   A.  Correct.
14   Q.  And that was a truck payment of
15 $622.87 and a fee payment of $37.13, correct?
16   A.  Correct.
17   Q.  And with this Settlement Deduction
18 Agreement, was it your understanding that you
19 were authorizing PTL to deduct that amount
20 from your weekly settlement, to pay Element?
21   A.  Correct.
22       MR. ECKHART:  How about a ten-minute
23 break, guys?
24       MR. JARVIS:  That works.
25       (WHEREUPON, A BRIEF RECESS WAS TAKEN

Page 116

Gale S. Carter                                                        December 4, 2018

1  AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
2  BY MR. ECKHART:
3     Q.  When you decided to terminate your
4  contract with PTL, did you call anybody at
5  Quality to see if you could take the truck and
6  haul for a different motor carrier?
7     A.  I did not because basically I had
8  already been told that I couldn't go anywhere
9  else, so I called them.  But I did call them
10 and let them know I would be bringing it back
11 in a couple of days or a few days.
12       MR. ECKHART:  Can you read the answer
13 back?  He cut out a little bit.
14     (WHEREUPON, THE LAST ANSWER WAS READ
15 AND THE DEPOSITION CONTINUED AS FOLLOWS:)
16 BY MR. ECKHART:
17    Q.  Okay.  And when you say you called
18 them to let them know you'd be bringing it
19 back in a couple of days, are you saying you
20 called PTL or you called someone from Quality?
21    A.  I called someone from Quality.  The
22 day I actually decided to quit, I did talk to
23 my -- I did talk to my dispatcher at the time.
24 And I told them that I was leaving and I
25 wasn't coming back.  I was just going to

                                              Page 117

1  taking it to West Memphis.  And I told him I
2  wasn't going to West Memphis.  And I told him I
3  would take to the same drop yard that they had
4  me to pick it up at.
5     Q.  Anything else that he said during
6  that conversation?
7     A.  That's all.  I never talked to him
8  again, other than -- well, I talked to him
9  about the Qualcomm and the camera and stuff
10 they were supposed to take out, but no one
11 ever came to get that stuff out of the truck.
12    Q.  Anything else that you talked to that
13 dispatcher about?
14    A.  No.  That's all.
15    Q.  Is he the last person that you spoke
16 with from PTL?
17    A.  No.  The last person was someone from
18 the company that called to basically do like a
19 survey to why I left and everything.
20    Q.  Did you take the survey?
21    A.  Well, I mean, they asked questions.
22 It really wasn't a survey.  They asked
23 questions about -- leading up to why, why I
24 left.  And so I just kind of answered the
25 questions, about five or six questions, and

                                              Page 119

1  return the truck.  And I talked to them about
2  where to take the trailer.
3     Q.  Do you remember the name of that
4  dispatcher?
5     A.  I don't remember.  He was the very
6  last dispatcher I had.
7     Q.  What did you tell him was the reason
8  you were terminating your contract?
9     A.  I told them I just wasn't making any
10 money.  I told him he is like the fourth or
11 fifth one, besides the head dispatcher.  I
12 told him I just couldn't do it anymore.  I
13 told him I'm falling too behind with my bills.
14    Q.  What did he say?
15    A.  He tried to talk me into staying or
16 at least get another load.  I told them I
17 didn't even want to do another load because
18 they never paid me any money.  I told him I
19 was -- I wasn't very far from home.  I told
20 him I just want to go home and get the truck
21 cleaned out and return it.
22    Q.  Did you say anything else during that
23 conversation?
24    A.  We discussed where to deliver the
25 empty trailer to.  He said something about

                                              Page 118

1  that was it.
2     Q.  When you were under contract with
3  PTL, had you every heard of the Fair Labor
4  Standards Act?
5        MR. JARVIS:  Objection.  Calls for a
6  legal conclusion.  You can respond.
7     A.  Yes.
8  BY MR. ECKHART:
9     Q.  And did you ever tell anyone at PTL
10 that you thought PTL was violating the Fair
11 Labor Standards Act?
12       MR. JARVIS:  Objection.  Calls for a
13 legal conclusion.  You can respond.
14    A.  No.
15 BY MR. ECKHART:
16    Q.  Did you ever bring up the Fair Labor
17 Standards Act with anyone from PTL?
18       MR. JARVIS:  Same objection.  You can
19 respond.
20    A.  No.
21 BY MR. ECKHART:
22    Q.  Do you know what happened with your
23 truck after you terminated your contract with
24 PTL?
25    A.  I took it to Little Rock.  They had

                                              Page 120

Gale S. Carter                                                    December 4, 2018

1 a -- they had a drop yard for the trucks
2 there.  I actually -- they didn't -- they was
3 supposed to check it, but the guy didn't check
4 it that day.  So I called back later just to
5 make sure.  I checked with Quality, to make
6 sure everything was fine with the truck.  And
7 they told me everything was fine.  Said I had
8 nothing else left to deal with them about.
9   Q.   And do you know whether that truck
10 was used by the different driver after you?
11   A.  I don't know for sure.  I just --
12 only thing I can do is assume because it
13 already had the labels and everything for PTL.
14   Q.   While you were under contract with
15 PTL, did you ever hire any others drivers to
16 drive your truck?
17   A.  No.
18   Q.   You were paid on a 1099 basis,
19 correct?
20   A.  Correct.
21   Q.   Did you set up a separate bank
22 account for the money you were paid under the
23 contract with PTL?
24   A.  I did not.
25   Q.   Did you purchase any equipment or

Page 121

1 driver's license, correct?
2   A.  Correct.
3   Q.   And you have to have that license in
4 order to be a professional truck driver,
5 correct?
6   A.  Correct.
7   Q.   Did you have an accountant while you
8 were under contract with PTL?
9   A.  No.
10   Q.   Did you do your own taxes?
11   A.  No.
12   Q.   Who did you your taxes?
13   A.  I went to H&R Block.
14   Q.   Do you know if you took deductions
15 for any of your business-related expenses that
16 you incurred while under contract with PTL?
17   A.  I filed the fuel that I used; truck
18 payments, and anything I used for driving.
19   Q.   Do you have copies of your tax
20 returns covering 2015?
21   A.  I do.
22   Q.   Have you given those to your
23 attorney?
24   A.  No.
25   Q.   Do you have any receipts of the

Page 123

1 tools to do the work you did under the
2 contract with PTL?
3   A.  I had GPS's -- well, one GPS; CB,
4 just winter wear; normal stuff, just stuff I
5 need to be on the road.  I think I actually
6 bought a microwave.  I already had a
7 refrigerator in there.  I was supposed to --
8 some mud flap brackets were supposed to come
9 out of my check -- I mean, out of my escrow,
10 but it came out of my check.
11   Q.   Can you think of any other tools or
12 equipment that you used while you were under
13 contract with PTL?
14   A.  No.  That's all -- I didn't do
15 anything to the truck.  Anything that needed
16 to be done, I took into the shop.
17   Q.   Did you have to purchase any locking
18 mechanisms for the trailer?
19   A.  No.  I already had locks from
20 previous jobs.
21   Q.   Were there any other items that you
22 already had from previous jobs that you used
23 while under contract with PTL?
24   A.  No.
25   Q.   You have a Class A commercial

Page 122

1 expenses you incurred while you were under
2 contract with PTL?
3   A.  I don't have any receipts anymore.
4   Q.   Did you use to have receipts though?
5   A.  I kept some for a little while, but
6 the receipts they give in the truck stops
7 fade, so.
8   Q.   Do you know when you got rid of those
9 receipts?
10   A.  I don't know.  I mean, once they fade
11 you can't see what's on them no way, so it's
12 no point in keeping them.
13   Q.   I'd like to ask you about the work
14 you did while you were under contract.
15       Where were you dispatched out of?
16   A.  Murray.  Murray, Kentucky.
17   Q.   And do you know where your
18 settlements were processed?
19   A.  I do not.
20   Q.   Do you know if all of the driver
21 managers you had during those two months were
22 located in Murray?
23   A.  I'm not sure.  Only one I know for
24 sure was the head -- the head driver manager.
25   Q.   What was her name again?

Page 124

Gale S. Carter                                                    December 4, 2018

1   A.  I think her first name was Pamela.
2   Q.  Now is PTL a truck load carrier, full
3 truck load?
4   A.  Full truck load?
5   Q.  Full truck load carrier?
6   A.  Can you clarify exactly what you mean
7 on that?
8   Q.  Do you know, when I say LTL or less
9 than truck load, do you know what that means?
10   A.  I've never heard of it.
11   Q.  Okay.  What kind of property or
12 freight were you hauling at PTL?
13   A.  I've had ketchup, canned goods.  I
14 mean, just -- it was a lot of different stuff.
15   Q.  Was it all dry van loads?
16   A.  Yes, all dry van loads.
17   Q.  So did have you any refrigerated
18 freight?
19   A.  No.
20   Q.  And was this all over-the-road work?
21   A.  Yes.
22   Q.  So you would be on the road and --
23 for a few days at a time, correct?
24   A.  I usually stayed anywhere from two to
25 three weeks; just depending on if I needed to

Page 125

1   Q.  Do you know if PTL has any other
2 locations other than Murray, Kentucky?
3   A.  I know they have a drop yard in West
4 Memphis, Arkansas.  I really never went to any
5 -- really didn't go to any of them, other than
6 that one.
7   Q.  Were all of your loads for PTL solo
8 driver loads?
9   A.  Yes.
10   Q.  Was there ever anyone in the truck
11 with you?
12   A.  No.
13   Q.  Did your wife ever go over the road
14 with you?
15   A.  No.
16   Q.  Do you think being a professional
17 truck driver is a skilled position?
18      MR. JARVIS:  Objection, to the
19 extents it calls for a legal conclusion.  You
20 can respond.
21   A.  Well, not really.  I mean, you're
22 driving.  I mean, the only thing is, you just
23 got to watch your mirrors more than you do
24 with your cars.  So, I mean, it's just a
25 matter of paying more attention.

Page 127

1 try to make up some more money.
2   Q.  Now, you mentioned some of your loads
3 were drop-and-hook, correct?
4   A.  Yes.
5   Q.  Is that when you arrive at the
6 location and you drop the trailer, you don't
7 have to wait for it to be unloaded, correct?
8   A.  Correct.  I drop -- I'll drop a
9 loaded trailer and pick up an empty trailer.
10 Or either I'll drop a load at one location and
11 they'll send me somewhere else to pick up an
12 empty.
13   Q.  Is doing a -- well, it's not a drop.
14 The other option would be for you to have to
15 back it in and then wait for them to either
16 load or unload the trailer, correct?
17   A.  Correct.
18   Q.  And then you would take that if they
19 loaded it but you would take that load and go
20 deliver it, right?
21   A.  Correct.
22   Q.  Now, as a general rule, is it usually
23 quicker to do a drop-and-hook than a live
24 load/unload?
25   A.  It is, yes.

Page 126

1 BY MR. ECKHART:
2   Q.  Earlier you said that even after
3 truck driving school, they told you you would
4 have to get additional training before
5 companies would let you drive their truck by
6 yourself, correct?
7   A.  Correct.
8   Q.  Did you -- would you agree with that,
9 that that's an appropriate characterization of
10 the experience that we should expect a truck
11 driver to have before a truck driver drives
12 over the road?
13   A.  Well, I've actually even been a
14 trainer for a company once.  You go out with a
15 trainer.  You basically just -- they're
16 sharpening your skills on noticing what is
17 going on around you.  And as you go on, you
18 get more experience.
19   Q.  Did you learn to back a truck before
20 you went to truck driving school?
21   A.  No.
22   Q.  But you knew how to drive a semi
23 truck before you went to truck driving school?
24   A.  No, but I did know how to drive a
25 stick, and it's pretty similar to that.  It's

Page 128

Gale S. Carter                                                                    December 4, 2018

1 all RPM's and shifting.
2    **Q.   Go ahead.**
3    A.  It's all RPM's and shifting.
4    **Q.   Did you know how to do a pretrip**
5 **inspection under the DOT rules before you went**
6 **to truck driving school?**
7    A.  No, I did not.
8    **Q.   Did you know how to do a posttrip**
9 **inspection?**
10    A.  No.
11    **Q.   Did you know anything about the**
12 **Department of Transportation hours and service**
13 **rules before you went to truck driving school?**
14    A.  No.
15    **Q.   Or CSA?**
16    A.  No.
17    **Q.   Isn't it correct that you learned a**
18 **lot that normal day-to-day drivers just don't**
19 **know?**
20    A.  That's correct.
21    **Q.   Isn't it true that a normal everyday**
22 **driver couldn't pull a big rig into a receiver**
23 **safely, without training?**
24    A.  It depends on the personality.  If
25 they're a safe person, and with the proper

Page 129

1 I mean, I can't say what another person might
2 do.  I can only speak for myself.
3    **Q.   Before you went to truck driving**
4 **school, could you have backed up a truck**
5 **that's fully loaded, and docked it perfectly**
6 **lined up?**
7    A.  No.  I mean, I don't always get it
8 perfectly lined up now.
9    **Q.   Or lined up at all?  Could you have**
10 **done it even reasonable well?**
11    A.  Probably not.
12    **Q.   And you've been able to -- you can do**
13 **that now because you've developed the skill of**
14 **backing up a truck, right?**
15    A.  Yeah.  Yes.
16    **Q.   And you've developed specific**
17 **knowledge about federal law, like hours and**
18 **service regulations that people who don't**
19 **drive trucks for a living simply don't know,**
20 **correct?**
21    A.  Correct.
22    **Q.   And so there is more to being a truck**
23 **driver than just driving down the road like a**
24 **normal everyday commuter.  Fair?**
25    A.  Correct.

Page 131

1 guidance, they can maneuver that truck around.
2 As I said I've trained, and the guy was fresh
3 out of school.  And I had him driving, doing a
4 lot of the stuff I was doing in one day, just
5 by --
6    **Q.   But that's someone who -- go ahead.**
7    A.  But, I mean, what I'm trying to say
8 by saying that, if they listen, they can do
9 it.  They can be taught what to do, and do it.
10 It's the same thing as me.  I had to learn it.
11 And, the same as driving a car.  You got
12 things you got to learn, but it's safety.
13    **Q.   But you're talking about someone who**
14 **has already been to truck driving school,**
15 **correct, that you taught --**
16    A.  Yes, but -- go ahead.  Go ahead.
17    **Q.   And so my question is:  Not someone**
18 **who has gone to truck driving school.  My**
19 **question is someone who has never been to**
20 **truck driving school can't just hop in a truck**
21 **with a huge trailer that's fully loaded and**
22 **safety operate it without additional training,**
23 **correct?**
24    A.  Well, I mean, I'm not going to say
25 that.  I mean, it just depends on the person.

Page 130

1    **Q.   And so being a truck driver requires**
2 **specialized skill that everyday commuters**
3 **don't have, correct?**
4       **MR. JARVIS:  Objection to the extent**
5 **it calls for a legal conclusion.  You can**
6 **respond.**
7    A.  Well, I'm still going to stick with
8 the same thing.  It's all about safety.  That
9 is the skill that you got to have driving
10 these trucks.  You got to have safety in mind.
11 If you don't have safety, I mean, I'm pretty
12 sure you see accidents all the time.  That's
13 where it comes from, people who are unsafe.
14 It might be a car, it might be the big truck
15 driver; it's safety.
16       So it doesn't make a difference how
17 much skill you've got.  If you're unsafe,
18 you're going to be unsafe.
19 BY MR. ECKHART:
20    **Q.   Would you agree that the safer truck**
21 **drivers are skilled truck drivers?**
22    A.  I mean, I can't completely say I
23 agree with that because some things, yeah,
24 they're not -- the average person isn't going
25 to be able to back -- but if you're driving

Page 132

Gale S. Carter                                                    December 4, 2018

1 straight down the road, that's driving
2 straight down the road. That's watching your
3 mirror. That's the same thing you're doing in
4 your car.
5  **Q.  Did you wear a uniform when you were**
6 **under contract with PTL?**
7  A. No.
8  **Q.  Let's talk for a moment about how you**
9 **received loads. Would you -- who did you**
10 **receive information from about loads that were**
11 **available to haul?**
12  A. Well, my dispatcher would send me a
13 load. And he or she will tell me, this is
14 what we got. We got this load going here.
15  **Q.  How did they communicate that to you?**
16  A. Through the Qualcomm.
17  **Q.  You would get a Qualcomm message that**
18 **had information about a load?**
19  A. Yes, that's correct.
20  **Q.  Would that Qualcomm message have**
21 **information about where the load was supposed**
22 **to be picked up?**
23  A. Yes.
24  **Q.  And the deadline to pick up the load?**
25  A. Yes.

Page 133

1 well this is only load I have. If you don't
2 take this, you'll probably be sitting until
3 Monday.
4  **Q.  So they told you that before you made**
5 **the decision?**
6  A. They told me that after I told them I
7 didn't want that load.
8  **Q.  And when they told you that, did you**
9 **take the load or did you wait until Monday?**
10  A. I have took it, and I have sat.
11  **Q.  How many loads did you reject while**
12 **you were under contract with PTL?**
13  A. I don't really remember. I know
14 towards the end, I told them I wouldn't --
15 towards the end, I know I rejected at least a
16 couple.
17  **Q.  Did anyone from PTL tell you that you**
18 **were in trouble because you rejected a load?**
19  A. No. But in so many words, by telling
20 me I got to sit every time I reject it, it
21 seemed like I'm being punished by it.
22  **Q.  Did anyone from PTL ever say that you**
23 **were being disciplined for rejecting the load?**
24  A. No.
25  **Q.  Did anyone from PTL ever write you up**

Page 135

1  **Q.  Did it have information on where the**
2 **load was going to be delivered?**
3  A. Yes.
4  **Q.  And the delivery date and time?**
5  A. Yes.
6  **Q.  Did it have any information about**
7 **what the load would pay you?**
8  A. Yes.
9  **Q.  Did it have any information about the**
10 **number of miles attributed to the load?**
11  A. Yes.
12  **Q.  What other information was provided**
13 **to you with the load?**
14  A. If it was some kind of special
15 instructions, they'll give that, but that's
16 pretty much it. The date and time, the
17 location, the amount of miles, the amount of
18 pay, and how many days. Basically, how many
19 days I had to get there.
20  **Q.  Did you ever reject a load that they**
21 **offered to you?**
22  A. Yes.
23  **Q.  What happened when you rejected the**
24 **load?**
25  A. I have had to sit. They'll tell me,

Page 134

1 for rejecting a load?
2  A. No.
3  **Q.  So on some occasions you would have**
4 **to wait for your next load after you rejected**
5 **it, is what you're saying, correct?**
6  A. I'm saying it seemed like I was made
7 to sit. That's what I'm saying.
8  **Q.  What was the longest amount of time**
9 **that you had to sit after you rejected a load?**
10  A. I think about a couple of days.
11  **Q.  And do you remember where you were?**
12  A. I don't remember where I was.
13  **Q.  What did you do for those two days?**
14  A. Just sit.
15  **Q.  Where were you?**
16  A. I just sit in the truck.
17  **Q.  Sorry?**
18  A. I just sat in the truck. I mean, it
19 wasn't nothing to do. I don't go out and ride
20 around town or nothing. I just sit in the
21 truck at the truck stop.
22  **Q.  So you were at a truck stop?**
23  A. Yes.
24  **Q.  Was there a restaurant at the truck**
25 **stop?**

Page 136

Gale S. Carter                                                                    December 4, 2018

1   A.  Probably.  Probably so.  Most likely,
2  yeah.  Most of them have something there.
3   Q.  I guess, don't guess, Mr. Carter.
4  I'm asking you if you remember sitting at a
5  truck stop for two whole days?  Do you
6  remember doing that?
7   A.  Yes, I remember doing that.
8   Q.  And did that truck stop have a
9  restaurant?
10   A.  Yes.
11   Q.  Do you remember the name of the
12  restaurant?
13   A.  I don't remember.
14   Q.  Did you eat at the restaurant?
15   A.  I went in and got something.  I don't
16  remember what I got.
17   Q.  How many times did you have to sit
18  and wait on another load after you rejected
19  the load?
20   A.  I think at least two times.
21   Q.  And then were there situations where
22  you rejected a load and they offered you
23  another load right away?
24   A.  No, they didn't come right away.  I
25  mean, it's still -- I still had to wait a

Page 137

1  little while.
2   Q.  What is a little while?
3   A.  Maybe a few hours or something.  Most
4  of the time I've been done did a ten by the
5  time I -- if it's five or six hours, I'm not
6  going to leave.  I wait and finish a ten and
7  then get up and leave.
8   Q.  When you say finish a ten, what do
9  you mean by that?
10   A.  My ten-hour break.  If I know I was
11  going to be sitting, I will start my sleeper
12  berth and go to sleep.
13   Q.  That's related to the hours of
14  service rules, correct?
15   A.  Correct.
16   Q.  Let's talk about those briefly.  So
17  you've said that you understood and were
18  taught about the hours of service during truck
19  driving school.
20      Did you learn about the four
21  categories of time that are logged for
22  professional truck drivers on their hours of
23  service logs?
24   A.  Yes.
25   Q.  And those are the same categories of

Page 138

1  times that you logged your time in while you
2  were under contract with PTL, correct?
3   A.  Correct.
4   Q.  And those are off duty; sleeper
5  berth; driving; and on-duty, not driving,
6  correct?
7   A.  Correct.
8   Q.  And when you're driving, that time is
9  long distance driving time, correct?
10   A.  Correct.
11   Q.  If you're not driving but you're
12  performing work, would you log your time as
13  on-duty, not driving time when you were under
14  contract with PTL?
15      MR. JARVIS:  Objection to the extent
16  the word work is undefined.  May call for a
17  legal conclusion.  You can respond.
18   A.  I would put it on duty, but
19  primarily, if I wasn't -- if it wasn't dealing
20  with a load, I didn't put an on-duty because I
21  wasn't doing anything.  I was either in the
22  bunk asleep, or either I was sitting there
23  off-duty, waiting.
24   Q.  So if you were actually doing
25  activities related to the load, you would log

Page 139

1  that time as on-duty, not driving?
2   A.  Correct.
3   Q.  And if you weren't doing anything
4  related to the load, you would log that time
5  either as off duty or sleep berth, correct?
6   A.  Correct.
7   Q.  Now, if you were doing things --
8  let's say you worked, you didn't have a load
9  with you.  But if you were doing things
10  related to the truck, or what would you've
11  work, how did you log that time?
12   A.  On duty.
13   Q.  So in your mind, while you're under
14  contract with PTL, if you thought you were
15  performing work, you logged that time as
16  on-duty, not driving or driving time, correct?
17      MR. JARVIS:  Same objection.  You can
18  answer.
19   A.  Correct.
20  BY MR. ECKHART:
21   Q.  Now, the difference between when you
22  were at PTL, sleeper berth time is off-duty
23  time that is spent in the sleeper berth,
24  correct?
25   A.  Correct.

Page 140

Gale S. Carter                                                                December 4, 2018

1    Q.  Did you review your logs at the end
2  of each day to make sure that they were
3  accurate?
4    A.  I usually did it in the morning.
5  When I go on duty, after I done did my
6  pretrip, I take a little time and review the
7  log from the prior day.
8    Q.  Is it your understanding -- well, or
9  at that time, was it your understanding that
10  you were required under the DOT rules, as a
11  professional truck driver, to review your logs
12  each day, to make sure that they were
13  accurate?
14    A.  Correct.
15    Q.  Did you submit your logs to PTL?
16    A.  I think so.  I think it submitted
17  once I clicked it, clicked okay, I think it
18  went to PTL.
19    Q.  And when you checked okay, you were
20  certifying that they were accurate, correct?
21    A.  Correct.
22    Q.  Were there ever any changes that
23  needed to be made when you reviewed it?  You
24  know, maybe it was on-duty driving and you
25  meant to put it on off-duty or vice versa?

                                          Page 141

1    A.  Yeah.  Occasionally I got some
2  nighttime driving.
3    Q.  What is your understanding -- what
4  was your understanding then about how many
5  hours per day you could work under DOT rules?
6        MR. JARVIS:  Objection.  Calls for a
7  legal conclusion.  You can respond.
8    A.  Under my understanding, I had 11
9  hours that I could drive, a total of 14 to be
10  on duty; not driving.
11  BY MR. ECKHART:
12    Q.  And then you'd have to take a
13  ten-hour break before you could work again?
14    A.  Correct.
15    Q.  And so when you said before that if
16  you had been waiting for five or six hours
17  already off duty, waiting on the next load,
18  you would just finish your ten; meaning, you
19  would finish the ten-hour break so that you
20  could have a full day, correct?
21    A.  Correct.
22    Q.  Can you think of any specific
23  circumstances where your ten-hour break was
24  interrupted?
25    A.  No.  Not really, no.

                                          Page 143

1    A.  Well, if sometimes you stop, it will
2  put you on duty.  And if I'm really off duty,
3  doing something else, I'll go back and edit
4  that; put it off-duty.
5    Q.  Was it your understanding while you
6  were under contract with PTL that you could
7  have been prosecuted if you falsified your
8  logs?
9    A.  Yes.
10  BY MR. ECKHART:
11    Q.  What would you do while you were in
12  the sleeper berth?
13    A.  Sleep.
14    Q.  You mentioned you had a microwave?
15    A.  Yes.
16    Q.  And refrigerator was in there?
17    A.  Yes.
18    Q.  So would you ever eat meals in there?
19    A.  Yes.  I mean, but that's during the
20  daytime.  I really don't eat at night; try not
21  to.
22    Q.  When you were under contract with
23  PTL, would you normally drive, work during the
24  day, then sleep at night and take your 10-hour
25  break?

                                          Page 142

1    Q.  Is it fair to say that while you were
2  under contract with PTL, the work you did
3  every day varied in terms of the loads you
4  hauled, the customers that you were delivering
5  to, the areas you drove in, that sort of
6  thing?
7    A.  Well, some of the customers changed.
8  The area pretty much stayed the same.  It was
9  in the eastern corner there, out of just the
10  same states.  I mean, day-to-day basis, it was
11  generally the same thing:  Driving, stopping,
12  sleeping, eating.
13    Q.  But you didn't work the same number
14  of hours each day, though, correct?
15    A.  It just depends on the loads.  If I
16  had more hours to drive, I may drive my full
17  11.  If I didn't need all of them, I wouldn't
18  drive all of them.
19    Q.  And each load was different, but each
20  load had a different pick-up point and
21  delivery point, correct?
22    A.  Correct.
23    Q.  And each load had a different number
24  of miles, right?
25    A.  Correct.

                                          Page 144

1   Q.   And so you would drive a different
2   number of hours each day, right?
3   A.   Correct.
4   Q.   And you would be on duty a different
5   number of hours each day, correct?
6   A.   Correct.
7   Q.   And you didn't start your clock, your
8   14-hour clock at the same time every day, did
9   you?
10   A.   No.
11   Q.   Do you agree that you worked a
12   different number of hours each week?
13   A.   I really don't know how many hours I
14   worked each week.  I never compared it.  I
15   just didn't look at the hours.  I know what I
16   had to do, and that's what I did.  So, I mean,
17   it could have been different hours.  It may
18   have been the same.  I really don't know
19   because I didn't look at it.  It just made sure
20   I had enough hours to run.
21   Q.   Did you make notes or any other
22   record of the number of hours you worked while
23   you were under contract with PTL?
24   A.   No.
25   Q.   Do you have any idea how many hours

Page 145

1   was in Pennsylvania or Virginia, whether it's
2   a lot of traffic.  I know at certain points,
3   and I have to look at the time I ran.  All of
4   that plays a factor, what the traffic is like.
5   Q.   What was the mile per hour you would
6   use to do that?
7   A.   Mostly -- generally, most places are
8   about 65 miles per hour.
9   Q.   Now, do you have any idea how many
10   hours any other driver who contracted with PTL
11   worked on any given day?
12   A.   I don't have any idea.
13   Q.   Do you have any idea how many hours
14   they worked in any weeks?
15   A.   I don't.
16   Q.   Do you know what loads any of the
17   other contractors hauled?
18   A.   I don't know what loads they hauled.
19   Q.   Do you have any idea how much they
20   were paid in any given week?
21   A.   I know a lot of them told me they
22   didn't make anything.  They made zero, or
23   either they were in the negative.
24   Q.   The people who said that, you're
25   saying they were all contractors, right?

Page 147

1   you worked in any given work week while you
2   were under contract with PTL?
3   A.   I think maybe minimum, 50 to 60, but
4   I just don't really know for sure.
5   Q.   Is that 50 to 60, is that a guess?
6   A.   That's a guess.  I mean, I'm
7   assuming.  Some loads, I got there, some loads
8   I had to sit and wait to deliver.
9   Q.   If you were to figure out how many
10   hours you worked in any particular week, how
11   would you try and come up with that number?
12   What could you review to give even an
13   estimated -- even an estimate of the number of
14   hours you worked at any work?
15   A.   If I had my logs, I could look at
16   that and kind of tell you.  I mean, just --
17   but as far as -- other than that, I can just
18   assume.  I mean, I'm looking -- I have to look
19   at the miles.
20   Q.   How would calculate how many hours
21   you worked based on the miles?
22   A.   Because I went off what the truck
23   ran, ran per mile, miles per hour the truck
24   ran.  I look at what kind of town I was going
25   through, whether it was Atlanta or whether I

Page 146

1   A.   Correct.
2   Q.   And do you remember anything about
3   the specifics of when those conversations took
4   place, the name of the individual who said,
5   how long the conversation was, and where you
6   were when the conversation took place?
7   A.   I don't remember where I was at.  I
8   don't remember what loads they did.  I mean, I
9   really didn't know their loads.  I know they
10   told me, a lot of them said they got $400
11   loads back-to-back.  And they'll take 70
12   percent out of that 400.  And they're taking
13   out advances so they could make it.
14       I mean, they said in the end, they
15   just didn't have any money left over for
16   themselves or for home.
17   Q.   My question is:  What are the names
18   of the individuals who said that?
19   A.   I've talked to Arthur Roberts.  One
20   lady named Roshelle; I don't remember what her
21   last name was.  And one guy named Michael.  I
22   don't know what his last name was.  And the
23   rest of the guys, I really don't remember
24   their name because I didn't talk to them that
25   often.

Page 148

Gale S. Carter                                                    December 4, 2018

1    Q.  Would you see these people at truck
2  stops, or how did you talk to them?
3    A.  By phone.
4    Q.  While you were under contract with
5  PTL?
6    A.  Correct.
7    Q.  Do you know if any of those people
8  took advances on their compensation with PTL?
9    A.  I'm pretty sure they did.  Most of
10 them said they got advances.
11   Q.  Did you take any advances while you
12 were under contract with PTL?
13   A.  I took some also.
14   Q.  Do you agree that -- you don't have
15 any personal knowledge of the locations that
16 the other contractors under contract with PTL
17 delivered to, correct?
18   A.  No, I don't have the exact location.
19 I know they was up in that same area, up in
20 the eastern corner.
21   Q.  Well, I'm talking about all
22 contractors that contracted with PTL?
23   A.  I don't -- I don't know about all.  I
24 mean, I --
25   Q.  Let me finish my -- let me finish the

Page 149

1  question, just so the record is clear.
2       You would agree that you lack
3  personal knowledge of where the other
4  contracts who contracted with PTL hauled their
5  loads while you were under contract with PTL,
6  correct?
7    A.  Can you repeat that one more time?
8    Q.  Do you have any idea where any other
9  driver who contracted with PTL delivered their
10 loads?
11   A.  I don't have any idea.  I mean, I
12 don't know.
13   Q.  When you received dispatch, did you
14 ever estimate the fuel expense, the cost of
15 the fuel that you would need to deliver that
16 load?
17   A.  Yes.
18   Q.  And you do that before you accepted
19 the load?
20   A.  Yes.
21   Q.  How would you estimate the cost of
22 the fuel you would need to do a load?
23   A.  My truck used roughly 7 miles -- got
24 7 miles to the gallon.  I did it at like 6
25 miles to the gallon, to give me a little room.

Page 150

1  And that's what I based it off of.  But it
2  really didn't make a difference if, like I
3  said, I got $400 loads.  That's going to eat
4  it up anyway.
5    Q.  But you would do that calculation of
6  the cost of the fuel for a load when you were
7  analyzing whether to accept it, correct?
8    A.  Yes.
9    Q.  Did you ever reject a load and then
10 get a higher paying load for your next load?
11   A.  Yes.
12   Q.  Did you ever call your driver
13 managers on the phone to see whether the loads
14 were available?
15   A.  I would call them to tell them I
16 didn't want that load and ask them do they got
17 something else.  I tell them I need something
18 paying better.
19   Q.  At least in some circumstances they
20 found a better paying load for you, correct?
21   A.  Yes, probably a couple of times they
22 did; maybe two times.
23   Q.  Did you ever get a load offered to
24 you and then ask for more money for that load?
25   A.  No.

Page 151

1    Q.  Was there a reason you never asked
2  for more money for a load that was offered to
3  you?
4    A.  Because me and one of the driver
5  managers, we talked.  And as they explained
6  it, sometimes you got to take a smaller load
7  to get to the bigger load.  But it became a
8  problem when I take a smaller load for $400
9  and the next load is another load for $400.
10   Q.  After you accepted a load, what kind
11 of communication would you have with your
12 driver manager before delivery?
13   A.  I would give them my expected ETA to
14 the pick-up.  Once I get there and get loaded,
15 I usually planned out my trip and tell them
16 when I excepted to be at the delivery.  And I
17 did so they would know to plan me for another
18 load.  And I would, even so if I'm going home,
19 I would remind them of that so they could plan
20 me and get me towards home.
21   Q.  Are you familiar with the acronym
22 PTA?
23   A.  Yes, I forgot exactly what it is.
24 What is it?  Pre -- I forgot what it was for.
25 I'm familiar with it, I just forgot what it

Page 152

Gale S. Carter                                                December 4, 2018

**Page 153**

1 stands for.
2 **Q.   What about the phrase, projected time**
3 **of availability?**
4 A.   Correct, yes.
5 **Q.   That's what PTA stands for?**
6 A.   Yes.
7 **Q.   Do you know if there was a macro that**
8 **you could use to send your projected time of**
9 **availability to your driver manager?**
10 A.   I believe it was.
11 **Q.   And that's something you could use to**
12 **tell your driver manager when you would be**
13 **available for your next load, correct?**
14 A.   Correct.
15 **Q.   And so you would say that once you**
16 **got to a location to pick up your current**
17 **load, you would calculate when you would be**
18 **done with that load and tell your driver**
19 **manager so that they had another load ready**
20 **for you, correct?**
21 A.   Correct.
22 **Q.   Besides communicating your expected**
23 **pick-up time and then your expected time for**
24 **being available, were there any other**
25 **communications with your driver manager?**

**Page 154**

1 A.   If any problem came up; traffic, I'll
2 communicate that.  Any delays, something that
3 wouldn't allow me to get there on time.
4 **Q.   Besides traffic and delays, anything**
5 **else that you're required to communicate?**
6 A.   Delays that -- the shipper might
7 delay me.  Just anything that is going to make
8 me not arrive on time.  And I --
9 **Q.   Did you keep any -- go ahead.**
10 A.   I've actually talked to them about
11 the loads.  Before I -- before I accepted it,
12 especially if it was past the pick-up time,
13 and I know that's going to push me back, make
14 me not arrive.
15 **Q.   Did you have to actually physically**
16 **load or unload a trailer?**
17 A.   No.  I was asked, but I refused to do
18 it.
19 **Q.   Would you hire a lumper to do it?**
20 A.   Yes.
21 **Q.   When you hire a lumper, did you get**
22 **reimbursed for that expense?**
23 A.   Well, they paid for it with a check.
24 I didn't pay for it myself.
25 **Q.   How did you log your time when you're**

**Page 155**

1 **at the shipper waiting on the trailer to be**
2 **loaded?**
3 A.   I would put 15 minutes when I
4 arrived, for arrival and check-in.  And then
5 usually I had a wait, I'll go put in the
6 sleeper or either off duty?
7 **Q.   Would there ever be a driver**
8 **breakroom you would go in to wait?**
9 A.   No.  I had an APU, so I'd just turn
10 my APU on.  That way I could lay down and
11 relax.
12 **Q.   What is APU?**
13 A.   It's the -- I forget what the name of
14 it is.  I can basically run my air conditioner
15 or heat in my truck without the truck
16 running -- burning diesel.
17 **Q.   Is it referred to as an auxiliary**
18 **power unit?**
19 A.   Correct.
20 **Q.   So you were able to take a break in**
21 **your truck?**
22 A.   Yes.
23 **Q.   While they were loading, if you had**
24 **to do anything related to the loading process,**
25 **answer questions or anything like that, how**

**Page 156**

1 **would log that time?**
2 A.   I mean, well, answer questions for
3 the shipper?  Is that what you're asking?
4 **Q.   Well, let me just ask you.  I'll get**
5 **to that question first.  If you were in the**
6 **sleep berth or off duty taking a break while**
7 **they loaded the trailer, will they ever**
8 **interrupt you to do anything?**
9 A.   I usually just send a message when I
10 got there, and I send something when I got
11 ready to leave.  And that's usually the only
12 messages I had to send them.  Let them know I
13 was loaded, and I'm leaving.
14 **Q.   And was it the same process when you**
15 **delivered loads and they unloaded the trailer?**
16 A.   Yes.  Correct.
17 **Q.   You mentioned earlier that you had to**
18 **prepare paperwork and turn that in in order to**
19 **get paid, correct?**
20 A.   Correct.
21 **Q.   Did you keep any of the paperwork**
22 **from your trips?**
23 A.   I don't have it anymore.  I kept it
24 for a while, but I got rid of it after, I
25 think, a couple of years.

Gale S. Carter                                                                December 4, 2018

1  Q.  Do you know what a repower is?
2  A.  Yes.  It's when you --
3  Q.  What is repower?
4  A.  Yes, correct.  When you swap loads
5  with another driver, take their load and
6  finish their load when they can't.
7  Q.  Did you have a repower while you were
8  under contract with PTL?
9  A.  I can't remember for sure.  I think I
10 may have did one.
11 Q.  Do you remember any of the specifics
12 about that one load?
13 A.  I don't.
14 Q.  But it's possible that could have
15 been with a different carrier?
16 A.  It's possible.
17 Q.  And do you know what a relay is?
18 A.  I don't remember.
19 Q.  Did you ever haul any loads for a
20 different motor carrier while you were under
21 contract with PTL?
22 A.  No.
23     MR. ECKHART:  Go off the record real
24 quick, please.
25     (WHEREUPON, A BRIEF RECESS WAS TAKEN

Page 157

1  okay?
2      On this settlement, can you tell what
3  the date of the load was?
4  A.  It was dispatched 10-23-15.
5  Q.  And what was the order number?
6  A.  3324487.
7  Q.  And can you tell from this where the
8  pick-up and delivery locations were?
9  A.  I mean, it gives the states -- the
10 town and states.  But it doesn't actually give
11 the exact address.
12 Q.  So when it says L-A-S-I-N, do you
13 know what that refers to?
14 A.  I don't.
15 Q.  And do you remember taking this load
16 on December -- on October 23rd?
17 A.  Not really.  I remember I had to go
18 pick up the trailer because they gave me a new
19 trailer.
20 Q.  Do you know if this is the first load
21 you took while you were under contract with
22 PTL?
23 A.  I believe it is.
24 Q.  The line that says revenue, do you
25 see where it says 1270 percent?

Page 159

1  AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
2  BY MR. ECKHART:
3  Q.  Mr. Carter, you've been handed what
4  has been marked as Exhibit 7.  It should be,
5  the first page of Exhibit 7 should be PTL
6  000108; is that correct?
7  A.  Correct.
8      (WHEREUPON, THE ABOVE-MENTIONED
9  DOCUMENT WAS MARKED AS EXHIBIT NO. 7 TO THE
10 TESTIMONY OF THE WITNESS, AND IS ATTACHED
11 HERETO.)
12 BY MR. ECKHART:
13 Q.  And it goes through 00115?
14 A.  Correct.
15 Q.  Are these copies of the settlement
16 summaries you received from PTL while you were
17 under contract with PTL?
18 A.  Correct.
19 Q.  Will you turn to the first page of
20 Exhibit 7?  Can you see that this is a
21 settlement summary dated November 4th, 2015?
22 A.  Correct.
23 Q.  Now, before you talked about being
24 paid on a percentage.  I want to go through an
25 example, just to walk through how that worked,

Page 158

1  A.  Yes.
2  Q.  Does that show the amount you were
3  paid for that load of $840?
4  A.  Correct.
5  Q.  Fuel SC.  What does that refer to?
6  A.  Surcharge.
7  Q.  So on this load, it looks like there
8  wasn't any fuel surcharge, correct?
9  A.  Correct.
10 Q.  Was it your understanding that you
11 would be paid fuel surcharge where it was
12 available from PTL's customers?
13 A.  I don't even remember hearing
14 anything about a fuel surcharge.
15 Q.  Did anyone in orientation talk about
16 fuel surcharge?
17 A.  I can't say they did or didn't.  I
18 just don't remember.
19 Q.  Now there is a line that starts with
20 Love's, Number 348.  Do you see that?
21 A.  Yes.
22 Q.  Is that related to fuel that you
23 purchased in Calvert City, Kentucky on
24 December 22nd?
25 A.  Correct.

Page 160

Gale S. Carter                                                                        December 4, 2018

1   Q.   So you purchased $223.57 of fuel that
2   was deducted from 840, correct?
3   A.   Correct.
4   Q.   And then the next line is some more
5   fuel purchases at Flying J, Beaver Dam, Ohio.
6   $139.36?
7   A.   Correct.
8   Q.   But that amount paid on that load
9   when the fuel was deducted was $457.07,
10  correct?
11  A.   Correct.
12  Q.   It looks like there were a couple of
13  reimbursements for scales of $10.50; is that
14  right?
15  A.   Correct.
16  Q.   All right.  The next section, the
17  first one says drug screen $25.  Do you see
18  that?
19  A.   Correct, yes.
20  Q.   Do you know what that's for?
21  A.   That's from my drug test.
22  Q.   Is that the drug test you took during
23  orientation?
24  A.   Yes.
25  Q.   The next line says Form 2290,

Page 161

1   physical and insurance, correct?
2   A.   Correct.
3   Q.   Earlier you testified that you had
4   elected driver legal plan, right?
5   A.   Correct.
6   Q.   So when you signed the Independent
7   Contractor Service Agreement, you knew the
8   company would deduct the driver legal plan
9   deduction of 4.48, correct?
10  A.   Correct.
11  Q.   What's the Qualcomm rental fee?
12       What is the Qualcomm rental fee?
13  A.   Okay.  Were you asking me what it
14  was?
15  Q.   Yeah.
16  A.   1950.
17  Q.   I'm sorry.  So the mount of that
18  deduction was $19.50.  Is that what you're
19  saying?
20  A.   Yes.  Yes, that's correct.
21  Q.   So do you know what that Qualcomm
22  rental fee was for?
23  A.   That is for the Qualcomm that was put
24  into the truck.
25  Q.   And you knew when you signed the

Page 163

1   2015-16.  What does that refer to?
2   A.   That's my -- I believe it's the tax
3   form that I had to have to get my papers for
4   my taxes at the end of the year.
5   Q.   Is that for the fuel tax?
6   A.   I'm not sure.  I know it was some
7   kind of taxes.
8   Q.   PTL maintenance escrow?
9   A.   Yes.
10  Q.   When you signed the contract, were
11  you aware that there would be a deduction for
12  $250 for PTL maintenance escrow?
13  A.   Yes.
14  Q.   Next one is physical damage
15  insurance, correct?
16  A.   Correct.
17  Q.   When you signed the Independent
18  Contractor Agreement on Exhibit 3, you knew
19  that the company would deduct physical damage
20  insurance of $94 from your settlement,
21  correct?
22  A.   Correct.
23  Q.   And then there is trailer insurance
24  and bobtail insurance.  You knew that the
25  company would deduct those amounts for

Page 162

1   Independent Contractor Service Agreement, that
2   PTL would deduct $19.50 for rental fee,
3   correct?
4   A.   Yes.
5   Q.   There is a deduction for occupational
6   accident insurance for $28, correct?
7   A.   Correct.
8   Q.   And you knew when you signed the
9   Independent Contractor Service Agreement that
10  PTL would deduct $28 for that insurance,
11  correct?
12  A.   Correct.
13  Q.   The next one is orientation trailer
14  move pay of $197, which looks like a credit
15  and not a deduction.
16       Do you know what that is for?
17  A.   That is for the trailer I went and
18  picked up.
19  Q.   According to this, the net pay for
20  that one load was $127.24, correct?
21  A.   Correct.
22  Q.   Looking at this, do you have any idea
23  how many hours you worked on that load?
24  A.   No.  I can't tell you off looking at
25  this.  Maybe if I had the miles, the exact

Page 164

Gale S. Carter                                                                December 4, 2018

1 miles.  And even if I had that, they don't --
2 well, if they give you the miles, it's not
3 going to be the exact miles you drove.
4    Q.   All right.  Do you see where it says
5 unit toll pay, $127.24.  It says miles, 592,
6 to the left of that.  Do you see that?
7    A.   Yes, but, I mean, that is still not
8 going to be the exact miles.  They do like ZIP
9 code to ZIP code.  That is not the exact
10 miles.  All the trucking companies give ZIP
11 code to ZIP code.  So you still may go -- you
12 could go a number of miles more.
13    Q.   Do you know -- do you have personal
14 knowledge of the program that PTL used to
15 identify 592 miles for this load?
16    A.   I do not, but I know, I remember from
17 doing loads, that the miles never match up to
18 what they paid you for.  And that is because
19 the ZIP code to ZIP code, and that is why I
20 never questioned that.
21    Q.   Did you ever keep notes of how many
22 miles you actually drove while you were on the
23 road for PTL?
24    A.   I didn't.  I put it in my GPS, made
25 my pick-up and my delivery.

                                                      Page 165

1    Q.   What kind of GPS did you use?
2    A.   A Randy McNally.
3    Q.   Do you use Rand McNally GPS right
4 now?
5    A.   Yes.
6    Q.   Will you turn to the next page on
7 Exhibit 7?
8    A.   Okay.
9    Q.   This is the settlement on November
10 11th, 2015, correct?
11    A.   Correct.
12    Q.   This one shows a deduction for
13 service failure charge in the middle of the
14 page.  Do you know what that was for?
15    A.   Yes.  That's for a load, if I
16 remember correctly, I got that load late.
17 That is why I always called them when they
18 give me a load that was late because of that
19 right there.  Second load, I got a service
20 charge for a load I received late.
21    Q.   Were you late in delivering the load?
22    A.   Yes.  Since I got it late, there was
23 no way I could make it on time.
24    Q.   Did you -- did you know when you
25 signed the Independent Contractor Service

                                                      Page 166

1 Agreement, did you know that you would be
2 charged $300 for a service failure by being
3 late to a shipper or a receiver?
4    A.   I knew it was a possibility, but
5 since I received it late, I didn't think that
6 they would hit me with that late charge.
7    Q.   And then it shows the net pay was
8 zero dollars, correct?
9        MR. JARVIS:  Chris, I pointed to it
10 for him.  Is that okay?
11        MR. ECKHART:  Sure.  Yeah, that's
12 fine.  Right next to unit total pay is what
13 you pointed to?
14        MR. JARVIS:  Yeah.
15    A.   Yeah.
16 BY MR. ECKHART:
17    Q.   Yeah.
18    A.   Okay, I see it.
19    Q.   Okay.  So the net pay for this
20 settlement was zero dollars?
21    A.   Correct.
22    Q.   On the next settlement, what is
23 the -- this is a settlement for November 18th,
24 2015, correct?
25    A.   Correct.

                                                      Page 167

1    Q.   And if you look towards the bottom,
2 right above the unit total pay -- well, first,
3 since you're there, let me ask you.
4        What is the total net pay reflected
5 on this settlement?
6    A.   $945.49.
7    Q.   Actually, I think you're looking at
8 the total net amount overall.  If you look up
9 on unit total pay?
10    A.   Okay.
11    Q.   What does it say?
12    A.   $818.25.
13    Q.   Right below that it says
14 year-to-date, correct?
15    A.   Yes.
16    Q.   And that's got a summary of the
17 year-to-date numbers for each of those
18 categories, right?
19    A.   Yes, that's correct.
20    Q.   Now, if you go two or three lines
21 above the unit total pay where it says
22 advance, November 12th, 2015?
23    A.   Yes.
24    Q.   Did you take an advance of $200 that
25 week?

                                                      Page 168

Gale S. Carter                                                          December 4, 2018

1   A.  I can't say exactly when I took it.
2   It may have been that week.  It may have been
3   the week prior.
4   **Q.  Do you know what you used that**
5   **advance on?**
6   A.  Food for myself, food for my family
7   because of the last week was zero.
8   **Q.  So net pay was $818.25, what -- what**
9   **would -- you'd also have to include an**
10  **additional $200 because you received $200**
11  **early, correct?**
12  A.  Yes, that's correct.
13  **Q.  The real pay in that week was**
14  **$1,018.25.  Fair?**
15  A.  Correct.
16  **Q.  Okay.  On the next settlement, page**
17  **PTL 111?**
18  A.  Okay.
19  **Q.  This is the settlement from November**
20  **25th, 2015, correct?**
21  A.  Correct.
22  **Q.  And this has a total net pay of**
23  **$822.64; is that right?**
24  A.  Correct.
25  **Q.  Can you look at the next settlement,**

                                                      Page 169

1   **$645.70?**
2   A.  Correct.
3   **Q.  And then the next page it PTL 114.**
4   **This is the settlement from December 16th --**
5   **excuse me, December 16th, 2015, correct?**
6   A.  Correct.
7   **Q.  And the total net pay on this load,**
8   **on this settlement was $748.79, right?**
9   A.  Correct.
10  **Q.  And then finally, the last page of**
11  **this exhibit, PTL 115?**
12  A.  Okay.
13  **Q.  This is the settlement from January**
14  **6, 2016, correct?**
15  A.  Correct.
16  **Q.  And this is the final settlement that**
17  **you received from PTL?**
18  A.  Correct.
19  **Q.  This states that the last load you**
20  **took had a dispatch date of December 14th,**
21  **2015; is that accurate?**
22  A.  Yes.
23  **Q.  Do you remember taking any loads**
24  **after that load that dispatched on December**
25  **14th 2015?**

                                                      Page 171

1   **Page PTL 112?**
2   A.  Okay.
3   **Q.  This is settlement for December 2nd,**
4   **2015, correct?**
5   A.  Correct.
6   **Q.  And it shows net pay of $112.71?**
7   A.  Correct.
8   **Q.  It has a, one of the deductions for**
9   **bus ticket, Memphis to -- well, it says MEMTN**
10  **to PADKY.**
11      **Do you know what that means?**
12  A.  Memphis, Tennessee to Paducah,
13  Kentucky.
14  **Q.  And was that the bus ticket for**
15  **orientation?**
16  A.  Yes, that's correct.
17  **Q.  Okay.  The next settlement was for**
18  **December 9th, 2015, correct?**
19  A.  What was that?  Can you repeat that?
20  **Q.  December 9, 2015 is the next**
21  **settlement?**
22  A.  Yes.
23  **Q.  PTL 115?**
24  A.  Yes.
25  **Q.  And the net pay on his settlement is**

                                                      Page 170

1   A.  No.  That was my last load.
2   **Q.  Now, there are some deductions.**
3   **What's the trailer relocation part?  Do you**
4   **see that deduction?**
5   A.  Yes, I see that.  That's one thing I
6   didn't understand because it got delivered
7   back to the same place it was at.
8   **Q.  The trailer?  Are you talking about**
9   **the trailer?**
10  A.  Yes, sir.
11  **Q.  So it was your understanding that**
12  **that relates to the trailer that you were**
13  **hauling when you decided to terminate your**
14  **contract?**
15  A.  Yes, that's what I mean, I took it
16  back to the same location as I spoke with the
17  dispatcher on the phone, where I told you
18  earlier.  And he agreed that that would be
19  fine.  And I still got hit with a 2,000-
20  something-dollar fee.
21  **Q.  There are some mud flap deductions.**
22  **Do you know what that refers to?**
23  A.  Yes.  I had a mud flap bracket
24  replaced.  They were $400.  And that's another
25  thing I don't understand.  If I've got a

                                                      Page 172

Gale S. Carter                                                                    December 4, 2018

1 maintenance escrow, why did that come out of
2 my check?
3   **Q.  Now, before this last settlement on**
4 **January 6th, would you agree that you only had**
5 **one other settlement that was zero dollars**
6 **while you were under contract with PTL?**
7   A.  Well, I mean, just because it's a
8 zero dollar, if I got a hundred-dollar check,
9 which you didn't say nothing about, I had
10 about two or three of those, what do I do with
11 a hundred-dollar check with a family of seven?
12 I mean, yes, I agree that I made those -- I
13 had zero-dollar checks.  But you didn't
14 address the whole thing.  That's why you left
15 those out, so you wouldn't say nothing about
16 it.
17   **Q.  Let me ask my question again.**
18       **Would you agree that before your last**
19 **settlement, you only had one other check that**
20 **was zero dollars?**
21   A.  Yeah, I agree, but it still doesn't
22 make a difference.  If I only got a hundred
23 dollars on there, with a family of seven, that
24 doesn't make a difference whether it's a zero
25 or a hundred dollars.  It still does really

                                                    Page 173

1 **PTL because you decided you weren't making**
2 **enough money at PTL, right?**
3   A.  Correct.  I make more as a company
4 driver at other companies than I made at PTL.
5   **Q.  How did you receive the settlement**
6 **sheets when you were under contract?  Did you**
7 **get them by e-mail or mail?**
8   A.  E-mail.
9   **Q.  Did you review them when you received**
10 **them?**
11   A.  Yes.
12   **Q.  Did you ever call anybody at PTL with**
13 **any questions about any of the deductions that**
14 **were on your settlement?**
15   A.  No.  I mean, I called and questioned
16 and got -- found out information, like why so
17 much, why my check was so little.  And, I
18 mean, other than that, I talked to the
19 dispatcher about getting more miles.
20   **Q.  Other than asking them about this,**
21 **the amount of the check, did you ever have any**
22 **specific questions about deductions that were**
23 **on your form?**
24   A.  Well, I talked to payroll.  They kind
25 of broke it down to me, so, to give me

                                                    Page 175

1 nothing for my family.
2   **Q.  The first time you received something**
3 **that was a hundred, you brought up making a**
4 **hundred-something, that was your first very**
5 **first check, correct?**
6   A.  Yes.
7   **Q.  And you only had one load on that**
8 **trip, right?**
9   A.  Yes, but we didn't get the
10 orientation pay as I was told by the
11 recruiter.
12   **Q.  And then the other -- the other check**
13 **that was only a 100-and-something dollars,**
14 **that only happened one other time, correct, on**
15 **December 2nd, correct?**
16   A.  Yes, that's correct.
17   **Q.  And the other checks you received,**
18 **two were over $800, one was over $700, and the**
19 **other one was over $600 after all your**
20 **deductions, right?**
21   A.  Yes, that's correct.  But if you do
22 the math and you add all of those together and
23 divide them into those weeks, that still
24 doesn't pay the bills in my home.
25   **Q.  That's ultimately the reason you left**

                                                    Page 174

1 understanding of where all of the deductions
2 are coming from.  So I know I needed to make
3 more money.  And that's basically what they
4 told me.  Only way I'm going to make it is if
5 I make more money.
6   **Q.  When you received the settlements,**
7 **were there any deductions that you thought**
8 **were not disclosed in your Independent**
9 **Contractor Service Agreement?**
10       **MR. JARVIS:  Objection to the extent**
11 **it calls for a legal conclusion.**
12 **BY MR. ECKHART:**
13   **Q.  You can answer the question.**
14   A.  Can I get the question again?
15   **Q.  Sure.  When you received these**
16 **settlements while you were under contract --**
17       **MR. ECKHART:  Actually, can you read**
18 **the question back to him, please?**
19       (WHEREUPON, THE LAST QUESTION WAS
20 READ AND THE DEPOSITION CONTINUED AS FOLLOWS:)
21   A.  No.
22 BY MR. ECKHART:
23   **Q.  Do you know what the minimum wage was**
24 **in 2015?**
25       **MR. JARVIS:  Calls for -- objection.**

                                                    Page 176

1 BY MR. ECKHART:
2    Q.  Under the Fair Labor Standards Act?
3        MR. JARVIS:  Objection.  Calls for a
4 legal conclusion.  You can respond.
5    A.  No, I do not.
6 BY MR. ECKHART:
7    Q.  In this case, have you ever tried to
8 identify any weeks in which you were paid less
9 than the minimum wage for the hours that you
10 worked?
11        MR. JARVIS:  Same objection.
12    A.  I haven't -- I haven't checked it.
13        MR. ECKHART:  We've been going about
14 an hour and a half.  You want to take a break?
15        (WHEREUPON, A BRIEF RECESS WAS TAKEN
16 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
17 BY MR. ECKHART:
18    Q.  Could you ever take breaks at a
19 customer's facility if you had to take a
20 ten-hour break?
21    A.  I think I had a couple places that
22 allowed stopping.  But most of them, I don't
23 think they allowed you to stay and park.  You
24 had to get loaded or unloaded and go ahead and
25 leave.

Page 177

1    Q.  And when you could take your ten-hour
2 break, were those more secure facilities?
3    A.  Yes.
4    Q.  Where were you normally take your
5 ten-hour break?
6    A.  Usually a truck stop; Pilot or
7 Love's; maybe a TA.
8    Q.  Have you produced all of the
9 documents that you have that are related to
10 PTL to your attorneys?
11    A.  Yes.  I mean, only thing I turned in
12 was my tax return, tax papers.  But, I mean,
13 everything else, documents that I signed, I've
14 turned in.
15    Q.  I'm going to follow up with your
16 attorney about the tax returns, so please
17 don't destroy those.
18    A.  I have no reason to.
19    Q.  Did you have any other e-mail
20 accounts while you were under contract with
21 PTL?
22    A.  I may have had one other.  I'm not
23 sure if I had it then or not.  But it will be
24 stanci -- no -- stancll@icloud.com.  But I
25 don't believe that was even active then.

Page 178

1    Q.  Do you know whether any other
2 contractors who contracted with PTL had more
3 than one truck?
4    A.  I don't have knowledge of that.
5    Q.  When was the first time that you
6 thought you had been misclassified as an
7 independent contractor by PTL?
8        MR. JARVIS:  Objection to the extent
9 it calls for a legal conclusion.  You can
10 respond.
11    A.  Well, I mean, basically, after a
12 couple of weeks, I really wasn't allowed -- I
13 didn't get to pick where I wanted to go.  They
14 told me what they had, and I either accept it
15 or either declined it.
16        I mean, in my experience after PTL, I
17 have options.  I can look.  If they say they
18 have this, they have this, I have a choice
19 which one I want to do.  I fuel where I want
20 to fuel at.  As a company driver, I go where
21 they want me to go.  I fuel where they tell me
22 to fuel.
23 BY MR. ECKHART:
24    Q.  Other than not having more options
25 for your -- for where your loads would go,

Page 179

1 were there any other reasons you thought you
2 were misclassified?
3    A.  I mean, the company drivers made more
4 than I made, is one of the biggest things.  I
5 mean, I could have came over and just drove
6 their truck and made more money than I made.
7    Q.  One of the reasons you thought you
8 were misclassified is you were paid less?
9    A.  Paid less, and just all around, they
10 had all of the decisions.  I mean, I'm pretty
11 much paying for everything.  I'm paying for
12 the trailers, everything.  I signed the
13 document, but in the end, I paid for
14 everything.  I paid for the trailer usage.  I
15 paid for the fuel to move the load.  I did
16 everything.
17    Q.  Any other reasons that you thought
18 you were misclassified?
19    A.  I mean, bottom line, I just didn't
20 have options that ICs have.
21        MR. ECKHART:  That's all of the
22 questions I have.
23        EXAMINATION
24 BY MR. ETTER:
25    Q.  All right.  Good afternoon,

Page 180

Gale S. Carter                                                                                                    December 4, 2018

1  Mr. Carter.  My name is Rick Etter, and I'm
2  counsel for Element Transportation and Element
3  Fleet Management Corp, in the lawsuit that you
4  filed in the Eastern District of Pennsylvania
5  which is now pending in the Western District
6  of Kentucky.
7     A.  Okay.
8     Q.  Do you understand that the
9  instructions and directions given by PTL
10  counsel continue to apply during my
11  questioning?
12    A.  I do.
13    Q.  Directing your attention to the
14  Individual Program Lease Agreement marked as
15  Exhibit 5?
16    A.  I have it.
17    Q.  You entered into this Individual
18  Program Lease Agreement with Element Financial
19  Corp; is that correct?
20    A.  Correct.
21    Q.  And you entered into this Individual
22  Program Lease Agreement on October 20th, 2015?
23    A.  Correct.
24    Q.  And you terminated the Agreement in
25  December of 2015?

Page 181

1  as Exhibit 6?
2     A.  I have it.
3     Q.  You entered in this Settlement
4  Deduction Agreement with Element Financial
5  Corp?
6     A.  Correct.
7     Q.  And you entered in this Settlement
8  Deduction Agreement on October 20th, 2015?
9     A.  Correct.
10    Q.  You terminated this Settlement
11  Deduction Agreement in December of 2015?
12    A.  Correct.
13    Q.  And you made the decision to
14  terminate this Settlement Deduction Agreement?
15    A.  Correct.
16    Q.  Did you sign any similar settlement
17  deduction agreement with any entity other than
18  Element Financial Corp?
19    A.  No, I did not.
20    Q.  Directing your attention to the
21  Independent Contractor Service Agreement
22  marked as Exhibit 3.
23    A.  I have it.
24    Q.  You entered into this Independent
25  Contractor Service Agreement with Paschall

Page 183

1     A.  Correct.
2     Q.  And you made the decision to
3  terminate this agreement at that time?
4     A.  Correct.
5     Q.  Did you sign a similar Individual
6  Program Lease Agreement with any entity other
7  than Element Financial Corp?
8     A.  Other than -- did I sign anything
9  other than the contract with PTL, is that what
10  you're asking me?
11    Q.  No.  So looking at this Individual
12  Program Lease Agreement, did you sign any
13  agreement that's similar to this Exhibit 5
14  with any entity other than Element Financial
15  Corp?
16    A.  So did I sign -- what you're asking
17  me, did I sign any kind of other financial
18  document with anybody else, other than
19  Element, while I was under this.  No, I did
20  not.
21    Q.  When you say Element, you're
22  referring to Element Financial Corp?
23    A.  Correct.
24    Q.  Directing your attention to the
25  Settlement Deduction Agreement that is marked

Page 182

1  Truck Lines?
2     A.  I did.
3     Q.  And you entered into this Independent
4  Contractor Service Agreement on October 15th,
5  2015?
6     A.  Correct.
7     Q.  And you terminated this Independent
8  Contractor Service Agreement in December of
9  2015?
10    A.  Correct.
11    Q.  And you made the decision to
12  terminate this Independent Contractor Service
13  Agreement?
14    A.  Correct.
15    Q.  Did you sign a similar Independent
16  Contractor Service Agreement with any entity
17  other than Paschall Truck Lines?
18    A.  No, I did not.
19    Q.  Turning back to your Individual
20  Program Lease Agreement with Element financial
21  Corp, did you read this service agreement?
22    A.  I scanned over it, as the
23  representative read over it.
24    Q.  Have you ever read this Individual
25  Program Lease Agreement?

Page 184

Gale S. Carter                                    December 4, 2018

1   A.  I read over it.
2   Q.  You read it in its entirety?
3   A.  Yes.
4   Q.  How many times have you read this
5   Individual Program Lease Agreement in its
6   entirety?
7   A.  Two, maybe three.
8   Q.  What is the first time you read this
9   Individual Program Lease Agreement?
10  A.  The day of the -- the day at the
11  signing.
12  Q.  So October 20th, 2015?
13  A.  Yes.
14  Q.  So you did read through the agreement
15  at that time?
16  A.  I was reading, and he was reading
17  aloud, the gentleman at the -- so I tried to
18  read along as he read aloud.
19  Q.  Okay.  Who is the gentleman you're
20  referring to?
21  A.  I do not know his name.
22  Q.  Where was this gentleman speaking?
23  A.  He was at the Quality dealership in
24  Indianapolis, Indiana?
25  Q.  Okay.  And who was he employed by?

Page 185

1   employed by one of the defendants?
2       MR. JARVIS:  Objection.  Calls for a
3   legal conclusion.  Calls for a legal
4   conclusion.  You can respond.
5   A.  Just the simple fact, if he wasn't
6   employed by one of them, they wouldn't have
7   let me leave with that truck.  Because after I
8   signed the papers, I went to go get the truck
9   and then I returned to that dealership.  It's
10  no way they would have let me leave with that
11  piece of equipment.
12  Q.  Is he the individual -- the he you're
13  referring to, is he the individual that signed
14  this Individual Program Lease Agreement on
15  behalf of Element Financial Corp?
16  A.  I don't remember.
17  Q.  So if you look at the signature pages
18  of this document, it doesn't help refresh your
19  memory whether or not it was Robert Davis?
20  A.  No.  No, I do not because once we
21  filled out our portion, we took them to the
22  front; the front where he was sitting at.  And
23  someone else may have come up; I don't know.
24  Q.  So the he that you're referring to,
25  you don't know whether or not that was Robert

Page 187

1   Davis?
2   A.  I do not.
3   Q.  And the he you're referring to, you
4   don't know whether or not that was Jason
5   Donner?
6   A.  No.
7   Q.  Are there any documents or anything
8   that you can look at to refresh your memory as
9   to the name of that individual?
10  A.  I do not.  That's been years ago.
11  Q.  Okay.  So none that you're aware of?
12  A.  No.
13  Q.  When is the second time that you read
14  through the lease agreement?
15  A.  I don't remember the exact date.  I
16  mean, I've always kept my lease agreements.
17  So, I mean, sometimes I might pick it up, I
18  might look at it.  I may have not read through
19  it entirely.
20  Q.  Okay.  Do you know what year it was
21  the second time you read through the lease
22  agreement?
23  A.  I do not.
24  Q.  When was the third time that you read
25  through your lease agreement?

Page 188

1   A.  I do not know.  All I know, he was
2   the representative that we met with.
3   Q.  Do you know whether he was employed
4   by PTL?
5   A.  I do not.
6   Q.  Do you know whether he was employed
7   by Quality?
8   A.  I do not.
9   Q.  Do you know whether he was employed
10  by any of the Defendants?
11  A.  Well, I assumed he had to be employed
12  by one of them if he was doing the contract.
13  Q.  I'm not looking for your assumptions,
14  Mr. Carter.
15      Do you know whether or not he was
16  employed by --
17  A.  I'm not --
18  Q.  -- any of the defendants?
19  A.  I'm not assured -- I'm not sure which
20  one of the defendants he was representing.
21  Q.  But you assume that he was employed
22  by one of them?
23  A.  Yes.
24  Q.  Tell me all facts on which you base
25  your assumption that the individual was

Page 186

Gale S. Carter                                                                  December 4, 2018

1   A.  I went through it prior -- prior to
2  coming to this, to see if maybe it jogged my
3  memory, so.
4      Q.   So the third time would have been in
5  preparation for your deposition?
6   A.  Yes.
7      Q.   Do you know why you would have read
8  through the lease agreement the second time
9  you looked at it?
10   A.  Because I was going to have to answer
11  questions, and I got to be truthful on it, and
12  I'm trying to give the best answer I can give.
13      Q.   Did you ever speak with anyone about
14  your Individual Program Lease Agreement prior
15  to filing this lawsuit?
16   A.  Speak with anyone?  I mean, anyone
17  outside the companies, or?
18      Q.   Anyone at all.
19   A.  I spoke with the companies upon
20  leaving.
21      Q.   So my question is, prior to filing
22  this lawsuit, did you speak with anyone about
23  your Individual Program Lease Agreement?
24      MR. JARVIS:  Objection to the extent
25  it calls for the revelation of privileged

                                                    Page 189

1  information.  Anyone other than counsel.
2   A.  I spoke with my counsel.  I mean, I
3  haven't discussed it with anyone else.
4  BY MR. ETTER:
5      Q.   Okay.  When you read through the
6  lease agreement on October 20th, 2015, did you
7  understand all of the terms and conditions?
8   A.  Yes.
9      Q.   Turning to your Settlement Deduction
10  Agreement, did you read your Settlement
11  Deduction Agreement in its entirety?
12   A.  Yes.
13      Q.   And how many times have you read your
14  Settlement Deduction Agreement?
15   A.  Maybe a couple of times.
16      Q.   Would you have read that at the same
17  time you read your lease agreement?
18   A.  Yes.
19      Q.   And at the time, so the first time
20  you would have read the Settlement Deduction
21  Agreement would have been on October 20th,
22  2015?
23   A.  Yes.
24      Q.   Did you understand the terms and
25  conditions of the Settlement Deduction

                                                    Page 190

1  Agreement at that time?
2   A.  Yes.
3      Q.   Prior to filing this lawsuit, did you
4  ever discuss Settlement Deduction Agreement
5  with anyone?
6      MR. JARVIS:  Same objection.
7   A.  No.
8  BY MR. ETTER:
9      Q.   Turning to your Independent
10  Contractor Service Agreement with PTL, did you
11  ever read your Independent Contractor Services
12  Agreement?
13   A.  Yes.
14      Q.   Exhibit 3?
15   A.  Yes, I got it.
16      Q.   Did you ever read that agreement?
17   A.  Yes.
18      Q.   How many times have you read the
19  Independent Contractor Service Agreement?
20   A.  I'm not sure.  I mean, I may have
21  looked over it.  I did that day, and I'm
22  pretty sure I looked over some times while I
23  was on the road.
24      Q.   So the first time you would have read
25  your Independent Contractor Service Agreement

                                                    Page 191

1  would have been October 15th, 2015?
2   A.  Yes.
3      Q.   Did you understand the terms and
4  conditions of your Independent Contractor
5  Service Agreement at that time?
6   A.  Yes.
7      Q.   Did you ever discuss your Independent
8  Contractor Service Agreement with anyone prior
9  to filing this lawsuit?
10   A.  No.
11      Q.   Directing your attention to Exhibit
12  7, which is the Paschall Truck Lines owner-
13  operator settlement summary.
14   A.  Okay.
15      Q.   Who did you receive this document
16  from?
17   A.  It came from the payroll.  They
18  e-mailed it to me.
19      Q.   Is that Paschall Truck Lines?
20   A.  That's correct.
21      Q.   Did you receive any settlement
22  summaries from any entities other than
23  Paschall Truck Lines?
24   A.  No.
25      Q.   Directing your attention to this

                                                    Page 192

1 **Exhibit 7, this owner-operator settlement**
2 **summary, are contents of this document**
3 **accurate?**
4   A.   Correct.
5   **Q.   Yes?**
6   A.   Yes.
7   **Q.   Are the contents of this document**
8 **complete?**
9   A.   Yes.
10   **Q.   So there is nothing that you would**
11 **need to add to this document?**
12   A.   No.
13   **Q.   The settlement summary includes all**
14 **runs or trips that you made during the period**
15 **you performed services for Paschall Truck**
16 **Lines?**
17   A.   Yes.
18   **Q.   The settlement summary includes all**
19 **compensation you earned during the period you**
20 **performed services for Paschall Truck Lines?**
21   A.   Yes.
22   **Q.   The settlement summary includes all**
23 **expenses you incurred during the period you**
24 **performed services for Paschall Truck Lines?**
25   A.   Yes.

Page 193

1   A.   No, I did not.
2 BY MR. ETTER:
3   **Q.   Did any of the defendants ever obtain**
4 **your labor or services on behalf of any other**
5 **entities?**
6       MR. JARVIS:  Same objection.  You can
7 respond.
8   A.   So did PTL have me run for someone
9 else?
10 BY MR. ETTER:
11   **Q.   Did any of the defendants ever obtain**
12 **your labor or services on behalf of any other**
13 **entity?**
14       MR. JARVIS:  Same objection.
15   A.   As far as I know, I only ran for PTL.
16 BY MR. ETTER:
17   **Q.   Is that a no?**
18   A.   That's a no.
19   **Q.   Let me rephrase that.**
20       So as far as you knew, none of the
21 defendants ever obtained your labor or
22 services on behalf of any other entity?
23       MR. JARVIS:  Same objection.
24   A.   Yes, that's correct.
25 BY MR. ETTER:

Page 195

1   **Q.   The settlement summary includes all**
2 **compensation you were paid during the period**
3 **you performed services for Paschall Truck**
4 **Lines?**
5   A.   Yes.  Yes.
6   **Q.   So looking at this settlement**
7 **summary, the first date that you performed any**
8 **run or trip for Paschall Truck Lines was**
9 **October 23rd, 2015; is that correct?**
10   A.   That's correct.
11   **Q.   And the last date that you performed**
12 **any work or services for Paschall Truck Lines**
13 **was December 14th, 2015?**
14   A.   Yes, that's correct.
15   **Q.   From the period October 23rd, 2015,**
16 **through December 14th, 2015, did you perform**
17 **any labor or services for any entity other**
18 **than Paschall Truck Lines?**
19   A.   No, I did not.
20   **Q.   Did you ever perform any labor or**
21 **services for any of the defendants other than**
22 **Paschall Truck Lines?**
23       MR. JARVIS:  Objection to the extent
24 it calls for legal conclusion.  You can
25 respond.

Page 194

1   **Q.   Do you contend that the defendants**
2 **were involved in a scheme or plan to force you**
3 **to perform services for PTL?**
4       MR. JARVIS:  Same objection.
5   A.   Can you clarify on that?
6 BY MR. ETTER:
7   **Q.   Sure.  I'm just trying to understand**
8 **your claims, just so you know where I'm going**
9 **with this.**
10       Is it your contention that the
11 defendants were involved in a scheme or plan
12 to force you to work for PTL?
13       MR. JARVIS:  Same objection.
14   A.   Well, I was pretty much locked into
15 PTL.  It was no way around it.  They wouldn't
16 give me the revenue, and I couldn't leave.  I
17 didn't have the money to buy out of there, so
18 I was looked in.
19 BY MR. ETTER:
20   **Q.   And who do you contend locked you**
21 **into that?**
22       MR. JARVIS:  Same objection.  Asked
23 and answered.
24   A.   Answer it?
25       MR. JARVIS:  Yeah.  You can answer.

Page 196

Gale S. Carter                                                December 4, 2018

1    A.  Well, I signed the paper, but at the
2 same time, I wasn't allowed to make the income
3 to get out of that situation.
4 BY MR. ETTER:
5    Q.  So other than PTL, is it your
6 contention that PTL forced you to perform
7 services exclusively for them?
8        MR. JARVIS:  Same objection.
9    A.  No, they just didn't provide the
10 revenue for me to be prosperous.
11 BY MR. ETTER:
12   Q.  Is it your contention that any of the
13 other defendants forced you to perform
14 services for PTL?
15       MR. JARVIS:  Same objection.
16   A.  I'm not really -- really, I'm not
17 sure.
18 BY MR. ETTER:
19   Q.  Well, so what involvement do you
20 contend that any of the defendants, other than
21 PTL, had in you being required to perform
22 services solely for PTL?
23   A.  Well, they -- PTL hired me.  PTL sent
24 me to Element -- Quality.  The truck was
25 already picked out.  And even though I'm --

                                        Page 197

1 asked and answered.  It still calls for a
2 legal conclusion.  You can respond.
3    A.  I just wasn't given the option to
4 leave them if they didn't allow me to leave
5 PTL, if I wanted to, if they didn't give me
6 the revenue.
7 BY MR. ETTER:
8    Q.  Is it your contention that Element
9 was involved in you not being able to leave
10 PTL as you say?
11       MR. JARVIS:  Same objection.
12   A.  Yes.
13 BY MR. ETTER:
14   Q.  Tell me every fact on which you base
15 your conclusion that Element was involved?
16       MR. JARVIS:  Objection to the extent
17 it calls for a legal conclusion.  To the
18 extent it's been asked and answered.  You can
19 answer.
20   A.  Everything ties together, saying I
21 can't -- I got to work for PTL, or I got to
22 pay a penalty for leaving.  And I still got to
23 stay under one of the umbrellas, one of the --
24 the companies under the umbrella.  I can't
25 leave and go to any outside company and work.

                                        Page 199

1 Element's financing the truck, I'm tied
2 strictly to PTL.
3 BY MR. ETTER:
4    Q.  What facts support your -- I'll
5 rephrase that.
6        What was Element's role in the
7 arrangement?
8        MR. JARVIS:  Objection.  That calls
9 for a legal conclusion.  You can respond.
10   A.  They were the financer.  They -- to
11 me, way I understand it, they backed PTL,
12 Paschall, Paschall Truck Line, in the purchase
13 of the vehicle.  But by me purchasing the
14 vehicle, I couldn't go anywhere else.  I
15 had to -- I was strictly forced to them, which
16 wouldn't, PTL wouldn't allow me to work and
17 make an income, other than paying for the
18 truck.
19 BY MR. ETTER:
20   Q.  So other than providing you with the
21 financing so you were capable of purchasing
22 the vehicle, what other involvement did
23 Element have?
24       MR. JARVIS:  Objection.
25 Mischaracterizes his testimony.  This has been

                                        Page 198

1 And still make my payments.  If I leave, I got
2 to leave the truck.
3 BY MR. ETTER:
4    Q.  Did you ever have any communication
5 or correspondence with anyone at Element?
6    A.  I did not.
7    Q.  So the only communication or
8 correspondence you ever had with Element would
9 be the terms of your lease agreement, correct?
10   A.  Correct.
11   Q.  Do you contend any of the terms of
12 your lease agreement are unlawful?
13       MR. JARVIS:  Objection, to the extent
14 that calls for a legal conclusion.  That has
15 also been asked and answered.  You can
16 respond.
17   A.  I forgot the question.
18 BY MR. ETTER:
19   Q.  Do you contend that any of the terms
20 or conditions of your lease agreement are
21 unlawful?
22       MR. JARVIS:  Same objections.
23   A.  I don't think if I -- if I come to
24 Element Financial and get financed, I don't
25 think they ought to tie me to PTL.

                                        Page 200

Gale S. Carter                                                          December 4, 2018

1  BY MR. ETTER:
2      Q.  My question is:  Do you contend that
3  any of the terms or conditions of your lease
4  agreement are unlawful?
5          MR. JARVIS:  Same objection.  That
6  has been asked and answered.  That was a legal
7  conclusion.  Now you're just asking the same
8  question over and over and hoping for a
9  different response.  You can respond.
10     A.  I think they just tied me to PTL.
11 BY MR. ETTER:
12     Q.  It's a yes or no question,
13 Mr. Carter.
14         Do you contend that any of the
15 provisions in your lease agreement are
16 unlawful?
17         MR. JARVIS:  Same objection.
18     A.  Yes.
19 BY MR. ETTER:
20     Q.  Identify for me what terms of your
21 lease agreement are unlawful.  Exhibit 5.
22         MR. JARVIS:  Same objections.  You
23 can answer.
24     A.  I'm trying to find what I'm looking
25 for.

                                              Page 201

1      A.  I don't know the law like you know
2  it.  So I don't know exactly what -- exactly
3  what I'm looking for.  So no, I'm not going to
4  be able to find.
5  BY MR. ETTER:
6      Q.  Okay.  And I understand that, and I'm
7  just asking for understanding your claim.  So
8  as we sit here, you can't point to any
9  provision in this agreement that you contend
10 violates the law, correct?
11         MR. JARVIS:  Same objection.  It's
12 been asked and answered.
13     A.  No.
14 BY MR. ETTER:
15     Q.  No meaning that is correct?
16     A.  No.  That means I just don't know
17 enough to find what I need.
18     Q.  When did you first suspect that the
19 terms of your lease agreement might be
20 unlawful?
21         MR. JARVIS:  Same objections.  Well,
22 just legal conclusion.  Continue.
23     A.  When they told me I couldn't work for
24 nobody but PTL or it was all of these fines
25 and stuff, but.

                                              Page 203

1          MR. JARVIS:  You want to tell them
2  what you're looking for?
3      A.  I'm looking for the part where it
4  pretty much says I'm going to be working for
5  PTL and PTL only, but it doesn't actually put
6  PTL in there.
7  BY MR. ETTER:
8      Q.  Okay.  So you didn't find anything in
9  that agreement that you just looked through
10 that says that, did you?
11     A.  No, because y'all didn't put PTL in
12 it.
13     Q.  So sitting here today, you can't
14 identify any provision of this lease agreement
15 that you contend violates the law?
16         MR. JARVIS:  Objection.  Calls for a
17 legal conclusion.  It's been asked and
18 answered.  You can respond.
19     A.  I didn't find nothing with that exact
20 in there.  I mean --
21 BY MR. ETTER:
22     Q.  Did you find anything that you
23 contend violates the law?
24         MR. JARVIS:  Same objections.  You
25 can respond.

                                              Page 202

1  BY MR. ETTER:
2      Q.  But as you testified, nobody ever
3  told you that from Element Transportation or
4  any of the Element entities?
5      A.  Well, they explained I couldn't work
6  for nobody but somebody up under the umbrella
7  at certain points.
8      Q.  I asked you earlier had you ever
9  spoken or had any correspondence or
10 communication with anyone from Element, and
11 you said no.  Correct?
12     A.  I said I wasn't sure who the
13 gentleman worked for.  That's what I said.
14     Q.  And so you're saying that this
15 unidentified gentlemen is the one who told you
16 that you could not work for anyone else?
17     A.  He's one of them, yes.  I mean, I
18 can't tell you he worked for Element, but he's
19 the one with the paperwork.
20     Q.  Okay.  And as you said, your claim is
21 based entirely on what's in the paperwork as
22 it relates to Element?
23         MR. JARVIS:  Objection.
24 Mischaracterizes his testimony.  Calls for a
25 legal conclusion.  You can respond.

                                              Page 204

Gale S. Carter                                                    December 4, 2018

1    A.  I'm just looking at, I can't
2   work where -- the limitations that both of
3   these contracts, all of these contracts put on
4   me, as far as working.
5   BY MR. ETTER:
6    Q.  You just reviewed the entire
7   Individual Program Lease Agreement, correct?
8    A.  I scanned through it.
9    Q.  Do you contend that there is any
10  threats in there?
11       MR. JARVIS:  Objection.  That call
12  for a legal conclusion.  You can respond.
13    A.  I still think so.  I can't point it
14  out, but I believe so.
15  BY MR. ETTER:
16    Q.  Sitting here right now, can you
17  identify any provision in this lease agreement
18  that you believe is a threat?
19    A.  I cannot.
20    Q.  You testified earlier that you spoke
21  with your attorney about the lease agreement,
22  correct?
23    A.  Yes.
24    Q.  When did you first speak to an
25  attorney about your lease agreement?

Page 205

1   lead.  That is my suggestion.  I'm saying,
2   your testimony suggests that there is nothing
3   in this Settlement Deduction Agreement that is
4   the underlying basis for any of your claims;
5   is that correct?
6        MR. JARVIS:  Same objections.  Asked
7   and answered.
8    A.  No, it's not.
9        MR. JARVIS:  Say it again.
10    A.  No, that's not -- that is your theory
11  on what I said.
12       MR. ETTER:  So your testimony is that
13  your claims might be based on this Settlement
14  Deduction Agreement; is that correct?
15       MR. JARVIS:  Same objections.  Asked
16  and answered.  Calls for a legal conclusion.
17  You can answer.
18    A.  My theory is that they are, I just
19  don't know exactly how to find it in there.
20  BY MR. ETTER.
21    Q.  So your testimony is, yes, my claims
22  are based on this settlement deduction
23  agreement, but I can't tell you what part of
24  this agreement they're based on?
25       MR. JARVIS:  Objection.  Asked and

Page 207

1    A.  I think maybe 2016, maybe.  I don't
2   have the exact date.
3    Q.  So after you terminated the
4   agreement?
5    A.  Yes, later in the year.
6    Q.  Directing your attention to Exhibit
7   6, the Settlement Deduction Agreement, do you
8   contend there is any provisions in this
9   agreement that are unlawful?
10       MR. JARVIS:  Objection.  Calls for a
11  legal conclusion.  You can respond.
12    A.  I can't find any in there.  As I
13  stated before, I don't know what to look for.
14  BY MR. ETTER:
15    Q.  So sitting here right now, you don't
16  believe these claims are based on the contents
17  of the Settlement Deduction Agreement?
18       MR. JARVIS:  Objection.
19  Mischaracterizes his testimony, calls for a
20  legal conclusion.  You can respond.  I'm not
21  sure --
22    A.  I didn't say that.  You said that.
23  That ain't my words.
24  BY MR. ETTER:
25    Q.  I did say that, and I'm allowed to

Page 206

1   answered.  Argumentative.  Calls for a legal
2   conclusion.
3   BY MR. ETTER.
4    Q.  Is that a fair summary?
5        MR. JARVIS:  Of the objections, yes.
6   You can answer.
7   BY MR. ETTER:
8    Q.  No, not of the objections.
9        Is that a fair summary of your
10  testimony?
11       MR. JARVIS:  Same objections.
12    A.  Yes, I base them off the contract.  I
13  just don't know enough to find out -- find
14  what I'm looking for.
15  BY MR. ETTER:
16    Q.  Mr. Carter, if you don't know what
17  your claims are based on, how is Element
18  supposed to know what your claims are based
19  on?
20       MR. JARVIS:  Objection.
21  Argumentative.  Calls for a legal conclusion.
22  This has been asked and answered.  You can
23  answer this.
24    A.  I mean, I'll be honest.  I mean,
25  you're asking me to tell you how to find it.

Page 208

Gale S. Carter                                                December 4, 2018

1 I don't -- that is not my position to tell you
2 that.
3 BY MR. ETTER:
4   Q.  It is your position.  This is your
5 claim.  I'm trying to understand what your
6 claim is based on, and you're saying I don't
7 know.
8       MR. JARVIS:  Objection.
9 Argumentative.  Calls for a legal conclusion.
10 Asked and answered.  Answer him just one more
11 time.  We're not --
12 BY MR. ETTER:
13   Q.  Can you identify for me any facts on
14 which your claims against Element are based?
15      MR. JARVIS:  Objection.  Calls for a
16 legal conclusion.  Asked and answered.
17 Mischaracterizes his testimony.
18 BY MR. ETTER:
19   Q.  What harm -- scratch that.
20      Do you believe that you would suffer
21 some type of harm if you did not perform
22 services for PTL?
23      MR. JARVIS:  Objection.  Calls for a
24 legal conclusion.  You can respond.
25   A.  If I refused loads, I sit.  If I sit,

Page 209

1 answer.
2   A.  What else is it?  I mean, if you
3 ain't got no money, you can't pay for nothing.
4 BY MR. ETTER:
5   Q.  Anything else, other than that lose
6 everything?
7       MR. JARVIS:  Same objections.
8   A.  No.  I mean, if I ran the loads and
9 the loads ain't paying nothing, I still
10 wouldn't be able to pay no bills.  I still had
11 to pay the truck note.  The truck note comes
12 out before I get anything.  Diesel comes out
13 before I get anything.  Insurance comes out
14 before I get anything.
15      So how do I make money?  How do I
16 take care of my family?
17 BY MR. ETTER:
18   Q.  Sure.  And so, have you ever had
19 occasion when you were unable to pay the
20 bills?
21   A.  Yes.
22   Q.  Did you lose everything?
23   A.  No, because I wasn't out of work like
24 that.  I wasn't out of work for that long.
25 But I continue to work for PTL, and just sit

Page 211

1 I don't make no money for my family.  So
2 either I take the little loads with the small
3 revenue or I don't work at all.
4 BY MR. ETTER:
5   Q.  Is there any other harm that you
6 believe you suffered if you chose not to
7 perform services for PTL?
8       MR. JARVIS:  Objection.  Asked and
9 answered.  Calls for a legal conclusion.  You
10 can respond.
11   A.  As far as the financial, I could have
12 got put out of my home.  My wife and kids
13 could have got put out of the home.  I could
14 have lost everything.
15 BY MR. ETTER:
16   Q.  How would you have lost everything?
17   A.  No income, I can't pay for anything.
18   Q.  So you could have lost everything
19 because you would have been unable to pay your
20 bills?
21   A.  Correct.
22   Q.  Any other reason that you would have
23 lost everything?
24      MR. JARVIS:  Objection.  Legal
25 conclusion.  Asked and answered.  You can

Page 210

1 there and not make any money, you see the
2 statements.  You see how this add up.  Add
3 them up and divide them within that time frame
4 and tell me who can make it off 3 to $400?
5 The world isn't built --
6   Q.  You filed for bankruptcy twice,
7 correct?
8   A.  Correct.
9   Q.  And both times you went through the
10 process successfully and all of your debts
11 were discharged?
12   A.  Correct.  And I was also working,
13 making money at that time, too.
14   Q.  On either occasion, did you lose
15 everything?
16   A.  I was working and making money at
17 that time also.  So, no, I did not lose
18 everything because I was able to pay my bills.
19 But the way PTL was operating, I was not able
20 to make the money to pay my bills.
21   Q.  So you filed for bankruptcy, even
22 though you had sufficient money to pay your
23 bills?
24   A.  I didn't say sufficient.  I said I
25 was able to pay the bills once I was -- once I

Page 212

Gale S. Carter                                                     December 4, 2018

1  filed bankruptcy, they gave me an amount to
2  pay, I was able to pay that, and I was able to
3  get myself back on track.
4    **Q.   And so on those occasions -- two**
5  **occasions when you didn't have money to pay**
6  **all your bills and you filed for bankruptcy,**
7  **did you lose everything?**
8    A.  No.  I did lose some things.  Lost
9  cars.  I lost a house.
10   **Q.   And the last time you filed for**
11 **bankruptcy, your debts were discharged**
12 **effective December 20, 2012; is that right?**
13   A.  Correct.  Correct.
14   **Q.   Correct?**
15   A.  Yes.
16   **Q.   And your date of filing for that**
17 **bankruptcy was January of 2008, correct?**
18   A.  Correct.
19   **Q.   You could have filed for bankruptcy**
20 **again after January of 2015, correct?**
21   A.  Why would I want -- correct.  But why
22 would I want to keep filing for bankruptcy
23 when I have the option to work --
24   **Q.   Bankruptcy --**
25   A.  -- and make money?  I'm not one of

                                              Page 213

1    A.  Yes.
2    **Q.   What entity?**
3    A.  D&S Haulers.
4    **Q.   And that was a poor question.  That**
5  **is my fault.  When I'm asking about these**
6  **lease payments for this next set of questions,**
7  **they're in reference to the vehicle that you**
8  **leased to buy from Element, okay?**
9    A.  Okay.
10   **Q.   So after you terminated your lease**
11 **agreement with Element, did you make any lease**
12 **payment to any entity?**
13   A.  When I left, they took my last check
14 that they paid in January 6th.  And that was
15 the final check I had, and they took the whole
16 thing.
17   **Q.   And so that's reflected upon this**
18 **settlement summary we reviewed?**
19   A.  Yes.
20   **Q.   Other than that last payment, after**
21 **that, did you make any lease payment to any**
22 **entity?**
23   A.  No.
24   **Q.   Were you required to make any expense**
25 **payments to any entities after your terminated**

                                              Page 215

1  those persons just trying to live on the
2  system.  If things happen, I have no choice
3  but to do what I have to do.  But I'm not
4  going to intentionally go file bankruptcy if I
5  don't have to.  If I got the option to feed my
6  family.
7    **Q.   What things happen that caused you**
8  **file your first bankruptcy in 2001?**
9    A.  I got behind.  I was young.  I built
10 up bills, and I got behind.
11   **Q.   Okay.  What things happened when you**
12 **filed your second bankruptcy in 2008?**
13   A.  I lost my job, and I couldn't find a
14 job for over a year.
15   **Q.   Do you have any plans to file for**
16 **bankruptcy in the future?**
17   A.  No, I do not.
18   **Q.   Have you -- scratch that.**
19   **Since the termination of your lease**
20 **agreement, have you made any lease payments to**
21 **Element?**
22   A.  No.
23   **Q.   Since the termination of your lease**
24 **agreement, have you made any lease payment to**
25 **any entity?**

                                              Page 214

1  **your lease agreement?**
2    A.  No.
3    **Q.   Since you terminated your lease**
4  **agreement, has any Element entity demanded**
5  **that you make payments of any kind?**
6    A.  I received a bill from someone.  I
7  forgot who it was.
8    **Q.   So sitting here right now, you can't**
9  **say it was an Element entity?**
10   A.  Not without going in my paperwork.
11   **Q.   Okay.  And you have produced that**
12 **paperwork as part of this lawsuit?**
13   A.  Yes.
14   **Q.   And the best you can recall, what did**
15 **that document say?**
16   A.  It was telling me I owed roughly
17 around $7,500 for terminating my lease.
18   **Q.   For terminating your lease or**
19 **terminating some other agreement?**
20   A.  From my understanding it was because
21 of my lease.
22   **Q.   Okay.  But whatever it was, it will**
23 **be reflected in the document?**
24   A.  Yes.
25   **Q.   So earlier, counsel for PTL had you**

                                              Page 216

Gale S. Carter                                                December 4, 2018

1 rip off two pages from a prior exhibit. You
2 have those in front of you?
3      MR. JARVIS: I've got them here,
4 Rick.
5 BY MR. ETTER:
6   Q.  PTL 50 and PTL 51?
7   A.  Yes.
8   Q.  Is this document which you're
9 referring to?
10   A.  Yes, that's correct.
11   Q.  All right.
12      MR. ETTER:  Could we mark this as --
13 what number exhibit are we at?
14      COURT REPORTER:  Eight.
15      (WHEREUPON, THE ABOVE-MENTIONED
16 DOCUMENT WAS MARKED AS EXHIBIT NO. 8 TO THE
17 TESTIMONY OF THE WITNESS, AND IS ATTACHED
18 HERETO.)
19 BY MR. ETTER:
20   Q.  You've been handed what has been
21 marked as Exhibit 8. And this is a
22 communication from PTL, correct?
23   A.  Correct.
24   Q.  And there is nothing in this document
25 to suggest that this came from any Element

Page 217

1 entity, correct?
2   A.  Correct.
3   Q.  Does this now refresh your memory as
4 to whether or not any Element entity has made
5 any demand for any payment from you since you
6 terminated your lease agreement?
7   A.  Yes.
8   Q.  So has any Element entity made any
9 demands for any payment from you since you
10 terminated your lease agreement?
11   A.  No.
12   Q.  Has any Element entity threatened
13 litigation against you to recover any
14 outstanding lease payments or expense
15 payments?
16   A.  No.
17   Q.  You testified about a discussion you
18 had with your last dispatcher at PTL regarding
19 why you decided to terminate your agreement.
20 Do you recall that?
21   A.  Correct. Yes.
22   Q.  Was there anything that you discussed
23 with that dispatcher that you have not
24 testified about today?
25   A.  No.

Page 218

1   Q.  So we've covered everything that you
2 discussed during that call?
3   A.  Yes.
4   Q.  And are there any documents that
5 would memorialize what was discussed during
6 that call?
7   A.  No.
8   Q.  Other than that final dispatcher at
9 PTL, did you speak to anyone else about why
10 you terminated your agreement?
11   A.  I spoke with someone about the --
12 basically, when you leave, why you left, and
13 they take down information.
14   Q.  Okay.  Exit interview type of a
15 thing?
16   A.  Yes.  Yes.
17   Q.  Other that than individual and the
18 final dispatcher at PTL, did you speak to
19 anyone else about why you were terminating
20 your agreement?
21   A.  No.
22   Q.  The individual who we'll say
23 performed that exit interview, do you know who
24 that individual was employed by?
25   A.  I do not.

Page 219

1   Q.  How did you come to have that
2 discussion?
3   A.  They called me on my, either my home
4 phone or my cell phone.  I don't remember
5 which one.
6   Q.  And to the best you recall, what did
7 they say when you first picked up?
8   A.  They told me they was from PTL, they
9 would like to discuss with me why I left and
10 basically would I ever come back.
11   Q.  Okay.  And is there anything else
12 during that entire conversation that
13 individual said to you?
14   A.  No.  They just they asked questions.
15 I don't remember exactly what the questions
16 were.
17   Q.  Do you recall the information you
18 responded, and you provided in response to
19 their questions?
20   A.  I told them about the loads, not
21 being able to get loads.  If I get loads, they
22 weren't really paying.  And pretty much, I
23 stayed up in the eastern corner up there.  And
24 more hills, more diesel.  Further away, never
25 passing through home or anything until I get

Page 220

Gale S. Carter                                                    December 4, 2018

1 ready to come home.  And just, always just
2 never enough income.
3    Q.   Anything else that you said to that
4 individual as to why you terminated your
5 agreement?
6    A.   I mean, that's pretty much it.  I
7 just -- they asked me would I come back, and I
8 told them no, I'll never come back because I
9 just got really treated really bad; never
10 could make money.
11    Q.   Is there anything else that you said
12 to them during that conversation?
13    A.   No.
14    Q.   Are there any documents that
15 memorialize what was discussed during that
16 conversation?
17    A.   Not that I know of, unless they
18 documented it.
19    Q.   None that you have?
20    A.   No.
21    Q.   So have we discussed everything that
22 was talked about during that conversation?
23    A.   Yes.
24    Q.   And you said that the individual
25 identified themselves as being from PTL?

Page 221

1    A.   About two, maybe two years ago.
2 BY MR. ETTER:
3    Q.   Before or after you terminated your
4 agreement?
5    A.   Before.
6    Q.   What's that?
7    A.   No.  After.
8    Q.   So after you terminated your
9 agreement is the first time you heard about
10 the Forced Labor Law?
11    A.   Yes.
12    Q.   Have you ever heard of the
13 Trafficking Victims Protection Act?
14       MR. JARVIS:  Same objection.  Calls
15 for a legal conclusion.  You can answer.
16    A.   I don't recall if I've heard of it or
17 not.
18 BY MR. ETTER:
19    Q.   Did you ever tell anyone that you
20 thought any of the defendants were violation
21 the Forced Labor Law?
22       MR. JARVIS:  Objection to the extent
23 it calls for a legal conclusion.
24    A.   No.
25 BY MR. ETTER:

Page 223

1    A.   Yes.
2    Q.   Correct?
3    A.   Yes.
4    Q.   So there was nothing said during that
5 conversation that suggested that this
6 individual had any relationship with any
7 Element entity, correct?
8    A.   Correct.
9    Q.   Do you have any reason to believe
10 that that individual had any relationship with
11 any Element entity?
12    A.   No.
13    Q.   Have you ever heard about the Forced
14 Labor Law?
15       MR. JARVIS:  Objection to the extent
16 it calls for a legal conclusion or the
17 revelation of privileged information.  You can
18 respond.
19    A.   Yes.
20 BY MR. ETTER:
21    Q.   When did you first hear about the
22 Forced Labor Law?
23       MR. JARVIS:  Objection to the extent
24 it calls for the revelation of privileged
25 information.  You can answer.

Page 222

1    Q.   Did you ever tell anyone that you
2 thought any of the defendants were violation
3 the Trafficking Victims Protection Act?
4       MR. JARVIS:  Same objection.
5    A.   No.
6 BY MR. ETTER:
7    Q.   Did you ever tell anyone that you
8 thought any of the defendants were violation
9 any law?
10       MR. JARVIS:  Same objection.
11    A.   I told them I don't think that we're
12 being allowed to make the money, and basically
13 we're just getting stuck in to have to run
14 harder, and pretty much that's the same thing
15 they thought.
16 BY MR. ETTER:
17    Q.   Did you ever tell anyone that you
18 thought that any of the defendants were
19 violation any law?
20       MR. JARVIS:  Same objection.
21    A.   No.
22 BY MR. ETTER:
23    Q.   What is the longest period of time
24 you ever worked on a continuous basis for PTL?
25       MR. JARVIS:  Objection to the extent

Page 224

Gale S. Carter                                                    December 4, 2018

1 that calls for a legal conclusion. You can
2 respond.
3    A. About three weeks.
4 BY MR. ETTER:
5    Q. I'm sorry, how many hours. How many
6 consecutive hours without any rest or time off
7 the clock? What is most you worked for PTL?
8       MR. JARVIS: Same objection.
9    A. I really ain't sure. I mean, as I
10 spoke earlier, if I had the time, if it took
11 11 hours to get that delivery there, if it was
12 time to get it there, I would do the 11 hours
13 and get it there.
14 BY MR. ETTER:
15    Q. So what is the -- the best --
16    A. It just --
17    Q. -- recollection of the most hours you
18 worked at any one time?
19    A. Maybe at the most, 12 hours, counting
20 my on-duty time.
21    Q. Do you know whether any of the
22 defendants benefited financially from the
23 services you performed for PTL?
24       MR. JARVIS: Objection. Calls for a
25 legal conclusion. You can answer.

Page 225

1    A. No. They sent me to Element. That
2 is the connection I got.
3 BY MR. ETTER:
4    Q. I thought you testified that you were
5 sent to Quality?
6    A. Well, Quality, but the documents was
7 at Quality. The Element documents was at
8 Quality. So that's what I mean when I say
9 they sent me to Element.
10    Q. Other than the lease agreement and
11 the fact that it states Element on it, is
12 there any other facts that you're aware of
13 that suggest there is a relationship between
14 Element and PTL?
15    A. Well, when we got there to fill out
16 the documents, the documents were already
17 there.
18    Q. I'm saying other than that document,
19 any other facts?
20       MR. JARVIS: Same objections.
21    A. We didn't wait to see if the -- if
22 it went through. Once we filled it out, we
23 went to go get the trucks. So it must have
24 already been approved. We didn't have to wait
25 to see if it went through.

Page 227

1    A. No, I do not.
2 BY MR. ETTER:
3    Q. Do you have any -- are you aware of
4 any documents you could look at that would
5 tell you whether or not any of the defendants
6 benefited financially from the services you
7 performed for PTL?
8       MR. JARVIS: Same objection.
9    A. No, I do not.
10 BY MR. ETTER:
11    Q. What arrangement, if any, did Element
12 have with PTL?
13       MR. JARVIS: Objection. Calls for a
14 legal conclusion. You can respond.
15       MR. ECKHART: Objection. Foundation.
16       MR. JARVIS: You can respond.
17    A. They financed the truck.
18 BY MR. ETTER:
19    Q. They financed the truck. Element
20 financed the truck to you, correct?
21    A. Correct.
22    Q. Okay. Are you aware of any
23 relationship between Element and PTL?
24       MR. JARVIS: Objection. Legal
25 conclusion. Foundation. You can answer.

Page 226

1 BY MR. ETTER:
2    Q. How long did it take you to get from
3 the place you filled out the paperwork to get
4 to the lot location where the truck was?
5    A. Maybe, maybe 15, 20 minutes.
6    Q. Had you ever completed a credit
7 application at any retail location?
8    A. Yes. But that is the thing --
9    Q. Fifteen to 20 minutes, correct?
10    A. Yes, that's correct. But here's the
11 thing.
12    Q. Okay.
13    A. The truck information was already on
14 the application when I filled it out.
15    Q. Okay.
16    A. It wasn't added later.
17    Q. Other than the paperwork that we've
18 reviewed, is there anything else that you're
19 aware of that suggests a relationship between
20 Element and PTL?
21       MR. JARVIS: Objection. Foundation.
22 Legal conclusion. You can respond.
23    A. No.
24 BY MR. ETTER:
25    Q. What damages do you contend you

Page 228

Gale S. Carter                                                                    December 4, 2018

1 suffered as a result of Element's alleged
2 violation of the forced labor statute?
3        MR. JARVIS: Objection. Calls for a
4 legal conclusion. You can respond.
5     A. Just, I got behind on everything. My
6 credit cards got run up because I couldn't
7 make any money. And just, I fell behind, and
8 I had to try to catch up.
9 BY MR. ETTER:
10    Q. So is it your testimony that prior to
11 beginning your contractual relationship with
12 PTL, you were caught up with all of your
13 bills?
14    A. Pretty much, yes. I was averaging a
15 thousand or better.
16    Q. And so why did you leave the place
17 where you were employed prior to being
18 contracted by PTL?
19    A. Because I wanted to try to get my own
20 truck and try to move from working at a
21 company to owning my own, and maybe even
22 getting to the point of having a trailer and a
23 truck and having more of a say-so in what I
24 do.
25    Q. So other than getting behind on your

                                                    Page 229

1 terminated your agreement?
2     A. I'm not exactly sure. I know it was
3 in the 500s.
4     Q. Okay. And do you have documents
5 evidencing your credit score at that time?
6     A. I don't have it on me. I can -- I
7 can contact them.
8        MR. ETTER: We're formally requesting
9 both of those credit scores for those two
10 periods.
11       MR. ECKHART: Join.
12 BY MR. ETTER:
13    Q. Anything other than the impact on
14 your credit score and getting behind on your
15 bills, are there any other damages that you
16 contend tend you suffered as a result of
17 Element's alleged violation of the Forced
18 Labor Statute?
19    A. I just stayed stressed out all of the
20 time trying to make ends meet. Just always --
21    Q. Do you think -- go ahead, I'm sorry.
22    A. I mean, it's kind of hard -- I mean,
23 you come home and, you know, instead of
24 smiling at your kids, you're sitting there and
25 you're off somewhere else, thinking about how

                                                    Page 231

1 bills, any other damages that you allege that
2 you suffered as a result of Element's
3 violation of the Forced Labor Statutes?
4        MR. JARVIS: Objection. Legal
5 conclusion, you can respond.
6     A. By getting behind on my bills, my
7 credit went down. That put a hold on me
8 getting things. I had kids graduating. So
9 that meant I had to stay out on the road
10 longer, work harder, to try to provide for my
11 kids that was beginning to graduate.
12 BY MR. ETTER:
13    Q. So what was your credit score prior
14 to being in a contractual arrangement with
15 PTL?
16    A. I believe I had gotten up to a 620 to
17 650. So I was improving my credit score at
18 the time when I went over there.
19    Q. And have you produced documents
20 reflecting your credit score at that time?
21    A. I can probably get it if I contact
22 the bureaus.
23    Q. Please do that and get that to your
24 counsel.
25       What was your credit score after you

                                                    Page 230

1 am I going to pay these bills instead of
2 spending that time with my kids, and they was
3 growing up. So it put hardship between me
4 spending time with my family because it put me
5 in a different mood.
6     Q. Your belief that there would be no
7 financial hardship with purchasing a vehicle
8 that cost 200-and-something thousand dollars?
9        MR. JARVIS: Objection.
10 Argumentative. Calls for a legal --
11 objection. Argumentative. You can answer.
12    A. It's going to be some hardship, but
13 it shouldn't be the kind I endured at PTL. I
14 mean, I've ran for companies, and I make
15 more -- I make, as I stated before, I made
16 more than I made with PTL. If you average out
17 my money from other companies and you average
18 out them, you'll see, I made more.
19 BY MR. ETTER:
20    Q. And at the end of those arrangements
21 with those other companies, would you have
22 owned a truck?
23    A. No. I mean, but what difference does
24 it make to own a truck if you don't have a
25 home? I can't move my whole family into a

                                                    Page 232

Gale S. Carter                                                                                     December 4, 2018

1 truck.  I'm going to take them down the road
2 with me.
3    Q.   Any other damages that you contend
4 that you suffered as a result of Element's
5 alleged violation of the Forced Labor Statute?
6    A.   No.
7    Q.   Have we now discussed all damages
8 that you contend you suffered as a result of
9 Element's violation of the Forced Labor
10 Statute?
11       MR. JARVIS:  Objection.  Calls for
12 legal conclusion.  You can respond.
13    A.   That is everything I can think of
14 right now at this moment.
15 BY MR. ETTER:
16    Q.   Are there any documents that you
17 could review that would refresh your memory as
18 to whether there are any additional damages?
19    A.   Nothing I can think of right now.
20    Q.   Okay.  As we sit here today, this is
21 your best recollection of all of the damages
22 that you alleged you suffered as a result of
23 Element's involvement in violation of Forced
24 Labor Statute?
25    A.   Correct.

                                                Page 233

1 fuel in there so you can make it back to PTL.
2 But as I said, I don't have anything to prove
3 that, but that's my belief.
4 BY MR. ETTER:
5    Q.   Is it your -- go ahead.  Are you
6 done?  Sorry, I didn't mean to cut you off.
7    A.   I'm done.  I'm done.
8    Q.   Is it your contention that Element
9 attempted to enforce a liquidated damages
10 provision against you?
11       MR. JARVIS:  Same objection.  You can
12 respond.
13    A.   Well, I mean, if people are returning
14 trucks, that kind of said something to what
15 PTL is doing.  So, I mean --
16 BY MR. ETTER:
17    Q.   I'm not talking about PTL.  I'm
18 talking about Element.  And it's a yes or no
19 question, and then you can give any
20 explanation you want.
21       But my question is:  Is it your
22 contention that Element attempted to enforce a
23 liquidated damages provision against you?
24       MR. JARVIS:  Same objection.
25    A.   I'm not sure.

                                                Page 235

1    Q.   In your -- well, let me ask you this
2 first:
3       Did you review the complaint that was
4 filed in this case prior to it being filed?
5    A.   Yes.
6    Q.   And so in the complaint you allege
7 that defendants were unjustly enriched by
8 enforcing unlawful liquidated damages
9 provisions; is that correct?
10       MR. JARVIS:  Objection to the extent
11 it calls for a legal conclusion.  You can
12 respond.
13    A.   Yes.
14 BY MR. ETTER:
15    Q.   Did Element ever attempt to enforce
16 any liquidated damage provisions against you?
17       MR. JARVIS:  Objection.  Calls for a
18 legal conclusion.  You can respond.
19    A.   As I stated before, I feel they are
20 connected to PTL.  Just like -- like
21 everything is in the contract.  The truck is
22 in the lease before I signed the lease.  And
23 then I already got the truck picked out, just
24 go over and get it.  Bring it back.  If you
25 ain't got enough fuel, we'll put you some more

                                                Page 234

1 BY MR. ETTER:
2    Q.   Sitting here right now, is there any
3 facts that you can point to to support the
4 contention that Element attempted to enforce a
5 liquidated damages provision against you?
6       MR. JARVIS:  Same objection.
7    A.   No.
8 BY MR. ETTER:
9    Q.   Are there any documents that you're
10 aware of that you could look at that would
11 refresh your memory as to whether Element
12 attempted to enforce liquidated damage
13 provision against you?
14       MR. JARVIS:  Same objection.
15    A.   Not that I know of at this time.
16 BY MR. ETTER:
17    Q.   Did any entity successfully enforce a
18 liquidated damages provision against you?
19       MR. JARVIS:  Same objection.
20    A.   No.
21 BY MR. ETTER:
22    Q.   So none of the defendants received
23 any benefit from any liquidated damages
24 provision?
25       MR. JARVIS:  Same objection.

                                                Page 236

Gale S. Carter                                                                December 4, 2018

| | |
|---|---|
| 1   A.  Not that I know of.<br>2        MR. ETTER:  Nothing further from me.<br>3        MR. JARVIS:  Okay.  I have just a few<br>4   questions for you.  Give me 30 seconds with my<br>5   notes.<br>6            EXAMINATION<br>7   BY MR. JARVIS:<br>8   Q.   Mr. Carter, my name is Travis<br>9   Martindale-Jarvis.  Do you understand that I'm<br>10  your attorney in this matter?<br>11  A.  Yes.<br>12  Q.   Can you please turn to the Individual<br>13  Program Lease Agreement, Exhibit 5?<br>14        MR. ECKHART:  Travis, can you speak<br>15  up just a little bit?<br>16        MR. JARVIS:  Yeah, I'll try.<br>17  A.  Okay, I got it.<br>18  BY MR. JARVIS:<br>19  Q.   So a few moments ago Mr. Etter asked<br>20  you whether you thought there was any specific<br>21  provisions in this that was illegal.  You<br>22  began looking for the provisions that said<br>23  that you had to work for PTL specifically,<br>24  correct?<br>25  A.  Correct.<br><br>Page 237 | 1   providing transportation services for the<br>2   carrier identified herein.<br>3        Did I read that correctly?<br>4   A.  Yes.<br>5   Q.   Now, if you could turn to Schedule<br>6   AB, the very first page.  It's at the back of<br>7   the agreement.  Looks like this.  The top is<br>8   Schedule AB.<br>9        What carrier does it say you'll be<br>10  driving for?<br>11  A.  PTL.<br>12  Q.   Are these the provisions in the<br>13  document that you were looking for that you<br>14  believe are illegal?<br>15  A.  Correct.<br>16        MR. ECKHART:  Objection.  Asked and<br>17  answered.  Form.  And calls for legal<br>18  conclusion.<br>19        MR. ETTER:  Leading, and join.<br>20  BY MR. JARVIS:<br>21  Q.   Could you please turn to Page 5 of<br>22  this document?<br>23  BY MR. JARVIS:<br>24  Q.   Right there.<br>25        Mr. Carter, do you know what an<br><br>Page 239 |
| 1   Q.   I'm going to point you to the third<br>2   whereas clause on Page 1, right here.  And I'm<br>3   going to read it.  It says:  Whereas lessee<br>4   now wishes to lease from EFC, Element<br>5   Financial Corporation a vehicle or vehicles as<br>6   specified in Schedule AB, and I quote, to be<br>7   operated solely as part of the carrier's<br>8   fleet.<br>9        Did I read that correctly?<br>10  A.  Yes.<br>11  Q.   Let's turn to the next page, to use<br>12  and operation Number 4, Letter A.  Use and<br>13  operation A:  Lessee shall use the vehicle<br>14  only for providing transportation services for<br>15  the carrier identified herein.<br>16        Did I read that correctly?<br>17  A.  Yes.  Correct.<br>18        MR. ECKHART:  Travis, you're asking<br>19  questions.  We can't hear at all.<br>20        MR. JARVIS:  You can't hear me still?<br>21  Can you hear me?<br>22        MR. ECKHART:  Now I can.  I'm sorry.<br>23  BY MR. JARVIS:<br>24  Q.   Okay.  Number 4 and I quote:  For a<br>25  lessee shall use the vehicle only for<br><br>Page 238 | 1   acceleration clause is?<br>2   A.  I do not.<br>3   Q.   Let's read 12 C, Remedies upon<br>4   default.  I'll start at the top.<br>5        Upon any event or default, lessor<br>6   may, at its option, and without demand or<br>7   notice to lessee, Do any one or more of the<br>8   following.  C, declare the entire balance of<br>9   lease payments for the remainder of the lease<br>10  term and the end of term value as set forth in<br>11  Schedule AB immediately due and payable by<br>12  acceleration and recover such amounts as<br>13  liquidated damages.<br>14        Did I read that correctly?<br>15  A.  Correct.<br>16  Q.   Did you understand what that<br>17  provision stated?<br>18        MR. ECKHART:  Objection, leading.<br>19        MR. ETTER:  Same objection.<br>20        MR. JARVIS:  I asked him if he<br>21  understood.<br>22        MR. ETTER:  As to time.<br>23  BY MR. JARVIS:<br>24  Q.   You can answer.<br>25  A.  I would have to go ahead and pay the<br><br>Page 240 |

Gale S. Carter                                                    December 4, 2018

1  money if I violated that lease?
2      Q.  You would have to pay -- you could
3  have to pay the entire balance of lease
4  payments?
5      MR. ECKHART:  Objection, leading.
6  BY MR. JARVIS:
7      Q.  You can answer.  Take a moment and
8  read it again, 12C.
9      MR. ECKHART:  Foundation.
10     Sorry, that was Chris Eckhart on the
11 last one.
12     MR. ETTER:  I'll join.
13     A.  I mean, I think I pretty much
14 understand it.
15 BY MR. JARVIS:
16     Q.  And what do you understand it to
17 mean?
18     A.  If I default on the lease, they could
19 come after me for the entire balance and I
20 would have to pay it I guess immediately.
21     Q.  You testified earlier that you paid
22 $660 a week on your lease?
23     A.  Correct.
24     Q.  Do you remember how long your lease
25 term was?

Page 241

1  that $240,000 is approximately how much you
2  would have had to pay your buy your truck?
3      A.  Correct.
4      MR. ECKHART:  Objection on behalf of
5  PTL.  Leading.
6      MR. ETTER:  Join.
7      What was the answer?
8  BY MR. JARVIS:
9      Q.  The answer was yes.  Could it say one
10 more time since we took that break, what you
11 understand 12C to mean?
12     A.  I understand --
13     MR. ETTER:  Objection.  Asked and
14 answered.  This is Rick Etter -- and leading.
15     MR. JARVIS:  You can answer.
16     MR. ECKHART:  Join.
17     A.  I understand that it would mean that
18 I would have to pay the 660 times the 364, or
19 roughly what was left over out of that amount.
20 BY MR. JARVIS:
21     Q.  You testified earlier that you were
22 told that this is a walk-away lease?
23     Based on what you've read, is this a
24 walk-away lease?
25     A.  No.

Page 243

1      A.  I think it was roughly about a month,
2  three weeks, maybe eight weeks?
3      Q.  Could you please turn to Schedule AB
4  again?
5      A.  Okay.
6      Q.  Do you -- does this document reflect
7  what your lease term was?
8      A.  Okay.  It says $660 was the payments,
9  and 364 was the term.
10     Q.  Do you know how that term is defined,
11 as in days, weeks, or months?
12     A.  Weeks.
13     Q.  So you were making weekly payments of
14 $660 and you were expected to for 364 weeks?
15     A.  Yes.
16     Q.  If I were to multiply 660 by 364,
17 that would come out to roughly $240,000?
18     A.  Yes.
19     Q.  Is that consistent with what you
20 understood your truck would eventually cost?
21     A.  Yes.
22     (WHEREUPON, A BRIEF RECESS WAS TAKEN
23 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
24 BY MR. JARVIS:
25     Q.  Mr. Carter, was it your understanding

Page 242

1      MR. ETTER:  Objection.  Leading.
2  Asked and answered.  Rick Etter.
3      MR. ECKHART:  Objection.  Misstates
4  prior testimony.  On behalf of PTL, I join and
5  adopt Mr. Etter's objection.
6  BY MR. JARVIS:
7      Q.  Does this provision sound like a
8  threat to you?
9      MR. ETTER:  Same objection.  Calls
10 for a legal conclusion.  Rick Etter.
11     MR. ECKHART:  Join.
12 BY MR. JARVIS:
13     Q.  A serious threat?
14     A.  Yes.
15     MR. ETTER:  Same objection.  Rick
16 Etter.
17     MR. ECKHART:  Join.
18 BY MR. JARVIS:
19     Q.  You testified earlier that if that --
20 before you signed your Independent Contractor
21 Agreement, that you could have taken that
22 truck to work for any company, correct?  Do
23 you remember saying so?
24     A.  Can you repeat that?
25     Q.  You testified earlier that before you

Page 244

Gale S. Carter                                                                     December 4, 2018

1 signed your Independent Contractor Agreement
2 with PTL, that you could have taken that truck
3 to work anywhere.  Do you remember that?
4       Withdraw the question.
5       Could you please turn to Exhibit 7,
6 your settlement sheets?
7    A.  Okay.  I got it.
8    Q.  Now, if you could turn to PTL 000109?
9    A.  Okay.
10      MR. ECKHART:  What were the numbers?
11      MR. JARVIS:  109.
12      MR. ECKHART:  Thank you.
13 BY MR. JARVIS:
14   Q.  Do you remember testifying earlier
15 about a $300 service charge?
16   A.  I do.
17   Q.  Now, could you please -- and that
18 $300 service charge is listed on PTL 000109?
19   A.  Yes.
20   Q.  Could you please pull out your
21 Independent Contractor Service Agreement?  And
22 can you please turn to Page 11 of that?
23 What is the title of this page?
24   A.  Appendix A, Paschall Truck Lines
25 Independent Contract Service Agreement.

Page 245

1 Eckhart.  Leading.
2 BY MR. JARVIS:
3    Q.  I would like to show you a document.
4       MR. JARVIS:  Chris, Rick, this was
5 produced as P001521.  It would have been sent
6 by Diane Kidd in supplemental production just
7 a few days ago.  It's called what to expect
8 after orientation.
9       MR. ECKHART:  Give me one second.
10      MR. JARVIS:  Yeah.
11      MR. ECKHART:  What is the Bates
12 number again?
13      MR. JARVIS: 1521.  P001521.  We
14 produced it.  Supplemental production.  Email
15 from Diane Kidd, and it's the first page.
16      MR. ECKHART:  I got it.
17 BY MR. JARVIS:
18   Q.  Mr. Carter, could you please review
19 this document?
20   A.  Okay.  Okay.
21   Q.  Mr. Carter, do you recognize that
22 document?
23   A.  It looks familiar.  I can't remember.
24 Some of it may be different now.
25   Q.  What is that document?

Page 247

1    Q.  And underneath that it says?
2    A.  Rates and charges.
3    Q.  What is your understanding of what
4 this document is supposed to represent?
5    A.  It tells about the rates and charges,
6 the base linehaul rate and the market pricing
7 arrangements; charges and credits.
8    Q.  Could you please review this document
9 and tell me whether it says anything about
10 $300 service charge?
11      MR. ECKHART:  Objection.  This is
12 Chris Eckhart.  Leading.  Calls for a legal
13 conclusion.
14   A.  I don't see anything on that page.
15 Does it continue to 100?
16 BY MR. JARVIS:
17   Q.  Yes.
18   A.  I don't see on anything on either
19 page that says anything about a service
20 charge.
21   Q.  Do you see anything that said
22 anything about being charged for your bus
23 ticket from orientation?
24   A.  I do not.
25      MR. ECKHART:  Objection.  Chris

Page 246

1    A.  This is a --
2       MR. ECKHART:  This is Chris Eckhart
3 on behalf of PTL.  Foundation.
4 BY MR. JARVIS:
5    Q.  What is this document?
6    A.  This is kind of what you expect when
7 you go to orientation, the process through
8 going to get your truck.  Between orientation
9 to the hotel, back to when you finish
10 orientation and go -- actually go look at your
11 truck.
12   Q.  The document says under entity
13 location that a shuttle will pick you from
14 outside a hotel to take you to a Greyhound
15 station in Paducah, Kentucky.  And that once
16 you arrive in Indianapolis, you'll need to
17 catch a taxi to a Quality lot.
18      Does that reflect your experience
19 after orientation?
20   A.  Yes.  Well, they actually had someone
21 to come get us, but we was there for a good
22 while, just standing out there waiting.
23   Q.  And once you arrived at the Quality
24 location, where there leasing attendants out
25 on the lot to assist you in finding a truck?

Page 248

Gale S. Carter                                                                December 4, 2018

1   A.   We -- well, no.  We went there and
2 then we did our application first.
3   Q.   And what happened next?
4   A.   After we did our application and
5 everything, then we went over to the Quality.
6 Well, not Quality, but it was a Rush Center,
7 where they had the trucks at.  And they had a
8 truck already ready.  You go check it out and
9 just basically made sure it's okay, and it's
10 nothing wrong with it.
11   Q.   Was it your understanding that PTL
12 only allowed 2012 or newer model trucks?
13       MR. ECKHART:  Objection.  On behalf
14 of PTL.  Leading.  Foundation.
15 BY MR. JARVIS:
16   Q.   Was that your understanding?
17   A.   Yes.
18       MR. JARVIS:  I would like to mark one
19 more document.  Chris, Rick, next exhibit is
20 going to be PTL 935 to 953.
21       (WHEREUPON, THE ABOVE-MENTIONED
22 DOCUMENT WAS MARKED AS EXHIBIT NO. 9 TO THE
23 TESTIMONY OF THE WITNESS, AND IS ATTACHED
24 HERETO.)
25   A.   Okay.

Page 249

1 put the decals on, and they also installed the
2 Qualcomm.
3   Q.   Did they tell you at any point that
4 you could use something other than Qualcomm?
5   A.   No.
6       MR. ECKHART:  Objection on behalf of
7 PTL.  Vague and ambiguous.
8 BY MR. JARVIS:
9   Q.   Were you told that a Qualcomm unit
10 was being installed on your truck?
11   A.   Yes.
12   Q.   Were you given the option of choosing
13 whether or not to have it installed on your
14 truck?
15   A.   No.
16   Q.   After you left PTL, you received an
17 invoice of sorts stating that you owed
18 approximately $7,300, correct?
19   A.   Correct.
20   Q.   Have you paid that back?
21   A.   No.
22   Q.   Why not?
23   A.   I don't think I owe it.
24   Q.   Why don't you think you owe it?
25   A.   Because they really didn't allow me

Page 251

1 BY MR. JARVIS:
2   Q.   Mr. Carter, can you please review the
3 document in front of you?  That's 935 to 953,
4 in case you guys missed it.
5       MR. ECKHART:  What was this marked?
6       MR. JARVIS:  Exhibit ten.
7       MR. ECKHART:  This is Chris Eckhart
8 for PTL.  I object to any questions based on
9 this document which was last revised 6-2 of
10 '16, after the witness was under contract with
11 PTL; therefore, he lacks foundation.
12       MR. ETTER:  I join.  This is Rick
13 Etter.
14 BY MR. JARVIS:
15   Q.   Mr. Carter, do you recognize this
16 document?
17   A.   Not really.  I mean, I have one --
18 well, I had one, kind of similar, but it's --
19 it was different.
20   Q.   Mr. Carter, when you worked at PTL,
21 did you have a Qualcomm unit on your truck?
22   A.   I did.
23   Q.   And how did you go about obtaining
24 that Qualcomm unit?
25   A.   When I came back with the truck, they

Page 250

1 to make the revenue, or else, if I was making
2 a good revenue, I never would have left, so.
3       And I just don't see why they even
4 sent that out.  I felt more like it was
5 something to penalize me for leaving.
6   Q.   Can you pay it back?
7   A.   No.  I can't afford to pay that.
8   Q.   Why not?
9   A.   It just -- I had kids graduating.
10 And just trying to provide for my family.
11   Q.   You testified earlier about
12 orientation.  Do you remember that?
13   A.   Yes.
14   Q.   Do you remember discussing any rules
15 and regulations at orientation?
16   A.   We --
17       MR. ECKHART:  Objection on behalf of
18 PTL.  Leading.
19 BY MR. JARVIS:
20   Q.   What -- scratch that.  What do you
21 remember discussing at orientation?
22   A.   I know we went over some of the
23 stuff.  You would have the Qualcomm things.
24 We just went through the policy.  He read --
25 the gentleman read it out, and we tried to

Page 252

Gale S. Carter                                                                                    December 4, 2018

1 keep up and just read along with him.
2    Q.  When you say the policy, are you
3 referring to the Independent Contractor
4 Service Agreement?
5    A.  Yes.  That, and just everything he
6 went over, any kind of handbooks, anything he
7 brought up, we had to go over it.
8    Q.  You testified earlier that you
9 believe you received a driver handbook during
10 orientation?
11   A.  I believe I did.
12   Q.  Do you think that you went through
13 PTL's driver handbook during orientation?
14   A.  Yes.
15       MR. ECKHART:  Objection.  Leading.
16 Chris Eckhart.
17 BY MR. JARVIS:
18   Q.  You can answer.
19   A.  I believe so.  I believe we went over
20 policies and what they allowed, what they
21 didn't allow.
22   Q.  Could you please turn to the
23 Independent contractor Service Agreement?  Can
24 you please turn to Page 9 of that agreement?
25       MR. ECKHART:  Which page?

                                                        Page 253

1       MR. JARVIS:  Page 9.  I have the
2 Element Bates stamp, so I think my numbers are
3 different than yours.
4    A.  97 or either 98 one.
5 BY MR. JARVIS:
6    Q.  Yeah, my Bates stamp numbers are
7 different, but it is Page 9 of the document.
8        Actually, our pages are different.
9 No, they're not.  This is it.  Under 6.04,
10 contractor's obligations upon termination.  6
11 point --
12       MR. ECKHART:  Tell me what Bates
13 number you're reading from, from the exhibit.
14       MR. JARVIS:  Guys, I need to take
15 five minutes.  I'm trying to cancel my flight.
16       (WHEREUPON, A BRIEF RECESS WAS TAKEN
17 AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)
18 BY MR. JARVIS:
19   Q.  Mr. Carter, 6.04D of that document,
20 that would be Page 9, the Independent
21 Contractor Service Agreement states:
22 Contractor obligations upon termination.
23       MR. ECKHART:  Sorry.  Sorry to
24 interrupt, but your page numbers are off.
25 What --

                                                        Page 254

1       MR. JARVIS:  96.  PTL 96.  It's Page
2 8 on yours.
3       MR. ECKHART:  Thank you.
4 BY MR. JARVIS:
5    Q.  In the event contractor ceases
6 providing services when required by PTL on a
7 continuing basis within nine months after the
8 effective date, contractor authorizes PTL to
9 deduct early termination fee of $5,000 from
10 contractor's compensation.  Contractor agrees
11 that early termination fee constitutes
12 reasonable liquidated damages associated with,
13 among other things:  Carrier's effort,
14 expenses and costs in recruiting and
15 contracting with contractor, recruiting and
16 contracting with additional contractors to
17 replace unavailable units, and carriers loss
18 of revenue.
19       Did I read that correctly?
20   A.  Yes.
21   Q.  What if anything does that provision
22 mean to you?
23   A.  It means that they're going to
24 basically charge me for leaving.  If I leave
25 before nine months, I'm going to have to pay a

                                                        Page 255

1 fee for early termination.
2    Q.  Is that what indeed happened?
3    A.  Yes.  Actually, more.
4    Q.  Was it your -- you testified several
5 times about an understanding that if you
6 wanted to drive for anybody other than PTL in
7 the first several -- after a few months, you
8 could do so if you paid a fee.
9        Do you believe that that could be
10 based on this, or was that something else that
11 you heard from somebody else at PTL?
12       MR. ECKHART:  Objection.  Leading
13 PTL.
14       MR. ETTER:  Join.
15   A.  I believe so.  It could have been
16 based on this 5,000.  Basically, you could
17 leave after so many months.
18 BY MR. JARVIS:
19   Q.  While at PTL you received multiple
20 pay stubs that were zero dollars, correct?
21   A.  Yes.
22   Q.  And you received under $130 in pay
23 multiple times, correct?
24   A.  Yes.
25   Q.  When that happened, why didn't you

                                                        Page 256

Gale S. Carter                                                    December 4, 2018

1 just take the truck to go drive for somebody
2 else?
3   A.  Because I was told I wasn't allowed
4 to take it anywhere else.
5   Q.  You paid $660 a week to buy your
6 truck?
7   A.  Correct.
8   Q.  And over the -- throughout the time
9 you were with PTL, you gained equity in that
10 truck by paying towards its final cost,
11 correct?
12   A.  Correct.
13   Q.  Why didn't you just leave your equity
14 hanging when you left PTL instead of taking
15 the truck somewhere else?
16   A.  I was told I couldn't take it and use
17 it under any other carrier unless I met the
18 conditions of leaving early, which I know I
19 hadn't because I hadn't even made --
20     MR. ECKHART:  I'm sorry.  Did you
21 just point to the provisions, Travis?  I just
22 saw your arm move.
23     MR. JARVIS:  My arms did not move, I
24 swear.  My arms did not move.  I guess the
25 court reporter could attest to that, but.  Oh,

                                                        Page 257

1 you're seeing my right elbow.
2     MR. ECKHART:  Yeah.
3     MR. JARVIS:  You're seeing my right
4 elbow.  It was on my hip like this, I swear.
5     MR. ECKHART:  Okay.
6     MR. JARVIS:  Yeah.  Would you like me
7 to move into the shot so you can see --
8     MR. ECKHART:  No, you're fine.  I
9 just saw your elbow move, and that's why I was
10 asking.
11     MR. JARVIS:  No, no.  That was just
12 my elbow.
13 BY MR. JARVIS:
14   Q.  You were saying you --
15   A.  I mean, I couldn't just come up with
16 $5,000.  I didn't have any money.  And I was
17 struggling to make it as it was.  For me to --
18 it was no possibility of coming up with
19 $5,000, even if I had met the time frame to go
20 somewhere else.
21   Q.  You sometimes took home time while
22 you were at PTL?
23   A.  Yes.
24   Q.  Approximately how many times did you
25 Go home while you were with PTL?

                                                        Page 258

1   A.  Maybe two to three times.  In the
2 beginning I took two weeks.  And then, as I
3 seen I wasn't making so much, I started
4 staying out three weeks.
5   Q.  Could you please explain the process
6 of requesting home time while at PTL to me?
7   A.  Well, you had to submit it to your
8 driver manager.  So what I always did when I
9 got -- the day I was going to leave, I
10 submitted my next home time two weeks or three
11 weeks prior.  That way he would have it
12 advance -- he or she would have it in advance.
13   Q.  And were you always able to get home
14 on the date that you requested?
15   A.  No.
16   Q.  Why not?
17   A.  Sometimes the loads, I mean, if the
18 load wasn't there, or if anything came up, I
19 may turn down a load because it wasn't worth
20 it to run that load.  Just wasn't enough
21 income, so I would go on and stay out a little
22 bit longer; couple more days, couple more
23 loads, and then go home when I get closer to
24 home.
25   Q.  You testified earlier that you never

                                                        Page 259

1 hired any drivers when you were PTL, correct?
2   A.  Correct.
3   Q.  Why not?
4   A.  According to what I understood, I was
5 the only driver of that truck.  No one else
6 was allowed to drive that truck.  I was the
7 one leased it.  I leased it for myself and not
8 for anyone else.
9   Q.  You testified earlier that you didn't
10 wear a uniform while at PTL, correct?
11   A.  Correct.
12   Q.  Was there any other PTL identifying
13 information?
14   A.  They, I think they gave us a hat.  I
15 don't think I ever wore it.
16   Q.  Was there anything on your truck?
17   A.  It was a PTL logon on the side,
18 similar to the company, except they allowed us
19 to get different colors; either red, white, or
20 blue.
21   Q.  You testified earlier about receiving
22 loads through Qualcomm, correct?
23   A.  Correct.
24   Q.  Did your dispatcher ever send you
25 multiple loads?

                                                        Page 260

Gale S. Carter                                                                December 4, 2018

1   A.  No.
2   Q.  They only ever sent you one load at a
3 time?
4   A.  Yes, that's correct.
5   Q.  Once you received that load, could
6 you negotiate the price that you would be
7 paying for that load?
8   A.  I never tried.  I told them I wasn't
9 making enough, but -- and the thing was always
10 well, you do this smaller load to get to a
11 bigger load.  And sometimes I get there and I
12 got another small load.  I asked them what
13 happened to the big load.
14   Q.  You were paid -- you were told that
15 you would be paid 70 percent of what PTL was
16 paid for each load?
17   A.  Correct.
18   Q.  How do you confirm -- were you able
19 to confirm what PTL was paid for each load?
20   A.  No, I wasn't.  I only got the amount.
21 I never saw any documents documenting what the
22 load actually paid.
23   Q.  You testified earlier that you'd
24 sometimes have to spend time waiting at
25 shipping and receiving -- shippers and

                                              Page 261

1 waited to be loaded or unloaded at PTL?
2   A.  I had a load to New Jersey.  I
3 arrived Friday afternoon.  My dispatcher told
4 me, well, they're going to be waiting on you.
5 Get on over there and get it unloaded.  When I
6 arrived, they was gone, and they was closed on
7 the weekend.  So I had to sit there all
8 weekend till that Monday morning to get
9 unloaded.
10   Q.  How often, approximately, would you
11 say that you would get there, wait to load or
12 unload and would know exactly how much time
13 you would be waiting?
14   A.  Probably -- well, maybe once or twice
15 because I went to the same shipper.  But other
16 than that, never.  Just get there and see when
17 they unload you.
18   Q.  You would be on call while you waited
19 for them to tell you that they were ready?
20      MR. ECKHART:  Objection.  Calls for a
21 legal conclusion.  Leading.  This is Chris
22 Eckhart.
23   A.  Yeah, I just -- I'll wait, and
24 they'll tell me when they was ready for me.
25 When they're ready for me, they'll tell me

                                              Page 263

1 receivers, correct?
2   A.  Correct.
3   Q.  That when you did so, you would log
4 the first 15 minutes on duty and then the rest
5 off duty or sleeper berth, correct?
6   A.  Correct.
7   Q.  Why the first 15 minutes on duty?
8   A.  I show that for arrival at the
9 shipper, checking in, signing in.  And if they
10 wasn't ready to load me, I'll go back and try
11 to get some rest.
12   Q.  If they weren't ready to load or
13 unload you, would you know when they would be
14 ready to load or unload you?
15   A.  I would ask sometimes.  Sometimes
16 they may go ahead and get to me.  Some will
17 make you wait.
18   Q.  So you say they'd make you wait, do
19 you mean they would make you wait without
20 telling you a time frame?
21   A.  Yes.
22      MR. ECKHART:  Objection.  Chris
23 Eckhart.  Leading.
24 BY MR. JARVIS:
25   Q.  What is the longest you've ever

                                              Page 262

1 what door to get in.
2 BY MR. JARVIS:
3   Q.  You sometimes -- you spent your
4 ten-hour breaks in the sleeper berth?
5   A.  Yes.  Well, not totally all of it
6 because when I get there, I put it off duty.
7      MR. JARVIS:  Hey, guys.  Let go to
8 take two minutes to see if I can get my flight
9 changed.  Be right back.
10      (WHEREUPON, AN OFF THE RECORD
11 DISCUSSION WAS HELD AND THE PROCEEDINGS
12 CONTINUED AS FOLLOWS:)
13 BY MR. JARVIS:
14   Q.  Mr. Carter, you sometimes, you
15 testified earlier that you sometimes spent
16 time in the sleeper berth of your truck?
17   A.  Yes.
18   Q.  When would you generally spend time
19 in the sleeper berth of your truck?
20   A.  Usually after -- after stopping for
21 the night.  Just depends on how tired I am.  I
22 might actually go in and go in the truck stop
23 for a second and get some things I want, come
24 back out.  Then I may sit up.  Call home for a
25 little while, but usually within the next 30

                                              Page 264

Gale S. Carter                                                    December 4, 2018

1 minutes to an hour, I would get in the sleeper
2 berth and go to sleep.
3    Q.  Where would you usually park the
4 truck if you were going in to the sleeper
5 berth?
6    A.  I would find a parking space at the
7 truck stop.  Try to find one -- try to find a
8 good one somewhere.  I kind of -- if I can,
9 where I ain't got everybody just around me,
10 maybe one side, one truck over here and.  That
11 way, I ain't got so many options of someone
12 backing into me.
13    Q.  Was somebody backing into you a
14 concern that you oftentimes had while at truck
15 stops?
16    A.  Yes.
17       MR. ECKHART:  Objection, on behalf of
18 PTL.  Leading.
19 BY MR. JARVIS:
20    Q.  Why?
21    A.  Because driving, it wears people out.
22 Lot of people are tired.  And that's what
23 causes the majority of the backing incidents.
24 People are tired, trying to get in a parking
25 space.  I mean, I've even, myself, been so

Page 265

1    Q.  You testified earlier that you can't
2 remember any specific instances where your
3 ten-hour break was interrupted while at PTL.
4 Is it possible that your ten-hour break was
5 sometimes interrupted while at PTL?
6    A.  Yes, it's possible.
7       MR. ECKHART:  Objection on behalf of
8 PTL.  Asked and answered.  Leading.
9 BY MR. JARVIS:
10    Q.  Why do you say it's possible?
11    A.  Because I got messages on the
12 Qualcomm.  I mean, usually after I talked to
13 my wife, I would turn my phone down, but I
14 still had the Qualcomm on.
15    Q.  What types of messages would you
16 receive through Qualcomm?
17    A.  Loads.  If a load came up, they would
18 send that.  Just, I mean, majority of them was
19 loads.  If -- sometimes they would give me a
20 load when I get, say I get within a hundred
21 miles.  I sometimes, sometimes in that period
22 I'll get a load.  Many not be nothing I want,
23 but I would get it.
24    Q.  When you received these Qualcomm
25 messages at night, did you respond to them?

Page 267

1 tired, couldn't get in the parking space.  It
2 may have took me 40 minutes to get in a
3 parking space.
4    Q.  Did you have any other common
5 concerns about your truck or the cargo while
6 at truck stops?
7    A.  The truck stops that weren't lit up
8 quite as much.  But if that's as far as I
9 could make it for the day, I really didn't
10 have to much other choice.  That's where I had
11 to stop at.
12    Q.  Why would the truck stops not being
13 lit up be a concern?
14    A.  Since they're not lit up that good,
15 if someone's backing, they may not realize
16 they're close to hitting the corner of your
17 truck.
18    Q.  Is there any other reasons why the
19 lighting in the truck stop might be a concern?
20    A.  Anyone in the truck stop looking
21 to see -- try to break into your trailer,
22 that's another concern.  You got to walk into
23 the store, chance of someone mugging you.
24 Just a lot of hidden things there in the truck
25 stops.

Page 266

1    A.  No.  I -- usually I just kind of take
2 my finger and move the curtain and look and
3 see.  As long as it -- because it didn't stay
4 going off, so I'd just close it back up and go
5 back to sleep.
6    Q.  So they'd interrupt you and you would
7 look at them but not necessarily respond?
8    A.  Well, not really look at them.
9       MR. ECKHART:  Hold on.  Hold on.
10 Objection.  This is Chris Eckhart.  Leading.
11 Go ahead.
12    A.  Not really look at them, just kind of
13 move my curtain and look and see well, because
14 you can really kind of see it's a message.  I
15 can't remember if you could see who it's from
16 or not, but it would light the screen up.  So
17 I know well, that's probably just the company.
18 Close it back up.
19    Q.  When you say your curtain, which
20 curtain are you talking about?
21    A.  I had a curtain behind my driver seat
22 and passenger seat that closed, completely
23 closed it off and made it dark.  So I could
24 move that and kind of -- it was magnetized.  I
25 could just kind of move it with my fingers.

Page 268

Gale S. Carter                                                              December 4, 2018

1  And once I let go, it'll snap back together.
2  Q.  Made what dark, the curtains?
3  A.  Made the back of my truck dark.  Made
4  me sleep a little better.
5  Q.  While you were at PTL, did you always
6  get five hours of uninterrupted sleep?
7      MR. ECKHART:  Objection.  Leading.
8  Asked and answered.  This is Chris Eckhart.
9  A.  Mostly, yes.
10 BY MR. JARVIS:
11 Q.  You said mostly yes?
12 A.  I mean, if I get a message, that kind
13 of interrupted me, but went back to sleep.
14 Q.  You mentioned earlier that you took
15 advances while you were at PTL; is that
16 correct?
17 A.  Yes.
18 Q.  Why?
19 A.  I didn't have the revenue coming in
20 to supply money to my home and myself.  So I
21 would take -- well, most of the time I'll
22 just -- I took 50 or 60 for myself and sent
23 the rest home and just try to buy something to
24 put in my fridge; sandwich meat or something;
25 just something to eat on.  So that way, my

Page 269

1  family had something at home.
2  Q.  You spoke earlier of $300 service
3  charge for delivering a load late, correct?
4  A.  Yes.
5  Q.  Do you remember how late you got the
6  load there?
7  A.  I think I was a minute to two late.
8  Q.  One minute to two minutes late?
9  A.  Yes.
10 Q.  But they still hit you with a $300
11 service charge?
12 A.  Yes, and most --
13     MR. ECKHART:  Objection.
14 argumentative.
15 A.  And most customers usually give you a
16 30-minute window to be late.
17 BY MR. JARVIS:
18 Q.  Did you argue this $300 charge?
19 A.  I can't remember if I said something
20 about it or not.
21 Q.  While you were at PTL, PTL deducted
22 $250 per week from your settlements for an
23 escrow fund?
24 A.  Correct.
25 Q.  Did you ever get any money from that

Page 270

1  escrow fund back?
2  A.  No.
3  Q.  You mentioned that the escrow fund
4  was not used to pay for your maintenance,
5  correct?
6  A.  Yes.
7  Q.  Do you remember if the escrow fund
8  was ever used to pay for your maintenance
9  while you were at PTL?
10 A.  No.  I don't remember one occasion,
11 even with the mud flaps.  That came out of my
12 final check.
13 Q.  You testified earlier that you don't
14 remember telling anybody at PTL that they
15 violated the Fair Labor Standards Act,
16 correct?
17 A.  Correct.
18 Q.  You testified that you don't know
19 what the minimum wage was in 2015, correct?
20 A.  Correct.
21 Q.  And you received multiple zero dollar
22 pay stubs?
23 A.  Correct.
24 Q.  Do you think zero dollars is less
25 than minimum wage?

Page 271

1  A.  Yes.
2  Q.  You testified earlier that you have
3  actually worked for another carrier as -- and
4  have been classified by that carrier as an
5  owner-operator, correct?
6  A.  Yes.
7  Q.  Which carrier would that be?
8  A.  D&S Haulers.
9  Q.  Is that where you work now?
10 A.  Yes.
11 Q.  And you're leasing a truck?
12 A.  Yes.
13 Q.  Are there any differences between
14 your experiences at D&S Haulers and your
15 experience at PTL?
16 A.  Yes.  They actually let me just come
17 in and pay the payment monthly.  Just, they --
18 it really doesn't make a difference to them;
19 anywhere through the month, as long as I make
20 my payment.
21     They help out with maintenance.  I
22 don't have to just pay at the moment I get the
23 repairs done.  I mean, even recently, I wasn't
24 able to work.  They told me don't worry about
25 the payment.  The truck will be there when I

Page 272

Gale S. Carter                                                                                          December 4, 2018

1  come back.
2    **Q.  You testified earlier that you**
3  **weren't allowed to make enough income to get**
4  **out of the situation you were in at PTL,**
5  **correct?**
6    A.  Correct.
7    **Q.  Can you please explain that to me?**
8    A.  Well, if I -- for instance, when I
9  talked to them, I told them I needed to make
10  minimum $3,000 revenue.  That way, I had the
11  660 for the truck.  On average, I think it was
12  roughly somewhere around a thousand or so
13  after they took everything out; fuel and
14  everything.
15      And 3,000 -- after that, that still
16  would have left a thousand or so.  I could
17  have -- I could have paid my bills at home and
18  actually started working on saving money
19  towards the truck.
20    **Q.  The 660 that you speak of, is that**
21  **the truck lease fee?**
22    A.  Yes.
23    **Q.  Do you know, what is your**
24  **understanding of who that truck lease fee went**
25  **to, if anyone?**

                                                                                                      Page 273

1  no chance of anything being stolen.
2    **Q.  A place that you considered safe or a**
3  **place that they considered safe?**
4    A.  A place that they considered safe.
5    **Q.  How would you find out what places**
6  **they considered safe?**
7    A.  I know they said something about
8  their yards.  I had one not far away from me,
9  maybe 30, 40 miles away from home.  And other
10  than that, it really wasn't anywhere else that
11  I knew of that they would accept.
12      MR. JARVIS:  Pass the witness.
13          EXAMINATION
14  BY MR. ECKHART:
15    **Q.  This is Chris Eckhart again,**
16  **Mr. Carter.**
17    A.  Yes.
18    **Q.  When you're referring to unattended**
19  **trailers, you're referring to when the trailer**
20  **is actually unhooked from the truck, correct?**
21    A.  Correct.
22    **Q.  Now, you were asked about the**
23  **provisions of the Independent Contractor**
24  **Service Agreement that talked about the early**
25  **termination fee, correct?**

                                                                                                      Page 275

1    A.  My understanding it went to Element.
2    **Q.  And that truck lease fee was part of**
3  **the reason why you weren't making enough money**
4  **to live?**
5    A.  Correct.
6    **Q.  You testified earlier that you signed**
7  **the Independent Contractor Service Agreement**
8  **before you signed the lease agreement; is that**
9  **correct?**
10    A.  Yes.
11    **Q.  You testified earlier that you**
12  **weren't allowed to leave loaded trailers**
13  **unattended while at PTL, correct?**
14    A.  Correct.
15      MR. ECKHART:  Objection.  Misstates
16  prior testimony.
17  BY MR. JARVIS:
18    **Q.  If you wanted to leave a trailer**
19  **unattended, what you would have had to do?**
20    A.  Say it again.
21    **Q.  Were there any circumstances under**
22  **which you could leave a trailer unattended at**
23  **PTL?**
24    A.  If I brought it to one of their drop
25  yards or somewhere they considered safe, then

                                                                                                      Page 274

1    A.  Correct.
2    **Q.  After you signed the Independent**
3  **Contractor Service Agreement, did you speak**
4  **with anyone from PTL about that early**
5  **termination fee?**
6    A.  No, I did not.
7    **Q.  When you complained to your driver**
8  **managers about the pay that you were getting**
9  **and the fact that the loads that you were**
10  **being offered weren't generating enough**
11  **revenue, PTL did two things, correct?**
12      First they gave you a new driver
13  manager, correct?
14    A.  Correct.
15    **Q.  And the driver managers you were**
16  **given told you that they would try to find you**
17  **better loads, correct?**
18    A.  Correct.
19    **Q.  They never threatened you that you**
20  **would -- PTL never threat threatened that they**
21  **would sue you if you left, correct?**
22      MR. JARVIS:  Objection.  Calls for a
23  legal conclusion.  You can respond.
24    A.  Correct.  But it was in the contract
25  that it was a possibility that I could be

                                                                                                      Page 276

1 penalized.
2 BY MR. ECKHART:
3   Q.  But nobody, after you signed that
4 Independent Contractor Service Agreement, no
5 one at the company threatened that they were
6 going to sue you if you left for that early
7 termination fee, correct?
8       MR. JARVIS:  Same objection.
9   A.  Correct.
10 BY MR. ECKHART:
11   Q.  And the reason you left the company
12 was to make more money, right?
13   A.  No.  The reason I left the company
14 was because I wasn't making money.  If I had
15 been making money, I never would have left the
16 company.
17   Q.  Right.  And that's why you left.  You
18 weren't making enough money.  You thought you
19 could make more money at a different company,
20 right?
21   A.  Yes.  I did make more money.
22   Q.  How soon did you start working after
23 you left PTL?
24   A.  Immediately.  I called, and in a
25 matter of days, my old company took me back.

Page 277

1   Q.  And you knew that was always an
2 option on the table, given your history of
3 always working for companies and leaving and
4 going back, correct?
5   A.  Well, it was an option.  It wasn't
6 set in stone that they would take me back, but
7 I felt that I was a driver that they would
8 have took back.  And so.
9   Q.  They did take you back though right
10 away, correct?
11   A.  Yeah.  They took me back.
12   Q.  Now, did you, while you were under
13 contract with PTL, did you ever request to see
14 a copy of the invoice that PTL sent its
15 customers for the loads that you hauled?
16   A.  No, I did not.
17       MR. ECKHART:  Nothing further from
18 me.  Thank you.
19       MR. ETTER:  I have just a couple.
20           EXAMINATION
21 BY MR. ETTER:
22   Q.  If you could turn to Exhibit 5, the
23 Independent -- Program Lease Agreement --
24 Individual Program Lease Agreement, I'm sorry.
25 Specifically Section 12.

Page 278

1   A.  Okay.
2   Q.  Nobody ever threatened to enforce
3 Section 12C against you if you stopped driving
4 for PTL, did they?
5       MR. JARVIS:  Objection.  Calls for a
6 legal conclusion.  You can respond.
7   A.  No one ever threatened.
8   Q.  Okay.  And you in fact did stop
9 performing work for PTL and terminated your
10 lease agreement, correct?
11   A.  Correct.
12   Q.  And when you did that, Element -- no
13 one from Element tried to enforce Section 12C
14 against you, did they?
15   A.  No.
16   Q.  And no one from any entity attempted
17 to enforce Section 12C against you, correct?
18   A.  No one from -- repeat that one more
19 time.
20   Q.  Any entity.  No one from any entity
21 attempted to enforce Section 12C against you
22 after you stopped performing services for PTL?
23   A.  Right.  That's the -- hold on.  Let
24 me read this.  Make sure I'm on the same -- my
25 thoughts are the same as yours.  You're asking

Page 279

1 about no one enforced the rest --
2   Q.  Did anyone from any entity attempt to
3 enforce Section 12C against you after you
4 stopped performing services for PTL?
5   A.  No.
6   Q.  Are you aware of Element or any
7 entity attempting to enforce Section 12C
8 against any owner-operator?
9   A.  Not that I'm aware of, no.
10   Q.  Have you spoken with any physicians
11 or healthcare providers regarding your claims
12 in this case?
13       MR. JARVIS:  Objection.
14   A.  Which claims is that?
15 BY MR. ETTER:
16   Q.  Any of your claims.
17       MR. JARVIS:  Objection to the extent
18 that calls for revelation of privileged
19 information.
20 BY MR. ETTER:
21   Q.  You can answer.
22   A.  No.
23       MR. ETTER:  Nothing further.
24       MR. JARVIS:  Nothing from me.
25       (WHEREUPON, THE DEPOSITION CONCLUDED

Page 280

Gale S. Carter                                                December 4, 2018

1  AT 6:10 p.m.)
2      (AND FURTHER DEPONENT SAITH NOT)
3      (SIGNATURE NOT WAIVED)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 281

1          PENALTY OF PERJURY CERTIFICATE
2
3     I hereby declare I am the witness in the within
4  matter, that I have read the foregoing transcript and
5  know the contents thereof; that I declare that the same
6  is true to my knowledge, except as to the matters which
7  are therein stated upon my information or belief, and as
8  to those matters, I believe them to be true.
9     I declare being aware of the penalties of perjury,
10  that the foregoing answers are true and correct.
11
12
13
14
15     Executed on the _____ day of _____, ____,
16  at _____, _____.
17        (CITY)           (STATE)
18
19
20
21     _____
22        GALE CARTER
23
24
25

Page 283

1        C E R T I F I C A T E
2
   STATE OF TENNESSEE
3
   COUNTY OF SHELBY
4
5     I, Dana May Webb, LCR #109, Licensed
   Court Reporter, in and for the State of
6  Tennessee, do hereby certify that the above
   proceeding was reported by me, and the
7  transcript is a true and accurate record to
   the best of my knowledge, skills, and ability.
8
      I further certify that I am not related
9  to nor an employee of counsel or any of the
   parties to the action, nor am I in any way
10  financially interested in the outcome of this
   case.
11
      I further certify that I am duly
12  licensed by the Tennessee Board of Court
   Reporting as a Licensed Court Reporter as
13  evidenced by the LCR number and expiration
   date following my name below.
14
      I further certify that this transcript
15  is the work product of this court reporting
   agency and any unauthorized reproduction
16  and/or transfer of it will be in violation of
   Tennessee Code Annotated 39-14-104, Theft of
17  Services.
18
19     _____
         Dana May Webb, CCR, LCR #109
20       Expiration Date 04-28-2020
         ALPHA REPORTING CORPORATION
21       236 Adams Avenue
         Memphis, Tennessee 38103
22
23
24
25

Page 282

1          ERRATA SHEET
2
3  If any corrections to your deposition are necessary,
   indicate them on this sheet, giving the change, page
4  number, line number and reason for change.
5  PAGE  LINE  FROM          TO
6  ____  ____  _____  _____
7  Reason  _____
8  ____  ____  _____  _____
9  Reason  _____
10  ____  ____  _____  _____
11  Reason  _____
12  ____  ____  _____  _____
13  Reason  _____
14  ____  ____  _____  _____
15  Reason  _____
16  ____  ____  _____  _____
17  Reason  _____
18  ____  ____  _____  _____
19  Reason  _____
20  ____  ____  _____  _____
21  Reason  _____
22  ____  ____  _____  _____
23  Reason  _____
24
25  Signature of Deponent       Date

Page 284

Gale S. Carter                                                                    December 4, 2018

---

## #

**#109**  282:5,19

---

## $

**$1,018.25**  169:14

**$1,500**  90:18

**$10.50**  161:13

**$112.71**  170:6

**$127.24**  164:20 165:5

**$130**  256:22

**$139.36**  161:6

**$19.50**  163:18 164:2

**$197**  164:14

**$200**  168:24 169:10

**$223.57**  161:1

**$240,000**  242:17 243:1

**$25**  161:17

**$250**  104:14 162:12 270:22

**$25o**  104:18

**$28**  164:6,10

**$3,000**  273:10

**$300**  167:2 245:15,18 246:10 270:2,10,18

**$37.13**  116:15

**$400**  91:4,6,8,10 93:12 148:10 151:3 152:8,9 172:24 212:4

**$457.07**  161:9

**$5,000**  87:22 88:9,21 255:9 258:16,19

**$600**  90:10 174:19

**$622.87**  116:15

**$645.70**  171:1

**$660**  116:11 241:22 242:8 242:14 257:5

**$7,300**  251:18

**$7,500**  216:17

**$700**  174:18

**$748.79**  171:8

**$800**  174:18

**$818.25**  168:12 169:8

**$822.64**  169:23

**$840**  160:3

**$94**  162:20

**$945.49**  168:6

---

## 0

**000107**  81:12

**000108**  158:6

**000109**  245:8,18

**000117**  54:4

**000121**  105:8

**000154**  19:13

**000161**  19:14

**00089**  81:8

**00115**  158:13

**04-28-2020**  282:20

**08034**  3:6

---

## 1

**1**  4:12 19:6,11 21:19 26:1 33:25 41:6,8 52:19 238:2

**10**  3:10

**100**  246:15

**100-and-something**  174:13

**101**  97:5

**102**  100:2,3,4,5,8

**10-23-15**  159:4

**103**  98:9,17,22 100:8

**104**  97:11 100:9

**105**  4:15 104:2

**106**  97:18

**107**  4:16 98:2

**109**  245:11

**1099**  24:3 121:18

**10-hour**  142:24

**10th**  32:14

**11**  143:8 144:17 225:11 225:12 245:22

**1101**  3:5

**111**  169:17

**112**  170:1

**114**  171:3

**115**  4:17 170:23 171:11

**11th**  166:10

**12**  225:19 240:3 278:25

**1-20**  1:9

**121**  104:21

**127**  90:8

**1270**  159:25

**12C**  241:8 243:11 279:3 279:13,17,21 280:3,7

**12th**  168:22

**14**  32:15 143:9

**1400**  3:11

**1476**  107:23

**1477**  111:6

**1478**  108:25

**14-hour**  145:8

**14th**  20:16 41:1 53:1,5 171:20,25 194:13,16

**15**  9:22 10:1 26:17 155:3 228:5 262:4,7

**1521**  247:13

**15219**  3:15

**154**  19:2 34:4

**155**  21:10 26:1

**156**  21:2,9 23:4

**158**  4:18 20:3

**15th**  40:25 53:3,4 54:9 81:21 106:8 184:4 192:1

**16**  250:10

**161**  19:3

**16th**  171:4,5

**10-hour**  142:24

**181**  4:5

**18th**  167:23

**1950**  163:16

---

## 2

**2**  4:13 53:19,22 54:2 69:21 114:17

**2,000-**  172:19

**20**  4:12 32:15 213:12 228:5,9

**2000**  25:10

**2001**  214:8

**2004**  29:11

**2005**  29:11

**2008**  213:17 214:12

**200-and-something**  232:8

**2012**  213:12 249:12

**2013**  13:1,2 35:24 36:7,11

**2015**  20:17 22:19 53:1 54:10 81:16,21 82:11 93:21 94:19 106:8 107:20 108:16 123:20 158:21 166:10 167:24 168:22 169:20 170:4,18 170:20 171:5,21,25 176:24 181:22,25 183:8 183:11 184:5,9 185:12 190:6,22 192:1 194:9,13 194:15,16 213:20 271:19

**2015-16**  162:1

**2016**  26:19 82:3,19 111:14 112:23 113:6,10 114:14 171:14 206:1

**2017**  12:11 25:3,7

**2018**  1:16 2:2 12:9 25:4 25:10

**20th**  108:15 181:22 183:8 185:12 190:6,21

**218**  4:19

**21st**  25:3

**2290**  161:25

**22nd**  160:24

---

Gale S. Carter                                                                                    December 4, 2018

**236** 1:23 3:23 282:21

**237** 4:6

**23rd** 159:16 194:9,15

**250** 4:20

**2500** 3:14

**25th** 169:20

**26** 111:12

**26th** 12:25 13:1

**276** 4:6

**279** 4:7

**2nd** 170:3 174:15

---

### 3

**3** 4:14 80:25 81:2,7,8,19
  81:24 82:2,17 88:22
  89:1,3 96:17 100:2
  104:3 114:17 162:18
  183:22 191:14 212:4

**3,000** 273:15

**30** 9:21 237:4 264:25
  275:9

**30-minute** 270:16

**317** 3:12

**3324487** 159:6

**348** 160:20

**364** 242:9,14,16 243:18

**3670** 11:5

**37** 11:6

**38103** 1:23 3:24 282:21

**38637** 11:6

**38639** 11:6

**39-14-104** 282:16

---

### 4

**4** 1:16 4:15 97:10 104:24
  105:6,7 238:12,24

**4.48** 163:9

**40** 266:2 275:9

**400** 91:1,9 148:12

**402** 3:6

**46204** 3:11

**47** 115:13,19 116:2

**48** 116:2,8

**49** 115:19 116:2

**4th** 2:2 158:21

---

### 5

**5** 4:16 106:20,22 107:1
  111:5 181:15 182:13
  201:21 237:13 239:21
  278:22

**5,000** 87:1,9,12,14 95:10
  256:16

**5:18-cv-00041-TBR** 1:7

**50** 146:3,5 217:6 269:22

**500** 3:14

**500s** 231:3

**51** 115:15 217:6

**5100** 2:6

**523-8974** 3:24

**54** 4:13

**5447** 35:20

**592** 165:5,15

---

### 6

**6** 4:17 115:2,4,9 116:2
  150:24 171:14 183:1
  206:7 254:10

**6.04** 254:9

**6.04D** 254:19

**6:10** 281:1

**60** 146:3,5 269:22

**600-and-something** 43:7
  44:2

**6-2** 250:9

**620** 230:16

**637-1777** 3:12

**65** 147:8

**650** 230:17

**660** 242:16 243:18 273:11
  273:20

**662-202-5447** 34:6

**662-548-5767** 34:22

**662-996-8293** 34:19

**6th** 173:4 215:14

---

### 7

**7** 4:18 150:23,24 158:4,5
  158:9,20 166:7 192:12
  193:1 245:5

**70** 44:25 91:6 148:11
  261:15

**7986** 82:8,17 111:15

---

### 8

**8** 4:19 217:16,21 255:2

**81** 4:14

**8293** 35:21

**840** 161:2

**89** 81:11 88:25 89:2

---

### 9

**9** 4:20 170:20 249:22
  253:24 254:1,7,20

**9:00** 2:5

**900** 90:10

**901** 3:24

**901-523-8974** 1:24

**935** 249:20 250:3

**953** 249:20 250:3

**96** 255:1

**97** 254:4

**98** 82:24 96:18 254:4

**99** 98:7,17

**9th** 170:18

---

### A

**a.m** 2:5

**AB** 111:22 238:6 239:6,8
  240:11 242:3

**ability** 282:7

**able** 8:16 15:5 31:4 36:2
  65:5 72:3 80:10 83:24

96:13 131:12 132:25
  155:20 199:9 203:4
  211:10 212:18,19,25
  213:2 220:21 259:13
  261:18 272:24

**about** 10:1,16,23 11:2
  13:7,14 14:11,24 15:3,8
  15:11,18,24,25 16:5,9
  16:16 17:13,20,21,24
  18:2,3,23 20:24 23:10
  24:9,14,17 25:18 26:19
  27:5,17,19,23 28:5,7,13
  30:5,23 31:1,11,15,20
  32:1,22,25 35:20 37:16
  37:19 39:18 40:8,10
  41:22 43:1,3,21 44:18
  44:23 45:10 46:1,4,24
  47:19 50:24,25 51:1
  54:18,23,24 57:13,24
  58:15,17 60:7,17 61:8
  61:11 62:19,23 63:7,8
  63:20,22 65:18 66:8
  67:15 68:23 70:24 72:7
  72:11,16,19 73:13 75:5
  75:6,14,23 76:1 79:6
  80:10,18 84:6 86:13,22
  88:9,11 91:8 94:17
  98:18,22 99:10,14 101:1
  113:1,15,22 114:19
  116:22 118:1,25 119:9
  119:13,23,25 121:8
  124:13 129:11 130:13
  131:17 132:8 133:8,10
  133:18,21 134:6,9
  136:10 138:16,18,20
  143:4 147:8 148:2
  149:21,23 153:2 154:10
  157:12 158:23 160:14
  160:15 172:8 173:9,10
  173:15 175:13,19,20,22
  177:13 178:16 189:13
  189:22 205:21,25 215:5
  218:17,24 219:9,11,19
  220:20 221:22 222:13
  222:21 223:1,9 225:3
  231:25 235:17,18 242:1
  245:15 246:5,9,19,22
  250:23 252:11 256:5
  260:21 266:5 268:20
  270:20 272:24 275:7,22
  275:24 276:4,8 280:1

**above** 57:1 81:24 83:5
  107:5 108:4,12 168:2,21
  282:6

**ABOVE-MENTIONED**
  19:5 53:21 81:1 104:23

106:21 115:3 158:8
217:15 249:21

**acceleration** 240:1,12

**accept** 151:7 179:14
275:11

**accepted** 150:18 152:10
154:11

**accident** 61:17 164:6

**accidents** 13:21 14:2
15:20 132:12

**According** 164:19 260:4

**account** 42:14 104:6,8
121:22

**accountant** 123:7

**accounts** 178:20

**accuracy** 8:14

**accurate** 8:22,25 28:17
43:23 49:12 141:3,13,20
171:21 193:3 282:7

**accurately** 8:7

**acknowledge** 20:6,8
105:19

**acknowledges** 83:7,9 89:7
89:10

**acronym** 152:21

**Act** 120:4,11,17 177:2
223:13 224:3 271:15

**action** 282:9

**active** 178:25

**activities** 139:25

**actual** 64:9

**actually** 18:22 20:24 23:3
23:20,22 24:10 25:24
26:3,5 30:25 31:7 33:2
35:16 36:22 37:7 40:1,5
41:4 46:15 48:8 52:14
59:8 62:13 73:3 74:4
75:8 83:25 101:18
115:17 117:22 121:2
122:5 128:13 139:24
154:10,15 159:10
165:22 168:7 176:17
202:5 248:10,20 254:8
256:3 261:22 264:22
272:3,16 273:18 275:20

**Adams** 1:23 3:23 282:21

**add** 174:22 193:11 212:2

**added** 228:16

**additional** 62:25 128:4
130:22 169:10 233:18
255:16

**address** 11:4 15:16
159:11 173:14

**addressed** 37:20 49:19

**addresses** 98:19

**adjusting** 63:9

**adjustment** 63:4

**adopt** 244:5

**advance** 94:11,12 168:22
168:24 169:5 259:12

**advances** 148:13 149:8
149:10,11 269:15

**advesorial** 98:23

**advice** 75:3

**advisors** 83:16

**affect** 44:19 70:20

**affirmative** 21:6 83:13

**afford** 87:11 252:7

**afloat** 94:8

**after** 20:13,25 22:18,22
22:24,25 23:10 24:9,10
24:14,17 25:22 26:6,8
26:11 27:7,8,9,10,16
28:2 40:6 42:3,20 45:18
47:1 54:6 74:13 77:21
79:4,23 80:12 88:1
109:12 120:23 121:10
128:2 135:6 136:4,9
137:18 141:5 152:10
156:24 171:24 174:19
179:11,16 187:7 206:3
213:20 215:10,20,25
223:3,7,8 230:25 241:19
247:8 248:19 249:4
250:10 251:16 255:7
256:7,17 264:20 267:12
273:13,15 276:2 277:3
277:22 279:22 280:3

**afternoon** 114:17 180:25
263:3

**afterwards** 65:21

**again** 41:21 42:11 74:14

119:8 124:25 143:13
173:17 176:14 207:9
213:20 241:8 242:4
247:12 274:20 275:15

**against** 30:16,22 209:14
218:13 234:16 235:10
235:23 236:5,13,18
279:3,14,17,21 280:3,8

**agency** 282:15

**ago** 35:21 57:9 69:23
188:10 223:1 237:19
247:7

**agree** 20:9 58:16 83:18
95:6 128:8 132:20,23
145:11 149:14 150:2
173:4,12,18,21

**agreed** 104:18 172:18

**agreement** 4:14,17 58:8
60:1 69:7 80:6 81:15,20
82:15,17 83:12,17,19
86:14 89:1,14 99:19
107:3,17 111:2,23
114:20,25 115:11 116:5
116:18 162:18 163:7
164:1,9 167:1 176:9
181:14,18,22,24 182:3,6
182:12,13,25 183:4,8,11
183:14,17,21,25 184:4,8
184:13,16,20,21,25
185:5,9,14 187:14
188:14,22,25 189:8,14
189:23 190:6,10,11,14
190:17,21 191:1,4,10,12
191:16,19,25 192:5,8
200:9,12,20 201:4,15,21
202:9,14 203:9,19 205:7
205:17,21,25 206:4,7,9
206:17 207:3,14,23,24
214:20,24 215:11 216:1
216:4,19 218:6,10,19
219:10,20 221:5 223:4,9
227:10 231:1 237:13
239:7 244:21 245:1,21
245:25 253:4,23,24
254:21 274:7,8 275:24
276:3 277:4 278:23,24
279:10

**agreements** 188:16

**agrees** 255:10

**ahead** 63:11 92:3,9 93:8
129:2 130:6,16 154:9
177:24 231:21 235:5

240:25 262:16 268:11

**ain't** 101:13 206:23 211:3
211:9 225:9 234:25
265:9,11

**air** 155:14

**alarm** 27:12

**alcohol** 15:17

**all** 2:10 7:18 8:11 10:14
15:7 17:4 18:1 21:17,18
28:24 29:1 40:13 41:25
43:14 47:21 52:6 57:20
60:24 63:24 74:1 76:12
79:1 80:23 81:12 83:6
86:8 94:2 101:6 102:14
102:25 105:5 119:7,14
122:14 124:20 125:15
125:16,20 127:7 129:1,3
131:9 132:8,12 144:17
144:18 147:3,25 149:21
149:23 161:16 165:4,10
174:19,22 176:1 178:8
180:9,10,21,25 186:1,24
189:18 190:7 193:13,18
193:22 194:1 203:24
205:3 210:3 212:10
213:6 217:11 229:12
231:19 233:7,21 238:19
263:7 264:5

**allege** 230:1 234:6

**alleged** 229:1 231:17
233:5,22

**alliance** 66:25 67:5

**allow** 92:22 154:3 198:16
199:4 251:25 253:21

**allowed** 16:17 58:12
59:12 60:21,22 79:24
94:16 177:22,23 179:12
197:2 206:25 224:12
249:12 253:20 257:3
260:6,18 273:3 274:12

**almost** 89:23 110:17

**alone** 2:12

**along** 185:18 253:1

**aloud** 185:17,18

**ALPHA** 1:22 3:22 282:20

**already** 113:5,9 117:8
121:13 122:6,19,22
130:14 143:17 197:25
227:16,24 228:13

234:23 249:8

**also** 6:3,7 13:22 14:2
27:24 49:4 60:16 64:25
77:24 79:16 90:17,22
96:4 149:13 169:9
200:15 212:12,17 251:1

**always** 67:23 85:3 91:13
91:15,16 92:7 131:7
166:17 188:16 221:1
231:20 259:8,13 261:9
269:5 278:1,3

**am** 13:6 232:1 264:21
282:8,9,11 283:3

**ambiguous** 251:7

**among** 255:13

**amount** 76:21 93:4
116:11,19 134:17 136:8
160:2 161:8 168:8
175:21 213:1 243:19
261:20

**amounts** 162:25 240:12

**analyzing** 151:7

**and/or** 282:16

**angle** 17:10

**Annotated** 282:16

**another** 37:9 39:11 41:22
43:25 44:11 50:2,4
72:23 76:9,10 77:22
80:11 87:7,11 88:1,6
103:24 118:16,17 131:1
137:18,23 152:9,17
153:19 157:5 172:24
261:12 266:22 272:3

**answer** 7:1,22 8:6 16:4
30:6 31:18,22 32:3 78:8
82:22 117:12,14 140:18
155:25 156:2 176:13
189:10,12 196:24,25
199:19 201:23 207:17
208:6,23 209:10 211:1
222:25 223:15 225:25
226:25 232:11 240:24
241:7 243:7,9,15 253:18
280:21

**answered** 119:24 196:23
199:1,18 200:15 201:6
202:18 203:12 207:7,16
208:1,22 209:10,16
210:9,25 239:17 243:14
244:2 267:8 269:8

**answering** 8:5 91:25

**answers** 8:12 283:10

**any** 8:20,24 11:24 13:10
15:22 16:14 17:12,16
18:8 21:12,20 27:1 29:6
32:4 34:14 35:9,13
36:18 38:7,9 43:22
44:15 45:7 46:17 48:5
49:7 53:15 56:19 57:6
58:9 60:18 63:20 68:10
69:25 74:14,18 75:21,23
77:17 78:5 84:9 86:11
86:12 88:11 89:11 93:3
93:24 94:21 99:3,10
101:23 106:14 112:13
118:9,18 121:15,25
122:11,17,21 123:15,25
124:3 125:17 127:1,4,5
134:6,9 141:22 143:22
145:21,25 146:1,10,14
147:9,10,11,12,13,14,16
147:19,20 148:15 149:7
149:11,15 150:8,11
153:24 154:1,2,9 156:21
157:11,19 160:8 164:22
171:23 175:13,21 176:7
177:8 178:19 179:1
180:1,17 182:6,12,14,17
183:16,17 184:16
186:10,18 188:7 192:21
192:22 194:7,12,17,20
194:21 195:3,4,11,12,22
197:12,20 199:25 200:4
200:11,19 201:3,14
202:14 203:8 204:4,9
205:9,17 206:8,12 207:4
209:13 210:5,22 212:1
214:15,20,24,25 215:11
215:12,21,24,25 216:4,5
217:25 218:4,5,8,9,12
218:13 219:4 221:14
222:6,9,10,11 223:20
224:2,8,9,18,19 225:6
225:18,21 226:3,4,5,11
226:22 227:12,19 228:7
229:7 230:1 231:15
233:3,16,18 234:16
235:19 236:2,9,17,23
237:20 240:5,7 244:22
250:8 251:3 252:14
253:6 257:17 258:16
260:1,12 261:21 266:4
266:18 267:2 270:25
272:13 274:21 279:16
279:20 280:2,6,8,10,16
282:9,15 284:3

**anybody** 10:16,20 114:18
117:4 175:12 182:18
256:6 271:14

**anymore** 35:17 42:17,25
118:12 124:3 156:23

**anyone** 6:4 35:6,10 40:3
46:3 84:5 87:18 101:7
113:14 120:9,17 127:10
135:17,22,25 160:15
189:13,16,18,22 190:1,3
191:5 192:8 200:5
204:10,16 219:9,19
223:19 224:1,7,17 260:8
266:20 273:25 276:4
280:2

**anything** 9:7 10:7,13
14:24 15:8,17 30:5
31:25 32:10 44:14 54:19
60:6,17 62:18,22 66:18
66:20 69:19 70:20 72:7
75:4,13 80:19 84:5,9
91:5 94:22,23 102:7
114:22 118:22 119:5,12
122:15 123:18 129:11
139:21 140:3 147:22
148:2 154:4,7 155:24,25
156:8 160:14 182:8
188:7 202:8,22 210:17
211:5,12,13,14 218:22
220:11,25 221:3,11
228:18 231:13 235:2
246:9,14,18,19,21,22
253:6 255:21 259:18
260:16 275:1

**anyway** 151:4

**anywhere** 58:12 60:22,25
74:19 76:25 113:24
117:8 125:24 198:14
245:3 257:4 272:19
275:10

**Appendix** 98:18 100:5,11
101:2,9 103:8 245:24

**application** 4:12 19:20
36:17 37:2 40:1,2,7,25
41:4,9,13,16,19 52:19
53:6,11 56:16 57:2,3
61:3 109:24 228:7,14
249:2,4

**applied** 20:20 47:3

**apply** 13:21 181:10

**appropriate** 128:9

**approved** 58:13 59:24
227:24

**approximate** 31:4

**approximately** 2:5 26:13
41:1 243:1 251:18
258:24 263:10

**April** 13:1

**APU** 155:9,10,12

**area** 28:21 91:19,21 144:8
149:19

**areas** 75:16 144:5

**aren't** 21:13 22:4 91:21

**argue** 270:18

**argumentative** 208:1,21
209:9 232:10,11 270:14

**Arkansas** 127:4

**arm** 257:22

**arms** 257:23,24

**around** 15:7 17:2 26:12
26:15 28:21 67:7,12
101:23 114:17 128:17
130:1 136:20 180:9
196:15 216:17 265:9
273:12

**arrangement** 25:14 198:7
226:11 230:14

**arrangements** 232:20
246:7

**arrival** 155:4 262:8

**arrive** 109:9 126:5 154:8
154:14 248:16

**arrived** 52:11,21 113:4,8
114:12,16 155:4 248:23
263:3,6

**Arthur** 148:19

**ask** 6:18,23 7:3,7,10,16
7:20 11:21 20:23 21:1
44:18 54:20 78:11
124:13 151:16,24 156:4
168:3 173:17 234:1
262:15

**asked** 7:21 8:4 30:23
75:12 86:13 88:11,14
94:17 113:21 119:21,22
152:1 154:17 196:22
199:1,18 200:15 201:6

202:17 203:12 204:8
207:6,15,25 208:22
209:10,16 210:8,25
220:14 221:7 237:19
239:16 240:20 243:13
244:2 261:12 267:8
269:8 275:22

**asking**  6:10 21:15 31:24
31:25 137:4 156:3
163:13 175:20 182:10
182:16 201:7 203:7
208:25 215:5 238:18
258:10 279:25

**asleep**  139:22

**assigned**  110:7

**assist**  248:25

**associated**  255:12

**assume**  7:11 63:6,8 93:11
121:12 146:18 186:21

**assumed**  16:20 37:14
71:12 186:11

**assumes**  93:6,9

**assuming**  88:15 146:7

**assumption**  186:25

**assumptions**  186:13

**assurances**  95:22

**assured**  186:19

**Atlanta**  146:25

**ATTACHED**  19:7 53:23
81:3 104:25 106:23
115:5 158:10 217:17
249:23

**attempt**  234:15 280:2

**attempted**  235:9,22 236:4
236:12 279:16,21

**attempting**  280:7

**attend**  11:13,22 12:15
71:1

**attendants**  248:24

**attended**  11:24 12:12
35:25

**attending**  46:24

**attention**  115:2 127:25
181:13 182:24 183:20
192:11,25 206:6

**attest**  257:25

**attorney**  6:2 7:17 9:15,20
10:1,6 30:12 31:17
123:23 178:16 205:21
205:25 237:10

**attorneys**  7:15 8:15 10:15
32:7 61:16 107:14
178:10

**attributed**  134:10

**authorization**  56:17
57:11

**authorizes**  255:8

**authorizing**  116:19

**auxiliary**  155:17

**availability**  153:3,9

**available**  91:17 103:14
112:10 113:1,15,19
114:4 133:11 151:14
153:13,24 160:12

**Avenue**  1:23 2:6 3:23
282:21

**average**  38:5 132:24
232:16,17 273:11

**averaging**  229:14

**aware**  88:21 113:9 162:11
188:11 226:3,22 227:12
228:19 236:10 280:6,9
283:9

**away**  44:8 137:23,24
220:24 275:8,9 278:10

---

## B

**B**  38:19 100:6 101:2,9
103:8 111:8

**back**  22:25 24:11,15
27:25 28:1,4 29:11 40:5
42:8 45:5,7 48:17,24
49:17,18 50:14 68:19,21
69:24 71:11,15 73:1,6
84:15 85:7,11 96:17
109:23 111:5 117:10,13
117:19,25 121:4 126:15
128:19 132:25 142:3
154:13 172:7,16 176:18
184:19 213:3 220:10
221:7,8 234:24 235:1
239:6 248:9 250:25
251:20 252:6 262:10
264:9,24 268:4,5,18

**backed**  131:4 198:11

**backing**  17:6,9 49:6
68:18 131:14 265:12,13
265:23 266:15

**back-to-back**  91:9 148:11

**bad**  88:16 221:9

**badges**  66:4,9,10

**balance**  240:8 241:3,19

**bank**  95:3 121:21

**bankruptcy**  212:6,21
213:1,6,11,17,19,22,24
214:4,8,12,16

**base**  49:14 186:24 199:14
208:12 246:6

**based**  52:10 55:15 73:12
93:1,2 94:25 146:21
151:1 204:21 206:16
207:13,22,24 208:17,18
209:6,14 243:23 250:8
256:10,16

**basically**  15:6 40:11
41:15 64:15 95:17 96:4
101:5 102:12 117:7
119:18 128:15 134:18
155:14 176:3 179:11
219:12 220:10 224:12
249:9 255:24 256:16

**basis**  17:5 89:13 121:18
144:10 207:4 224:24
255:7

**Bates**  19:2 54:3 81:8
105:7 107:7,23 115:13
247:11 254:2,6,12

**Beaver**  161:5

**became**  152:7

**because**  25:24 37:8 39:8
44:20 68:16 69:9 73:17
73:18 75:1 80:1,14
84:19 87:12,25 92:4,15
93:17,22,23,24 96:8
110:16 113:20 114:7
117:7 118:17 121:12
131:13 132:23 135:18
139:20 145:19 146:22
148:24 152:4 159:18
165:18 166:18 169:7,10
172:6 173:7 175:1 187:7

269:1,3,13 271:1 273:1
277:25 278:4,6,8,9,11

**backed**  131:4 198:11

**been**  5:3 11:8 16:7 19:10
26:10 29:6 36:6,7,10,18
48:2 49:24 52:21 53:6
54:1 57:9 58:23 62:10
69:23 80:16 81:6,7
103:25 105:5,6 107:1
117:8 128:13 130:14,19
131:12 138:4 142:7
143:16 145:17,18
157:15 158:3,4 169:2
177:13 179:6 188:10
189:4 190:21 192:1
198:25 199:18 200:15
201:6 202:17 203:12
208:22 210:19 217:20
227:24 247:5 256:15
265:25 272:4 277:15

**before**  2:15 6:10 7:15,22
8:4 9:25 10:16 18:21
23:3 26:2,11 28:16
29:25 30:22,24 32:20,25
37:3 38:2,11 46:18
50:10,23 67:9 68:5
70:12 71:4,19,24 80:5
82:14 83:20 84:2 86:2
87:6 88:22 89:19 91:11
93:1 95:8 101:16,17,20
111:1,23 113:4 114:13
114:21 128:4,11,19,23
129:5,13 131:3 135:4
143:13,15 150:18
152:12 154:11 158:23
173:3,18 206:13 211:12
211:13,14 223:3,5
232:15 234:19,22
244:20,25 255:25 274:8

**began**  24:19 237:22

**begin**  67:9

**beginning**  2:4 12:10 41:3
229:11 230:11 259:2

**behalf**  1:4 2:3 106:3
187:15 195:4,12,22
243:4 244:4 248:3
249:13 251:6 252:17
265:17 267:7

**behind**  87:17 93:16 101:4

118:13 214:9,10 229:5,7
229:25 230:6 231:14
268:21

**being** 15:18,25 37:13
65:15 69:20 71:15 73:13
80:10 82:15 92:20
100:24 127:16 131:22
132:1 135:21,23 153:24
158:23 167:2 197:21
199:9 220:21 221:25
224:12 229:17 230:14
234:4 246:22 251:10
266:12 275:1 276:10
283:9

**belief** 232:6 235:3 283:7

**believe** 12:9 16:5 21:17
23:11 24:4 25:6 26:15
27:3 29:19 30:7,14
32:19 35:4,8 39:1,25
45:24 46:13 47:3,10,19
49:15,24 52:20,25 55:11
55:12 56:2 58:23 60:3
61:20 62:8,20 65:20
72:9,11 82:12 90:13
91:12 109:5 153:10
159:23 162:2 178:25
205:14,18 206:16
209:20 210:6 222:9
230:16 239:14 253:9,11
253:19 256:9,15 283:8

**below** 105:25 108:1
168:13 282:13

**benefit** 236:23

**benefited** 225:22 226:6

**berth** 138:12 139:5 140:5
140:22,23 142:12 156:6
262:5 264:4,16,19 265:2
265:5

**besides** 10:5,15 33:6
118:11 153:22 154:4

**best** 112:7 189:12 216:14
220:6 225:15 233:21
282:7

**better** 11:21 43:12 80:22
91:3,20 92:14 95:14,15
151:18,20 229:15 269:4
276:17

**between** 36:19 38:20
52:14 140:21 226:23
227:13 228:19 232:3
248:8 272:13

**big** 43:10 129:22 132:14
261:13

**bigger** 91:9 152:7 261:11

**biggest** 180:4

**bill** 216:6

**bills** 66:13,16 93:24 94:2
118:13 174:24 210:20
211:10,20 212:18,20,23
212:25 213:6 214:10
229:13 230:1,6 231:15
232:1 273:17

**bit** 24:11 49:10 61:25
63:23 84:19 117:13
237:15 259:22

**blacked** 40:12

**blank** 90:22

**Block** 123:13

**blower** 15:23

**blue** 260:20

**Board** 282:12

**bobtail** 162:24

**bold** 83:6

**book** 4:16 106:17

**Booklet** 8:11

**both** 64:8 75:10 205:2
212:9 231:9

**bottom** 19:12 20:5 21:2
54:3 81:23 89:5 96:20
108:12 109:2 168:1
180:19

**bought** 122:6

**bracket** 172:23

**brackets** 122:8

**brake** 63:4

**brakes** 63:9

**Branch** 23:5

**brand** 82:20 112:5

**break** 7:15,16,17,22
50:13,23 116:23 138:10
142:25 143:13,19,23
155:20 156:6 177:14,20
178:2,5 243:10 266:21
267:3,4

**breakfast** 52:3

**breaking** 112:4

**breakroom** 155:8

**breaks** 7:14 177:18 264:4

**BRIEF** 5:15 27:13 50:17
98:14 105:2 115:22
116:25 157:25 177:15
242:22 254:16

**briefly** 29:19 70:2 138:16

**bring** 55:6 65:5 120:16
234:24

**bringing** 117:10,18

**broke** 175:25

**brought** 87:25 174:3
253:7 274:24

**Buckingham** 11:5

**build** 83:25

**built** 212:5 214:9

**bunk** 139:22

**bureaus** 230:22

**burning** 75:19 155:16

**bus** 42:25 47:5,6,9 84:14
85:24 109:6,11,12
110:17 170:9,14 246:22

**Business** 12:6

**business-related** 123:15

**Buts** 92:17

**buy** 196:17 215:8 243:2
257:5 269:23

**buying** 24:20,21

## C

**C** 3:1 240:3,8 282:1

**calculate** 146:20 153:17

**calculated** 99:16

**calculation** 151:5

**call** 45:22 48:22 86:17
95:3 117:4,9 139:16
151:12,15 175:12
205:11 219:2,6 263:18
264:24

**called** 24:18 33:2 39:25
40:5 117:9,17,20,21

119:18 121:4 166:17
175:15 220:3 247:7
277:24

**calling** 46:1

**calls** 9:9 16:3 21:24 22:14
30:2 71:6 78:7 99:22
120:5,12 127:19 132:5
143:6 176:11,25 177:3
179:9 187:2,3 189:25
194:24 198:8 199:1,17
200:14 202:16 204:24
206:10,19 207:16 208:1
208:21 209:9,15,23
210:9 222:16,24 223:14
223:23 225:1,24 226:13
229:3 232:10 233:11
234:11,17 239:17 244:9
246:12 263:20 276:22
279:5 280:18

**Calvert** 160:23

**came** 17:2,25 18:1 24:15
36:4 42:2,20 48:3,8 49:9
49:13,15,17 58:2 79:18
87:24 110:20 119:11
122:10 154:1 180:5
192:17 217:25 250:25
259:18 267:17 271:11

**camera** 119:9

**can** 5:10,13 7:17 9:10,11
9:12 16:3 18:10 19:1,3
21:24 22:14 27:1 30:3,6
31:7,25 32:3 33:17 37:1
42:11 44:14 53:19 54:24
61:15 63:6,8 64:12,14
68:21 69:19,22 71:7
73:12 77:22 78:8,9 79:2
84:18,22 87:5,7 88:1,12
90:3 95:2,3 98:11 99:23
103:9,17 115:20 116:1
117:12 120:6,13,18
121:12 122:11 125:6
127:20 130:1,8,9 131:2
131:12 132:5 139:17
140:17 143:7,22 146:17
150:7 155:14 158:20
159:2,7 169:25 170:19
176:13,14,17 177:4
179:9,17 187:4 188:8
189:12 194:24 195:6
196:5,25 198:9 199:2,18
200:15 201:9,23 202:18
202:25 204:25 205:12
205:16 206:11,20
207:17 208:6,22 209:13

Gale S. Carter                                                                   December 4, 2018

209:24 210:10,25 212:4
216:14 222:17,25
223:15 225:1,25 226:14
226:16,25 228:22 229:4
230:5,21 231:6,7 232:11
233:12,13,19 234:11,18
235:1,11,19 236:3
237:12,14 238:21,22
240:24 241:7 243:15
244:24 245:22 250:2
252:6 253:18,23 258:7
264:8 265:8 268:14
273:7 276:23 279:6
280:21

cancel 254:15

canned 125:13

cannot 205:19

can't 7:2 16:6,10 25:23
40:5 44:17 48:10,20
53:9,15 54:15 55:11
58:5,14 62:12,16,22
63:3 65:11,17 73:24
87:13 91:8 101:11
102:14 124:11 130:20
131:1 132:22 157:6,9
160:17 164:24 169:1
199:21,24 202:13 203:8
204:18 205:1,13 206:12
207:23 210:17 211:3
216:8 232:25 238:19,20
247:23 252:7 267:1
268:15 270:19

capable 198:21

caps 83:6

car 61:18 101:12 130:11
132:14 133:4

card 55:3,6,7,10,14,18
56:5,6 85:1 93:15,16,20
94:19,24

cards 229:6

care 83:24 211:16

career 73:10

cargo 66:3,7 266:5

carrier 37:13 72:23 73:16
105:20 117:6 125:2,5
157:15,20 238:15 239:2
239:9 257:17 272:3,4,7

carriers 73:7 255:17

carrier's 238:7 255:13

carry 16:17

cars 127:24 213:9

CARTER 1:4,15 2:1 4:4
5:2,8,12,14,21 34:1
50:20 92:10 94:16 105:5
108:1 109:3 115:25
137:3 158:3 181:1
186:14 201:13 208:16
237:8 239:25 242:25
247:18,21 250:2,15,20
254:19 264:14 275:16
283:22

case 8:16 10:16 29:18
30:12 32:16,17,23
107:15 177:7 234:4
250:4 280:12 282:10

catch 87:16 229:8 248:17

categories 138:21,25
168:18

caught 229:12

caused 214:7

causes 265:23

CB 122:3

CCR 282:19

CDL 55:3 56:5

ceases 255:5

Celadon 76:13 78:15

cell 34:9,11,14 35:6,10,14
220:4

Center 249:6

cereal 52:5

certain 76:21 79:23 80:12
83:21 91:19 93:4 147:2
204:7

CERTIFICATE 283:1

certified 55:19

certify 282:6,8,11,14

certifying 141:20

chance 266:23 275:1

change 8:15 12:10 15:6
88:17,18,20 284:3,4

changed 8:17 46:10
115:25 144:7 264:9

changes 141:22

changing 46:9 96:3

characterization 128:9

charge 166:13,20 167:6
245:15,18 246:10,20
255:24 270:3,11,18

charged 167:2 246:22

charges 98:23,25 99:11
246:2,5,7

check 10:10 40:11 41:23
43:11 44:10 47:10 55:2
67:8 87:16 90:8,10,11
90:17,24 109:23 121:3
122:9,10 154:23 173:2,8
173:11,19 174:5,12
175:17,21 215:13,15
249:8 271:12

checked 42:14 121:5
141:19 177:12

check-in 155:4

checking 67:12 262:9

check-off 66:25 67:6,11

checks 90:25 93:25
173:13 174:17

Cherry 3:6

choice 43:16 179:18
214:2 266:10

choose 60:25

choosing 251:12

chose 210:6

Chris 27:11 33:4,11
91:24 167:9 241:10
246:12,25 247:4 248:2
249:19 250:7 253:16
262:22 263:21 268:10
269:8 275:15

CHRISTOPHER 3:9

circumstances 45:17
143:23 151:19 274:21

City 160:23 283:17

Civil 2:9

claim 203:7 204:20 209:5
209:6

claims 196:8 206:16
207:4,13,21 208:17,18
209:14 280:11,14,16

clarify 7:7,10 77:5 125:6
196:5

class 48:2 64:6 73:23
122:25

classes 12:1

classified 21:22 272:4

classroom 49:1,5,8

clause 238:2 240:1

cleaned 118:21

clear 5:24 55:24 150:1

clicked 141:17

clock 145:7,8 225:7

close 266:16 268:4,18

closed 263:6 268:22,23

closer 5:13 259:23

code 11:7 165:9,11,19
282:16

codes 40:13 63:15

collected 57:20

colleges 11:24

colors 260:19

column 106:17

come 43:19 50:14 63:13
71:11 79:2,17 85:7 86:7
122:8 137:24 146:11
173:1 187:23 200:23
220:1,10 221:1,7,8
231:23 241:19 242:17
248:21 258:15 264:23
272:16 273:1

comes 94:3 132:13 211:11
211:12,13

coming 17:24 18:3 30:8
71:9,10 73:6 117:25
176:2 189:2 258:18
269:19

comment 8:16

commercial 122:25

commitment 58:8,16 60:1
60:4

common 68:3 266:4

communicate 34:25
64:18 133:15 154:2,5

communicating 153:22

communication 4:19 152:11 200:4,7 204:10 217:22

communications 153:25

commuter 131:24

commuters 132:2

companies 21:8 22:11 28:19 37:18 38:24,25 39:3,4 46:18 64:23 76:4 76:14 77:1,24 78:16,18 78:20,23 79:1,13,20,22 80:5 87:2 128:5 165:10 175:4 189:17,19 199:24 232:14,17,21 278:3

company 13:22 14:3 18:21 19:25 22:10,23 23:4,6,7,9 24:12,13,18 24:19 25:1,25 26:22 28:10,12 36:2,3,24 37:13,15 38:15 39:9 42:24 46:22 64:20 70:8 70:15 73:1 76:9,11,23 77:16,23 78:14 80:11 87:8,11 88:2,6 103:24 106:4 119:18 128:14 162:19,25 163:8 175:3 179:20 180:3 199:25 229:21 244:22 260:18 268:17 277:5,11,13,16 277:19,25

compared 145:14

compensation 98:19 99:15 149:8 193:19 194:2 255:10

competency 2:13

complain 15:25

complained 276:7

complaining 15:24 73:20

complaint 234:3,6

complete 71:3,19,24 74:1 193:8

completed 110:3 228:6

completely 109:25 132:22 268:22

computer 64:15

concern 265:14 266:13,19 266:22

concerns 266:5

CONCLUDED 280:25

conclusion 16:3 21:24 22:14 71:7 78:8 99:23 120:6,13 127:19 132:5 139:17 143:7 176:11 177:4 179:9 187:3,4 194:24 198:9 199:2,15 199:17 200:14 201:7 202:17 203:22 204:25 205:12 206:11,20 207:16 208:2,21 209:9 209:16,24 210:9,25 222:16 223:15,23 225:1 225:25 226:14,25 228:22 229:4 230:5 233:12 234:11,18 239:18 244:10 246:13 263:21 276:23 279:6

conditioner 155:14

conditions 190:7,25 192:4 200:20 201:3 257:18

conduct 14:17,20

conference 6:8

conferencing 6:1

confident 62:14

confirm 19:12 105:7 116:1 261:18,19

confused 70:10

connect 15:20

connected 59:9 64:13 77:2,20 85:15 234:20

connection 6:25 87:4 227:2

consecutive 225:6

consent 2:4 29:17 32:13 32:21,25

considered 16:18 274:25 275:2,3,4,6

consistent 242:19

constitutes 255:11

consult 83:15

consumption 18:9 37:20 38:3

contact 73:5 74:18 230:21

231:7

contacted 73:5

contains 105:23

contend 196:1,20 197:20 200:11,19 201:2,14 202:15,23 203:9 205:9 206:8 228:25 231:16 233:3,8

contention 196:10 197:6 197:12 199:8 235:8,22 236:4

contents 193:2,7 206:16 283:5

continue 181:10 203:22 211:25 246:15

continued 5:16 27:14 50:18 95:16 96:1,7 98:15 105:3 115:23 117:1,15 158:1 176:20 177:16 242:23 254:17 264:12

continuing 255:7

continuous 224:24

contract 24:22 26:14 28:11 30:13,19 34:12,15 35:1,15 37:3,12 46:12 46:18 69:16,18 71:5,20 74:25 75:24 77:4,8 79:13 80:19 84:2,6 88:22 89:20 93:2,5 96:8 97:24 98:20 100:15 110:24,25 111:18 117:4 118:8 120:2,23 121:14 121:23 122:2,13,23 123:8,16 124:2,14 133:6 135:12 139:2,14 140:14 142:6,22 144:2 145:23 146:2 149:4,12,16 150:5 157:8,21 158:17 159:21 162:10 172:14 173:6 175:6 176:16 178:20 182:9 186:12 208:12 234:21 245:25 250:10 276:24 278:13

contracted 38:2 45:18 55:9 147:10 149:22 150:4,9 179:2 229:18

contracting 255:15,16

contractor 10:12 21:20 21:22 23:12,18,19 26:23

69:6 80:6 81:15,25 82:16 83:3,7,9,10 86:14 89:6,10,12,16 97:8,15 97:20 99:19,21 116:8 162:18 163:7 164:1,9 166:25 176:9 179:7 183:21,25 184:4,8,12,16 191:10,11,19,25 192:4,8 244:20 245:1,21 253:3 253:23 254:21,22 255:5 255:8,10,15 274:7 275:23 276:3 277:4

contractors 147:17,25 149:16,22 179:2 255:16

contractor's 82:3 254:10 255:10

contracts 10:10 150:4 205:3

contractual 229:11 230:14

conversation 45:11 73:13 118:23 119:6 148:5,6 220:12 221:12,16,22 222:5

conversations 44:16 148:3

convicted 11:8

copies 55:2 56:4 123:19 158:15

copy 19:19 55:5,8 62:6 81:14 116:4 278:14

corner 19:12 54:3 75:18 92:24 144:9 149:20 220:23 266:16

Corp 108:8 181:3,19 182:7,15,22 183:5,18 184:21 187:15

corporate 78:3

corporation 1:22 3:22 78:5 238:5 282:20

correct 5:20 6:5,6 11:17 12:13,14,20 13:6 16:12 16:22 17:8,17 18:6,7 19:15,16 20:1,2,12,17 20:18 22:16,20 24:1 26:18,24,25 32:21 33:1 34:7,22,23 35:3 41:11 41:14 43:18 44:5,13 45:9 51:2 52:2 53:12,13 54:4,5,10 55:16 61:12

61:13 62:23,24 64:16,17
64:20,21 65:2 71:21,25
78:6,20 79:6,10 80:7
81:9,10,13,21 82:8,23
85:11,19 86:3 88:23,24
89:21 90:16,23 91:17
93:4 95:12,20,21 96:3
96:10,11,15,16 98:20
99:1 100:6,9,10 101:2
101:16,21 102:5,20,22
103:6,7,10,15,24,25
104:20 105:9,15 106:2,8
106:9 107:3,4,8,9,12
108:3,16,17 109:7
111:10,12,15,16,19,20
113:6,7 115:1,15,16
116:3,12,13,15,16,21
121:19,20 123:1,2,5,6
125:23 126:3,7,8,16,17
126:21 128:6,7 129:17
129:20 130:15,23
131:20,21,25 132:3
133:19 136:5 138:14,15
139:2,3,6,7,9,10 140:2,5
140:6,16,19,24,25
141:14,20,21 143:14,20
143:21 144:14,21,22,25
145:3,5,6 148:1 149:6
149:17 150:6 151:7,20
153:4,13,14,20,21
155:19 156:16,19,20
157:4 158:6,7,14,18,22
160:4,8,9,25 161:2,3,7
161:10,11,15,19 162:15
162:16,21,22 163:1,2,5
163:9,10,20 164:3,6,7
164:11,12,20,21 166:10
166:11 167:8,21,24,25
168:14,19 169:11,12,15
169:20,21,24 170:4,5,7
170:16,18 171:2,5,6,9
171:14,15,18 174:5,14
174:15,16,21 175:3
181:19,20,23 182:1,4,23
183:6,9,12,15 184:6,10
184:14 192:20 193:4
194:9,10,14 195:24
200:9,10 203:10,15
204:11 205:7,22 207:5
207:14 210:21 212:7,8
212:12 213:13,14,17,18
213:20,21 217:10,22,23
218:1,2,21 222:2,7,8
226:20,21 228:9,10
233:25 234:9 237:24,25
238:17 239:15 240:15
241:23 243:3 244:22

251:18,19 256:20,23
257:7,11,12 260:1,2,10
260:11,22,23 261:4,17
262:1,2,5,6 269:16
270:3,24 271:5,16,17,19
271:20,23 272:5 273:5,6
274:5,9,13,14 275:20,21
275:25 276:1,11,13,14
276:17,18,21,24 277:7,9
278:4,10 279:10,11,17
283:10

corrections  284:3

correctly  20:11 64:4 69:3
89:17 166:16 238:9,16
239:3 240:14 255:19

correspondence  200:5,8
204:9

Cortez  39:14

cost  150:14,21 151:6
232:8 242:20 257:10

costs  255:14

couldn't  58:19 59:22 60:9
75:11 79:25 80:4 87:10
93:13,24 103:21 117:8
118:12 129:22 196:16
198:14 203:23 204:5
214:13 229:6 257:16
258:15 266:1

counsel  2:4 181:2,10
190:1,2 216:25 230:24
282:9

counting  46:14 74:6
225:19

COUNTY  282:3

couple  29:14 95:17
117:11,19 135:16
136:10 151:21 156:25
161:12 177:21 179:12
190:15 259:22 278:19

coupons  51:16,19

course  18:19

courses  12:5

court  1:1 3:21,23 6:3,19
8:5,12 19:1 29:18 32:14
33:20 217:14 257:25
282:5,12,15

Cove  11:5

cover  84:25

covered  69:20 219:1

covering  123:20

Crama  10:21

C-R-A-M-A  10:21

credit  93:15,16,20 94:19
94:24 98:23 164:14
228:6 229:6 230:7,13,17
230:20,25 231:5,9,14

credits  246:7

crime  11:9

cross  41:25

crossing  17:3

CSA  13:17,19 14:6 61:1,2
61:4,6,10 129:15

current  11:4 29:4 36:5
55:3,7,10 153:16

curtain  268:2,13,19,20,21

curtains  269:2

customer  58:25

customers  144:4,7 160:12
270:15 278:15

customer's  177:19

cut  117:13 235:6

cutting  92:2

## D

D  4:1

D&S  24:18,22,25 25:16
26:21 215:3 272:8,14

daily  17:5

Dam  161:5

damage  162:14,19 234:16
236:12

damages  228:25 230:1
231:15 233:3,7,18,21
234:8 235:9,23 236:5,18
236:23 240:13 255:12

DANA  3:23 33:19 282:5
282:19

dark  268:23 269:2,3

date  20:16,20 25:3 29:5
29:22 30:15,17 31:10,12
31:14 54:9 81:19,20

134:4,16 159:3 171:20
188:15 194:7,11 206:2
213:16 255:8 259:14
282:13,20 284:25

dated  108:15 158:21

dates  28:17,20 36:17

Davenport  12:2

Davis  108:9 187:19 188:1

day  2:2 7:15 12:24 39:16
47:14 49:23,25 51:5,18
52:1,11,12,13,18,22,23
52:25 53:15 55:21,23
56:3,6,13 74:11 93:16
108:21 117:22 121:4
130:4 141:2,7,12 142:24
143:5,20 144:3,14 145:2
145:5,8 147:11 185:10
191:21 259:9 266:9
283:15

days  40:6 47:18,20 51:2,8
52:11,15 84:20 86:2
117:11,19 125:23
134:18,19 136:10,13
137:5 242:11 247:7
259:22 277:25

daytime  142:20

day-to-day  129:18 144:10

deadhead  99:8

deadline  133:24

deal  121:8

dealership  110:4,5
185:23 187:9

dealing  139:19

debts  212:10 213:11

decals  48:9,14 84:15
85:13 251:1

December  1:16 2:2 26:16
26:17 93:21 159:16
160:24 170:3,18,20
171:4,5,20,24 174:15
181:25 183:11 184:8
194:13,16 213:12

decide  88:17

decided  42:24 43:8 46:18
71:1 96:14 114:6,7
117:3,22 172:13 175:1
218:19

**decision** 95:18 96:12 135:5 182:2 183:13 184:11

**decisions** 180:10

**declare** 240:8 283:3,5,9

**decline** 103:9

**declined** 179:15

**declining** 100:18,21

**deduct** 116:19 162:19,25 163:8 164:2,10 255:9

**deducted** 47:11 161:2,9 270:21

**deduction** 115:10 116:5 116:17 162:11 163:9,18 164:5,15 166:12 172:4 182:25 183:4,8,11,14,17 190:9,11,14,20,25 191:4 206:7,17 207:3,14,22

**deductions** 123:14 170:8 172:2,21 174:20 175:13 175:22 176:1,7

**default** 240:4,5 241:18

**Defendant** 2:3 3:8

**defendants** 1:11 186:10 186:18,20 187:1 194:21 195:3,11,21 196:1,11 197:13,20 223:20 224:2 224:8,18 225:22 226:5 234:7 236:22

**defined** 242:10

**delay** 36:18 154:7

**delays** 154:2,4,6

**deleted** 42:19,22

**deliver** 68:10 118:24 126:20 146:8 150:15

**delivered** 134:2 149:17 150:9 156:15 172:6

**delivering** 144:4 166:21 270:3

**delivery** 24:6 134:4 144:21 152:12,16 159:8 165:25 225:11

**demand** 218:5 240:6

**demanded** 216:4

**demands** 218:9

**demonstrate** 72:4

**Department** 13:4,11 14:7 129:12

**depended** 36:5 43:7 44:21

**depending** 52:15 125:25

**depends** 129:24 130:25 144:15 264:21

**DEPONENT** 281:2 284:25

**deposition** 1:13 2:1,7 5:25 8:10 9:4 19:23 90:14 92:7 117:15 176:20 189:5 280:25 284:3

**depositions** 5:22 6:24 33:15

**described** 95:7

**describing** 67:16 87:22

**desired** 61:3

**destroy** 178:17

**Detail** 88:25

**details** 50:11

**detention** 99:5,6

**developed** 131:13,16

**device** 64:25

**devices** 63:24 64:2

**Diane** 247:6,15

**didn't** 12:7 17:19,22,23 38:6,10,20 41:7 42:25 43:19 44:19 52:13 59:2 68:16,19 74:9 79:3,17 82:22 83:21 84:16 87:12 87:14,15 88:19 92:22 93:22 95:13 101:10,18 102:1,4,6,7,8,9,10,11 106:14 118:17 121:2,3 122:14 127:5 135:7 137:24 139:20 140:8 144:13,17 145:7,15,19 147:22 148:9,15,24 151:2,16 154:24 160:17 165:24 167:5 172:6 173:9,13 174:9 179:13 180:19 196:17 197:9 199:4,5 202:8,11,19 206:22 212:24 213:5 227:21,24 235:6 251:25

253:21 256:25 257:13 258:16 260:9 266:9 268:3 269:19

**diesel** 155:16 211:12 220:24

**difference** 132:16 140:21 151:2 173:22,24 232:23 272:18

**differences** 272:13

**different** 26:20,21 40:20 41:12 46:11 51:8 60:2 66:11 75:15,19 76:22 78:11 85:2 88:19 112:14 113:16 114:2,3 117:6 121:10 125:14 144:19 144:20,23 145:1,4,12,17 157:15,20 201:9 232:5 247:24 250:19 254:3,7,8 260:19 277:19

**difficult** 36:10

**DIRECT** 4:5 5:5

**Directing** 181:13 182:24 183:20 192:11,25 206:6

**directions** 181:9

**directly** 22:24 23:24

**discharged** 212:11 213:11

**disciplined** 135:23

**disclosed** 176:8

**discount** 51:23

**discuss** 191:4 192:7 220:9

**discussed** 44:15 118:24 190:3 218:22 219:2,5 221:15,21 233:7

**discussing** 87:19 252:14 252:21

**discussion** 218:17 220:2 264:11

**dispatch** 150:13 171:20

**dispatched** 124:15 159:4 171:24

**dispatcher** 91:7 117:23 118:4,6,11 119:13 133:12 172:17 175:19 218:18,23 219:8,18 260:24 263:3

**disposed** 2:15

**disputing** 78:6

**distance** 15:5 139:9

**DISTRICT** 1:1 29:18 32:14 181:4,5

**divide** 174:23 212:3

**docked** 131:5

**doctor** 55:19

**document** 4:20 19:2,6,17 53:22 54:2,13 60:12 81:2,11 104:21,24 106:22 107:8,14 115:4 158:9 180:13 182:18 187:18 192:15 193:2,7 193:11 216:15,23 217:8 217:16,24 227:18 239:13,22 242:6 246:4,8 247:3,19,22,25 248:5,12 249:19,22 250:3,9,16 254:7,19

**documented** 221:18

**documenting** 261:21

**documents** 9:16 10:9 31:23,24 32:4 60:15,16 178:9,13 188:7 219:4 221:14 226:4 227:6,7,16 230:19 231:4 233:16 236:9 261:21

**does** 1:9 8:18 28:17,24 37:5 53:2,6 82:5 160:2,5 162:1 168:11 173:25 218:3 232:23 239:9 242:6 244:7 246:15 248:18 255:21

**doesn't** 6:20 11:3 28:20 29:1 36:12,17 54:20 66:9 91:5 94:14 132:16 159:10 173:21,24 174:24 187:18 202:5 272:18

**doing** 38:17 50:12 69:1,4 70:17 85:2,7 87:2 126:13 130:3,4 133:3 137:6,7 139:21,24 140:3 140:7,9 142:3 165:17 186:12 235:15

**dollar** 173:8 271:21

**dollars** 44:2 90:3,4,6 94:1 167:8,20 173:5,20,23,25

174:13 232:8 256:20
271:24

**done** 20:25 54:15 70:20
80:3 84:13 92:8 101:6
122:16 131:10 138:4
141:5 153:18 235:6,7
272:23

**Donner** 108:23 188:5

**don't** 6:22 7:3,7,10 9:13
10:25 15:13 25:2 30:5
30:17 31:12 32:4 33:5
35:4,8,12,16 39:4 45:12
46:7,20 48:7 49:21 50:8
50:9 51:7 54:14 56:2,8
57:8,15,24 58:11 60:24
62:9,21 63:6 64:3 66:2
67:3,4 70:10,15,18,22
72:9,13,14,17 77:18
78:25 80:15 82:12 84:8
84:9 85:3 86:15,16
88:13 89:22 90:1,2,15
90:23 93:22 94:21 99:7
99:9,12,17 100:13,23,25
101:11 108:21 109:22
110:1 118:5 121:11
124:3,10 126:6 129:18
131:7,18,19 132:3,11
135:1,13 136:12,19
137:3,13,15 142:20
145:13,18 146:4 147:12
147:15,18 148:7,8,20,22
148:23 149:14,18,23
150:11,12 156:23
157:13,18 159:14
160:13,18 165:1 172:25
177:22 178:17,25 179:4
187:16,23,25 188:4,15
200:23,24 203:1,2,16
206:1,13,15 207:19
208:13,16 209:1,6 210:1
210:3 214:5 220:4,15
223:16 224:11 231:6
232:24 235:2 246:14,18
251:23,24 252:3 260:15
271:10,13,18 272:22,24

**door** 264:1

**DOT** 14:5 55:15,19 129:5
141:10 143:5

**down** 6:4 8:6 43:8 44:4
57:19 66:8 70:2,9,22
75:20 90:1 93:18 112:4
131:23 133:1,2 155:10
175:25 219:13 230:7
233:1 259:19 267:13

**drew** 38:18 43:10

**drive** 15:15 16:21 57:5
67:14 71:11 101:11
121:16 128:5,22,24
131:19 142:23 143:9
144:16,18 145:1 256:6
257:1 260:6

**driver** 13:22 14:1,18 15:8
20:13 22:9,10,11 24:12
24:19 25:1,25 26:22
28:10,12 36:7,11 37:13
37:15 38:15 39:9 40:12
44:11,12 46:9,11,15
54:6 56:16 57:2 58:8
59:25 61:2 62:3,7 63:15
64:19 80:10 85:16 95:23
96:4,5 105:14 121:10
123:4 124:20,24 127:8
127:17 128:11 129:22
131:23 132:1,15 141:11
147:10 150:9 151:12
152:4,12 153:9,12,18,25
155:7 157:5 163:4,8
175:4 179:20 253:9,13
259:8 260:5 268:21
276:7,12,15 278:7

**drivers** 75:14 121:15
129:18 132:21 138:22
180:3 260:1

**driver's** 39:13 61:14,22
105:19 123:1

**drives** 128:11

**driving** 12:13,15,17,21
13:8,15 14:10,21 15:1,9
15:16,22 16:13,20 17:13
18:17 21:3 22:4,8 28:19
28:25 35:25 37:21 49:6
61:12 67:18 68:14
123:18 127:22 128:3,20
128:23 129:6,13 130:3
130:11,14,18,20 131:3
131:23 132:9,25 133:1
138:19 139:5,8,9,11,13
140:1,16 141:24 143:2
143:10 144:11 239:10
265:21 279:3

**drop** 58:11,12 60:19,22
119:3 121:1 126:6,8,10
126:13 127:3 274:24

**drop-and-hook** 126:3,23

**drop-and-hooks** 59:6

**Dropped** 58:6

**drove** 17:2 39:9 85:10
109:12 114:8 144:5
165:3,22 180:5

**drug** 56:9,10 71:10,13
72:3 161:17,21,22

**drugs** 8:20 15:17,19

**dry** 125:15,16

**due** 240:11

**duly** 5:3 282:11

**during** 14:10,18,21 15:1
16:19 21:12 44:15 57:25
68:8,10 69:25 72:19,20
73:10 84:6 87:19 89:13
95:23 99:11 100:12
118:22 119:5 124:21
138:18 142:19,23
161:22 181:10 193:14
193:19,23 194:2 219:2,5
220:12 221:12,15,22
222:4 253:9,13

**duty** 38:5 139:4,18 140:5
140:12 141:5 142:2
143:10,17 145:4 155:6
156:6 262:4,5,7 264:6

---

# E

**E** 3:1 4:1 282:1

**each** 8:2 20:24 21:8 28:18
51:4 93:4 100:16 141:2
141:12 144:14,19,23
145:2,5,12,14 168:17
261:16,19

**earlier** 9:16 37:19 41:20
86:17,24 90:13 97:3
128:2 156:17 163:3
172:18 204:8 205:20
216:25 225:10 241:21
243:21 244:19,25
245:14 252:11 253:8
259:25 260:9,21 261:23
264:15 267:1 269:14
270:2 271:13 272:2
273:2 274:6,11

**early** 41:19 87:6 169:11
255:9,11 256:1 257:18
275:24 276:4 277:6

**earned** 193:19

**earning** 88:3

**easily** 36:2

**East** 11:5

**eastern** 75:18 92:24 144:9
149:20 181:4 220:23

**easy** 92:7

**eat** 137:14 142:18,20
151:3 269:25

**eating** 144:12

**ECKHART** 3:9 4:5,6 5:7
5:17 9:18 16:8 19:1,9
22:2,17 27:15 30:10
31:19,22 32:5 33:7,13
33:19,22,24 50:10,19
53:25 71:17 78:10 80:24
81:5 92:5,25 94:10,15
98:11,16 99:25 103:22
105:4 106:25 115:8,20
115:24 116:22 117:2,12
117:16 120:8,15,21
128:1 132:19 140:20
142:10 143:11 157:23
158:2,12 167:11,16
176:12,17,22 177:1,6,13
177:17 179:23 180:21
226:15 231:11 237:14
238:18,22 239:16
240:18 241:5,9,10 243:4
243:16 244:3,11,17
245:10,12 246:11,12,25
247:1,9,11,16 248:2
249:13 250:5,7 251:6
252:17 253:15,16,25
257:20 258:2,5,8 262:22
262:23 263:20,22
265:17 267:7 268:9,10
269:7,8 270:13 274:15
275:14,15 277:2,10
278:17

**ECN** 1:8

**edit** 142:3

**EFC** 238:4

**effective** 81:20 213:12
255:8

**effort** 255:13

**eight** 50:12 95:8 217:14
242:2

**either** 33:10 48:19 67:23
68:1,2 102:6,9 103:9
126:10,15 139:21,22
140:5 147:23 155:6
179:14,15 210:2 212:14

220:3 246:18 254:4
260:19

elbow 258:1,4,9,12

elect 101:8 103:9

elected 61:21 163:4

electing 100:17

electronic 18:1,3,6

Element 1:9 107:5,19
108:8 115:10 116:6,20
181:2,18 182:7,14,19,21
182:22 183:4,18 184:20
187:15 197:24 198:23
199:8,15 200:5,8,24
204:3,4,10,18,22 208:17
209:14 214:21 215:8,11
216:4,9 217:25 218:4,8
218:12 222:7,11 226:11
226:19,23 227:1,7,9,11
227:14 228:20 234:15
235:8,18,22 236:4,11
238:4 254:2 274:1
279:12,13 280:6

Element's 198:1,6 229:1
230:2 231:17 233:4,9,23

else 9:7 10:7,13 39:8
44:14 46:3 58:1,2 59:12
60:17 64:19 69:19 75:4
76:25 80:19 84:16 87:14
117:9 118:22 119:5,12
121:8 126:11 142:3
151:17 154:5 178:13
182:18 187:23 190:3
195:9 198:14 204:16
211:2,5 219:9,19 220:11
221:3,11 228:18 231:25
252:1 256:10,11 257:2,4
257:15 258:20 260:5,8
275:10

else's 41:23

elsewhere 60:9 100:25
102:12 104:1

email 33:17 247:14

e-mail 32:7 42:6,8 175:7
175:8 178:19

e-mailed 40:9 41:22
192:18

e-mails 42:15

emergency 106:17

employed 185:25 186:3,6

186:9,11,16,21 187:1,6
219:24 229:17

employee 22:10 23:22
282:9

empty 118:25 126:9,12

end 33:8,9 46:16 56:18
69:15 72:14 85:22 93:13
109:5 110:2 135:14,15
141:1 148:14 162:4
180:13 232:20 240:10

ended 26:14 85:23

endorsement 106:15

ends 82:8,17 111:15
231:20

endured 232:13

enforce 234:15 235:9,22
236:4,12,17 279:2,13,17
279:21 280:3,7

enforced 280:1

enforcing 234:8

engaged 30:15

enough 46:4 64:4,5 87:15
90:11 145:20 175:2
203:17 208:13 221:2
234:25 259:20 261:9
273:3 274:3 276:10
277:18

enriched 234:7

enter 67:25

entered 181:17,21 183:3
183:7,24 184:3

entire 8:4 205:6 220:12
240:8 241:3,19

entirely 188:19 204:21

entirety 185:2,6 190:11

entities 192:22 195:5
204:4 215:25

entity 182:6,14 183:17
184:16 194:17 195:13
195:22 214:25 215:2,12
215:22 216:4,9 218:1,4
218:8,12 222:7,11
236:17 248:12 279:16
279:20 280:2,7

entry 67:20

EOD 18:5

EOD's 17:24

equipment 82:3 102:15
121:25 122:12 187:11

equity 257:9,13

ERRATA 284:1

escrow 104:9,11,14,18
122:9 162:8,12 173:1
270:23 271:1,3,7

especially 7:25 154:12

ESQ 3:4,9,13

estimate 27:4 146:13
150:14,21

estimated 146:13

ETA 152:13

ETTER 3:13 4:5,7 6:7
33:9 50:16 180:24 181:1
190:4 191:8 195:2,10,16
195:25 196:6,19 197:4
197:11,18 198:3,19
199:7,13 200:3,18 201:1
201:11,19 202:7,21
203:5,14 204:1 205:5,15
206:14,24 207:12,20
208:3,7,15 209:3,12,18
210:4,15 211:4,17 217:5
217:12,19 222:20 223:2
223:18,25 224:6,16,22
225:4,14 226:2,10,18
227:3 228:1,24 229:9
230:12 231:8,12 232:19
233:15 234:14 235:4,16
236:1,8,16,21 237:2,19
239:19 240:19,22
241:12 243:6,13,14
244:1,2,9,10,15,16
250:12,13 256:14
278:19,21 280:15,20,23

Etter's 244:5

even 35:16 45:14 72:25
73:20 87:9 90:11 111:23
112:16 118:17 128:2,13
131:10 146:12,13
152:18 160:13 165:1
178:25 197:25 212:21
229:21 252:3 257:19
258:19 265:25 271:11
272:23

evening 51:17,19 109:12

event 240:5 255:5

eventually 96:9 242:20

ever 11:8,11 25:21 32:6
32:10 34:24 75:23 99:3
101:15 119:11 120:9,16
121:15 127:10,13
134:20 135:22,25
141:22 142:18 150:14
151:9,12,23 155:7 156:7
157:19 165:21 175:12
175:21 177:7,18 184:24
189:13 191:4,11,16
192:7 194:20 195:3,11
195:21 200:4,8 204:2,8
211:18 220:10 222:13
223:12,19 224:1,7,17,24
228:6 234:15 260:15,24
261:2 262:25 270:25
271:8 278:13 279:2,7

every 70:8 72:22 74:20
89:23 90:2,6,7 120:3
135:20 144:3 145:8
199:14

everybody 36:12,13 76:5
87:13 88:15 96:6 110:17
110:19 112:2 265:9

everyday 129:21 131:24
132:2

everyone 64:5 113:23

everything 6:4 14:2 18:24
42:4 54:24 57:4 65:13
67:13 69:12,24 75:3
84:16,23 86:9 109:21,22
109:24 110:2,3,20,22
119:19 121:6,7,13
178:13 180:11,12,14,16
199:20 210:14,16,18,23
211:6,22 212:15,18
213:7 219:1 221:21
229:5 233:13 234:21
249:5 253:5 273:13,14

everywhere 39:11 92:22

evidenced 282:13

evidencing 231:5

exact 25:2 28:20 30:17
39:4 80:15 100:14
149:18 159:11 164:25
165:3,8,9 188:15 202:19
206:2

exactly 16:6 21:16 27:19
44:17 47:16 52:10 57:24
67:4 73:25 99:13 125:6

Gale S. Carter                                                      December 4, 2018

152:23 169:1 203:2
207:19 220:15 231:2
263:12

**EXAMINATION** 4:3 5:5
180:23 237:6 275:13
278:20

examine 55:19

examined 5:3

example 158:25

except 58:13 260:18
283:6

excepted 152:16

exclusively 197:7

excuse 41:1 171:5

Executed 283:15

executing 83:16

exercises 63:16

exhibit 4:10,11 19:6,11
21:19 26:1 33:25 41:6,8
52:19 53:19,22 54:2
69:21 80:25 81:2,7,8,19
81:24 82:2,17 88:22
89:1,3 96:17 100:2
104:3,22,24 105:6,7
106:20,22 107:1 111:5
115:2,4,9 116:1 158:4,5
158:9,20 162:18 166:7
171:11 181:15 182:13
183:1,22 191:14 192:11
193:1 201:21 206:6
217:1,13,16,21 237:13
245:5 249:19,22 250:6
254:13 278:22

exhibits 115:18

exit 67:21,25 219:14,23

expect 89:23 90:1,2
128:10 247:7 248:6

expected 152:13 153:22
153:23 242:14

expecting 110:16,18

**EXPEDITED** 1:13

expense 66:13,18 150:14
154:22 215:24 218:14

expenses 123:15 124:1
193:23 255:14

experience 36:6 37:23

64:8 68:17 93:1 128:10
128:18 179:16 248:18
272:15

experiences 272:14

expiration 282:13,20

explain 41:21 84:22 259:5
273:7

explained 43:4,5 94:5
102:1 152:5 204:5

explanation 235:20

explored 103:13

extent 9:8 16:2 21:23
22:13 30:1 31:21 83:21
89:14 132:4 139:15
176:10 179:8 189:24
194:23 199:16,18
200:13 222:15,23
223:22 224:25 234:10
280:17

extents 127:19

extra 112:16

## F

F 282:1

facilities 66:11 178:2

facility 177:19

fact 8:17 78:2,12,23 187:5
199:14 227:11 276:9
279:8

factor 147:4

facts 186:24 198:4 209:13
227:12,19 236:3

fade 124:7,10

failure 166:13 167:2

fair 7:12,13,23 36:3,19
73:8 79:15 120:3,10,16
131:24 144:1 169:14
177:2 208:4,9 271:15

fairly 36:2

falling 118:13

false 90:19

falsified 142:7

familiar 11:3 13:3,10
14:14 17:16,18 152:21
152:25 247:23

family 43:13 90:12 93:14
94:4,7,8,13 95:14 169:6
173:11,23 174:1 210:1
211:16 214:6 232:4,25
252:10 270:1

far 68:15 104:17 112:2
118:19 146:17 195:15
195:20 205:4 210:11
266:8 275:8

fast 69:9

fasten 66:8

fatigue 15:9

fault 215:5

**FEARY** 3:10

fed 51:17

federal 2:8 97:23 105:20
131:17

FedEx 22:4 23:13,18,20
23:21

FedEx's 23:23

fee 88:9,12,21 95:7
116:15 163:11,12,22
164:2 172:20 255:9,11
256:1,8 273:21,24 274:2
275:25 276:5 277:7

feed 93:13 94:14 214:5

feeds 94:13

feel 234:19

feet 67:24 68:2

fell 229:7

felt 252:4 278:7

few 12:1 50:24 70:2 78:14
96:18 117:11 125:23
138:3 237:3,19 247:7
256:7

Fifteen 228:9

fifth 118:11

figure 70:17 71:12 80:22
102:17 146:9

figured 45:25 77:19

file 214:4,8,15

filed 29:17 30:22,25
32:14,21 33:1 70:12
123:17 181:4 212:6,21
213:1,6,10,19 214:12

234:4

filing 189:15,21 191:3
192:9 213:16,22

fill 227:15

filled 19:20 40:24 41:9,12
41:18 52:18,23 53:10
101:15,20 103:8 187:21
227:22 228:3,14

filling 29:16 57:6 100:11
100:15

final 171:16 215:15 219:8
219:18 257:10 271:12

finally 171:10

financed 200:24 226:17
226:19,20

financer 198:10

financial 1:8 83:15 108:8
116:6 181:18 182:7,14
182:17,22 183:4,18
184:20 187:15 200:24
210:11 232:7 238:5

financially 225:22 226:6
282:10

financing 198:1,21

find 36:11,14,23,24
201:24 202:8,19,22
203:4,17 206:12 207:19
208:13,25 214:13 265:6
265:7 275:5 276:16

finding 248:25

fine 54:20 121:6,7 167:12
172:19 258:8

fines 203:24

finger 268:2

fingers 268:25

finish 11:20 12:7,22 85:8
92:1,3 114:12 138:6,8
143:18,19 149:25 157:6
248:9

finished 12:25 18:18,19
29:15

fire 27:12

**FIRM** 3:21

first 5:3 6:10,15 21:1
22:23 27:6,7,8,17,22
31:10,14 32:2 34:3 41:2

Gale S. Carter

December 4, 2018

41:13,19 43:15 45:11
46:8 47:1 48:11,19,21
49:22 52:23,25 54:21
55:2 61:5 63:9,12 81:7
81:19,24 87:4 89:3
107:2,7 109:16 110:8,13
111:4 115:9 125:1 156:5
158:5,19 159:20 161:17
168:2 174:2,4,5 179:5
185:8 190:19 191:24
194:7 203:18 205:24
214:8 220:7 222:21
223:9 234:2 239:6
247:15 249:2 256:7
262:4,7 276:12

**five** 16:7 37:9 46:14 47:19
51:2 63:19 73:24,25
74:5,14 76:2,8 77:22
80:13,16 84:20 86:2,6
119:25 138:5 143:16
254:15 269:6

**flap** 122:8 172:21,23

**flaps** 271:11

**flawed** 6:25

**fleet** 181:3 238:8

**flight** 254:15 264:8

**Flying** 161:5

**FMCSR** 105:17

**follow** 178:15

**following** 15:4 240:8
282:13

**follows** 5:4,16 27:14
50:18 98:15 105:3
115:23 117:1,15 158:1
176:20 177:16 242:23
254:17 264:12

**food** 51:14 169:6

**foot** 68:1

**FORBES** 1:4 10:18

**force** 196:2,12

**forced** 197:6,13 198:15
222:13,22 223:10,21
229:2 230:3 231:17
233:5,9,23

**foregoing** 283:4,10

**forget** 76:12 155:13

**forgot** 12:24 31:7 52:6

110:19 152:23,24,25
200:17 216:7

**form** 29:17,25 32:13,25
61:3 67:1 78:8 161:25
162:3 175:23 239:17

**formalities** 2:10

**formally** 231:8

**forms** 2:10

**forth** 240:10

**found** 36:12 110:6 151:20
175:16

**foundation** 226:15,25
228:21 241:9 248:3
249:14 250:11

**four** 46:13 47:19 51:2
52:15 63:18,19 84:20
86:2 138:20

**fourth** 49:23 56:25
118:10

**FOX** 3:13

**frame** 212:3 258:19
262:20

**free** 51:22,24

**freight** 91:13 125:12,18

**freightliners** 112:9,13

**frequently** 74:16,24

**fresh** 130:2

**Friday** 263:3

**fridge** 269:24

**from** 8:9,12,21 9:6,17
10:24 12:22 22:24 24:4
24:20 29:5,11 32:11
33:7,9,15 35:6,10,13
36:2 37:22 38:19 40:3
42:15 44:11 46:17 47:10
47:11 51:21 59:11,20
64:19 66:12 69:24 71:15
74:19 77:19 79:14,17,18
79:19 81:11 82:11 84:6
87:18 89:21 90:18 95:8
95:22 100:8 101:7
102:17,19,20 107:18
110:12 112:17 113:24
114:11 116:20
117:20,21
118:19 119:16,17
120:17 122:19,22

125:24 132:13 133:10
135:17,22,25 141:7
156:22 158:16 159:7
160:12 161:2,21 162:20
165:16 169:19 171:4,13
171:17 176:2 192:16,17
192:22 194:15 204:3,10
215:8 216:6,20 217:1,22
217:25 218:5,9 220:8
221:25 225:22 226:6
228:2 229:20 232:17
236:23 237:2 238:4
246:23 247:15 248:13
254:13 255:9 256:11
268:15 270:22,25 275:8
275:9,20 276:4 278:17
279:13,16,18,20 280:2
280:24 284:5

**front** 33:25 187:22 217:2
250:3

**fuel** 18:8 37:19 38:3,13,16
38:17,19,21 42:4 75:3
75:20 123:17 150:14,15
150:22 151:6 160:5,8,11
160:14,16,22 161:1,5,9
162:5 179:19,20,21,22
180:15 234:25 235:1
273:13

**fueled** 38:22

**fueling** 18:23

**full** 5:10 38:8 125:2,4,5
143:20 144:16

**fully** 18:1 83:11,18
130:21 131:5

**fund** 270:23 271:1,3,7

**furnish** 89:11

**further** 45:7 220:24 237:2
278:17 280:23 281:2
282:8,11,14

**future** 214:16

## G

**gained** 257:9

**GALE** 1:4,15 2:1 4:4 5:2
5:12 9:10 108:1 109:3
283:22

**gallon** 38:4 150:24,25

**GARVIN** 3:10

**gas** 38:8

**gave** 34:17 40:8 50:7
51:16 75:2 101:17,19
110:5 159:18 213:1
260:14 276:12

**general** 126:22

**generally** 144:11 147:7
264:18

**generate** 96:9,13

**generating** 46:4 276:10

**gentleman** 92:12 185:17
185:19,22 204:13
252:25

**gentlemen** 204:15

**get** 8:10 14:2 15:12 18:12
33:2 35:18 38:8,22 43:4
51:22 54:22 55:18 61:17
66:11,17 70:6,10,16,21
70:22 77:6,10,14 83:22
84:12,13,14,15,16 87:16
91:2,5,20 92:17 95:2,15
95:19 99:7 100:25 101:5
101:12 102:2 103:5,21
104:1 112:7,15 114:1,6
118:16,20 119:11 128:4
128:18 131:7 133:17
134:19 138:7 151:10,23
152:7,14,20 154:3,21
156:4,19 162:3 174:9
175:7 176:14 177:24
179:13 187:8 197:3
200:24 211:12,13,14
213:3 220:21,25 225:11
225:12,13 227:23 228:2
228:3 229:19 230:21,23
234:24 248:8,21 259:13
259:23 260:19 261:10
261:11 262:11,16 263:5
263:8,11,16 264:1,6,8
264:23 265:1,24 266:1,2
267:20,22,23 269:6,12
270:25 272:22 273:3

**gets** 8:6

**getting** 37:23 95:15,22
100:22 105:22 175:19
224:13 229:22,25 230:6
230:8 231:14 276:8

**give** 6:18 13:20 18:8 42:4
49:11 124:6 134:15
146:12 150:25 152:13
159:10 165:2,10 166:18
175:25 189:12 196:16
199:5 235:19 237:4

247:9 267:19 270:15

**given** 72:20 73:7 123:22
146:1 147:11,20 181:9
199:3 251:12 276:16
278:2

**gives** 159:9

**giving** 75:9 86:8 90:19
91:4 284:3

**gmail** 42:14

**go** 5:21,23 6:11 17:4
18:20 20:22 37:7 38:18
43:8 46:21 50:10 54:17
59:12 60:9 63:11 64:14
65:14 69:12 70:8,17
75:7,8,15,18,22 76:3,9
76:16 77:3 79:24,25
81:11 84:24 85:25 86:3
87:7,11 88:1 92:3,9,23
93:8 98:11 100:24
101:12 102:2,7,12
103:21 104:1 109:6,7
111:5 112:14 115:20
117:8 118:20 126:19
127:5,13 128:14,17
129:2 130:6,16 136:19
138:12 141:5 142:3
154:9 155:5,8 157:23
158:24 159:17 165:11
165:12 168:20 177:24
179:13,20,21,25 187:8
198:14 199:25 214:4
227:23 231:21 234:24
235:5 240:25 248:7,10
249:8 250:23 253:7
257:1 258:19,25 259:21
259:23 262:10,16
264:22 265:2 268:4,11
269:1

**goes** 19:14 60:24 67:10
100:8 107:10 158:13

**going** 6:5,9 7:3,11 16:7
18:24 20:23 21:9 27:12
31:17 33:13 45:4 63:25
64:8 69:12 71:10 73:1
75:20,21 77:7 86:9
90:20 91:16,20,22 92:8
93:7,10,11 94:12 95:19
96:13 98:19 100:13,14
101:13 117:25 119:2
128:17 130:24 132:7,18
132:24 133:14 134:2
138:6,11 146:24 151:3
152:18 154:7,13 165:3,8

176:4 177:13 178:15
189:10 196:8 202:4
203:3 214:4 216:10
232:1,12 233:1 238:1,3
248:8 249:20 255:23,25
259:9 263:4 265:4 268:4
277:6 278:4

**gone** 75:12 130:18 263:6

**good** 5:8 15:7 38:3 71:11
87:2 91:2,22 180:25
248:21 252:2 265:8
266:14

**goods** 125:13

**Google** 79:1,5

**Googling** 37:18

**got** 15:4,15,19 18:14
20:16 21:3 24:4 27:12
31:25 37:17 45:14 48:17
54:9 55:5,7 58:15 64:8
67:17,23 68:1,18 73:18
76:17 82:7 85:2,6,10,13
86:4,5,6 93:18 97:6,13
99:6 102:14 109:6,11
110:18 112:3 113:25
124:8 127:23 130:11,12
132:9,10,17 133:14
135:20 137:15,16 143:1
146:7 148:10 149:10
150:23 151:3,16 152:6
153:16 156:10,24
166:16,19,22 168:16
172:6,19,25 173:8,22
175:16 189:11 191:15
199:21,22 200:1 210:12
210:13 211:3 214:5,9,10
217:3 221:9 227:2,15
229:5,6 234:23,25
237:17 245:7 247:16
259:9 261:12,20 264:7
265:9,11 266:22 267:11
270:5

**gotten** 70:11 103:23
230:16

**GPS** 122:3 165:24 166:1
166:3

**GPS's** 122:3

**grade** 11:21,23

**graduate** 11:18 230:11

**graduating** 230:8 252:9

**grandstand** 94:17

**Grant** 3:14 10:23

**Greatwide** 76:14 78:15
79:3

**Greyhound** 248:14

**growing** 232:3

**GSC276@gmail.com**
42:10,13

**guaranteed** 89:20

**guarantees** 93:3

**guess** 6:20 137:3 146:5,6
241:20 257:24

**guessing** 80:14

**guidance** 130:1

**guide** 4:16 106:17

**guy** 48:10 50:6 121:3
130:2 148:21

**guys** 50:13 116:23 148:23
250:4 254:14 264:7

## H

**H&R** 123:13

**had** 17:3 18:20 26:8 27:2
28:25 29:10 30:8 32:19
32:22,24 34:16 35:21
37:8 38:18 39:8,9,10
44:1 45:18 46:13 48:16
52:5 55:6,7,13,25 56:6
58:25 62:1 65:13 66:6,7
68:17 70:7 71:3,18,23
73:1,4,5 75:9 77:14
83:14,18 84:15,23 87:4
87:14,16 90:9,10,25
91:1 94:1,2,18 98:1
102:2,4,11,12,19,25
103:5,12,19,25 106:10
109:21,23 111:1,18,23
112:14,16 113:5,18,23
114:1,8 117:7 118:6
119:3 120:3,25 121:1,7
121:13 122:3,6,19,22
124:21 125:13 130:3,10
133:18 134:19,25 136:9
137:25 142:14 143:8,16
144:16,20,23 145:16,20
146:8,15 153:19 155:5,9
155:23 156:12,17
159:17 162:3 163:3
164:25 165:1 171:20
172:23 173:4,9,13,19

174:7 177:19,21,24
178:22,23 179:2,6,14
180:10 186:11 197:21
198:15 200:8 204:8,9
211:10,18 212:22
215:15 216:25 218:18
222:6,10 225:10 228:6
229:8 230:8,9,16 237:23
243:2 248:20 249:7
250:18 252:9 253:7
258:19 259:7 263:2,7
265:14 266:10 267:14
268:21 270:1 273:10
274:19 275:8 277:14

**hadn't** 18:1 257:19

**half** 28:7 74:22 177:14

**hand** 19:12 29:11 68:2
80:24 84:19,21

**handbook** 62:3,7,19,23
65:16 105:15 253:9,13

**handbooks** 253:6

**handed** 19:10 54:1 81:6
105:6 107:1 158:3
217:20

**handout** 66:24 67:4

**hands** 45:15,25 67:24
68:1

**hanging** 257:14

**HANSON** 3:10

**happen** 56:7 214:2,7

**happened** 30:4 55:22,23
62:1 73:14 109:15
120:22 134:23 174:14
214:11 249:3 256:2,25
261:13

**happens** 89:24

**hard** 8:1 41:16 68:16
231:22

**harder** 224:14 230:10

**hardship** 232:3,7,12

**harm** 209:19,21 210:5

**has** 8:11 13:12 19:10
31:23 36:7,10,18 54:1,3
57:16 79:12,20 81:7
83:10,14 89:11 100:17
105:6,7 107:1 116:2
127:1 130:14,18,19
158:4 169:22 170:8

Gale S. Carter                                                              December 4, 2018

198:25 200:14 201:6
208:22 216:4 217:20
218:4,8,12

**hat** 260:14

**haul** 77:7 96:2 106:14
117:6 133:11 157:19

**hauled** 144:4 147:17,18
150:4 278:15

**Haulers** 24:19,23 25:16
26:22 215:3 272:8,14

**hauling** 85:18 125:12
172:13

**haven't** 32:8 74:21 93:18
177:12 190:3

**having** 5:3 45:7 57:21
100:20 179:24 229:22
229:23

**Hayes** 10:18

**HAYS** 1:4

**hazardous** 66:6,7

**hazmat** 16:14,16,18 66:3
106:14,15

**he** 31:23,25 32:1 39:10
41:24 43:4,5,11,15,21
43:24,25 44:10,18,23,25
45:1,15,20,24 48:8,13
48:16,23 49:9,13,15,20
60:15 68:16,20,21 72:9
72:11,18 90:17,22 91:24
92:13,16 113:22 114:2
117:13 118:5,10,14,15
118:25 119:5,15 133:13
172:18 185:16,18,23,25
186:1,3,6,9,11,12,15,20
186:21 187:5,12,13,22
187:24 188:3 204:18
240:20 250:11 252:24
253:5,6 259:11,12

**head** 6:17 46:6 118:11
124:24

**heading** 47:5

**healthcare** 280:11

**hear** 36:13 42:24 121:15
154:19,21

**hired** 22:10 71:12,15
72:22 197:23 260:1

**his** 10:25 23:22 32:1
39:14 45:15,25 48:11,18

**hearing** 2:15 160:13

**heat** 155:15

**heavy** 38:5

**HELD** 264:11

**help** 32:1 84:18 187:18
272:21

**her** 33:17 34:18 46:7,8
124:25 125:1 148:20

**here** 27:12 36:16 54:6
92:9 109:22 133:14
202:13 203:8 205:16
206:15 216:8 217:3
233:20 236:2 238:2
265:10

**hereby** 20:6,8 282:6
283:3

**herein** 238:15 239:2

**here's** 228:10

**HERETO** 19:8 53:24
81:4 105:1 106:24 115:6
158:11 217:18 249:24

**he's** 23:19 25:20 31:25
204:17,18

**Hey** 264:7

**Hi** 5:9

**hidden** 266:24

**high** 11:13,14,22

**higher** 151:10

**highway** 3:5 17:1

**Hill** 3:6

**hills** 75:20 220:24

**him** 24:4 39:18 44:16,18
45:13,14,18,23 46:1
48:10,22 91:8 92:1,3
118:7,10,12,13,18,20
119:1,2,7,8 130:3
167:10 176:18 209:10
240:20 253:1

**hip** 258:4

**hire** 36:13 42:24 121:15
154:19,21

**heard** 68:4 120:3 125:10
222:13 223:9,12,16
256:11

48:20 50:8 92:1 103:17
148:22 170:25 185:21
198:25 204:24 206:19
209:17

**history** 20:23 35:24 278:2

**hit** 167:6 172:19 270:10

**hitting** 266:16

**hold** 71:15 92:5 230:7
268:9 279:23

**holding** 68:1 105:11

**home** 34:21 35:2 75:7,8
75:10,11 93:23 94:7,8
118:19,20 148:16
152:18,20 174:24
210:12,13 220:3,25
221:1 231:23 232:25
258:21,25 259:6,10,13
259:23,24 264:24
269:20,23 270:1 273:17
275:9

**honest** 208:24

**hop** 130:20

**hoping** 201:8

**Horn** 11:5

**horning** 110:9

**host** 33:15

**hosting** 33:16

**hotel** 51:11,12 52:3,9
248:9,14

**hour** 49:16 146:23 147:5
147:8 177:14 265:1

**hours** 13:4,7 65:1,2
106:11 129:12 131:17
138:3,5,13,18,22 143:5
143:9,14 144:14,16
145:2,5,12,13,15,17,20
145:22,25 146:10,14,20
147:10,13 164:23 177:9
225:5,6,11,12,17,19
269:6

**house** 213:9

**household** 83:25

**how** 5:9 9:11,19 10:23
12:21 14:11,17,20 15:19
16:17,20 17:13 27:5,17
27:22 28:1,5,13 30:24
37:16,21 38:7,8,21,23

38:24 40:6,20 44:17,23
45:10,22 46:4,11 47:1
47:18,24 49:11 51:6
52:8,11 63:8 65:6,25
66:8 70:19,20 71:11
73:22 74:16,23 75:3
80:22 99:14 100:17
101:5 110:13 113:18
114:11,13 116:22
128:22
128:24 129:4,8 132:16
133:8,15 134:18 135:11
137:17 140:11 143:4
145:13,25 146:9,10,20
147:9,13,19 148:5 149:2
150:21 154:25 155:25
158:25 164:23 165:21
175:5 185:4 190:13
191:18 207:19 208:17
208:25 210:16 211:15
212:2 220:1 225:5 228:2
231:25 241:24 242:10
243:1 250:23 258:24
261:18 263:10,12
264:21 270:5 275:5
277:22

**however** 52:15

**huge** 130:21

**hundred** 93:25 173:22,25
174:3 267:20

**hundred-dollar** 173:8,11

**hundred-something**
174:4

**Hunt** 25:21 26:2,8,21
28:9,10,14

**hurry** 101:5

---
## I
---

**ICs** 180:20

**IC's** 92:23

**ID** 66:3,9 97:23,25

**I'd** 7:21 17:4 20:22,24
50:11 54:17,20 124:13
155:9 268:4

**idea** 49:11 77:17 145:25
147:9,12,13,19 150:8,11
164:22

**identified** 221:25 238:15
239:2

**identify** 165:15 177:8

Gale S. Carter

December 4, 2018

201:20 202:14 205:17
209:13

**identifying** 260:12

**ID's** 85:1

**I'll** 19:3 70:22 107:13
126:8,10 142:3 154:1
155:5 156:4 198:4
208:24 221:8 237:16
240:4 241:12 262:10
263:23 267:22 269:21

**illegal** 15:19 237:21
239:14

**I'm** 5:24 6:1,9 7:3,11 14:5
17:18 19:25 20:23 23:21
24:20 31:6,17,23,24
32:17 52:10,20 54:22
56:25 62:8,14 69:17,23
70:7,14,17 74:9,18
80:14 82:12 86:15 90:20
92:11 93:15 94:6 95:2,4
102:16 104:11 109:11
114:15 115:17 118:13
124:23 130:7,24 132:7
132:11 135:21 136:6,7
137:4 138:5 142:2 146:6
146:18 149:9,21 152:18
152:25 156:13 162:6
163:17 176:4 178:15,22
180:10,11 181:1 186:13
186:17,19 189:12
191:20,21 196:7,8
197:16,25 198:1 201:24
202:3,4 203:3,6 205:1
206:20,25 207:1 208:14
209:5 213:25 214:3
215:5 225:5 227:18
231:2,21 233:1 235:7,17
235:25 237:9 238:1,2,22
254:15 255:25 257:20
278:24 279:24 280:9

**immateriality** 2:13

**immediately** 240:11
241:20 277:24

**impact** 231:13

**important** 7:25

**improving** 230:17

**incidents** 265:23

**include** 17:6 169:9

**includes** 193:13,18,22
194:1

**including** 2:10

**income** 197:2 198:17
210:17 221:2 259:21
273:3

**Incorporated** 23:12,17
23:21

**increase** 95:24

**incurred** 123:16 124:1
193:23

**indeed** 256:2

**independent** 10:11 21:20
21:22 23:12,17,19 26:23
69:6 80:6 81:14 82:16
86:13 99:18,20 162:17
163:6 164:1,9 166:25
176:8 179:7 183:21,24
184:3,7,12,15 191:9,11
191:19,25 192:4,7
244:20 245:1,21,25
253:3,23 254:20 274:7
275:23 276:2 277:4
278:23

**INDEX** 4:3,10

**Indiana** 3:11 185:24

**Indianapolis** 3:11 77:14
84:14 85:10,25 101:21
107:19 109:7,10 110:10
112:20 113:2,9 114:14
114:19 185:24 248:16

**indicate** 284:3

**indicating** 105:12

**individual** 50:4 107:2
111:22 114:20,24 148:4
181:14,17,21 182:5,11
184:19,24 185:5,9
186:25 187:12,13,14
188:9 189:14,23 205:7
219:17,22,24 220:13
221:4,24 222:6,10
237:12 278:24

**individuals** 148:18

**industry** 35:24 36:8 37:24
68:4 89:25 91:13

**information** 9:10 30:3
33:3 40:8,13,16 41:25
42:23 60:18 63:1 86:9
113:1 133:10,18,21
134:1,6,9,12 175:16
190:1 219:13 220:17

222:17,25 228:13
260:13 280:19 283:7

**initials** 81:24,25

**injury** 29:11

**INS** 56:17 57:10

**inspect** 14:11

**inspection** 14:15,18,21
67:16 129:5,9

**installed** 251:1,10,13

**instance** 75:6 92:11 273:8

**instances** 267:2

**instead** 6:16 231:23 232:1
257:14

**Institute** 12:17 21:3

**instruct** 31:17

**instruction** 15:23 16:14
17:12 18:8 67:17

**instructions** 134:15 181:9

**instructor** 50:2,5 58:1
60:14

**insurance** 57:12,13,17
61:15 100:18,21,22,25
101:8,11,14,24 102:3,13
102:15,20,24 103:1,6,10
103:14,20,23 104:1
162:15,20,23,24 163:1
164:6,10 211:13

**intent** 99:20

**intentionally** 214:4

**interested** 40:7 73:6
282:10

**intermodal** 26:3

**International** 82:6,20
111:12,14 112:23 113:6
113:10,13 114:6,7,14

**Internationals** 114:4,8,9

**Internet** 37:17

**interrupt** 33:5 156:8
254:24 268:6

**interrupted** 143:24 267:3
267:5 269:13

**interrupting** 86:8 91:25

**interview** 56:23 57:22
219:14,23

**interviews** 57:20

**INTL** 82:4

**into** 26:9 50:10 69:3
104:10 118:15 122:16
129:22 163:24 174:23
181:17,21 183:24 184:3
196:14,21 232:25 258:7
265:12,13 266:21,22

**invoice** 251:17 278:14

**involved** 29:6 48:23 49:7
196:2,11 199:9,15

**involvement** 197:19
198:22 233:23

**Iowa** 12:2

**irrelevancy** 2:13

**isn't** 16:18 34:17 36:24
91:13 129:17,21 132:24
212:5

**issue** 87:5

**issues** 15:24 16:1

**items** 99:4,15 122:21

**it'll** 269:1

**its** 185:2,5 190:11 240:6
257:10 278:14

**it's** 16:6 19:2 20:16 21:3
23:3 25:17 28:21 30:6
36:6 50:1 54:9 57:9
59:10 60:15 61:15,18
63:8 64:12,13,18,25
69:23 70:18 76:20 79:2
82:7 85:1 88:16 89:14
90:5,7 91:15,22 92:7,18
95:3 96:5 98:1 124:11
126:13 127:24 128:25
129:3 130:10,12 132:8
132:15 137:25 138:5
147:1 155:13 157:2,14
157:16 162:2 165:2
173:7,24 187:9 199:18
201:12 202:17 203:11
207:8 231:22 232:12
235:18 239:6 247:7,15
249:9 250:18 255:1
267:6,10 268:14,15

**itself** 13:25

**I've** 8:3 32:9 66:6 70:7
89:24 92:20 125:10,13
128:13 130:2 138:4
148:19 154:10 172:25

Gale S. Carter

December 4, 2018

178:13 188:16 217:3
223:16 232:14 265:25

## J

**J** 161:5

**J.B** 25:21 26:2,8,21 28:9
28:10,13

**January** 26:19 171:13
173:4 213:17,20 215:14

**JARVIS** 4:6 9:8 16:2
21:23 22:13 27:11 30:1
31:16,21 32:3 33:4,11
33:18,21 50:15 71:6
78:7 91:24 98:13 99:22
103:16 116:24 120:5,12
120:18 127:18 132:4
139:15 140:17 143:6
167:9,14 176:10,25
177:3,11 179:8 187:2
189:24 191:6 194:23
195:6,14,23 196:4,13,22
196:25 197:8,15 198:8
198:24 199:11,16
200:13,22 201:5,17,22
202:1,16,24 203:11,21
204:23 205:11 206:10
206:18 207:6,9,15,25
208:5,11,20 209:8,15,23
210:8,24 211:7 217:3
222:15,23 223:14,22
224:4,10,20,25 225:8,24
226:8,13,16,24 227:20
228:21 229:3 230:4
232:9 233:11 234:10,17
235:11,24 236:6,14,19
236:25 237:3,7,16,18
238:20,23 239:20,23
240:20,23 241:6,15
242:24 243:8,15,20
244:6,12,18 245:11,13
246:16 247:2,4,10,13,17
248:4 249:15,18 250:1,6
250:14 251:8 252:19
253:17 254:1,5,14,18
255:1,4 256:18 257:23
258:3,6,11,13 262:24
264:2,7,13 265:19 267:9
269:10 270:17 274:17
275:12 276:22 277:8
279:5 280:13,17,24

**Jason** 108:23 188:4

**Jersey** 3:6 263:2

**job** 22:5,7 23:6,8 36:22

70:21 72:5 214:13,14

**jobs** 21:12,18,20,21 22:8
22:9 23:14 26:7 27:1
28:24 36:12,19 38:11
122:20,22

**jogged** 189:2

**jogs** 54:18

**JOHN** 1:9

**join** 231:11 239:19
241:12 243:6,16 244:4
244:11,17 250:12
256:14

**July** 25:7,9,10

**jumps** 36:1

**just** 5:23 7:2,16 8:14 9:13
15:12 16:10 17:19 18:24
21:7,19 22:6 24:11
28:22 29:4,15 31:22,24
35:23 36:4,14,16 37:23
39:5 40:11 42:23 43:7
43:14,21,23 44:20 45:24
46:1,9,20 50:11 52:10
54:14,21 57:4,9 58:15
59:1,21 60:10,21,22,25
61:25 62:9,21 63:8,9,12
63:19 64:8,12,13 66:10
67:11 68:20,21 70:16,18
70:20 72:2 76:6 79:2
80:21 82:12 86:20 88:14
90:4 91:12 92:2,5,9,11
93:9,11,13 94:8 109:19
110:1 112:6 113:25
114:22 117:25 118:9,12
118:20 119:24 121:4,11
122:4 125:14,25 127:22
127:24 128:15 129:18
130:4,20,25 131:23
136:14,16,18,20 143:18
144:9,15 145:15,19
146:4,16,17 148:15
150:1 152:25 154:7
155:9 156:4,9 158:25
160:18 173:7 180:5,9,19
187:5 196:7,8 197:9
199:3 201:7,10 202:9
203:7,16,22 205:1,6
207:18 208:13 209:10
211:25 214:1 220:14
221:1,7,9 224:13 225:16
229:5,7 231:19,20
234:20,23 237:3,15
247:6 248:22 249:9
252:3,9,10,24 253:1,5

257:1,13,21 258:9,11,15
259:20 263:16,23
264:21 265:9 266:24
267:18 268:1,4,12,17,25
269:22,23,25 272:16,17
272:22 278:19

## K

**Kaplan** 12:1,4

**keep** 15:7 46:1 70:4 91:4
94:8 154:9 156:21
165:21 213:22 253:1

**keeping** 124:12

**KENTUCKY** 1:1 41:5,10
47:7,22 53:11 124:16
127:2 160:23 170:13
181:6 248:15

**kept** 46:9 75:16 91:7,18
92:18,24 95:15 96:3
124:5 156:23 188:16

**ketchup** 125:13

**Kidd** 247:6,15

**kids** 94:14 210:12 230:8
230:11 231:24 232:2
252:9

**kind** 12:5 17:19 36:16
38:18 39:7,12 42:4
44:20 46:21 60:20,23
63:25 64:14 65:14 69:9
69:10 72:19 77:20 90:20
94:3 101:3 109:15,19
119:24 125:11 134:14
146:16,24 152:10 162:7
166:1 175:24 182:17
216:5 231:22 232:13
235:14 248:6 250:18
253:6 265:8 268:1,12,14
268:24,25 269:12

**Kings** 3:5

**knew** 38:17 71:10,16,23
80:4 89:19 92:12,14,15
93:3 113:12 128:22
162:18,24 163:7,25
164:8 167:4 195:20
275:11 278:1

**Knight** 23:1,4,10 24:11
24:14 26:11,12,20 27:5
27:16,18,25 28:1

**K-N-I-G-H-T** 23:2

**know** 7:2,16,17 8:14

10:18,20,22,24,25 12:25
13:17 15:13 22:3 26:4,7
27:5 29:21,24 30:4,8,15
30:24 31:9 34:24 35:9
40:18 42:18,21 47:14
48:3 49:13 52:5,17,18
52:23 53:10 55:4,5
56:19 57:10,15 58:9,22
59:25 63:2,5 66:5,14
67:2,22 68:24 71:11
73:6 76:12 77:15 78:3
78:12,22,25 91:12 92:21
99:3,14 100:15 105:18
106:3 108:9,23 109:23
110:2,13 113:18 117:10
117:18 120:22 121:9,11
123:14 124:8,10,17,20
124:23 125:8,9 127:1,3
128:24 129:4,8,11,19
131:19 135:13,15
138:10 141:24 145:13
145:15,18 146:4 147:2
147:16,18,21 148:9,22
149:7,19,23 150:12
152:17 153:7 154:13
156:12 157:1,17 159:13
159:20 161:20 162:6
163:21 164:16 165:13
165:16 166:14,24 167:1
169:4 170:11 172:22
176:2,23 179:1 185:21
186:1,3,6,9,15 187:23
187:25 188:4,20 189:7
195:15 196:8 203:1,2,16
206:13 207:19 208:13
208:16,18 209:7 219:23
221:17 225:21 231:2,23
236:15 237:1 239:25
242:10 252:22 257:18
262:13 263:12 268:17
271:18 273:23 275:7
283:5

**knowing** 15:14

**knowledge** 131:17 149:15
150:3 165:14 179:4
282:7 283:6

**known** 14:15

**Kosciusko** 11:14

**K-O-S-C-I-U-S-K-O**
11:16

## L

**L** 3:13

**labels** 121:13

**labor** 120:3,11,16 177:2
194:17,20 195:4,12,21
222:14,22 223:10,21
229:2 230:3 231:18
233:5,9,24 271:15

**lack** 150:2

**lacks** 250:11

**lading** 66:13

**lady** 148:20

**Lake** 11:5

**landscape** 105:11

**Landstar** 80:1

**lanes** 15:6

**language** 83:6

**L-A-S-I-N** 159:12

**last** 10:25 12:11 19:14
29:5,14,15 46:7 48:12
48:19,21 74:19 107:10
108:25 117:14 118:6
119:15,17 148:21,22
169:7 171:10,19 172:1
173:3,18 176:19 194:11
213:10 215:13,20
218:18 241:11 250:9

**late** 166:16,18,20,21,22
167:3,5,6 270:3,5,7,8,16

**later** 40:5 121:4 206:5
228:16

**law** 131:17 202:15,23
203:1,10,12 222:14,22
223:10,21 224:9,19

**lawsuit** 29:10,13 30:22,25
39:19 70:13 181:3
189:15,22 191:3 192:9
216:12

**lawsuits** 29:7,9

**lay** 155:10

**LCR** 282:5,13,19

**lead** 207:1

**leading** 119:23 239:19
240:18 241:5 243:5,14
244:1 246:12 247:1
249:14 252:18 253:15
256:12 262:23 263:21
265:18 267:8 268:10

269:7

**learn** 13:7,14 14:11,17,20
14:24 15:3,8,11 18:11
37:22 54:24 128:19
130:10,12 138:20

**learned** 16:20 18:25
61:11 89:24 129:17

**lease** 24:20,21 25:11 37:4
37:8,12 40:8 43:9,17
44:1,4,7,8 45:1,8 79:2
82:14 107:3,17 110:24
111:22 112:18,23 113:2
113:5,10 114:20,24,25
181:14,18,22 182:6,12
184:20,25 185:5,9
187:14 188:14,16,21,25
189:8,14,23 190:6,17
200:9,12,20 201:3,15,21
202:14 203:19 205:7,17
205:21,25 214:19,20,23
214:24 215:6,10,11,21
216:1,3,17,18,21 218:6
218:10,14 227:10
234:22 237:13 238:4
240:9 241:1,3,18,22,24
242:7 243:22,24 273:21
273:24 274:2,8 278:23
278:24 279:10

**leased** 82:11 107:18
111:10 215:8 260:7

**lease-purchase** 26:23

**leases** 37:18

**leasing** 25:5,6 38:24
79:14 248:24 272:11

**least** 36:1 40:22 41:20
48:1,3 103:13 118:16
135:15 137:20 151:19

**leave** 36:21,22 45:5 58:14
58:19 59:2,11 60:23,24
74:8 76:3,18 87:6,7,11
95:13 96:14 101:13
138:6,7 156:11 177:25
187:7,10 196:16 199:4,9
199:25 200:1,2 219:12
229:16 255:24 256:17
257:13 259:9 274:12,18
274:22

**leaving** 37:2 59:20,22
73:21 95:8 117:24
156:13 189:20 199:22
252:5 255:24 257:18
278:3

**led** 39:8

**left** 26:15 37:6 52:13 74:4
74:7 76:17 86:3,24
93:13 95:19 114:13,16
119:19,24 121:8 148:15
165:6 173:14 174:25
215:13 219:12 220:9
243:19 251:16 252:2
257:14 273:16 276:21
277:6,11,13,15,17,23

**left-hand** 96:20 97:1
105:10,17 107:25
108:12 109:3

**legal** 16:3 21:24 22:14
61:2,14,22 71:7 78:8
83:16 99:23 120:6,13
127:19 132:5 139:17
143:7 163:4,8 176:11
177:4 179:9 187:3
194:24 198:9 199:2,17
200:14 201:6 202:17
203:22 204:25 205:12
206:11,20 207:16 208:1
208:21 209:9,16,24
210:9,24 222:16 223:15
223:23 225:1,25 226:14
226:24 228:22 229:4
230:4 232:10 233:12
234:11,18 239:17
244:10 246:12 263:21
276:23 279:6

**less** 125:8 177:8 180:8,9
271:24

**lessee** 108:1 238:3,13,25
240:7

**lessor** 98:4 108:8 240:5

**let** 7:2,16 11:20 12:10
21:1 30:8 37:7 48:24
55:24 73:6 74:11 78:11
78:13 84:18 92:1 93:10
101:13 111:5 117:10,18
128:5 149:25 156:4,12
168:3 173:17 187:7,10
195:19 234:1 269:1
272:16 279:23

**let's** 22:23 52:17 63:17
111:5 133:8 138:16
140:8 238:11 240:3

**Letter** 238:12

**license** 123:1,3

**licensed** 282:5,12

**light** 3:10 94:2 268:16

**lighting** 266:19

**lights** 17:2

**like** 7:21 16:25 17:24
20:22,24 22:4 25:3
27:11 36:18 37:9 38:5
40:11 41:24 42:2 54:17
54:20 59:10 64:11 69:23
70:19 71:13,14 79:3
80:1 84:11 90:18 91:15
92:11 96:5 102:1 105:12
118:10 119:18 124:13
131:17,23 135:21 136:6
147:4 150:24 151:2
155:25 160:7 161:12
164:14 165:8 175:16
203:1 211:23 220:9
234:20 239:7 244:7
247:3 249:18 252:4
258:4,6

**liked** 39:10 114:9

**likely** 65:12 70:14 137:1

**liking** 88:2

**limitations** 205:2

**limited** 69:10 79:23

**line** 26:7 31:5 34:25 38:19
40:1 56:9,21,22,25
57:19 58:6 60:18 61:1
62:3,25 63:4,11,14
65:24 66:4 67:20 83:5
159:24 160:19 161:4,25
180:19 198:12 284:4,5

**lined** 68:18 131:6,8,9

**linehaul** 246:6

**lines** 1:8 6:9 19:21 78:24
81:16 168:20 184:1,17
192:12,19,23 193:16,20
193:24 194:4,8,12,18,22
245:24

**liquidated** 234:8,16 235:9
235:23 236:5,12,18,23
240:13 255:12

**list** 4:13 21:8 26:2 28:24
43:24 54:18 79:12 98:24

**listed** 21:13,19 60:18
63:19 69:21 82:16 101:8
245:18

**listen** 130:8

Gale S. Carter                                                     December 4, 2018

listening 33:5,16,23

lists 34:21 82:3

lit 266:7,13,14

litigation 218:13

little 8:10 12:23 24:11,16
49:10 61:25 63:23 75:2
84:19 117:13 120:25
124:5 138:1,2 141:6
150:25 175:17 210:2
237:15 259:21 264:25
269:4

live 90:3 126:23 214:1
274:4

living 131:19

LLC 1:8,9 3:5

LLP 3:13

load 38:9 44:21,24 59:4
91:2,10 118:16,17 125:2
125:3,4,5,9 126:10,16
126:19 133:13,14,18,21
133:24 134:2,7,10,13,20
134:24 135:1,7,9,18,23
136:1,4,9 137:18,19,22
137:23 139:20,25 140:4
140:8 143:17 144:19,20
144:23 150:16,19,22
151:6,9,10,16,20,23,24
152:2,6,7,8,9,10,18
153:13,17,18,19 154:16
157:5,6,12 159:3,15,20
160:3,7 161:8 164:20,23
165:15 166:15,16,18,19
166:20,21 171:7,19,24
172:1 174:7 180:15
259:18,19,20 261:2,5,7
261:10,11,12,13,16,19
261:22 262:10,12,14
263:2,11 267:17,20,22
270:3,6

load/unload 126:24

loaded 58:20,22,23 126:9
126:19 130:21 131:5
152:14 155:2 156:7,13
177:24 263:1 274:12

loading 99:4 155:23,24

loads 16:15,17 38:16
39:10 42:1,2 44:22 59:3
60:4,8,10 68:10 75:6,9
75:12,21 77:7 85:18
89:12,21 90:15,23 91:1

91:4,8,17,20,21 92:14
92:18 93:12 99:1 125:15
125:16 126:2 127:7,8
133:9,10 135:11 144:3
144:15 146:7 147:16,18
148:8,9,11 150:5,10
151:3,13 154:11 156:15
157:4,19 165:17 171:23
179:25 209:25 210:2
211:8,9 220:20,21
259:17,23 260:22,25
267:17,19 276:9,17
278:15

local 24:6,7

locate 19:3

located 25:16,19,20
124:22

location 58:13 59:23 69:2
113:16 126:6,10 134:17
149:18 153:16 172:16
228:4,7 248:13,24

locations 113:19 127:2
149:15 159:8

locked 196:14,20

locking 122:17

locks 122:19

log 17:13 63:14,15,16
65:6 68:23 139:12,25
140:4,11 141:7 154:25
156:1 262:3

logged 69:1 138:21 139:1
140:15

logging 18:6

logo 260:17

logs 18:1,2,4 63:15 68:23
69:3 70:19 138:23 141:1
141:11,15 142:8 146:15

Lonestar 113:20,23

Lonestars 112:13

long 9:11,19 12:21 27:5
27:17,22 28:1,5,13
30:24 45:10 57:9 65:25
79:4 84:21 114:11,13
139:9 148:5 211:24
228:2 241:24 268:3
272:19

longer 24:16 36:14,23
113:25 114:3 230:10

259:22

longest 136:8 224:23
262:25

look 21:2 34:3 38:25
84:23 88:25 100:5
106:20 111:8 112:1
114:22 145:15,19
146:15,18,24 147:3
168:1,8 169:25 179:17
187:17 188:8,18 206:13
226:4 236:10 248:10
268:2,7,8,12,13

looked 9:5 39:1 43:11
46:21,22 111:1 189:9
191:21,22 196:18 202:9

looking 10:5 26:9 33:14
35:23 36:15,16,21 38:23
56:25 146:18 164:22,24
168:7 182:11 186:13
194:6 201:24 202:2,3
203:3 205:1 208:14
237:22 239:13 266:20

looks 160:7 161:12
164:14 239:7 247:23

lose 211:5,22 212:14,17
213:7,8

loss 255:17

lost 210:14,16,18,23
213:8,9 214:13

lot 18:11 73:19 84:24 85:1
86:7 125:14 129:18
130:4 147:2,21 148:10
228:4 248:17,25 265:22
266:24

Love's 160:20 178:7

low 44:22 90:25 91:1

LTL 125:8

lumbers 99:5

lumper 154:19,21

lunch 50:14,23 51:25

────────

**M**

macro 153:7

made 37:11 38:18 44:12
55:2 75:10 76:15 95:18
96:12 109:13,24 135:4
136:6 141:23 145:19
147:22 165:24 173:12

175:4 180:3,4,6 182:2
183:13 184:11 193:14
214:20,24 218:4,8
232:15,16,18 249:9
257:19 268:23 269:2,3

magnetized 268:24

mail 32:11 175:7

main 50:6

maintain 90:12

maintaining 14:25

maintenance 66:24 67:3
84:1 104:6,7 162:8,12
173:1 271:4,8 272:21

major 17:1

majority 24:8 265:23
267:18

make 5:23 6:11 8:18
37:14 43:14,23 54:21,23
54:25 66:9 67:12,13
76:5 80:22 82:4 90:2,20
94:7 95:13 111:9 113:16
121:5 126:1 132:16
141:2,12 145:21 147:22
148:13 151:2 154:7,13
166:23 173:22,24 175:3
176:2,4,5 197:2 198:17
200:1 210:1 211:15
212:1,4,20 213:25
215:11,21,24 216:5
221:10 224:12 229:7
231:20 232:14,15,24
235:1 252:1 258:17
262:17,18,19 266:9
272:18,19 273:3,9
277:12,19,21 279:24

makes 50:15 57:4 91:3,10
112:10 113:19 114:3

making 17:3 37:15 40:14
42:5 56:4 76:6 87:10
88:17 96:5 118:9 174:3
175:1 212:13,16 242:13
252:1 259:3 261:9 274:3
277:14,15,18

management 14:25 181:3

manager 64:19 85:16
96:6 124:24 152:12
153:9,12,19,25 259:8
276:13

managers 46:10,11,15
95:23 96:4 124:21

151:13 152:5 276:8,15

**maneuver** 130:1

**maneuvers** 17:4

**many** 9:12 38:8,23,24 40:6,20 44:17 45:22 46:8,11 47:18,24 52:8 52:11,15 73:22 88:1 92:21 134:18 135:11,19 137:17 143:4 145:13,25 146:9,20 147:9,13 164:23 165:21 185:4 190:13 191:18 225:5 256:17 258:24 265:11

**MAR** 4:11

**March** 25:2,3

**mark** 19:2 55:2 217:12 249:18

**marked** 19:6,11 53:22 54:2 81:2,7 104:24 105:6 106:22 115:4 158:4,9 181:14 182:25 183:22 217:16,21 249:22 250:5

**market** 3:10 101:24 246:6

**MARTINDALE-JARVIS** 3:4 237:9

**match** 165:17

**material** 66:6,7

**math** 174:22

**matter** 127:25 237:10 277:25 283:4

**matters** 2:12 283:6,8

**may** 3:23 6:25 7:1 8:1 13:1 19:23,24 25:23 26:10 36:20,23 49:9,24 53:8 63:23 86:5 139:16 144:16 145:17 157:10 165:11 169:2 178:22 187:23 188:18 191:20 240:6 247:24 259:19 262:16 264:24 266:2,15 267:22 282:5,19

**maybe** 9:21 26:11 28:3 41:3,20 49:16 50:13 75:1 138:3 141:24 146:3 151:22 164:25 178:7 185:7 189:2 190:15 206:1 223:1 225:19 228:5 229:21 242:2

259:1 263:14 265:10 275:9

**Mayfield** 39:14,15

**McNally** 166:2,3

**meal** 51:22,24

**meals** 142:18

**mean** 6:20 13:1 18:10 21:21 33:5 36:4 37:5 43:10,19 45:2,12,13 53:8 57:8 63:6,7 68:17 69:22 70:14 72:17 78:25 86:4,20 87:9 88:14 90:3 90:7 92:4 93:12,15 94:5 94:23 110:1 113:24 119:21 122:9 124:10 125:6,14 127:21,22,24 130:7,24,25 131:1,7 132:11,22 136:18 137:25 138:9 142:19 144:10 145:16 146:6,16 146:18 148:8,14 149:24 150:11 156:2 159:9 165:7 172:15 173:7,12 175:15,18 178:11,12 179:11,16 180:3,5,10,19 188:16,17 189:16 190:2 191:20 202:20 204:17 208:24 211:2,8 221:6 225:9 227:8 231:22 232:14,23 235:6,13,15 241:13,17 243:11,17 250:17 255:22 258:15 259:17 262:19 265:25 267:12,18 269:12 272:23

**meaning** 45:6 143:18 203:15

**means** 125:9 170:11 203:16 255:23

**meant** 45:3 112:15 141:25 230:9

**meat** 269:24

**mechanisms** 122:18

**medical** 55:3,5,7,10,14,18 56:6 84:25

**medications** 8:20

**Meeks** 10:21

**meet** 231:20

**meeting** 10:6 33:17

**memorialize** 219:5 221:15

**memory** 54:18 187:19 188:8 189:3 218:3 233:17 236:11

**Memphis** 1:23 2:6 3:24 119:1,2 127:4 170:9,12 282:21

**MEMTN** 170:9

**mentioned** 28:16 29:12 78:14,16,18 80:9 106:13 126:2 142:14 156:17 269:14 271:3

**message** 133:17,20 156:9 268:14 269:12

**messages** 35:6,10 156:12 267:11,15,25

**messed** 25:9

**met** 9:23 186:2 257:17 258:19

**Michael** 10:23,24 148:21

**microwave** 122:6 142:14

**middle** 83:1 97:1,14 166:13

**might** 36:21,22 62:10 64:6 70:8 86:7 114:3 131:1 132:14 154:6 188:17,18 203:19 207:13 264:22 266:19

**mile** 146:23 147:5

**miles** 38:4,8 44:18,19 134:10,17 144:24 146:19,21,23 147:8 150:23,24,25 164:25 165:1,2,3,5,8,10,12,15 165:17,22 175:19 267:21 275:9

**military** 11:11

**mind** 63:13 132:10 140:13

**minimum** 45:13 46:13 146:3 176:23 177:9 271:19,25 273:10

**minute** 77:4 270:7,8

**minutes** 9:21,22 10:1 50:12 76:9 155:3 228:5 228:9 254:15 262:4,7

264:8 265:1 266:2 270:8

**mirror** 133:3

**mirrors** 127:23

**Mischaracterizes** 103:17 198:25 204:24 206:19 209:17

**misclassified** 179:6 180:2 180:8,18

**misprinted** 115:18

**missed** 87:3 250:4

**missing** 21:12

**Mississippi** 11:6,15 12:18 23:5 25:17,20

**Misstates** 244:3 274:15

**mistaken** 115:17

**mix** 70:10

**model** 82:4 111:9 249:12

**models** 114:2

**moment** 85:4 133:8 233:14 241:7 272:22

**moments** 237:19

**Monday** 47:17 52:21 135:3,9 263:8

**money** 37:15 43:8 44:4 66:19 76:7 87:10 88:17 88:18,20 90:20 118:10 118:18 121:22 126:1 148:15 151:24 152:2 175:2 176:3,5 180:6 196:17 210:1 211:3,15 212:1,13,16,20,22 213:5 213:25 221:10 224:12 229:7 232:17 241:1 258:16 269:20 270:25 273:18 274:3 277:12,14 277:15,18,19,21

**month** 12:23,24 28:22 37:9 242:1 272:19

**monthly** 272:17

**months** 27:20,24 28:3,7 28:15 35:21 37:10 76:2 76:17 77:22 80:12,13,15 80:16 86:18,19,24 88:1 94:19 95:8,9,18 124:21 242:11 255:7,25 256:7 256:17

**mood** 232:5

**more** 31:8 33:2 37:14 40:8 43:6 44:2,22 50:24 55:24 80:17 95:19 96:9 96:14 126:1 127:23,25 128:18 131:22 144:16 150:7 151:24 152:2 161:4 165:12 175:3,19 176:3,5 179:2,24 180:3 180:6 209:10 220:24 229:23 232:15,16,18 234:25 240:7 243:10 249:19 252:4 256:3 259:22 277:12,19,21 279:18

**morning** 5:8 49:16 52:7 67:9 109:14 114:16 141:4 263:8

**most** 28:22 38:15 59:1,3 65:12 70:14 87:15 137:1 137:2 138:3 147:7 149:9 177:22 225:7,17,19 269:21 270:12,15

**mostly** 114:8 147:7 269:9 269:11

**motor** 37:12 73:7,16 105:20 117:6 157:20

**motorist** 61:18

**mount** 163:17

**move** 5:13 22:24 36:2 164:14 180:15 229:20 232:25 257:22,23,24 258:7,9 268:2,13,24,25

**moving** 21:9

**much** 16:17 36:18 38:7 38:21 58:24 60:10 65:13 66:20 67:10 68:18 70:18 74:10 75:19 76:5 80:21 83:22 94:7 110:17 132:17 134:16 144:8 147:19 175:17 180:11 196:14 202:4 220:22 221:6 224:14 229:14 241:13 243:1 259:3 263:12 266:8,10

**mud** 122:8 172:21,23 271:11

**mugging** 266:23

**multiple** 256:19,23 260:25 271:21

**multiply** 242:16

**Murray** 41:5,9 47:5,6,21 51:10 53:11 85:11 124:16,22 127:2

**must** 227:23

**myself** 74:6 131:2 154:24 169:6 213:3 260:7 265:25 269:20,22

## N

**N** 3:1 4:1

**name** 5:10 10:20 11:1,3 12:3 33:14 39:13,14 40:12,15 46:7,8 48:11 48:12,18,19,21 50:8 88:8 97:2 118:3 124:25 125:1 137:11 148:4,21 148:22,24 155:13 181:1 185:21 188:9 237:8 282:13

**named** 48:10 148:20,21

**names** 48:5 76:12 78:14 148:17

**necessarily** 268:7

**necessary** 284:3

**need** 7:15 15:6 33:17 42:25 70:18,21,22 85:4 91:9 96:17 122:5 144:17 150:15,22 151:17 193:11 203:17 248:16 254:14

**needed** 56:18,23 57:11,20 95:4 122:15 125:25 141:23 176:2 273:9

**negative** 147:23

**negotiate** 261:6

**net** 164:19 167:7,19 168:4 168:8 169:8,22 170:6,25 171:7

**Network** 33:15

**never** 46:10 66:7 103:5 118:18 119:7 125:10 127:4 130:19 145:14 152:1 165:17,20 220:24 221:2,8,9 252:2 259:25 261:8,21 263:16 276:19 276:20 277:15

**new** 3:6 82:20 112:5,8,11

112:18 113:12,13 159:18 263:2 276:12

**newer** 43:5,17 249:12

**next** 22:19 57:19 58:6 61:1 62:3,25 63:4,11,14 65:24 66:4,12 67:20 98:2 104:22 108:11 136:4 143:17 151:10 152:9 153:13 161:4,16 161:25 162:14 164:13 166:6 167:12,22 169:16 169:25 170:17,20 171:3 215:6 238:11 249:3,19 259:10 264:25

**nice** 87:16 90:10

**night** 52:12 109:13 142:20,24 264:21 267:25

**nights** 52:8

**nighttime** 143:2

**nine** 27:19,23 95:8 255:7 255:25

**Ninth** 11:23

**nobody** 101:1,13 203:24 204:2,6 277:3 279:2

**nodding** 6:17

**none** 188:11 195:20 221:19 236:22

**nor** 282:9

**normal** 122:4 129:18,21 131:24

**normally** 142:23 178:4

**North** 3:5

**note** 211:11

**notes** 69:25 70:4,6,16,18 145:21 165:21 237:5

**nothing** 92:8 101:1 121:8 136:19,20 173:9,15 174:1 193:10 202:19 207:2 211:3,9 217:24 222:4 233:19 237:2 249:10 267:22 278:17 280:23,24

**notice** 2:3 240:7

**noticing** 128:16

**November** 93:20 158:21

166:9 167:23 168:22 169:19

**now** 7:6 8:21 16:7,19 21:18 22:22 24:19,23 25:21 35:23 41:21 48:22 50:13 56:4,21 57:14 59:7 61:1 74:20 77:21 81:18 87:18 90:13 100:1 104:2 107:13 114:4 116:1 125:2 126:2,22 131:8,13 140:7,21 147:9 158:23 160:19 166:4 168:20 172:2 173:3 181:5 201:7 205:16 206:15 216:8 218:3 233:7,14,19 236:2 238:4 238:22 239:5 245:8,17 247:24 272:9 275:22 278:12

**number** 19:2,13 54:3 73:7 80:12 82:7,10,15 89:12,21 97:23 98:24 105:8 107:7 110:6 111:18 115:13 134:10 144:13,23 145:2,5,12,22 146:11,13 159:5 160:20 165:12 217:13 238:12 238:24 247:12 254:13 282:13 284:4

**numbers** 35:17,19 168:17 245:10 254:2,6,24

**numerous** 70:7 76:14 92:16

## O

**oath** 50:21

**object** 250:8

**objection** 9:8 16:2 21:23 22:13 30:1 31:16 71:6 78:7 94:10 99:22 103:16 120:5,12,18 127:18 132:4 139:15 140:17 143:6 176:10,25 177:3 177:11 179:8 187:2 189:24 191:6 194:23 195:6,14,23 196:4,13,22 197:8,15 198:8,24 199:11,16 200:13 201:5 201:17 202:16 203:11 204:23 205:11 206:10 206:18 207:25 208:20 209:8,15,23 210:8,24 222:15,23 223:14,22

Gale S. Carter                                                                December 4, 2018

224:4,10,20,25 225:8,24
226:8,13,15,24 228:21
229:3 230:4 232:9,11
233:11 234:10,17
235:11,24 236:6,14,19
236:25 239:16 240:18
240:19 241:5 243:4,13
244:1,3,5,9,15 246:11
246:25 249:13 251:6
252:17 253:15 256:12
262:22 263:20 265:17
267:7 268:10 269:7
270:13 274:15 276:22
277:8 279:5 280:13,17

**objections** 2:12 8:12
200:22 201:22 202:24
203:21 207:6,15 208:5,8
208:11 211:7 227:20

**obligation** 45:7 89:11

**obligations** 254:10,22

**obtain** 195:3,11

**obtained** 195:21

**obtaining** 250:23

**obviously** 5:24 22:3

**occasion** 211:19 212:14
271:10

**Occasionally** 89:23 143:1

**occasions** 136:3 213:4,5

**occupational** 164:5

**october** 20:16 22:18
40:25 41:3,19 53:1 54:9
81:20 93:20 106:7
107:19 108:15 159:16
181:22 183:8 184:4
185:12 190:6,21 192:1
194:9,15

**off** 27:12 35:22 92:3
94:24 98:12 109:21
115:20,25 139:4 140:5
142:2 143:17 146:22
151:1 155:6 156:6
157:23 164:24 208:12
212:4 217:1 225:6
231:25 235:6 254:24
262:5 264:6,10 268:4,23

**off-duty** 139:23 140:22
141:25 142:4

**offer** 83:23

**offered** 71:4,20,24 100:21

134:21 137:22 151:23
152:2 276:10

**office** 33:8 73:4

**offices** 2:5

**often** 148:25 263:10

**oftentimes** 265:14

**Ohio** 75:17 161:5

**okay** 6:13,14,20,21 7:4,5
7:8,9,19,24 8:7,8 18:5
20:4 21:14 33:18,21
48:22 50:20 59:14 67:13
82:25 96:19 97:13,19
98:8,10 104:4 107:15,16
107:22,24 109:1 110:8
111:7 115:7 117:17
125:11 141:17,19 159:1
163:13 166:8 167:10,18
167:19 168:10 169:16
169:18 170:2,17 171:12
181:7 185:19,25 188:11
188:20 190:5 192:14
202:8 203:6 204:20
214:11 215:8,9 216:11
216:22 219:14 220:11
226:22 228:12,15 231:4
233:20 237:3,17 238:24
242:5,8 245:7,9 247:20
249:9,25 258:5 279:1,8

**old** 277:25

**older** 43:5,17

**Olive** 23:5

**once** 18:12,14,18 42:24
45:14 70:14,21 71:8,9
75:1 110:2,18 124:10
128:14 141:17 152:14
153:15 187:20 212:25
227:22 248:15,23 261:5
263:14 269:1

**on-duty** 139:5,13,20
140:1,16 141:24 225:20

**one** 7:25 31:8 33:7,8,9,22
34:16 39:6,7 43:20
45:24 46:6,15 47:4,11
49:16 55:13 56:6,24
59:23 61:7 64:11,13
66:12 68:1,2,15 74:3,6
74:19 75:6 76:1,3 84:19
87:1,22 91:6 92:5 94:17
98:1,11 102:19 112:8
113:13 114:1,5 118:11
119:10 122:3 124:23

126:10 127:6 130:4
148:19,21 150:7 152:4
157:10,12 161:17
162:14 164:13,20
166:12 170:8 172:5
173:5,19 174:7,14,18,19
178:22 179:3,19 180:4,7
186:12,20,22 187:1,6
199:23 204:15,17,19
209:10 213:25 220:5
225:18 240:7 241:11
243:9 247:9 249:18
250:17,18 254:4 260:5,7
261:2 265:7,8,10 270:8
271:10 274:24 275:8
277:5 279:7,13,16,18,20
280:1

**ones** 77:1 99:8 112:14

**online** 40:2 41:13,17,19

**only** 7:20 29:2 39:1 58:24
71:14 79:22 87:14 91:5
104:13,15,17 115:18
121:12 124:23 127:22
131:2 135:1 156:11
173:4,19,22 174:7,13,14
176:4 178:11 195:15
200:7 202:5 238:14,25
249:12 260:5 261:2,20

**onto** 14:3

**operate** 130:22

**operated** 77:19 238:7

**operating** 212:19

**operation** 238:12,13

**operator** 23:8 192:13

**opportunity** 8:8,13 37:10
43:3 71:5,20,25 83:15
103:12 111:25

**opposed** 37:13

**opt-in** 29:16,25 32:13,16
32:20

**option** 100:17,20,24
102:2,12 112:7 126:14
199:3 213:23 214:5
240:6 251:12 278:2,5

**optional** 61:19,20 104:7

**options** 79:4 179:17,24
180:20 265:11

**oral** 6:16,19

**order** 43:20,22 53:16
123:4 156:18 159:5

**orientation** 10:25 46:24
47:2,15,18,21,25 48:8
48:24 49:2,5 50:7,11,24
51:1,6,10,15 52:16,18
53:15 54:13,19,23,25
55:22 56:1,7,11 57:25
60:14 62:7 63:21 65:5
67:15 68:8,11,23 69:2,5
69:9,15,20 70:1 71:2,4
71:19,24 72:8,12,19,20
73:14,19,23 74:2,13
84:7,12,20 85:22 86:4
87:20,24 99:11 100:12
109:6,12 113:21 160:15
161:23 164:13 170:15
174:10 246:23 247:8
248:7,8,10,19 252:12,15
252:21 253:10,13

**original** 68:19

**other** 8:2 27:1 29:6 34:14
46:18 49:17 50:6 60:10
64:22 69:18 73:15 74:4
75:7 76:4 78:15 79:20
80:5,9 84:21 86:5 87:1
98:23,25 99:8 103:14
112:9,10,12,13 113:15
113:18,19 119:8 122:11
122:21 126:14 127:1,2,5
134:12 145:21 146:17
147:10,17 149:16 150:3
150:8 153:24 173:5,19
174:12,14,17,19 175:4
175:18,20 178:19,22
179:1,24 180:1,17 182:6
182:8,9,14,17,18 183:17
184:17 190:1 192:22
194:17,21 195:4,12,22
197:5,13,20 198:17,20
198:22 210:5,22 211:5
215:20 216:19 219:8,17
227:10,12,18,19 228:17
229:25 230:1 231:13,15
232:17,21 233:3 251:4
255:13 256:6 257:17
260:12 263:15 266:4,10
266:18 275:9

**others** 99:7 121:15

**otherwise** 90:25

**ought** 200:25

**our** 18:13 66:10 69:3
75:11 101:6 102:3

109:23 187:21 249:2,4
254:8

**ourself**  18:22

**out**  12:2 17:25 18:1,12,14
18:20 19:21 29:16 36:1
36:25 38:13 39:24 40:12
40:24 41:9,12,18 42:1,2
45:15,25 52:18,24 53:10
57:6 66:11 67:8 70:17
73:4 75:2,21,22 77:9
80:22 84:13 86:3 88:19
92:18,21,23 100:12,15
100:24 101:12,16,18,20
101:24 102:17 103:8
104:16 110:20 113:13
117:13 118:21
119:10,11
122:9,10 124:15 128:14
130:3 136:19 144:9
146:9 148:12,13 152:15
173:1,15 175:16 187:21
196:17 197:3,25 205:14
208:13 210:12,13
211:12,13,23,24 227:15
227:22 228:3,14 230:9
231:19 232:16,18
234:23 242:17 243:19
245:20 248:22,24 249:8
252:4,25 259:4,21
264:24 265:21 271:11
272:21 273:4,13 275:5

**outcome**  282:10

**outside**  189:17 199:25
248:14

**outstanding**  218:14

**over**  9:5,15,22 10:3 18:24
24:8 25:24 26:5 35:22
40:1 45:14 49:18 60:15
63:23,25 64:8 67:8
68:17 69:8,11,12 74:12
78:13 84:24 86:9 87:3,5
92:20 99:12 109:19,23
110:4,25 114:21,22
127:13 128:12 148:15
174:18,19 180:5 184:22
184:23 185:1 191:21,22
201:8 214:14 230:18
234:24 243:19 249:5
252:22 253:6,7,19 257:8
263:5 265:10

**overall**  168:8

**over-the-road**  24:5
125:20

**owe**  251:23,24

**owed**  216:16 251:17

**own**  100:22 102:3 123:10
229:19,21 232:24

**owned**  232:22

**owner**  96:21

**owner-**  192:12

**owner-operator**  19:19
105:14 108:5 193:1
272:5 280:8

**owner-operators**  92:23

**owning**  229:21

## P

**P**  3:1

**P.C**  3:10

**p.m**  281:1

**P001466**  107:8

**P001478**  107:11

**P001521**  247:5,13

**P1477**  108:11

**PA**  3:15

**pack**  63:1

**package**  22:6

**PADKY**  170:10

**Paducah**  170:12 248:15

**page**  6:12 19:14 20:3,5
21:2,9,10 26:1 34:3 81:7
81:19,23,24 82:2,24
83:1 88:25 89:3 96:18
96:25 97:1,5,15,18 98:2
98:7,17 100:1,3,5 104:2
105:11 107:2,7,10
108:11,25 111:5 115:9
116:2,8 158:5,19 166:6
166:14 169:16 170:1
171:3,10 238:2,11 239:6
239:21 245:22,23
246:14,19 247:15
253:24,25 254:1,7,20,24
255:1 284:3,5

**pages**  187:17 217:1 254:8

**paid**  23:24 24:2 42:2
44:21,22 47:9 66:17
72:8 73:13 76:18 90:6

91:1 93:18 98:20 99:1,3
118:18 121:18,22
147:20 154:23 156:19
158:24 160:3,11 161:8
165:18 177:8 180:8,9,13
180:14,15 194:2 215:14
241:21 251:20 256:8
257:5 261:14,15,16,19
261:22 273:17

**Pamela**  46:8,14 125:1

**paper**  18:2 197:1

**papers**  162:3 178:12
187:8

**paperwork**  9:5 10:5
56:17 57:3,7,20 77:18
101:6 109:18 110:21,23
156:18,21 204:19,21
216:10,12 228:3,17

**paragraph**  89:6

**parent**  78:4

**Paris**  25:20

**park**  177:23 265:3

**parking**  265:6,24 266:1,3

**part**  14:7 33:12 48:24
87:4 98:18 100:14 172:3
202:3 207:23 216:12
238:7 274:2

**participating**  5:24

**particular**  38:9 43:22
53:15 146:10

**parties**  282:9

**PASCHALL**  1:8 6:9
19:21,24 78:2,23 81:16
183:25 184:17 192:12
192:19,23 193:15,20,24
194:3,8,12,18,22 198:12
245:24

**pass**  72:3 275:12

**passenger**  268:22

**passing**  220:25

**past**  154:12

**pay**  44:19,23 51:12 66:21
72:19 83:24 86:25 87:9
90:15,23 91:5 93:24
94:1,2 116:11,20 134:7
134:18 154:24 164:14
164:19 165:5 167:7,12

167:19 168:2,4,9,21
169:8,13,22 170:6,25
171:7 174:10,24 199:22
210:17,19 211:3,10,11
211:19 212:18,20,22,25
213:2,5 232:1 240:25
241:2,3,20 243:2,18
252:6,7 255:25 256:20
256:22 271:4,8,22
272:17,22 276:8

**payable**  240:11

**paying**  42:3 90:4 91:21
94:24 127:25 151:10,18
151:20 180:11 198:17
211:9 220:22 257:10
261:7

**payment**  44:1 116:14,15
214:24 215:12,20,21
218:5,9 272:17,20,25

**payments**  43:6 123:18
200:1 214:20 215:6,25
216:5 218:14,15 240:9
241:4 242:8,13

**payroll**  175:24 192:17

**pays**  91:2

**penalize**  252:5

**penalized**  277:1

**penalties**  283:9

**penalty**  76:16,19 86:18
86:23 88:5 199:22 283:1

**pending**  181:5

**Pennsylvania**  92:19
147:1 181:4

**people**  48:1,3,6 64:6
73:19,20,22 74:14 85:2
86:5,6 131:18 132:13
147:24 149:1,7 235:13
265:21,22,24

**peoples**  46:7

**per**  38:4 143:5 146:23
147:5,8 270:22

**percent**  44:25 91:6
148:12 159:25 261:15

**percentage**  44:20,24
158:24

**perfectly**  131:5,8

**perform**  194:16,20 196:3

197:6,13,21 209:21
210:7

**performed** 193:15,20,24
194:3,7,11 219:23
225:23 226:7

**performing** 139:12
140:15 279:9,22 280:4

**period** 21:13 86:20 114:1
193:14,19,23 194:2,15
224:23 267:21

**periods** 231:10

**perjury** 283:1,9

**person** 9:23 40:16 48:16
48:18 49:17 50:7 74:4,6
74:10 75:7 86:8 88:9
119:15,17 129:25
130:25 131:1 132:24

**personal** 40:13 83:15
149:15 150:3 165:13

**personality** 129:24

**personnel** 41:25

**persons** 214:1

**pertained** 60:8,10

**Philadelphia** 75:17

**phone** 6:8 9:16,22 10:3
26:10 28:17 34:6,9,11
34:21,25 35:2,6,10,13
35:14 44:16 149:3
151:13 172:17 220:4
267:13

**phones** 34:14

**photos** 85:1

**phrase** 153:2

**physical** 55:25 162:14,19
163:1

**physically** 154:15

**physicals** 84:25

**physicians** 280:10

**pick** 60:25 86:3 101:18
119:4 126:9,11 133:24
153:16 159:18 179:13
188:17 248:13

**picked** 77:9 101:16
113:13 133:22 164:18
197:25 220:7 234:23

**pick-up** 144:20 152:14
153:23 154:12 159:8
165:25

**pictures** 66:10

**piece** 187:11

**Pilot** 178:6

**Pittsburgh** 3:15

**place** 112:14 148:4,6
172:7 228:3 229:16
275:2,3,4

**places** 75:19 147:7 177:21
275:5

**plain** 38:12

**PLAINTIFF** 3:3

**Plaintiffs** 1:6

**plan** 38:13,20 61:14,22
152:17,19 163:4,8 196:2
196:11

**planned** 38:16 152:15

**planning** 38:12

**plans** 214:15

**plant** 61:2

**plays** 147:4

**please** 5:11 6:18,23 7:7
8:3 19:4 42:12 53:20
80:25 100:1 115:21
157:24 176:18 178:16
230:23 237:12 239:21
242:3 245:5,17,20,22
246:8 247:18 250:2
253:22,24 259:5 273:7

**pocketbook** 105:18,21,22
106:10

**point** 12:12 16:19 26:6
28:8 38:19 46:1,23 69:5
76:6,16 77:3,6 85:15,21
90:22 92:1,2 124:12
144:20,21 203:8 205:13
229:22 236:3 238:1
251:3 254:11 257:21

**pointed** 39:12 167:9,13

**points** 147:2 204:7

**policies** 60:5 253:20

**policy** 58:7,8,15 60:19
63:14 252:24 253:2

**poor** 215:4

**Poplar** 2:6

**portable** 64:11 65:4

**portion** 49:1,4 67:15
187:21

**portions** 49:8

**position** 22:19 28:10,11
127:17 209:1,4

**possibility** 167:4 258:18
276:25

**possible** 73:11 89:15
91:19 157:14,16 267:4,6
267:10

**posttrip** 14:21 129:8

**potentially** 98:25

**power** 155:18

**PowerPoint** 65:9,12,13

**practice** 17:9 68:24

**Pre** 152:24

**preapproved** 79:13,21

**preceding** 20:10

**preemployment** 56:9

**preparation** 189:5

**prepare** 9:3 10:7 156:18

**presented** 2:14

**pretrip** 14:15,18 66:25
67:1,5,6,10,16 129:4
141:6

**pretty** 58:24 60:10 62:8
62:14 65:12 66:20 67:10
68:17 70:18 76:5 80:21
86:15 95:2,4 110:17
128:25 132:11 134:16
144:8 149:9 180:10
191:22 196:14 202:4
220:22 221:6 224:14
229:14 241:13

**prevent** 8:21 95:7

**previous** 122:20,22

**previously** 73:2 92:15

**price** 11:2 261:6

**pricing** 246:6

**primarily** 75:16 139:19

**prior** 21:14 34:17 83:16
141:7 169:3 189:1,14,21
191:3 192:8 217:1
229:10,17 230:13 234:4
244:4 259:11 274:16

**privileged** 9:9 30:2,6
31:16 189:25 222:17,24
280:18

**probably** 35:20 42:20
73:9 95:2 131:11 135:2
137:1 151:21 230:21
263:14 268:17

**problem** 7:18 71:16 72:5
152:8 154:1

**procedure** 2:9 67:8

**proceeding** 282:6

**PROCEEDINGS** 5:16
27:14 50:18 98:15 105:3
115:23 117:1 158:1
177:16 242:23 254:17
264:11

**process** 66:15 109:16
110:22 114:11 155:24
156:14 212:10 248:7
259:5

**processed** 124:18

**produced** 107:14 178:8
216:11 230:19 247:5,14

**product** 31:17,20 282:15

**production** 247:6,14

**professional** 123:4
127:16 138:22 141:11

**program** 14:7 40:9 107:3
107:17 111:22
114:20,24
165:14 181:14,18,22
182:6,12 184:20,25
185:5,9 187:14 189:14
189:23 205:7 237:13
278:23,24

**projected** 153:2,8

**proper** 15:4,12 129:25

**property** 125:11

**prosecuted** 142:7

**prosperous** 197:10

**protected** 15:25

**protection** 15:23 223:13

224:3

**prove** 235:2

**provide** 6:15 8:25 51:14
51:25 197:9 230:10
252:10

**provided** 52:3,6 62:6
134:12 220:18

**providers** 280:11

**providing** 8:22 198:20
238:14 239:1 255:6

**provision** 87:23 202:14
203:9 205:17 235:10,23
236:5,13,18,24 240:17
244:7 255:21

**provisions** 2:8 83:11,19
201:15 206:8 234:9,16
237:21,22 239:12
257:21 275:23

**PTA** 152:22 153:5

**PTL** 9:6,17 19:13,14,21
19:24 20:3,20,25 21:14
22:19,22,24,25 25:22
26:1,6,8,14 27:2,9,10,16
30:13,16,19,22 31:1,2
31:11,15 34:3,12,15,25
35:7,11,15 37:3,7,10,16
38:2,12 39:6,8,12,24
40:3 41:4 42:16,20 43:3
45:15,19 46:3,12,19
47:24 51:12,14 52:1
54:4 55:9 56:1 58:13
59:3 60:8,11 68:5 69:7
71:2,5,21 73:14 74:25
75:25 76:10 77:4,8,13
77:16 79:16,18,19 80:20
81:8,11,12 82:24 84:6
87:18 88:8 89:11,15,21
91:11 92:13,21 93:2,17
93:23 94:22,25 95:8
96:2,8,14,18 97:5,10,18
97:24 98:2,7,17 99:21
100:1,21 101:7 102:17
102:19,20 103:5 104:2
104:21 105:8 111:19
112:17,25 113:5 115:13
115:15,19 116:2,8,19
117:4,20 119:16 120:3,9
120:10,17,24 121:13,15
121:23 122:2,13,23
123:8,16 124:2 125:2,12
127:1,7 133:6 135:12,17
135:22,25 139:2,14

140:14,22 141:15,18
142:6,23 144:2 145:23
146:2 147:10 149:5,8,12
149:16,22 150:4,5,9
157:8,21 158:5,16,17
159:22 162:8,12 164:2
164:10 165:14,23
169:17 170:1,23 171:3
171:11,17 173:6 175:1,2
175:4,12 178:10,21
179:2,7,16 181:9 182:9
186:4 191:10 195:8,15
196:3,12,15 197:5,6,14
197:21,22,23 198:2,11
198:16 199:5,10,21
200:25 201:10 202:5,6
202:11 203:24 209:22
210:7 211:25 212:19
216:25 217:6,22 218:18
219:9,18 220:8 221:25
224:24 225:7,23 226:7
226:12,23 227:14
228:20 229:12,18
230:15 232:13,16
234:20 235:1,15,17
237:23 239:11 243:5
244:4 245:2,8,18 248:3
249:11,14,20 250:8,11
250:20 251:7,16 252:18
255:1,6,8 256:6,11,13
256:19 257:9,14 258:22
258:25 259:6 260:1,10
260:12,17 261:15,19
263:1 265:18 267:3,5,8
269:5,15 270:21 271:9
271:14 272:15 273:4
274:13,23 276:4,11,20
277:23 278:13,14 279:4
279:9,22 280:4

**PTL's** 60:4 79:8 160:12
253:13

**pull** 68:20 102:14 129:22
245:20

**pulled** 59:2

**punished** 135:21

**purchase** 25:12 61:15
102:20 121:25 122:17
198:12

**purchased** 103:15 160:23
161:1

**purchases** 161:5

**purchasing** 198:13,21
232:7

**pursuant** 2:3,7

**push** 68:16 154:13

**put** 18:22 29:2 51:11 69:3
84:16 85:23 93:19 94:18
104:13 139:18,20
141:25 142:2,4 155:3,5
163:23 165:24 202:5,11
205:3 210:12,13 230:7
232:3,4 234:25 251:1
264:6 269:24

**putting** 48:9,13 104:10

## Q

**Qualcomm** 17:17,21
64:10,15 65:4,16,18,19
119:9 133:16,17,20
163:11,12,21,23 250:21
250:24 251:2,4,9 252:23
260:22 267:12,14,16,24

**Qualcomms** 17:23 70:19

**qualification** 19:20 56:16
56:17,23 57:2,7,19,22

**qualified** 57:3,4 72:4

**Quality** 77:13,15,25 78:2
79:14,17,20 82:11,14
107:19 108:20 109:7,15
110:9,12 113:4,8,14
114:12,18 117:5,20,21
121:5 185:23 186:7
197:24 227:5,6,7,8
248:17,23 249:5,6

**Quality's** 79:6,12

**quarter** 50:14

**question** 6:18,22 7:1,6,12
7:21 8:4,6 21:11 31:7,23
86:6 91:23,25 94:17
130:17,19 148:17 150:1
156:5 173:17 176:13,14
176:18,19 189:21
200:17 201:2,8,12 215:4
235:19,21 245:4

**questioned** 165:20 175:15

**questioning** 181:11

**questions** 6:10,16 8:11
50:25 86:5,7,11,13
88:11 119:21,23,25
155:25 156:2 175:13,22
180:22 189:11 215:6
220:14,15,19 237:4

238:19 250:8

**quick** 33:4 40:2 96:18
98:12 157:24

**quicker** 126:23

**quit** 117:22

**quite** 12:24 266:8

**quiz** 61:2,4,8 65:18,19,20
65:25 66:3 68:24

**quote** 56:18 238:6,24

## R

**R** 3:1 282:1

**railroad** 17:3

**ran** 93:15 146:23,24
147:3 195:15 211:8
229:6 232:14

**Rand** 166:3

**random** 59:21

**Randy** 166:2

**range** 43:6 44:1

**rate** 246:6

**rates** 246:2,5

**rather** 50:11,12

**reach** 39:24

**read** 20:9,11 21:11 83:10
83:18 89:17 100:23
109:19,20 114:21
117:12,14 176:17,20
184:21,23,24 185:1,2,4
185:8,14,18 188:13,18
188:21,24 189:7 190:5
190:10,13,16,17,20
191:11,16,18,24 238:3,9
238:16 239:3 240:3,14
241:8 243:23 252:24,25
253:1 255:19 279:24
283:4

**reading** 185:16 254:13

**ready** 36:20 153:19
156:11 221:1 249:8
262:10,12,14 263:19,24
263:25

**real** 33:4 50:4 96:18
98:12 157:23 169:13

**realize** 50:20 83:22

Gale S. Carter

December 4, 2018

266:15

**really** 31:6 38:20 44:19
46:10 51:7 53:8 54:14
57:8 62:9,21 64:13
65:11 67:4 68:16 70:15
70:22 74:9 80:14 86:15
88:13 93:7,10 99:7,8
102:2 108:21 119:22
127:4,5,21 135:13 142:2
142:20 143:25 145:13
145:18 146:4 148:9,23
151:2 159:17 173:25
179:12 197:16 220:22
221:9 225:9 250:17
251:25 266:9 268:8,12
268:14 272:18 275:10

**reason** 8:24 37:2 73:17
96:1,7 118:7 152:1
174:25 178:18 210:22
222:9 274:3 277:11,13
284:4,7,9,11,13,15,17
284:19,21,23

**reasonable** 131:10 255:12

**reasonably** 89:15

**reasons** 114:5 180:1,7,17
266:18

**recall** 30:11 45:10 65:10
100:11,20 216:14
218:20 220:6,17 223:16

**receipt** 4:15 105:14,19
106:1

**receipts** 123:25 124:3,4,6
124:9

**receive** 17:12 133:10
175:5 192:15,21 267:16

**received** 32:9,10 35:9
133:9 150:13 158:16
166:20 167:5 169:10
171:17 174:2,17 175:9
176:6,15 216:6 236:22
251:16 253:9 256:19,22
261:5 267:24 271:21

**receiver** 59:1 129:22
167:3

**receivers** 262:1

**receiving** 260:21 261:25

**recently** 35:22 272:23

**RECESS** 5:15 27:13
50:17 98:14 105:2
115:22 116:25 157:25

177:15 242:22 254:16

**recognize** 19:17 247:21
250:15

**recollection** 32:1,15 88:4
108:19 225:17 233:21

**record** 5:11 65:1 66:22
92:6 98:12 115:21,25
145:22 150:1 157:23
264:10 282:7

**records** 31:13 35:13
93:19,22 94:18,21,25
95:4

**recover** 218:13 240:12

**recruiter** 40:18,19,21,23
41:2,22 43:2 44:15
45:11 46:24 47:2 70:25
71:1 72:7,16,23,25
73:14,15 90:14 174:11

**recruiters** 46:17 73:9

**recruiting** 255:14,15

**red** 260:19

**reenforcing** 18:24

**refer** 13:25 31:25 56:20
82:5 160:5 162:1

**reference** 215:7

**referred** 86:17 155:17

**referring** 13:23 18:6,15
19:25 59:8 64:2,9 76:10
77:11 95:11 97:3 110:23
182:22 185:20 187:13
187:24 188:3 217:9
253:3 275:18,19

**refers** 55:4 57:11,16 58:9
61:4 63:2,5 66:5,14
67:22 68:24 159:13
172:22

**reflect** 242:6 248:18

**reflected** 168:4 215:17
216:23

**reflecting** 230:20

**reflects** 14:3

**refresh** 32:1 187:18 188:8
218:3 233:17 236:11

**refrigerated** 23:1,5
125:17

**refrigerator** 122:7 142:16

**refused** 154:17 209:25

**regarding** 218:18 280:11

**regular** 89:13

**regulations** 13:5,11 16:15
65:2 105:21,23 106:11
131:18 252:15

**Regus** 2:6

**reimburse** 66:23

**reimbursed** 154:22

**reimbursement** 66:13,18

**reimbursements** 161:13

**reject** 134:20 135:11,20
151:9

**rejected** 134:23 135:15
135:18 136:4,9 137:18
137:22

**rejecting** 135:23 136:1

**related** 15:17 77:16 78:23
107:18 138:13 139:25
140:4,10 155:24 160:22
178:9 282:8

**relates** 172:12 204:22

**relationship** 77:24 78:3
222:6,10 226:23 227:13
228:19 229:11

**relax** 92:9 155:11

**relay** 157:17

**reliable** 112:6

**relocation** 172:3

**remainder** 240:9

**Remedies** 240:3

**remember** 16:6,10 18:10
25:2,23 26:13 29:13,16
29:19 30:4,17 31:12
35:5 37:25 39:3,4,13
40:6,15 43:1 44:14,17
45:12 46:7 48:5,7,11,20
49:19,21,22 50:8 51:4,5
51:7,17 53:16 54:12,14
54:15,23,25 55:12,21,25
56:2,7,8,13 57:6,21,23
57:24 58:5 60:6,17 61:5
61:7,21 62:9,12,16,18
62:21,22 63:3,7,18,20
63:22 64:4 65:11,15,17
65:19,22,25 66:2 67:3,5

69:2,14,19,22,24 72:15
72:17 73:17,18,25 75:4
75:13 80:15,18 82:13
84:5,8,9 86:11,12,15,16
87:18 88:8,12,13 99:7,9
99:10,12,13,17 100:13
100:14,24,25 104:17
105:22 108:21 109:22
110:1 118:3,5 135:13
136:11,12 137:4,6,7,11
137:13,16 148:2,7,8,20
148:23 157:9,11,18
159:15,17 160:13,18
165:16 166:16 171:23
187:16 188:15 220:4,15
241:24 244:23 245:3,14
247:23 252:12,14,21
267:2 268:15 270:5,19
271:7,10,14

**remind** 152:19

**remote** 92:6

**remotely** 5:25 6:24

**rent** 94:1

**rental** 163:11,12,22 164:2

**repairs** 272:23

**repeat** 6:23 7:4 31:8 78:9
150:7 170:19 244:24
279:18

**rephrase** 195:19 198:5

**replace** 255:17

**replaced** 172:24

**reported** 282:6

**reporter** 3:23 6:3,19 8:5
8:13 19:1 33:20 217:14
257:25 282:5,12

**reporting** 1:22 3:21,22
282:12,15,20

**repower** 157:1,3,7

**represent** 6:8 30:16 61:16
62:2 107:13 246:4

**representative** 184:23
186:2

**representatives** 47:24

**representing** 186:20

**represents** 83:10

**reproduction** 282:15

Gale S. Carter                                                                December 4, 2018

**request** 278:13

**requested** 259:14

**requesting** 231:8 259:6

**required** 55:14 101:8
102:24 141:10 154:5
197:21 215:24 255:6

**requirement** 87:19,21

**requires** 132:1

**reserve** 104:6

**reserved** 2:14

**respect** 60:1

**respond** 21:25 22:15 71:7
99:23 103:18 120:6,13
120:19 127:20 132:6
139:17 143:7 177:4
179:10 187:4 194:25
195:7 198:9 199:2
200:16 201:9 202:18,25
204:25 205:12 206:11
206:20 209:24 210:10
222:18 225:2 226:14,16
228:22 229:4 230:5
233:12 234:12,18
235:12 267:25 268:7
276:23 279:6

**responded** 220:18

**response** 6:19 21:6 83:12
92:2 201:9 220:18

**responses** 6:16

**rest** 15:12 74:21 148:23
225:6 262:4,11 269:23
280:1

**restaurant** 51:20 136:24
137:9,12,14

**result** 229:1 230:2 231:16
233:4,8,22

**resume** 26:9 28:16,17

**retail** 228:7

**return** 118:1,21 178:12

**returned** 187:9

**returning** 235:13

**returns** 123:20 178:16

**revelation** 9:9 30:2
189:25 222:17,24
280:18

**revenue** 44:24 45:20 46:5
83:22,23 95:19,24 96:10
96:14 159:24 196:16
197:10 199:6 210:3
252:1,2 255:18 269:19
273:10 276:11

**revenues** 93:4

**review** 8:9,14 10:9 21:7
30:8 62:4 69:6 82:14
84:2 141:1,6,11 146:12
175:9 233:17 234:3
246:8 247:18 250:2

**reviewed** 9:16 21:19
69:15 101:2,3 141:23
205:6 215:18 228:18

**reviewing** 69:18 93:2

**reviews** 46:22

**revised** 250:9

**RICHARD** 3:13

**Rick** 33:6 181:1 217:4
243:14 244:2,10,15
247:4 249:19 250:12

**rid** 35:18 70:6,12,23
124:8 156:24

**ride** 136:19

**rig** 129:22

**right** 7:18 8:21 16:21
19:12 24:23 26:2 27:7,8
37:3 43:14,22 45:4
51:17 53:2,7,8 57:1,14
65:7 80:13 81:12 82:17
91:14 102:25 103:3
105:5 107:5 108:1
115:11 126:20 131:14
137:23,24 144:24 145:2
147:25 161:14,16 163:4
165:4 166:3,19 167:12
168:2,13,18 169:23
171:8 174:8,20 175:2
180:25 205:16 206:15
213:12 216:8 217:11
233:14,19 236:2 238:2
239:24 258:1,3 264:9
277:12,17,20 278:9
279:23

**right-hand** 54:3 81:23
83:2 97:7,14,20 108:7

**rip** 217:1

**road** 16:23,25 18:12,15

18:17,21 24:8 25:25
26:5 51:20 68:7,8,13,15
92:20 94:6 122:5 125:22
127:13 128:12 131:23
133:1,2 165:23 191:23
230:9 233:1

**Robert** 108:9 187:19,25

**Roberts** 148:19

**Rock** 120:25

**rode** 110:17

**Rodney** 11:2

**role** 198:6

**room** 6:2,3 8:1 15:6 49:20
150:25

**Roshelle** 148:20

**ROTHSCHILD** 3:13

**roughly** 150:23 216:16
242:1,17 243:19 273:12

**RPM's** 129:1,3

**rule** 6:15 7:25 126:22

**rules** 2:8 5:22 6:12 13:8
55:15 129:5,13 138:14
141:10 143:5 252:14

**run** 93:10,12 145:20
155:14 194:8 195:8
224:13 259:20

**running** 60:8 155:16

**runs** 193:14

**Rush** 249:6

**rushed** 84:12,22

**Russ** 48:11,12,18,22,23
49:7,19 50:1 58:4 97:2

## S

**S** 108:1

**safe** 129:25 274:25 275:2
275:3,4,6

**safely** 129:23

**safer** 132:20

**safety** 13:10,21 15:24
16:1 63:1 105:20,23
130:12,22 132:8,10,11
132:15

**said** 9:14 16:6,11 18:5,11

23:15 27:10 37:22 39:10
43:15,24,25 44:19,21
45:1,25 50:1 51:1 56:21
58:17 60:12,14 62:19,23
67:4 69:11,23 71:9
72:11,16,18 75:12 80:12
84:6,10,11,20,21 85:23
86:18 89:2 90:13 91:12
92:16,17 94:6,23 99:13
102:24,25 103:19,20
107:22 109:5 113:22,23
114:2 118:25 119:5
121:7 128:2 130:2
138:17 143:15 147:24
148:4,10,14,18 149:10
151:3 204:11,12,13,20
206:22 207:11 212:24
220:13 221:3,11,24
222:4 235:2,14 237:22
246:21 269:11 270:19
275:7

**SAITH** 281:2

**same** 6:12 8:1 19:25 23:4
26:4 30:12 60:20 61:10
64:7 78:4 79:4,17 91:21
96:6,25 101:12 111:17
119:3 120:18 130:10,11
132:8 133:3 138:25
140:17 144:8,10,11,13
145:8,18 149:19 156:14
172:7,16 177:11 190:16
191:6 195:6,14,23 196:4
196:13,22 197:2,8,15
199:11 200:22 201:5,7
201:17,22 202:24
203:11,21 207:6,15
208:11 211:7 223:14
224:4,10,14,20 225:8
226:8 227:20 235:11,24
236:6,14,19,25 240:19
244:9,15 263:15 277:8
279:24,25 283:5

**Sandra** 33:14

**sandwich** 269:24

**sat** 135:10 136:18

**saving** 273:18

**saw** 257:22 258:9 261:21

**say** 6:5 13:23 18:14 19:24
25:11 33:13 39:21 42:11
48:13 51:19 53:9 54:15
64:1 72:7 73:8 76:8
77:11,21,22 79:5 87:7
101:7,10 102:7,8,9,10

102:18 114:15 115:10
117:17 118:14,22 125:8
130:7,24 131:1 132:22
135:22 138:8 140:8
144:1 153:15 160:17
168:11 169:1 173:9,15
179:17 182:21 199:10
206:22,25 207:9 212:24
216:9,15 219:22 220:7
227:8 239:9 243:9 253:2
262:18 263:11 267:10
267:20 268:19 274:20

saying  6:17 48:14 63:12
77:23 92:11 93:9 101:1
111:4,21 113:11 117:19
130:8 136:5,6,7 147:25
163:19 199:20 204:14
207:1 209:6 227:18
244:23 258:14

says  19:13 20:6,8 34:6
37:2,4 55:2 58:6 61:1
62:3,25 63:4,14 65:24
66:12 67:20 81:18,19
83:9 89:10 93:6 96:20
98:24 100:5 103:9 104:5
105:17,19 107:2,25
108:7,15 159:12,24,25
161:17,25 165:4,5
168:13,21 170:9 202:4
202:10 238:3 242:8
246:1,9,19 248:12

say-so  229:23

SC  160:5

scales  66:19,21 161:13

scanned  184:22 205:8

schedule  51:5 111:8,22
238:6 239:5,8 240:11
242:3

scheduled  38:16

scheme  196:2,11

schemed  109:20

Schneider  22:18 26:2
37:3,7

school  11:13,14,22 12:13
12:16,22 13:8,15 14:10
14:18,22 15:1,9,16,22
16:14,20 17:13 18:17
27:7 28:25 35:25 37:21
37:22 61:12 67:18 68:14
128:3,20,23 129:6,13
130:3,14,18,20 131:4

138:19

SCOPELITIS  3:10

score  13:20,25 14:1,4
230:13,17,20,25 231:5
231:14

scores  231:9

scratch  209:19 214:18
252:20

screen  56:10 161:17
268:16

scribbled  70:9

seat  268:21,22

second  33:12 49:24 56:9
82:2 92:6 98:11 166:19
188:13,21 189:8 214:12
247:9 264:23

seconds  237:4

section  98:9,17,22,24
100:3 161:16 278:25
279:3,13,17,21 280:3,7

sections  100:16

secure  178:2

secured  58:13 59:23

security  55:6 56:5 62:1
66:3,8

see  20:5 21:5 42:15 48:16
52:17 54:18 63:13 68:21
83:6 89:8 90:8 96:21
100:17 103:13 117:5
124:11 132:12 149:1
151:13 158:20 159:25
160:20 161:17 165:4,6
167:18 172:4,5 189:2
212:1,2 227:21,25
232:18 246:14,18,21
252:3 258:7 263:16
264:8 266:21 268:3,13
268:14,15 278:13

seeing  54:12 258:1,3

seem  36:17 96:5

seemed  135:21 136:6

seen  92:20 111:23 259:3

semi  128:22

send  66:16 126:11 133:12
153:8 156:9,10,12
260:24 267:18

sense  8:18 38:3,7 42:4
50:15 54:25 90:19

sent  35:5 40:9,10,16
41:24 77:10,13 197:23
227:1,5,9 247:5 252:4
261:2 269:22 278:14

separate  23:14 121:21

September  32:14

serious  244:13

served  11:11

service  13:5,8 65:1,2 69:6
76:13 78:17 81:15 82:16
86:14 106:11 129:12
131:18 138:14,18,23
163:7 164:1,9 166:13,19
166:25 167:2 176:9
183:21,25 184:4,8,12,16
184:21 191:10,19,25
192:5,8 245:15,18,21,25
246:10,19 253:4,23
254:21 270:2,11 274:7
275:24 276:3 277:4

services  89:16 99:19
191:11 193:15,20,24
194:3,12,17,21 195:4,12
195:22 196:3 197:7,14
197:22 209:22 210:7
225:23 226:6 238:14
239:1 255:6 279:22
280:4 282:17

set  121:21 215:6 240:10
278:6

setting  101:14

settlement  41:24 115:10
116:4,17,20 158:15,21
159:2 162:20 166:9
167:20,22,23 168:5
169:16,19,25 170:3,17
170:21,25 171:4,8,13,16
173:3,5,19 175:5,14
182:25 183:3,7,10,14,16
190:9,10,14,20,25 191:4
192:13,21 193:1,13,18
193:22 194:1,6 206:7,17
207:3,13,22 215:18
245:6

settlements  47:12 124:18
176:6,16 270:22

setup  68:20

seven  28:3 35:20 173:11

173:23

several  256:4,7

shall  238:13,25

sharpening  128:16

she  34:17 46:14 133:13
259:12

sheet  41:24 284:1,3

sheets  175:6 245:6

SHELBY  282:3

she's  33:16

shift  66:9

shifting  129:1,3

shipper  154:6 155:1
156:3 167:3 262:9
263:15

shippers  261:25

shipping  261:25

shop  101:23 122:16

short  63:24 64:1

shortage  36:7

shortly  42:20

shot  258:7

shouldn't  72:5 232:13

show  31:13 95:1 110:8
160:2 247:3 262:8

showed  40:14 43:11
44:10 90:17 109:17
110:13

showing  42:2 44:11 90:18

shows  166:12 167:7 170:6

shuttle  248:13

side  83:2 96:20 97:1,7,14
97:21 105:10,17 107:25
108:7,12 109:3 260:17
265:10

sign  8:9 54:6 109:21
182:5,8,12,16,17 183:16
184:15

signature  2:11 20:13,14
54:7 83:2,5 96:23 97:8
97:16,21 98:4,5 105:25
106:5,18 108:2,12,13
109:2 116:9 187:17

281:3 284:25

**signatures** 96:18

**signed** 10:11 53:5 69:7
75:24 80:6 81:15,18
83:20 84:3 88:22 89:19
91:11 99:18 106:3,7
108:19 111:2,21 114:21
114:24 116:5 162:10,17
163:6,25 164:8 166:25
178:13 180:12 187:8,13
197:1 234:22 244:20
245:1 274:6,8 276:2
277:3

**signing** 54:12 185:11
262:9

**similar** 67:17 68:13
128:25 182:5,13 183:16
184:15 250:18 260:18

**similarly** 1:4

**simple** 187:5

**simply** 131:19

**since** 7:25 26:19 27:2
28:25 35:24 36:6,11
39:15 166:22 167:5
168:3 214:19,23 216:3
218:5,9 243:10 266:14

**sir** 172:10

**sit** 15:13 64:6,12 134:25
135:20 136:7,9,14,16,20
137:17 146:8 203:8
209:25 211:25 233:20
263:7 264:24

**site** 17:22 79:1,5

**sitting** 135:2 137:4
138:11 139:22 187:22
202:13 205:16 206:15
216:8 231:24 236:2

**situated** 1:4

**situation** 36:5 197:3
273:4

**situations** 137:21

**six** 28:7 35:20 37:10
73:24,25 74:5,14 86:6
119:25 138:5 143:16

**skill** 131:13 132:2,9,17

**skilled** 127:17 132:21

**skills** 128:16 282:7

**skimmed** 101:4

**slash** 98:23

**sleep** 15:12 138:12 140:5
142:13,24 156:6 265:2
268:5 269:4,6,13

**sleeper** 138:11 139:4
140:22,23 142:12 155:6
262:5 264:4,16,19 265:1
265:4

**sleeping** 15:14 144:12

**slower** 42:11

**slows** 90:1

**small** 210:2 261:12

**smaller** 152:6,8 261:10

**smiling** 231:24

**snap** 269:1

**Social** 55:6 56:5

**solely** 197:22 238:7

**solo** 127:7

**some** 5:21 6:11 9:5 12:12
16:19 20:22 22:3 24:7
26:6 28:8 37:18 40:10
44:21,22 46:23 59:5,6
62:20 64:6 69:5,11
72:19 73:15,20 77:3,6
77:20 83:25 85:15 90:7
90:9,10,15,23,25 91:1
93:24,25 99:6,8 101:14
112:15 122:8 124:5
126:1,2 132:23 134:14
136:3 143:1 144:7 146:7
149:13 151:19 161:4
162:6 172:2,21 191:22
209:21 213:8 216:19
232:12 234:25 247:24
252:22 262:11,16
264:23

**somebody** 62:1 73:4
92:15 110:15 113:20
204:6 256:11 257:1
265:13

**somehow** 113:9

**someone** 36:21 39:8 40:4
41:23 57:23 63:1,2
64:19 79:18,19 92:8
102:17,25 110:12
112:17 117:20,21
119:17

130:6,13,17,19 187:23
195:8 216:6 219:11
248:20 265:11 266:23

**someone's** 40:11 266:15

**something** 36:14,23,24
43:12 57:16 60:2,13
62:1 63:9 65:14 67:24
68:3,4 70:9 71:13,14
72:11,18 76:3,18 118:25
137:2,15 138:3 142:3
151:17 153:11 154:2
156:10 174:2 235:14
251:4 252:5 256:10
269:23,24,25 270:1,19
275:7

**something-dollar** 172:20

**sometime** 36:13,14 92:13
109:13 110:9

**sometimes** 6:23 73:3
89:25 142:1 152:6
188:17 258:21 259:17
261:11,24 262:15 264:3
264:14,15 267:5,19,21

**somewhere** 18:20 26:11
26:12 59:12,24 79:25
114:16 126:11 231:25
257:15 258:20 265:8
273:12 274:25

**soon** 47:1 96:12 114:12
277:22

**sorry** 32:17 53:5 55:24
80:3 82:22 87:3 107:22
136:17 163:17 225:5
231:21 235:6 238:22
241:10 254:23 257:20
278:24

**sort** 64:11 144:5

**sorting** 22:6

**sorts** 251:17

**sound** 11:3 53:2,7 244:7

**sounds** 27:11

**space** 14:25 15:7 265:6,25
266:1,3

**speak** 9:19 30:21 40:3,21
46:17 74:13 87:13
114:18 131:2 189:13,16
189:22 205:24 219:9,18
237:14 273:20 276:3

**speaking** 30:5 91:7

185:22

**special** 134:14

**specialized** 132:2

**specific** 30:5 43:2 53:16
84:10 89:12,21 131:16
143:22 175:22 237:20
267:2

**specifically** 57:15 58:17
60:6 62:23 72:15,17
88:12 237:23 278:25

**specifics** 16:10 148:3
157:11

**specified** 238:6

**speed** 14:25

**spend** 50:12 66:19 261:24
264:18

**spending** 232:2,4

**spent** 140:23 264:3,15

**spoke** 9:11,15,25 29:24
30:7,25 31:1,10,14 32:2
40:4,22 47:1 48:1,4,10
49:10,15 75:14 88:9
119:15 172:16 189:19
190:2 205:20 219:11
225:10 270:2

**spoken** 10:16 32:6,8,9,20
32:22,24 73:9 74:16
204:9 280:10

**spot** 59:21

**SS** 55:3

**stamp** 254:2,6

**stamped** 81:8

**stanci** 178:24

**Stancill** 5:12,18

**S-T-A-N-C-I-L-L** 5:19

**stancll@icloud.com**
178:24

**Standards** 120:4,11,17
177:2 271:15

**standing** 248:22

**stands** 153:1,5

**start** 6:9 8:4 12:22 20:25
22:23 24:25 25:5 63:17
74:12 78:13 87:3,5
114:11 138:11 145:7

240:4 277:22

**started** 12:6,25 25:6,8 28:22 37:17 38:23 47:15 50:23 70:16 79:3 85:18 110:20 259:3 273:18

**starting** 21:8 75:2

**starts** 60:19 83:6 89:6 100:4 160:19

**state** 5:10 282:2,5 283:17

**stated** 206:13 232:15 234:19 240:17 283:7

**statement** 36:19

**statements** 20:10 212:2

**states** 1:1 144:10 159:9 159:10 171:19 227:11 254:21

**stating** 251:17

**station** 248:15

**statute** 229:2 231:18 233:5,10,24

**Statutes** 230:3

**stay** 36:23 37:9 51:9 52:8 52:14 76:2 91:20 177:23 199:23 230:9 259:21 268:3

**stayed** 49:16 52:12 76:8 76:21 125:24 144:8 220:23 231:19

**staying** 86:19 118:15 259:4

**steady** 112:4

**steps** 39:23 64:14

**stick** 128:25 132:7

**still** 18:20 30:18 34:1 42:15 50:21 73:4 90:11 91:24 93:16,17 94:24 132:7 137:25 165:7,11 172:19 173:21,25 174:23 199:1,22 200:1 205:13 211:9,10 238:20 267:14 270:10 273:15

**stolen** 275:1

**stone** 278:6

**stop** 15:5 19:3 20:24 38:17 50:13 85:6 136:21 136:22,25 137:5,8 142:1

178:6 264:22 265:7 266:11,19,20 279:8

**stopped** 28:21 279:3,22 280:4

**stopping** 144:11 177:22 264:20

**stops** 38:17,19 124:6 149:2 265:15 266:6,7,12 266:25

**store** 266:23

**stories** 95:15

**straight** 68:19 133:1,2

**Street** 3:10,14

**stressed** 231:19

**strictly** 60:11 198:2,15

**strongly** 49:12

**struggling** 80:23 258:17

**stub** 43:11 44:10 90:24

**stubs** 10:10 47:10 90:8,18 256:20 271:22

**stuck** 224:13

**stuff** 18:12 32:9 40:10 84:12,24 94:3 119:9,11 122:4 125:14 130:4 203:25 252:23

**submit** 66:22 141:15 259:7

**submitted** 29:22,25 141:16 259:10

**subsidiaries** 78:4

**successfully** 71:3,19,23 74:1 212:10 236:17

**such** 99:4 240:12

**sue** 276:21 277:6

**suffer** 209:20

**suffered** 210:6 229:1 230:2 231:16 233:4,8,22

**sufficient** 83:14 212:22 212:24

**suggest** 77:1 217:25 227:13

**suggested** 222:5

**suggestion** 207:1

**suggests** 90:25 207:2 228:19

**Suite** 3:6,11,14

**summaries** 158:16 192:22

**summary** 4:18 158:21 168:16 192:13 193:2,13 193:18,22 194:1,7 208:4 208:9 215:18

**Super** 76:13 78:17

**supervisor's** 106:4

**supplemental** 247:6,14

**supply** 269:20

**support** 198:4 236:3

**suppose** 115:18

**supposed** 119:10 121:3 122:7,8 133:21 208:18 246:4

**surcharge** 160:6,8,11,14 160:16

**sure** 5:23 6:11 14:5 27:19 31:6,9 43:14,23 47:16 52:10,20 53:9 54:21,24 55:12 57:14 62:8,16 66:9 67:12,13 69:17 70:7 73:12 74:9 78:25 86:16 95:3,4 98:13 104:11 109:11,24 114:15 121:5,6,11 124:23,24 132:12 141:2,12 145:19 146:4 149:9 157:9 162:6 167:11 176:15 178:23 186:19 191:20,22 196:7 197:17 204:12 206:21 211:18 225:9 231:2 235:25 249:9 279:24

**survey** 119:19,20,22

**suspect** 203:18

**swap** 87:1 157:4

**swapped** 75:10

**SWARTZ** 3:5 29:24 30:11,16,21 31:1,10,14 32:2,11,20,24

**swear** 257:24 258:4

**SWIDLER** 3:5 29:25 30:11,16,21 31:1,10,15

32:2,11,20,25

**sworn** 5:3

**system** 15:19 23:22 214:2

---

## T

**T** 282:1

**TA** 178:7

**table** 64:7 278:2

**tablet** 70:12

**tablets** 70:8

**take** 7:17,22 8:2 12:5 39:23 60:9 61:23,24 68:7 69:25 70:16 76:22 78:19 79:24,25 80:10 83:24 94:11 114:3,13 117:5 118:2 119:3,10,20 126:18,19 135:2,9 141:6 142:24 143:12 148:11 149:11 152:6,8 155:20 157:5 168:24 177:14,18 177:19 178:1,4 210:2 211:16 219:13 228:2 233:1 241:7 248:14 254:14 257:1,4,16 264:8 268:1 269:21 278:6,9

**taken** 2:2,7 5:15 27:13 50:17 56:10,14 98:14 105:2 115:22 116:25 157:25 177:15 242:22 244:21 245:2 254:16

**takes** 36:13,15

**taking** 5:22 6:4,24 7:14 65:19,22 119:1 148:12 156:6 159:15 171:23 257:14

**talk** 18:3 41:2 46:3,24 50:24 72:23,25 74:9,20 74:23,24 75:23 110:12 113:14 117:22,23 118:15 133:8 138:16 148:24 149:2 160:15

**talked** 15:18 16:5,9,16 17:19,21,24 18:2 39:15 39:18 44:23 45:12,14,18 46:6,8 49:13 57:24 58:3 61:10 63:22 74:21 75:5 75:6 76:1 80:10 99:14 112:3 118:1 119:7,8,12 148:19 152:5 154:10

Gale S. Carter                                                                December 4, 2018

158:23 175:18,24
221:22 267:12 273:9
275:24

**talking** 8:3 19:3 37:19
57:23 63:7,20 70:24,25
79:6 80:18 99:10 110:20
130:13 149:21 172:8
235:17,18 268:20

**talks** 98:18,22

**tallied** 14:1

**tallies** 14:4

**tank** 38:8

**taught** 67:7 130:9,15
138:18

**tax** 83:16 97:23 123:19
162:2,5 178:12,16

**taxes** 123:10,12 162:4,7

**taxi** 248:17

**teach** 18:23 65:6

**telephone** 5:13

**tell** 9:10,11,12,13 30:3,5
45:22 102:2,4,6,8,11,23
112:17,22 118:7 120:9
133:13 134:25 135:17
146:16 151:15,17
152:15 153:12,18 159:2
159:7 164:24 179:21
186:24 199:14 202:1
204:18 207:23 208:25
209:1 212:4 223:19
224:1,7,17 226:5 246:9
251:3 254:12 263:19,24
263:25

**telling** 135:19 216:16
262:20 271:14

**tells** 79:16 246:5

**ten** 9:21 10:1 27:19,23
73:9 138:4,6,8 143:18
250:6

**tend** 231:16

**ten-hour** 138:10 143:13
143:19,23 177:20 178:1
178:5 264:4 267:3,4

**ten-minute** 116:22

**Tennessee** 2:6 3:24
170:12 282:2,6,12,16,21

**term** 89:13 240:10 241:25

242:7,9,10

**terminate** 117:3 172:13
182:3 183:14 184:12
218:19

**terminated** 120:23
181:24 183:10 184:7
206:3 215:10,25 216:3
218:6,10 219:10 221:4
223:3,8 231:1 279:9

**terminating** 118:8 216:17
216:18,19 219:19

**termination** 95:6 214:19
214:23 254:10,22 255:9
255:11 256:1 275:25
276:5 277:7

**terms** 2:8 15:24 43:17
53:14 56:4 75:24 114:19
144:3 190:7,24 192:3
200:9,11,19 201:3,20
203:19

**test** 16:23,25 68:7,8,13,14
68:15 71:10,13 72:3
161:21,22

**tested** 15:18,21

**testified** 5:4 32:19 163:3
204:2 205:20 218:17,24
227:4 241:21 243:21
244:19,25 252:11 253:8
256:4 259:25 260:9,21
261:23 264:15 267:1
271:13,18 272:2 273:2
274:6,11

**testifying** 245:14

**testimony** 2:14 8:15,17
8:22 9:1 19:7 37:25
53:23 81:3 90:5 103:17
104:25 106:23 115:5
158:10 198:25 204:24
206:19 207:2,12,21
208:10 209:17 217:17
229:10 244:4 249:23
274:16

**Texas** 92:13,14

**text** 35:5,9

**than** 37:15 43:6 44:2
69:18 86:24 119:8 125:9
126:23 127:2,5,23
131:23 146:17 175:4,18
175:20 177:9 179:3,24
180:4,6 182:7,8,9,14,18
183:17 184:17 190:1

192:22 194:18,21 197:5
197:20 198:17,20 211:5
215:20 219:8,17 227:10
227:18 228:17 229:25
231:13 232:16 251:4
254:3 256:6 263:16
271:25 275:10

**Thank** 81:6 245:12 255:3
278:18

**that's** 7:13 11:17 12:19
12:20 16:22 17:8 18:7
18:11 19:16 20:2,12
21:14 22:16 24:1 26:4
26:18 27:3 33:15 34:23
37:6 38:22 41:11 44:13
46:14 49:12 52:2 54:20
56:24,25 66:20 67:6,23
69:4 73:11 77:1 81:10
81:13 82:23 84:24 86:8
87:8 88:16,24 90:11
91:6 93:12 95:16 101:4
101:12 104:12,13,15,21
105:9 106:2 111:12
113:25 115:13 119:7,14
122:14 128:9 129:20
130:6,21 131:5 132:12
133:1,2,3,19 134:15
136:7 138:13 142:19
145:16 146:6 151:1,3
153:5,11 154:13 156:11
161:20,21 162:2 163:20
166:15 167:11 168:16
168:19 169:12 170:16
172:5,15,24 173:14
174:16,21,25 176:3
180:21 182:13 188:10
192:20 194:10,14
195:18,24 204:13
207:10 215:17 217:10
221:6 224:14 227:8
228:10 235:3 250:3
258:9 261:4 265:22
266:8,10,22 268:17
277:17 279:23

**Theft** 282:16

**their** 14:3 23:21 41:25
58:15 59:23 60:4 66:15
67:8 70:19 73:5 76:24
79:1 102:14 112:4 128:5
138:22 148:9,24 149:8
150:4,9 157:5,6 180:6
220:19 274:24 275:8

**theirs** 102:5

**them** 9:10,11,12,13 17:18

17:19,20,22 22:3 24:20
25:25 28:22 29:1 30:3,6
30:7,23 32:9,22 39:6,9
39:25 42:17,22,25 46:21
58:19 59:5 63:25 70:10
70:22,23 73:5,6,24 74:1
74:17,18,19,21,23,24
75:23 77:2 80:18 92:17
93:25 94:5,6,12 99:9
101:4 103:6 112:15,22
117:9,10,18,24 118:1,9
118:16 121:8 124:11,12
126:15 127:5 135:6,14
137:2 144:17,18 147:21
148:10,24 149:2,10
151:15,16,17 152:13,15
152:19 154:10 156:12
166:17 174:23 175:7,9
175:10,20 177:22
186:12,22 187:6,21
197:7 198:15 199:4
202:1 204:17 208:12
212:3 217:3 220:20
221:8,12 224:11 231:7
232:18 233:1 261:8,12
263:19 267:18,25 268:7
268:8,12 272:18 273:9
283:8 284:3

**themselves** 1:4 148:16
221:25

**theory** 207:10,18

**therefore** 94:1 250:11

**therein** 283:7

**thereof** 283:5

**there's** 33:22 50:2 91:19
97:2

**they'd** 262:18 268:6

**they'll** 126:11 134:15,25
148:11 263:24,25

**they're** 21:17 70:16 78:4
92:21 93:6,10 128:15
129:25 132:24 148:12
207:24 215:7 254:9
255:23 263:4,25 266:14
266:16

**thing** 7:20 36:20 39:11
43:10,25 71:14 79:17
88:16 91:18 96:6 104:13
104:15,18 121:12
127:22 130:10 132:8
133:3 144:6,11 172:5,25
173:14 178:11 215:16

219:15 224:14 228:8,11
261:9

**things** 39:7 43:2,20 53:17
56:19 63:19 69:11 70:2
84:10 85:3 91:7 130:12
132:23 140:7,9 180:4
213:8 214:2,7,11 230:8
252:23 255:13 264:23
266:24 276:11

**think** 12:11 16:9 22:25
25:3 27:1 29:2 35:12
37:1 40:22 41:18 45:14
46:20 47:4,12,16 48:1
49:9,12,17 57:16 58:2
58:11 62:10 63:23,24
64:3 68:7 70:11 72:9,13
72:14,18 74:3,4,6 76:2
76:17 86:18,25 99:6
122:5,11 125:1 127:16
136:10 137:20 141:16
141:17 143:22 146:3
156:25 157:9 167:5
168:7 177:21,23 200:23
200:25 201:10 205:13
206:1 224:11 231:21
233:13,19 241:13 242:1
251:23,24 253:12 254:2
260:14,15 270:7 271:24
273:11

**thinking** 73:20 231:25

**third** 56:22 106:17
188:24 189:4 238:1

**though** 87:10 93:7 102:5
102:17 103:24 124:4
144:14 197:25 212:22
278:9

**thought** 63:10,13 71:8,9
72:2 80:3 83:23 88:14
96:9 120:10 140:14
176:7 179:6 180:1,7,17
223:20 224:2,8,15,18
227:4 237:20 277:18

**thoughts** 279:25

**thousand** 91:2 229:15
232:8 273:12,16

**threat** 205:18 244:8,13
276:20

**threatened** 218:12 276:19
276:20 277:5 279:2,7

**threats** 205:10

**three** 28:15 29:2,3,4 39:2

48:3 52:14 63:18 76:17
86:18,19 94:19 125:25
168:20 173:10 185:7
225:3 242:2 259:1,4,10

**three-point** 67:20

**through** 5:21 6:11 11:21
17:2,4 19:14,23 20:22
52:12 54:17 62:20 64:14
65:14 69:13 77:3 84:24
100:13,15,23 101:4
103:6,24 107:10 109:13
109:16,18,20,21 110:21
115:15,19 133:16
146:25 158:13,24,25
185:14 188:14,18,21,25
189:1,8 190:5 194:16
202:9 205:8 212:9
220:25 227:22,25 248:7
252:24 253:12 260:22
267:16 272:19

**throughout** 7:14 257:8

**Thursday** 53:1,3,4

**ticket** 47:9 170:9,14
246:23

**tickets** 13:21 66:21

**tie** 200:25

**tied** 88:5 198:1 201:10

**ties** 199:20

**till** 50:14 263:8

**time** 15:14 17:14,25
21:13 26:4 27:6,7,8,17
27:22 29:5 30:13 31:4,8
36:5 37:8 38:15 41:2,13
45:24 55:13 57:9 58:24
59:1 65:6 69:10 70:3
72:22 75:11,22 76:21
79:23 82:15 83:14 84:22
85:1,3,5 87:6,15 88:15
95:23 99:20 101:25
109:9 117:23 125:23
132:12 134:4,16 135:20
136:8 138:4,5,21 139:1
139:8,9,12,13 140:1,4
140:11,15,16,22,23
141:6,9 145:8 147:3
150:7 153:2,8,23 154:3
154:8,12,25 156:1
166:23 174:2,14 179:5
182:3 185:8,15 188:13
188:21,24 189:4,8
190:17,19 191:1,24

192:5 197:2 209:11
212:3,13,17 213:10
223:9 224:23 225:6,10
225:12,18,20 230:18,20
231:5,20 232:2,4 236:15
240:22 243:10 257:8
258:19,21 259:6,10
261:3,24 262:20 263:12
264:16,18 269:21
279:19

**times** 9:12 26:20,21 36:4
40:20,22 45:13,22 46:9
92:16,21 137:17,20
139:1 151:21,22 185:4
190:13,15 191:18,22
212:9 243:18 256:5,23
258:24 259:1

**tired** 264:21 265:22,24
266:1

**title** 108:5 245:23

**TN** 1:23

**today** 6:5,13 9:1,16,21,23
9:25 54:24 202:13
218:24 233:20

**today's** 8:10 19:23

**together** 60:24 174:22
199:20 269:1

**told** 38:21 40:7 43:2,15
43:21 44:25 45:15,20
68:21 71:18 75:21 79:19
86:25 90:14,22 91:8
92:12,13 94:6,9,11,12
102:19 103:5,25 113:5
114:22 117:8,24 118:9
118:10,12,13,16,18,19
119:1,2 121:7 128:3
135:4,6,8,14 147:21
148:10 172:17 174:10
176:4 179:14 203:23
204:3,15 220:8,20 221:8
224:11 243:22 251:9
257:3,16 261:8,14 263:3
272:24 273:9 276:16

**toll** 165:5

**tolls** 66:19,21

**too** 58:3 60:16 64:23
118:13 212:13

**took** 12:1 18:16 45:3 47:6
49:18 60:20 63:25 66:1
66:10 70:2 96:4 104:14
104:15 107:22 110:4

120:25 122:16 123:14
135:10 148:3,6 149:8,13
159:21 161:22 169:1
171:20 172:15 187:21
215:13,15 225:10
243:10 258:21 259:2
266:2 269:14,22 273:13
277:25 278:8,11

**tools** 122:1,11

**top** 21:10 100:5 104:5
105:11 107:2 115:10
239:7 240:4

**total** 143:9 167:12 168:2
168:4,8,9,21 169:22
171:7

**totally** 52:20 55:11 57:14
88:19 114:15 264:5

**touching** 67:24

**toward** 69:14

**towards** 39:12 46:15
135:14,15 152:20 168:1
257:10 273:19

**town** 17:2 136:20 146:24
159:10

**track** 213:3

**tracks** 17:3

**tractor** 58:7,15 60:3

**traffic** 147:2,4 154:1,4

**Trafficking** 223:13 224:3

**trailer** 14:12 17:7,10 58:6
58:11,12,20 59:2,11,18
60:19,25 102:13 118:2
118:25 122:18 126:6,9
126:16 130:21 154:16
155:1 156:7,15 159:18
159:19 162:23 164:13
164:17 172:3,8,9,12
180:14 229:22 266:21
274:18,22 275:19

**trailers** 58:7,18,21,22
59:7,16 60:2 180:12
274:12 275:19

**trailer's** 59:8

**trained** 130:2

**trainer** 18:21 128:14,15

**trainers** 18:13,15,16

**training** 37:22 63:15,16

66:12 128:4 129:23 130:22

**transcript** 5:23 8:9 282:7 282:14 283:4

**transfer** 282:16

**transflow** 63:15 66:12

**transflows** 66:15

**transportation** 1:9 13:12 14:8 129:12 181:2 204:3 238:14 239:1

**Transportation's** 13:4

**TRAVIS** 3:4 92:9 237:8 237:14 238:18 257:21

**treated** 221:9

**tried** 37:10 84:12 92:17 95:17 118:15 177:7 185:17 252:25 261:8 279:13

**trip** 38:12 152:15 174:8 194:8

**trips** 156:22 193:14

**trouble** 135:18

**truck** 1:8 6:9 10:11 12:12 12:15,17,21 13:8,14 14:10,11,18,21 15:1,9 15:16,22 16:13,19,21 17:5,13 18:17,22,23 19:21 21:3 22:8,9 24:20 25:5 28:18,25 35:25 36:11 37:12,21 38:5,14 42:3 43:5,8,16 44:5,7 45:4 48:15 59:9,20 60:5 61:11 64:13,16 67:9,13 67:17,25 68:14 76:22 77:6,9,14 78:19,24 79:14,21,24,25 80:5,11 81:16 82:10,20 83:24 85:10,13 86:3 88:5 90:4 97:25 100:22 101:11,16 101:17,18,19 103:1,21 107:18 108:20 110:6 111:1,10,23 112:5,6,18 113:12 116:14 117:5 118:1,20 119:11 120:23 121:6,9,16 122:15 123:4 123:17 124:6 125:2,3,4 125:5,9 127:10,17 128:3 128:5,10,11,19,20,23 129:6,13 130:1,14,18,20 131:3,4,14,22 132:1,14

132:20,21 136:16,18,21 136:22,24 137:5,8 138:18,22 140:10 141:11 146:22,23 149:1 150:23 155:15,21 163:24 178:6 179:3 180:6 184:1,17 187:7,8 192:12,19,23 193:15,20 193:24 194:3,8,12,18,22 197:24 198:1,12,18 200:2 211:11 226:17,19 226:20 228:4,13 229:20 229:23 232:22,24 233:1 234:21,23 242:20 243:2 244:22 245:2,24 248:8 248:11,25 249:8 250:21 250:25 251:10,14 257:1 257:6,10,15 260:5,6,16 264:16,19,22 265:4,7,10 265:14 266:5,6,7,12,17 266:19,20,24 269:3 272:11,25 273:11,19,21 273:24 274:2 275:20

**trucking** 35:24 36:8 37:23 89:25 165:10

**trucks** 18:2 43:17,18 84:14 110:5 112:1 113:1 113:15 114:2 121:1 131:19 132:10 227:23 235:14 249:7,12

**truck's** 112:4

**true** 129:21 282:7 283:6,8 283:10

**trunk** 48:17

**truthful** 8:22,25 189:11

**try** 5:23 15:13 37:11 95:16 126:1 142:20 146:11 229:8,19,20 230:10 237:16 262:10 265:7 266:21 269:23 276:16

**trying** 54:22 69:24 75:8 75:18 76:5 80:21 95:14 102:16 130:7 189:12 196:7 201:24 209:5 214:1 231:20 252:10 254:15 265:24

**Tuesday** 108:18

**Tupelo** 12:17

**T-U-P-E-L-O** 12:19

**turn** 20:3 45:4,6 82:24

100:1 115:2 155:9 156:18 158:19 166:6 237:12 238:11 239:5,21 242:3 245:5,8,22 253:22 253:24 259:19 267:13 278:22

**turned** 35:22 68:18 88:18 178:11,14

**Turning** 184:19 190:9 191:9

**turns** 8:3 17:3 63:25

**twice** 75:1 212:6 263:14

**two** 23:14 26:20,21 39:1 40:22 45:13 48:1,3 49:17 67:23,24 68:1,2 68:17 124:21 125:24 136:13 137:5,20 151:22 168:20 173:10 174:18 185:7 213:4 217:1 223:1 231:9 259:1,2,10 264:8 270:7,8 276:11

**type** 209:21 219:14

**types** 267:15

## U

**U.S** 13:3 29:10,12,17 30:12

**ultimately** 174:25

**umbrella** 76:4,10,24 77:23 80:2,11 87:8,25 88:7 199:24 204:6

**umbrellas** 199:23

**unable** 8:25 210:19 211:19

**unattended** 58:7,14,18,19 58:24 59:7,15,16 60:21 60:23 274:13,19,22 275:18

**unauthorized** 282:15

**unavailable** 255:17

**undefined** 139:16

**under** 12:23 23:20 24:22 30:13,18 34:12,15 35:1 35:15 45:8 46:12 50:21 65:1 74:25 76:4,9,13,15 76:24 77:7,23 80:1,11 80:19 82:3,4 83:2 87:8 88:7 96:8 97:7,15,20,24

98:20,24 105:18 109:3 116:8 120:2 121:14,22 122:1,12,23 123:8,16 124:1,14 129:5 133:6 135:12 139:2,13 140:13 141:10 142:6,22 143:5,8 144:2 145:23 146:2 149:4,12,16 150:5 157:8 157:20 158:17 159:21 173:6 175:6 176:16 177:2 178:20 182:19 199:23,24 204:6 248:12 250:10 254:9 256:22 257:17 274:21 278:12

**underlying** 207:4

**underneath** 246:1

**understand** 6:22 7:7 19:24 20:9 43:15 84:18 89:22 93:5 102:16 172:6 172:25 181:8 190:7,24 192:3 196:7 198:11 203:6 209:5 237:9 240:16 241:14,16 243:11,12,17

**understanding** 14:6 20:19 22:12 55:15 71:2 76:20 86:22 114:23 116:18 141:8,9 142:5 143:3,4,8 160:10 172:11 176:1 203:7 216:20 242:25 246:3 249:11,16 256:5 273:24 274:1

**understands** 83:11

**understood** 7:11 57:10 83:19 138:17 240:21 242:20 260:4

**unhook** 59:11

**unhooked** 58:25 275:20

**unhooking** 59:18

**unidentified** 204:15

**uniform** 133:5 260:10

**uninterrupted** 269:6

**unit** 64:10,16 65:4 155:18 165:5 167:12 168:2,9,21 250:21,24 251:9

**UNITED** 1:1

**units** 17:17,21 255:17

**Universities** 11:25

Gale S. Carter                                                                    December 4, 2018

**university** 12:2,3

**unjustly** 234:7

**unlawful** 200:12,21 201:4
    201:16,21 203:20 206:9
    234:8

**unless** 59:22 221:17
    257:17

**unload** 59:4 126:16
    154:16 262:13,14
    263:12,17

**unloaded** 58:21 126:7
    156:15 177:24 263:1,5,9

**unloading** 99:4

**unsafe** 132:13,17,18

**until** 8:3 36:22,23 135:2,9
    220:25

**up** 14:1 15:13 21:9,10
    25:9 29:15 48:25 51:11
    51:20 59:2 68:18,22
    70:10 75:17,20 79:2
    83:25 86:7 87:16,24,25
    91:3,10,11 92:18,24
    93:15 101:5,14 108:19
    109:17 110:9,13 119:4
    119:23 120:16 121:21
    126:1,9,11 131:4,6,8,9
    131:14 133:22,24
    135:25 138:7 146:11
    149:19 151:4 153:16
    154:1 159:18 164:18
    165:17 168:8 174:3
    178:15 187:23 188:17
    204:6 212:2,3 214:10
    220:7,23 229:6,8,12
    230:16 232:3 237:15
    253:1,7 258:15,18
    259:18 264:24 266:7,13
    266:14 267:17 268:4,16
    268:18

**updated** 29:5

**upon** 189:19 215:17
    240:3,5 254:10,22 283:7

**us** 8:2 18:22,23 41:16
    48:2,4 49:10,16 51:11
    51:16,17 66:10,16 67:7
    74:5 75:9,10,16,21
    85:23 92:13,18,22,24
    102:2 107:14 110:4,6,7
    110:16,18,21,25 114:22
    248:21 260:14,18

**usage** 180:14

**use** 34:11 58:7 60:3,5,9
    60:11 64:12,25 67:6,11
    77:7 79:21 80:4 93:23
    102:5 124:4 147:6 153:8
    153:11 166:1,3 238:11
    238:12,13,25 251:4
    257:16

**used** 34:24 35:14 64:18
    64:22 74:20 93:23 112:1
    112:3 121:10 122:12,22
    123:17,18 150:23
    165:14 169:4 271:4,8

**Usher** 97:2

**using** 88:5

**usually** 43:6 125:24
    126:22 141:4 152:15
    155:5 156:9,11 178:6
    264:20,25 265:3 267:12
    268:1 270:15

**USX** 32:17,25

**utilize** 89:16

### V

**Vague** 251:7

**Valley** 25:17

**value** 240:10

**van** 125:15,16

**Vance** 33:14

**varied** 144:3

**vehicle** 198:13,14,22
    215:7 232:7 238:5,13,25

**vehicles** 112:12 238:5

**verify** 96:17

**versa** 141:25

**version** 41:16

**vertical** 66:24 67:5

**very** 41:13 89:5 118:5,19
    174:4 239:6

**via** 5:25 32:7

**vice** 141:25

**Victims** 223:13 224:3

**video** 5:25 6:8 61:1,2,4,6
    61:14 67:5

**videos** 66:25

**view** 85:21

**VIN** 82:7,10,15 111:10,17

**violated** 241:1 271:15

**violates** 202:15,23 203:10

**violating** 120:10

**violation** 223:20 224:2,8
    224:19 229:2 230:3
    231:17 233:5,9,23
    282:16

**Virginia** 75:17 147:1

**VN** 111:14

**VS** 1:7

### W

**W2** 24:2,4

**wage** 176:23 177:9
    271:19,25

**wait** 8:3 112:16 113:22,23
    113:25 126:7,15 135:9
    136:4 137:18,25 138:6
    146:8 155:5,8 227:21,24
    262:17,18,19 263:11,23

**waited** 263:1,18

**waiting** 110:16 114:1
    139:23 143:16,17 155:1
    248:22 261:24 263:4,13

**waived** 2:11 281:3

**walk** 67:12 109:16 158:25
    266:22

**walk-** 44:7

**walk-around** 67:1,11

**walk-away** 43:9 45:1
    114:25 243:22,24

**want** 5:21 6:11 36:3 37:11
    43:23 50:13 54:23 66:16
    70:19 77:4 114:15
    118:17,20 135:7 151:16
    158:24 177:14 179:19
    179:21 202:1 213:21,22
    235:20 264:23 267:22

**wanted** 37:4 38:21 68:21
    75:7,15 112:5,6,18,22
    113:5,10,12,20 179:13
    199:5 229:19 256:6
    274:18

**wants** 113:23

**warranty** 112:8

**wasn't** 12:24 26:4 45:4,20
    64:3,5 69:12 72:20
    75:19,21,22 76:6 80:1
    87:10 117:25 118:9,19
    119:2,22 136:19 139:19
    139:21 160:8 179:12
    187:5 197:2 199:3
    204:12 211:23,24
    228:16 257:3 259:3,18
    259:19,20 261:8,20
    262:10 272:23 275:10
    277:14 278:5

**waste** 15:13

**watch** 127:23

**watched** 61:7

**watching** 61:5 133:2

**Water** 25:17

**way** 8:5 11:21 15:7 51:7
    64:7 66:16,17 77:19,20
    78:5,11 81:12 91:19,22
    102:9 124:11 155:10
    166:23 176:4 187:10
    196:15 198:11 212:19
    259:11 265:11 269:25
    273:10 282:9

**Wayne** 23:11,15,20,24
    24:2,9,10,15 25:18
    26:20 27:21,22,23 28:2
    28:4,5

**we** 5:13,22 6:11 7:17,22
    8:2 9:10,11,13 16:16
    18:2,3,11,12,18,19,20
    18:25 33:17 37:19 41:16
    50:23 51:8,18 57:24
    61:7,10 62:20 63:22,23
    63:24 64:7,12 65:11,20
    67:6,9 69:1,4,8,10,13
    72:10,14,20 73:18 75:6
    75:9,11,12,15,18,19
    76:1,6 80:21,22 82:14
    84:12,13,15,16,23 85:5
    85:6 87:4,10,12 88:17
    88:19 92:17 98:11 99:12
    101:3,5 102:2 103:19
    109:11,18,19,21,24
    110:2,3,6,18,21 113:21
    114:16,21 115:20,25
    118:24 128:10 133:14
    152:5 174:9 186:2
    187:20,21 203:8 215:18

Gale S. Carter                                                                December 4, 2018

217:12,13 221:21
227:15,21,22,24 233:7
233:20 238:19 243:10
247:13 248:21 249:1,2,4
249:5 252:16,22,24,25
253:7,19

**wear** 122:4 133:5 260:10

**wears** 265:21

**WEBB** 3:23 33:20 282:5
282:19

**website** 79:6,8,12

**Wednesday** 53:6

**week** 41:20 47:4,14 52:22
75:1 84:17 89:23 90:2,6
90:7 93:4 104:14,19
112:16 113:24 145:12
145:14 146:1,10 147:20
168:25 169:2,3,7,13
241:22 257:5 270:22

**weekend** 47:3,4 263:7,8

**weekly** 116:11,20 242:13

**weeks** 90:9,10 125:25
147:14 174:23 177:8
179:12 225:3 242:2,11
242:12,14 259:2,4,10,11

**weigh** 66:21

**well** 11:20 12:6,10 19:2
21:1 24:20 32:8,24
36:20 37:1 39:23 40:10
43:19 44:25 48:7,24
58:22 59:5,10 60:20
61:5 65:24 67:7 68:15
69:11 71:8 74:3,5,11
75:15 76:1,24 77:18
78:11 80:14 83:21 87:13
88:16 90:15,23 94:23
101:3,17 103:19 105:10
105:18 111:4 112:6
113:12 119:8,21 122:3
126:13 127:21 128:13
130:24 131:10 132:7
133:12 135:1 141:8
142:1 144:7 149:21
154:23 156:2,4 165:2
168:2 170:9 173:7
175:24 179:11 186:11
196:14 197:1,19,23
203:21 204:5 227:6,15
234:1 235:13 248:20
249:1,6 250:18 259:7
261:10 263:4,14 264:5

268:8,13,17 269:21
273:8 278:5

**we'll** 7:14 22:24 48:22
77:3 88:16,18 219:22
234:25

**went** 17:1 22:25 24:10,18
26:5 27:21,25 28:1,4,25
48:14 51:8 54:15 60:15
62:20 63:23 67:7,8 69:8
69:9,10,13 85:9 92:13
92:16 99:12 101:20
109:18,20 110:3,6,21,25
112:20 123:13 127:4
128:20,23 129:5,13
131:3 137:15 141:18
146:22 164:17 187:8
189:1 212:9 227:22,23
227:25 230:7,18 249:1,5
252:22,24 253:6,12,19
263:15 269:13 273:24
274:1

**we're** 6:12,24 8:1 85:7
209:11 224:11,13 231:8

**weren't** 46:4 59:12 95:19
96:13 140:3 175:1
220:22 262:12 266:7
273:3 274:3,12 276:10
277:18

**West** 3:10 119:1,2 127:3

**WESTERN** 1:1 181:5

**we've** 27:12 177:13 219:1
228:17

**whatever** 44:11 52:6 85:7
216:22

**what's** 16:18 61:14
124:11 163:11 172:3
204:21 223:6

**when** 6:23 9:13 10:24
12:8 13:23 15:14 18:5
18:14 23:14 24:25 25:5
26:13 27:16 28:1,9,18
29:13 31:6 32:1 35:18
35:25 36:3 37:6,11
38:23 41:1 42:18 45:1
45:17 48:9,13,17 49:20
52:21 53:5 55:9 58:25
61:17 63:13 64:1 68:20
70:6,15,17,24,25 72:25
73:18 75:12 76:8,17
77:11,21 78:25 79:5
85:5,9,23 87:15 92:7,17
99:18 108:19 109:16

110:13 112:20,25 113:8
114:23 117:3,17 120:2
124:8 125:8 126:5 133:5
134:23 135:8 138:8
139:8,13 140:21 141:5
141:19,23 142:22
143:15 148:3,6 150:13
151:6 152:8,16 153:12
153:17 154:21,25 155:3
156:9,10,14 157:2,4,6
159:12 161:9 162:10,17
163:6,25 164:8 166:17
166:24 169:1 172:13
175:6,9 176:6,15 178:1
179:5 182:21 188:13,24
190:5 203:18,23 205:24
211:19 213:5,23 214:11
215:5,13 219:12 220:7
222:21 227:8,15 228:14
230:18 248:6,9 250:20
250:25 253:2 255:6
256:25 257:14 259:8,23
260:1 262:3,13 263:5,16
267:20,24 268:19
272:25 273:8 275:18,19
276:7 279:12

**whenever** 86:20

**where** 11:13 12:15 20:6
22:9,22 25:16,18 26:7
38:12,13,17,22 51:9
59:8 61:11 67:24 69:15
76:1 85:4 91:21 96:20
110:5 118:2,24 124:15
124:17 132:13 133:21
134:1 136:11,12,15
137:21 143:23 148:5,7
150:3,8 159:7,25 160:11
165:4 168:21 172:17
176:1 178:4 179:13,19
179:20,21,25 185:22
187:22 196:8 202:3
205:2 228:4 229:17
248:24 249:7 265:3,9
266:10 267:2 272:9

**whereas** 238:2,3

**WHEREUPON** 5:15
19:5 27:13 50:17 53:21
81:1 98:14 104:23 105:2
106:21 115:3,22 116:25
117:14 157:25 158:8
176:19 177:15 217:15
242:22 249:21 254:16
264:10 280:25

**whether** 30:3 37:20 61:17
62:18 72:8 77:15 78:12
78:22 86:12 94:18 121:9
146:25 147:1 151:7,13
173:24 179:1 186:3,6,9
186:15 187:19,25 188:4
218:4 225:21 226:5
233:18 236:11 237:20
246:9 251:13

**which** 21:21 43:7 52:18
53:16 56:21 71:16 87:21
98:18 100:3 164:14
173:9 177:8 179:19
181:5 186:19,24 192:12
198:15 199:14 209:14
217:8 220:5 250:9
253:25 257:18 268:19
272:7 274:22 280:14
283:6

**while** 24:16 30:18 34:11
34:15,25 35:14 36:13,15
46:12 51:9,14,18 53:11
54:13 56:1 59:3 74:24
80:19 97:24 112:1
113:21 121:14 122:12
122:23 123:7,16 124:1,5
124:14 135:11 138:1,2
139:1 140:13 142:5,11
144:1 145:22 146:1
149:4,11 150:5 155:23
156:6,24 157:7,20
158:16 159:21 165:22
173:6 176:16 178:20
182:19 191:22 248:22
256:19 258:21,25 259:6
260:10 263:18 264:25
265:14 266:5 267:3,5
269:5,15 270:21 271:9
274:13 278:12

**whistle** 15:23

**white** 260:19

**who** 13:23 14:4 33:5 39:9
47:9 50:7 55:21 77:11
88:9 90:3 92:12,15 93:6
93:9 106:3 108:9,23
110:19 113:23 123:12
130:6,13,18,19 131:18
132:13 133:9 147:10,24
148:4,18 150:4,9 179:2
185:19,25 192:15
196:20 204:12,15 212:4
216:7 219:22,23 268:15
273:24

**whoever** 110:19

Gale S. Carter                                                                    December 4, 2018

**whole** 69:8 70:3 137:5 173:14 215:15 232:25

**Who's** 93:11

**why** 26:4 42:21 61:24 74:8 93:12 95:16 104:12 119:19,23 165:19 166:17 173:1,14 175:16 175:17 189:7 213:21 218:19 219:9,12,19 220:9 221:4 229:16 251:22,24 252:3,8 256:25 257:13 258:9 259:16 260:3 262:7 265:20 266:12,18 267:10 269:18 274:3 277:17

**wide** 59:4

**wife** 34:16 35:21 94:14 127:13 210:12 267:13

**will** 8:8,16 15:21 20:3 80:24 81:11 82:24 87:3 100:1 104:2,22 105:7 113:22 133:13 138:11 142:1 156:7 158:19 166:6 178:23 216:22 248:13 262:16 272:25 282:16

**window** 270:16

**winter** 122:4

**wishes** 238:4

**Withdraw** 245:4

**within** 79:18 212:3 255:7 264:25 267:20 283:3

**without** 26:9 45:7 76:16 101:13 102:15 103:20 129:23 130:22 155:15 216:10 225:6 240:6 262:19

**witness** 2:11 19:7 53:19 53:23 80:25 81:3 104:25 106:23 115:5 158:10 217:17 249:23 250:10 275:12 283:3

**won't** 7:18

**word** 139:16

**words** 135:19 206:23

**wore** 260:15

**work** 20:23 24:5 25:21

26:5 27:17,22 31:17,20 34:6 35:23 36:11 76:22 77:22 78:19 84:17 89:25 94:25 96:8 122:1 124:13 125:20 139:12,16 140:11,15 142:23 143:5 143:13 144:2,13 146:1 146:14 194:12 196:12 198:16 199:21,25 203:23 204:5,16 205:2 210:3 211:23,24,25 213:23 230:10 237:23 244:22 245:3 272:9,24 279:9 282:15

**worked** 21:12 22:23 23:11,20 26:8,20 27:5 27:16,23 28:18,19 51:6 73:2,8 92:12,15 140:8 145:11,14,22 146:1,10 146:14,21 147:11,14 158:25 164:23 177:10 204:13,18 224:24 225:7 225:18 250:20 272:3

**worker** 24:3

**working** 28:9 36:24 38:11 93:17 202:4 205:4 212:12,16 229:20 273:18 277:22 278:3

**works** 50:16 116:24

**world** 212:5

**worry** 272:24

**worth** 75:22 259:19

**wouldn't** 26:10 37:7 44:1 71:16 78:5 83:22 135:14 144:17 154:3 173:15 187:6 196:15 198:16 211:10

**write** 108:4 135:25

**wrong** 249:10

**www.alphareporting.com** 1:24 3:25

---

## X

**X** 30:12

**Xpress** 29:10,12

## Y

**y'all** 202:11

**yard** 119:3 121:1 127:3

**yards** 59:23 274:25 275:8

**year** 11:20 12:9,11 25:24 28:23 29:15 35:22 74:21 74:22 111:9 162:4 188:20 206:5 214:14

**years** 16:7 29:2,3,4,14 54:15 68:17 69:23,24 156:25 188:10 223:1

**year-to-date** 168:14,17

**you'd** 37:22 71:19,24 72:8 117:18 143:12 169:9 261:23

**you'll** 8:10,13 135:2 232:18 239:9 248:16

**young** 23:11,15,21,25 24:2,9,10,15 25:18 27:21 28:2,5,6 214:9

**you're** 15:5 16:17 17:16 21:15 33:14 50:20 58:12 60:21,22 67:12,13,16 72:4 79:5,14,23 87:2,22 88:2 90:18,19 91:16,19 91:22,25 92:2 93:11 94:16,24 95:10 113:11 127:21 130:13 132:17 132:18,25 133:3 136:5 139:8,11 140:13 147:24 154:5,25 156:3 163:18 168:3,7 182:10,16,21 185:19 187:12,24 188:3 188:11 201:7 202:2 204:14 208:25 209:6 217:8 227:12 228:18 231:24,25 236:9 238:18 254:13 258:1,3,8 272:11 275:18,19 279:25

**yours** 254:3 255:2 279:25

**yourself** 7:4 21:11 128:6

**you've** 19:10 20:25 27:2 28:19,24 54:1 64:22 73:8,9 81:6 105:5 131:12,13,16 132:17 138:17 140:10 158:3 217:20 243:23 262:25

## Z

**zero** 90:2,3,6,9 93:25 147:22 167:8,20 169:7 173:5,8,20,24 256:20 271:21,24

**zero-dollar** 173:13

**ZIP** 11:6 165:8,9,10,11,19