IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| GALE CARTER, *et al.* <br><br> Plaintiff, <br><br> v. <br><br> PASCHALL TRUCK LINES, INC., *et al.* <br><br> Defendants. | No. 5:18-CV-41-BJB |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT

For the reasons set forth in the attached Brief in Support of this Motion, Plaintiffs respectfully request this Court enter an Order:

1. Granting preliminary approval of the FLSA Collective Settlement, a copy of which is attached to this Motion as Exhibit 1 ("Settlement").

2. Preliminarily Approving the Settlement, Release of Claims, Attorneys' Fees, Costs, and Service Payments as fair, reasonable, and adequate, subject to further consideration when Plaintiffs file for Final Approval, after Notices to the Collective have been sent and any objection(s) are considered.

3. Approving the Form of the Notice, attached to this motion as Exhibit 2, to be mailed to the Collective describing the terms of the settlement and process by which Collective Members may exclude themselves from the settlement or object to the settlement.

4. Appointing Simpluris as the Settlement Administrator.

5. Ordering Defendant, pursuant to the terms of the Settlement at § VII(2), to give the Settlement Administrator and Plaintiffs' Counsel a list, in electronic form, containing the name,

last known address, and any other necessary identifying information of each eligible Collective Member ("Collective Member List") within 14 day of the date the Court enters an Order preliminarily approving the Settlement.

6. Order Plaintiffs' Counsel, pursuant to the terms of the Settlement at § VII(2), to give the Settlement Administrator and Defendant any self-reported changes to the addresses of Collective Members provided to Plaintiffs' counsel in a consent form or through other contact between Plaintiffs' Counsel and Collective Members within 14 days of the date of the Court enters an Order preliminarily approving the Settlement.

7. Ordering the Settlement Administrator, pursuant to the terms of the Settlement at § VII(3), to mail the Notices to the Collective Members within 14 days of receipt of the Collective List (and after processing same pursuant to the terms of the Settlement).

8. Ordering that, pursuant to the Settlement at § VII(4), any Eligible Collective Member may opt out of the Settlement by submitting an Opt-out Letter within 45 days of the date the Claims Administrator mails the Notice, or, if an initial Collective Notice is returned as undeliverable, and a substitute Collective Notice is remailed to a different addresses, within 59 days of the date the Administrator mailed the original notice.

9. Ordering that, pursuant to the Settlement at § VII(4)-(5), any Eligible Collective Member may object to the Settlement by submitting an Objection within 45 days of the date the Claims Administrator mails the Notice, or, if an initial Collective Notice is returned as undeliverable, and a substitute Collective Notice is remailed to a different addresses, within 59 days of the date the Administrator mailed the original notice.

10. Ordering that, pursuant to the Settlement at § VII(4)-(5), the final date for any Eligible Class Member to file an Opt-out Statement or Objection is the first business day following 59 calendar days after the Claims Administrator mailing the Notice (the "Opt-out Period").

11. Ordering that, pursuant to the Settlement at §§ VII(3) and VII(4), the Claims Administrator shall serve, on Plaintiffs' and Defendants' counsel, a list of all Opt-Outs and a copy of all Objections received, whether timely or not, by not later than three business days after the conclusion of the Opt-out Period, at which time Plaintiffs' counsel shall file all timely objections and the number of timely opt-outs with the Court.

12. Ordering that Plaintiffs' Counsel file a Motion for Order Granting Final Approval of the Settlement no later than 14 calendar days before the Final Fairness Hearing.

13. Ordering that the Court shall hold a Final Fairness Hearing 100 days after the Order preliminarily approving the Settlement is entered, or as soon thereafter as the parties may be heard, to determine whether the Settlement shall be Finally Approved after the conclusion of the Opt-Out Period and after Plaintiffs filed their Motion for Order Granting Final Approval of the Settlement.

Respectfully submitted,

*/s Joshua S. Boyette*
Joshua S. Boyette, Esq.
Justin L. Swidler, Esq .
Manali A. Arora, Esq.
**SWARTZ SWIDLER, LLC**
9 Tanner Street, Suite 101
Haddonfield, NJ 08032
Phone: (856) 685-7420

Dated: July 30, 2024