**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| GALE CARTER, *et al.* | |
| Plaintiff, | No. 5:18-CV-41-BJB |
| v. | |
| PASCHALL TRUCK LINES, INC., *et al.* | |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE SETTLEMENT

For the reasons set forth in the attached Brief in Support of this Motion, Plaintiffs respectfully request this Court enter an Order:

1.    Granting final approval of the FLSA Collective Settlement filed with the Court as ECF Doc. No. 314-1 (the "Settlement") and as Exhibit B to this Motion.

2.    Ordering Defendant to tender the entire Settlement Proceeds of $1,175,000.00 to the Settlement Administrator within 14 days of the date of the Final Effective Date of the Settlement, pursuant to § IX(2) of the Settlement;

3.    Ordering the Settlement Administrator to distribute the Settlement Proceeds to all Collective Members consistent with the Settlement, subject to any modification directed by the Court;

4.    Granting Collective Counsel's requests for their reasonable attorney's fees of $391,666.66, representing 1/3 of the Settlement Proceeds;

5.    Granting Named Plaintiff Gale Carter service payment of $10,000 from the Settlement Proceeds for the general service he rendered to the lawsuit and the collective, as well

1

for providing responses to written discovery requests, sitting for depositions, participating in mediation and settlement discussions, and providing additional information and assistance in connection with the extensive motion practice in the lawsuit.

6. Granting Opt-In Plaintiffs Lakendal Harris, Ronald Baugh, Justin Hughes, and Nathaniel Thompson service payments of $500 for services rendered to the lawsuit and the collective, by sitting for depositions and participating in discovery.

7. Granting Class Counsel's request for reimbursement of their reasonable litigation costs of $49,505.29;

8. Confirming Simpluris, Inc., as the Settlement Administrator and granting the Settlement Administrator its reasonable fees and costs incurred in providing notice and administering the settlement to be paid from the Settlement Proceeds in accordance with the Settlement Agreement, estimated to be $12,000, and not to exceed $15,000;

9. Ordering that the release provided in the Settlement is binding on all collective members;

10. Ordering that any unclaimed funds remaining out of the Settlement Proceeds following the time periods provided in § IX(3) shall be donated to *cy pres* recipient, St. Christopher Truckers Development and Relief Fund; and

11. Ordering that the Court shall retain jurisdiction to enforce the terms of the Settlement and Ordering the Parties to provide a status update to the Court in 90 days.

Respectfully submitted,

*/s Joshua S. Boyette*
Joshua S. Boyette, Esq.
Justin L. Swidler, Esq .
Manali A. Arora, Esq.

2

**SWARTZ SWIDLER, LLC**
9 Tanner Street, Suite 101
Haddonfield, NJ 08032
Phone: (856) 685-7420

Dated: July 15, 2025