# SWARTZ SWIDLER, LLC
ATTORNEYS AT LAW

9 Tanner Street Ste. 101
Haddonfield, NJ 08033
Tel: (856) 685-7420
Fax: (856) 685-7417
jboyette@swartz-legal.com

February 4, 2026

<u>VIA ECF</u>
Judge Benjamin Beaton
United Stated District Court
Western District of Kentucky
601 West Broadway, Room 200
Louisville, KY 40202-2227

      Re:    Gale Carter *et al.* v. Paschall Truck Lines, Inc. *et al.*
             Civ. A. No. 5:18-41

Dear Judge Beaton:

    This Firm represents Plaintiffs in the above referenced matter. We write respectfully to inquire as to the status of Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement (Docket No. 321), which was taken under advisement following the fairness hearing held on July 29, 2025.

    The motion is unopposed, and the proposed settlement would resolve claims on behalf of over 1,000 collective action members. We also understand the demands on the Court's docket, and simply wished to check in on the matter's status.

    We remain at the Court's disposal should any further information be needed. Thank you for your attention to this matter.

Respectfully submitted,

**SWARTZ SWIDLER, LLC**

<u>/s/ Joshua S. Boyette</u>
Joshua S. Boyette, Esq.